# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXIA STIPA, | : | CIVIL ACTION |
| vs. | : | NO. 24-5431 |
| THOMAS JEFFERSON UNIVERSITY *doing business as* THOMAS JEFFERSON UNIVERSITY HOSPITAL. | : : | |

## ORDER

**AND NOW, TO WIT:** This 2nd day of June, 2025, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court[1], it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**GEORGE WYLESOL**, Clerk of Court

BY: */s/ Katie Rolon*
    Katie Rolon, Deputy Clerk
    To the Honorable Gerald J. Pappert

Copies E-Mailed on 6/2/25 to:
  Andrew Favini, Esq.
  Rocco J. Iacullo, Esq.
  Michael A. Morse, Esq.
  Alexander M. Owens, Esq.

Civ 2 (7/83)

41.1(b)

---

[1] "Any such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within 90 days of the entry of such order of dismissal, provided the application of the 90 day time limitation is consistent with Federal Rule of Civil Procedure 60(c)."