IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXIA STIPA,<br><br>        *Plaintiff,*<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY d/b/a THOMAS JEFFERSON UNIVERSITY HOSPITAL,<br><br>        *Defendant.* | CIVIL ACTION<br><br>NO. 24-5431 |

## SUBPOENA TO APPEAR AND TESTIFY AS A WITNESS

*(Issued under Fed. R. Civ. P. 45)*

TO: Andrew Favini, Esquire

c/o Disability Rights Pennsylvania

1315 Walnut Street, Suite 400

Philadelphia, PA 19107

**YOU ARE COMMANDED** to appear before the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106, on November 3, 2025, at 9:00 a.m., or at such other time as the Court may direct, to give testimony in the above-captioned matter.

Your testimony will concern (1) communications with Plaintiff regarding any proposed settlement or dismissal, (2) handling, loss, or transfer of Plaintiff's case file, and (3) communications with co-counsel and opposing counsel relating to those issues.

Failure to comply may subject you to the enforcement provisions of Rule 45(g) of the Federal Rules of Civil Procedure.

October 24, 2025

_____

Alexia Stipa - Plaintiff Pro Se

605 Hillside Avenue,

Wilmington, DE 19805

(215) 205 – 0157

alexiastipa1@gmail.com

## WITNESS FEE STATEMENT

### *(Required under Fed. R. Civ. P. 45(b)(1) and 28 U.S.C. § 1821)*

Pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1821(b)–(c), the required witness fee and mileage allowance were tendered in lawful form at the time of personal service of this subpoena.

Attendance Fee - (1 day @ $40.00) .......................... $40.00

Mileage Allowance - (2 miles @ $0.67/mile) ...........$1.34

Total Amount Tendered: .......................................... $41.34

Method of Payment: ☐ Cash   ☐ Money Order   ☒ Business Check

Tendered to:                                    On:

Andrew Favini, Esquire                         October 24, 2025

Disability Rights Pennsylvania

1315 Walnut Street, Suite 400

Philadelphia, PA 19107

I declare under penalty of perjury that the foregoing statement is true and correct.

_____
Alexia Stipa

Plaintiff - Pro Se

## CERTIFICATE AND PROOF OF SERVICE

### (Rules 5(b)(2) and 45(b)(4))

I certify that on October 24, 2025, I personally delivered this subpoena, together with the witness fee and mileage required by 28 U.S.C. § 1821, to:

Andrew Favini, Esquire

Disability Rights Pennsylvania

1315 Walnut Street, Suite 400

Philadelphia, PA 19107

_____
Alexia Stipa – Plaintiff Pro Se

October 24, 2025

## SERVER'S AFFIDAVIT

I, _____, declare that I personally delivered the above subpoena on October 24, 2025, at _____ a.m./p.m. at the address listed above.

Method of Service: ☐ Personal Delivery   ☐ Certified Mail   ☐ Other (Explain) _____

Server's Signature _____

Printed Name _____

Date _____