IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXIA STIPA,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>THOMAS JEFFERSON UNIVERSITY<br>d/b/a THOMAS JEFFERSON<br>UNIVERSITY HOSPITAL,<br><br>　　　　　　*Defendant.* | CIVIL ACTION<br><br>NO. 24-5431 |

## SUBPOENA TO APPEAR AND TESTIFY AS A WITNESS

### *(Issued under Fed. R. Civ. P. 45)*

TO:

JAMES COLSON
2340 SOUTH 20TH STREET, PHILADELPHIA, PA 19145

**YOU ARE COMMANDED** to appear before the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106, on November 3, 2025, at 9:00 a.m., or at such other time as the Court may direct, to give testimony in the above-captioned matter. Testimony concerning June 9, 2025 recording and related communications referenced in Plaintiff's filings. You must remain until excused.

Failure to appear or comply may subject you to the sanctions set forth in Rule 45(g).

Issued: October 24, 2025

_____

Alexia Stipa - Plaintiff Pro Se

605 Hillside Avenue,

Wilmington, DE 19805

(215) 205 – 0157

alexiastipa1@gmail.com

## **WITNESS FEE STATEMENT**

*(Required under Fed. R. Civ. P. 45(b)(1) and 28 U.S.C. § 1821)*

Pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1821(b)–(c), the required witness fee and mileage allowance were tendered in lawful form at the time of personal service of this subpoena.

Attendance Fee - (1 day @ $40.00) .......................... $40.00

Mileage Allowance - (3.4 miles @ $0.67/mile) ............$2.27

Total Amount Tendered: .......................................... $42.28

Method of Payment: ☐ Cash   ☐ Money Order   ☒ Business Check

Tendered to:                                             On:

JAMES COLSON                                       October 24, 2025
2340 SOUTH 20TH STREET, PHILADELPHIA, PA 19145

I declare under penalty of perjury that the foregoing statement is true and correct.

_____
Alexia Stipa
Plaintiff - Pro Se

## CERTIFICATE AND PROOF OF SERVICE

### *(Rules 5(b)(2) and 45(b)(4))*

I certify that on October 24, 2025, I personally delivered this subpoena, together with the witness fee and mileage required by 28 U.S.C. § 1821, to:

JAMES COLSON
2340 SOUTH 20TH STREET, PHILADELPHIA, PA 19145

_____
Alexia Stipa, Plaintiff Pro Se

October 24, 2025

## SERVER'S AFFIDAVIT

I, Willie Roman _____, declare that I personally delivered the above subpoena on October 24, 2025, at _____ a.m./p.m. at the address listed above.

Method of Service: ☒ Personal Delivery   ☐ Certified Mail   ☐ Other (Explain) _____

Server's Signature  Willie Roman
Printed Name  Willie Roman
Date  10/24/25

## ACKNOWLEDGMENT OF RECEIPT

I acknowledge receipt on October 24, 2025, of the following materials served upon me in connection with the matter of Alexia Stipa v. Thomas Jefferson University et al., Civil Action No. 24-5431:

- Subpoena to Appear and Testify, issued pursuant to Fed. R. Civ. P. 45;

- Attached witness-fee payment and mileage reimbursement tendered pursuant to 28 U.S.C. § 1821;

- Any referenced exhibits, schedules, or enclosures identified in or accompanying the subpoena; and

- Any cover letters, notices of filing, or certificates of service transmitted with the above.

By signing below, I confirm that I personally received the complete packet of documents and accompanying materials described herein.

_____
Recipient's Signature

James Colson
_____
Printed Name

10/24/25
_____
Date



