Weekly and Cumulative Log of Internship Activity
Home

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

10/9/2022
M N

TUES
1

Name:A
WED

ck5\-(ye a4010111a

THURS
2

FRID
2

4

4

SAT

SUN

0

7

0

6

6

0

0

Week Total
5
0
0
0
14
0
0
0
0
0
0
0
19

MON

TUES

WED

THURS
1

FRID:

SAT

N

Week Total

‾
6

.

–

TOTAL INDIRECT CONTACT:

0

4

0

4

4

0

0

1
0
2
3
3
0
3
0
0
0
0
12

TOTAL HOURS

0

11

0

10

10

0

0

31

SUPERVISOR SIGNATURE:

1
1
1

1
1

1
1
1

1

1

1

.

_

DATE:

TOTAL to Date

TOTAL to Date
6
0
12
15
17.5
0
11
0
0
0
0
61.5

5
0
0
5
0
54
0
4
0
0
0
7
4
79

4/12/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECTActivity

9/25/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT !Activity

TUES

Name:

A

THURS

FRO)

WED

2

2

1

6

4

4

Home

SAT

SUN

_

_

0

8

0

6

5

0

0

MON

TUES

WED

THURS

FRID

SAT

SUN

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

Week Total TOTAL to Date

1

0
0
0
5
0

14
0
0
0
0
0
0
0
19

Week Total TOTAL to Date

TOTAL INDIRECT CONTACT:

0

5

0

6

5

0

0

1
0
3
3
6
0
3
0
0
0
0
16

TOTAL HOURS

0

13

0

12

10

0

0

35

SUPERVISOR SIGNATURE:

1
1
2

1
1
2

1
1
2

1

1

1

DATE:

0
0
0
5
0
30
0
2
0
0
0
4
0
41

4/12/2023

4
0
8
7.5
11
0
7
0
0
0

0
373

ARS
TREATMENT CENTERS

Informed Consent for Audio Recording
I am requesting your permission to record our counseling session(s) on audio file(s). The
purpose of this recording is to help me serve you better and to review and evaluate my
counseling techniques. No recording will be done without your prior knowledge and consent.
Listeners of the audio file(s) will include my supervisor for my field course and/or clinical
supervisor. All viewers of the audio file(s), including mysel
f, are bound by the ethical standards
of the professional counseling or social work board which gover
ns my practice. The audio
file(s) will be treated with confidentiality by being stored on a password protected device and
will be destroyed at the termination of the semester.
By signing below, I am stating that I have read and u erstoo
d the Informed Consent for Audio
Recording and that I am permitting
to audio record our
session(s) and review the audio file(s) with the aforemen
ioned individuals for supervision
purposes.

A tp icv

University/College:
Field Supervisor Name:

RAJ,, V\ .-1A) 0-)114t
Patient/Cli t Signature

Counselor

Supervisor Sign

)f2--gg
Date

3-1O-3

Date

1(.2 Z3
Date

Jefferson
Philadelphia University +
Thomas Jefferson University
WAIF OF 14041Y lOMFACI. nitolot COLLEOE

M.S. Community and Trauma Counseling
Thomas Jefferson University

Community & Trauma Counseling Program
Consent to Tape for Supervision Purposes

7q'x)„,n TA WemckYi
below for my counselor,

, give consent per my signature

2Q

Z(t6:1
video recordings of counseling sessions with

, to make audio and/or
Is2W0t5:(r

. It is my

understanding that my counselor is seeking consent in order to review recordings on occasion
within their supervision course and/or with their supervisor. Following said review this
recording will be destroyed, which will be no later than one month after the recording is
reviewed. It is my further understanding that all materials will be treated with full professional
confidentiality and that any identifying data will be appropriately modified. I understand that
this consent is given voluntarily and is not required for me to receive counseling services.
I am aware that any information obtained from or divulged by me to my counselor is treated with
the strictest confidence in accordance with the ethical and professional standards provided by the
American Counseling Association. Furthermore, information will not be transmitted to any
person or agency without my written consent. The EXCEPTIONS to CONFIDENTIALITY
are:
Subpoena or court ordered by a judge
Suspicion of child/elderly abuse/neglect
Threats/commits harm to self or a third party.

I have read the above and understand its contents. I hereby agree to the following:
•
•
•

Taping of supervision sessions. Tapes will be erased 30 days following the date of the
recording.
A supervisor will listen to or view the tape to assess counseling skills.
What is said or done by me will be kept in confidence and not be transmitted outside of the
counseling supervision process.

Client S. i ature or Parent is c

Counselor Signatu 7

t in a minor

Date

Date

Jefferson
Philadelphia University +
Thomas Jefferson University
GOME OP SWIFT KIMMEL MEDICAL COLLEGE

M.S. Community and Trauma Counseling
Thomas Jefferson University
Community & Trauma Counseling Program
Consent to Tape for Supervision Purposes

I, iLeDt1 Por343cm
below for my counselor,
Aktg
SAA
video recordings of counseling sessions with

, give consent per my signature
, to make audio and/or
Q

. It is my

understanding that my counselor is seeking consent in order to review recordings on occasion
within their supervision course and/or with their supervisor. Following said review this
recording will be destroyed, which will be no later than one month after the recording is
reviewed. It is my further understanding that all materials will be treated with full professional
confidentiality and that any identifying data will be appropriately modified. I understand that
this consent is given voluntarily and is not required for me to receive counseling services.
I am aware that any information obtained from or divulged by me to my counselor is treated with
the strictest confidence in accordance with the ethical and professional standards provided by the
American Counseling Association. Furthermore, information will not be transmitted to any
person or agency without my written consent. The EXCEPTIONS to CONFIDENTIALITY
are:
Subpoena or court ordered by a judge
Suspicion of child/elderly abuse/neglect
Threats/commits harm to self or a third party.

I have read the above and understand its contents. I hereby agree to the following:
â€¢
â€¢
â€¢

Taping of supervision sessions. Tapes will be erased 30 days following the date of the
recording.
A supervisor will listen to or view the tape to assess counseling skills.
What is said or done by me will be kept in confidence and not be transmitted outside of the
counseling supervision process.

Date

Counselo

(51/ 25

Date

Client Signature or Parent is client in a minor

/Zu2.

C)11

ALEXIA N. STIPA

CERTIFICATION ID: S5FT56D9YQ

2523 S 10TH ST

CERTIFICATION PURPOSE: VOLUNTEER

PHILADELPHIA, PA 19148
VERIFICATION DATE: 11/22/2021
SOCIAL SECURITY #: XXX-XX-1706
DATE OF BIRTH: 10/11/1997

The above named person has applied for a Pennsylvania Child Abuse History Certification pursuant to 23 Pa. C.S., Chapter 63 related to the Child Protective Services Law. NO RECORDS EXIST in the Pennsylvania Department of Human Services' Statewide database listing ALEXIA N. STIPA as a perpetrator of an Indicated or Founded report of child abuse.

Applicants are required to show the Administrator the results of their Child Abuse History Certification. Administrators are required to keep a copy of this Child Abuse History Certification on file. Any person altering the contents of this document may be subject to civil, criminal or administrative action.

ISSUED BY

04639O

Commonwealth of Pennsylvania
Department of Human Services
CHILDLINE AND ABUSE REGISTRY
ChildLine Verification Unit
P.O. Box 8170
Harrisburg, PA 17105-8170
1-877-371-5422

CY893O - 6/00

00422817400010101

PENNSYLVANIA CHILD ABUSE
HISTORY CERTIFICATION

ACA Student Policy Evidence of Insurance

ACA Member ID#: 6616018

ACA Member Expiration Date: 11/30/2022

Master Policy Number: 418662084

Program Administrator:
Healthcare Providers Service Organization
159 East County Line Road
Hatboro, PA 19040

Member Name/Address:
Alexia Nicole Stipa
2523 S 10th St
Philadelphia, PA 19148-4424
UNITED STATES
Institution: Jefferson University
Medical Specialty: Counseling Student

Insurance Provided by:
American Casualty Company of Reading, PA
333 S. Wabash Avenue Chicago, IL 60604

This policy is available to eligible registered Student Members of the
American Counseling Association (ACA).
Coverage: Professional Liability, Occurrence Form
Master Policy Number: 418662084
Limits of Liability: $1,000,000 each claim / $3,000,000 Aggregate - each student
$6,000,000 Policy Aggregate
Virginia Students Only
$2,500,000 each claim / $4,000,000 aggregate - Each Student
$6,000,000 Policy Aggregate

Student Member Eligibility
Registered ACA student members are eligible for coverage when they are enrolled and
engaged in a Master's degree counseling curriculum at a post-secondary institution. Coverage
is available to ACA student members solely while performing counseling services related to
such curriculum.
ACA student members are not eligible for coverage when enrolled in a bachelor degree
program, doctoral degree program or other post-Master¶s program. Coverage terminates when
the ACA student member graduates from the Master¶s degree program or their ACA
membership is terminated or expires, or the master policy is non-renewed or cancelled.
Important Information
If this Certificate has been issued to an ineligible ACA student member, there is no coverage
afforded under the ACA Student policy.
Terms and conditions of coverage are specified in the master policy held by the ACA. Only the
policy can provide the actual terms, coverage, amounts, conditions and exclusions. Please
contact HPSO directly for a free copy of the complete policy.
An ACA active membership in conjunction with this notice should serve as acceptable
evidence of insurance to anyone requiring ACA students to carry professional liability
insurance. Please call the ACA Membership Relations Department with any questions, or for a

duplicate certificate of insurance toll free at 1-800-347- 6647, ext. 222 or 703-823-9800, ext. 222, M-F, 8:30 a.m.-5:30 p.m., ET.

In case of an incident or suit is brought against you, please contact HPSO at 1-866-269-4793.

ACA Student Policy Evidence of Insurance

ACA Member ID#: 6616018

ACA Member Expiration Date: 11/30/2022

Master Policy Number: 418662084

Program Administrator:
Healthcare Providers Service Organization
159 East County Line Road
Hatboro, PA 19040

Member Name/Address:
Alexia Nicole Stipa
2523 S 10th St
Philadelphia, PA 19148-4424
UNITED STATES
Institution: Jefferson University
Medical Specialty: Counseling Student

Insurance Provided by:
American Casualty Company of Reading, PA
333 S. Wabash Avenue Chicago, IL 60604

This policy is available to eligible registered Student Members of the
American Counseling Association (ACA).
Coverage: Professional Liability, Occurrence Form
Master Policy Number: 418662084
Limits of Liability: $1,000,000 each claim / $3,000,000 Aggregate - each student
$6,000,000 Policy Aggregate
Virginia Students Only
$2,500,000 each claim / $4,000,000 aggregate - Each Student
$6,000,000 Policy Aggregate

Student Member Eligibility
Registered ACA student members are eligible for coverage when they are enrolled and
engaged in a Master's degree counseling curriculum at a post-secondary institution. Coverage
is available to ACA student members solely while performing counseling services related to
such curriculum.
ACA student members are not eligible for coverage when enrolled in a bachelor degree
program, doctoral degree program or other post-Master¶s program. Coverage terminates when
the ACA student member graduates from the Master¶s degree program or their ACA
membership is terminated or expires, or the master policy is non-renewed or cancelled.
Important Information
If this Certificate has been issued to an ineligible ACA student member, there is no coverage
afforded under the ACA Student policy.
Terms and conditions of coverage are specified in the master policy held by the ACA. Only the
policy can provide the actual terms, coverage, amounts, conditions and exclusions. Please
contact HPSO directly for a free copy of the complete policy.
An ACA active membership in conjunction with this notice should serve as acceptable
evidence of insurance to anyone requiring ACA students to carry professional liability
insurance. Please call the ACA Membership Relations Department with any questions, or for a

duplicate certificate of insurance toll free at 1-800-347- 6647, ext. 222 or 703-823-9800, ext. 222, M-F, 8:30 a.m.-5:30 p.m., ET.

In case of an incident or suit is brought against you, please contact HPSO at 1-866-269-4793.

Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, Pennsylvania 17110

Response for Criminal Record Check
THE CERTIFICATE IS ONLY VALID FOR VOLUNTEER PURPOSES. THE PENNSYLVANIA STATE
POLICE DOES NOT AUTHORIZE THIS FORM FOR ANY OTHER USE
ALEXIA NICOLE STIPA
2523 SOUTH 10TH STREET
PHILADELPHIA PA 19148

TELEPHONE(215) 205-0157

TO WHOM IT MAY CONCERN:

THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:
Name: Stipa,Alexia Nicole
Date of Birth: 10/11/1997
Social Security #: xxx-xx-1706
Sex: F
Race: White
Date of Request: 11/22/2021 06:21 PM
Purpose of Request: Volunteer
Maiden Name and/or Alias (1)
(2)
(4)
(3)
*** HAS NO CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK BASED ON THE
ABOVE IDENTIFIERS- REFER TO CONTROL #R26211348 ***
THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST
INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL
REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION
CANNOT BE MADE WITHOUT FINGERPRINTS THE PENNSYLVANIA STATE POLICE RESPONSE DOES
NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE
REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.
THE INFORMATION ON THIS CERTIFICATION FORM CAN BE VALIDATED BY ACCESSING THE
PENNSYLVANIA ACCESS TO CRIMINAL HISTORY (PATCH) RECORD CHECK STATUS SCREEN
(https://epatch.state.pa.us/RCStatusSearch.jsp) AND SUBMITTING A STATUS CHECK REQUEST
THAT CONTAINS THE FOLLOWING - SUBJECT'S NAME (EXACTLY AS INITIALLY ENTERED), CONTROL
NUMBER AND DATE OF REQUEST. PATCH WILL FIND AND DISPLAY THE CORRESPONDING RECORD
CHECK REQUEST. DETAILS ON THE REQUEST CAN BE VIEWED BY CLICKING ON THE CONTROL
NUMBER. YOU WILL BE ABLE TO VERIFY IF THIS REQUEST WAS SENT OUT AS A NO RECORD OR
RECORD RESPONSE BY THE PENNSYLVANIA STATE POLICE.
QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PATCH
HELP LINE TOLL FREE AT 1-888-QUERY-PA (1-888-783-7972)
Certified by:

DISSEMINATED BY: SYSTEM
Lt. Earl Rhoades
Director of Criminal Records & Identification
Pennsylvania State Police

11/22/2021 06:21 PM

Q22.

Thomas Jefferson University
Department of Counseling and Behavioral Health
Community and Trauma Counseling
Practicum/ Internship Contract

Please complete this contract in its entirety, carefully reviewing the instructions for each section and reading the information included throughout.
All parties should review the Clinical Manual in full. The clinical manual provides greater detail on all roles and processes. The manual can be found below:
CTC clinical manual

All parties will receive an email when this form is started, along with follow up emails with links and directions throughout the creation process.
Step 1: The contract will be initiated by the practicum/internship student, who will fill in site information and contact details for themselves, their site supervisor, and faculty supervisor.
Step 2: The next section of the contract will be completed by the practicum/internship student and Field Work Site Supervisor together (either in person or virtually), ensuring that it reflects the needs of both the student and the site
Step 3: The University Clinical Supervisor (instructor of the student's practicum/internship course) will review the contract, ensuring that tasks/responsibilities are appropriate, and all sections are complete, then sign off to complete the process.
Once the contract is fully signed (final completion step by the student's University Clinical Supervisor), all parties should download and keep a copy of the PDF for their records.
If amendments are needed to the agreement once finalized, please revisit via the link included with the finalized document, and proceed to the Amendments/Updates section by choosing the most relevant option on the first page of the form (page with student and supervisors' names and email addresses). A message will be sent to all parties to review the amendment/updates. Amendments/updates are not considered final until signed by all parties.
IMPORTANT
At every stage of the contract, be sure to proceed until the final confirmation screen (with the message beginning "The form has been updated with all information entered to date.")
Always use the most recent link from the confirmation email. Earlier links will bring you to an earlier version of the contract, where subsequent changes were not saved.

Q28.

Overview

The Master's Degree program in Community and Trauma Counseling at Thomas Jefferson University prepares graduate students to work effectively in various community agencies and schools. The program offers rigorous, trauma-informed course instruction, encouraging students to think about mental health issues from many different aspects. In the first year of their academic training students implement theoretical knowledge and practical application through practice and participation at a field placement site.
Clinical students, who work approximately 8 hours per week at a practicum site or 20+ hours per week at an internship site, become actively involved in a wide variety of activities and methodologies. Each clinical experience presents varied opportunities for skill development.
Listed below are specific counseling competencies all students should be capable of demonstrating in their clinical setting by the end of their field experience.
We suggest that supervisors provide, through observation and/or practice, as many of the following experiences as possible:
Observation of Other Professionals
Individual Counseling

Group Counseling
Family Sessions
Assessment
In-Service Training and Workshops
Consultation and Collaboration
Documentation: Progress notes, reports, treatment plans, consent and
release forms, and other documentation relevant to the practice at your
site

Student Guidelines.

Guidelines for the Practicum/Internship Student

Provide proof of Valid Acts 34, 151 (or relevant equivalents for those practicing outside of
Pennsylvania) and FBI (114) clearances, along with proof of counseling liability insurance.
Review site agreement form and hours requirements with site supervisor.
Maintain an accurate daily log of activities and experiences in both Excel and Exxat and secure
supervisor's signature on a weekly basis (signature on printed Excel weekly sheet, and
acknowledgment of hours in Exxat). Hour logs are to be signed at the end of the week in which

the logged activities occurred. Logs signed later than the Saturday following activities will not
count toward the minimum required hours for the clinical experience.
Complete other duties as assigned by on-site supervisor.
Fulfill all course requirements as assigned by clinical course professor.
Perform all duties and activities in accordance with ACA Ethical Standards, School district (if
applicable), agency, Thomas Jefferson University policies and Pennsylvania law/laws of state
where your placement site is located.

Supervisor Guideline.

Guidelines for Clinical Site Supervisors
Supervisors are expected to facilitate/provide the following:

Provide one hour individual or triadic supervision (one supervisor with
two students) per week
a. Supervision can take place individually or with two students
b. The Supervision Hour need not be a full clock hour, but can be broken up into smaller
segments throughout the week.
c. Supervision must be documented on the signed log form.
Between September(Internship) or January (Practicum) and May, students will be at their
Placement Site for a minimum of 100 hours (practicum) or 600 hours (internship), and must
accrue a minimum of 40 hours (practicum) or 240 hours (internship) of Direct Service with actual
clients. Students should maintain a consistent schedule and proactively communicate any schedule
modifications.
Discuss and reinforce the ethical aspects of counseling practice including specific incidents that
may arise at your site.
We require the use of video and/or audio recording during counseling sessions as part of
the students' training experience and encourage the site supervisor to make use of these tools as
well. Both can be used to help students observe areas of personal and professional strength as well
as areas in need of improvement. Release forms giving students permission to record sessions
must be provided to clients. Please see the "Securing Recordings for Supervision" section for the
recording policy.
Supervisors will evaluate each clinical student at the end of each semester, in December and
April. Please provide your supervisee with direct feedback at the completion of each evaluation.
Supervisors will be required to complete a mandatory online and/or face to face CTC Supervisor
Training. The link will be provided under separate cover.

University Clinical Faculty must complete a Site Visit (in person or virtual) with the Clinical Site and Supervisor on the following schedule: Practicum: 1 visit in the spring semester Internship: 1 visit in the fall semester and 1 visit in the spring semester

Q23.

Step 1: Contact Information and Clinical Site Location

Practicum/Internship Student: Please fill in the info below for yourself, your site supervisor, and your clinical (practicum/internship course) faculty.
If returning to this form please choose the most relevant response to the final question on this page to be directed to the correct section.

Q40. 1. Is this contract for practicum or internship?
Practicum
Internship

Q41. 2. Student Info
Student Name

Alexia Stipa

Student Email

ans113@students.jefferson.edu

Student Phone

215-205-0157

Secondary Student Phone (enter N/A/ if
not applicable)

Q31. 3. Clinical Site Name
Fairmount Behavioral Health System

Q32. 4. Clinical Site Address (Please include specific address of the site, even if working via tele-mental health).

561 Fairthorne Ave, Philadelphia, PA 19128

Q33. 5. Clinical site website (if applicable)
https://fairmountbhs.com/

Q42. 6. Site Supervisor Info
Note: Do not edit if site supervisor changes. For supervisor changes, choose the amendment option in the final question on this page.
Site Supervisor Name

Jennifer Frost

Site Supervisor Email

Jennifer.frost@uhsinc.com

Site Supervisor Phone
Secondary Site Supervisor Phone (enter

N/A/ if not applicable)

Q43. 7. Faculty Supervisor Info
Note: Do not edit if faculty supervisor changes. For supervisor changes, choose the amendment option in the final question on this page.
Faculty Supervisor Name

John Hale

Faculty Supervisor Email

John.Hale@jefferson.edu

Faculty Supervisor Phone

Q75. 8. Will you be completing your practicum or internship at your place of employment?
Yes
No

Q76. If you complete your practicum or internship at your place of employment, we must be certain the following
is available:
A work space (shared with others, or individual)

One hour per week of face to face, individual supervision with an appropriate
supervisor(a master's level mental health professional with appropriate
license/credentials)
The opportunity to audio and/or video record sessions with an actual client for
use in supervision (Practicum course verbatim assignment requirement) with
program faculty and on-site supervisor.
Your supervisor must be on-site while you are fulfilling your clinical requirements in
case of an emergency.
The clinical duties must be separate from the work you do as an employee and must
allow you to complete your required hours in a way that works for your experience
and for the needs of the site.
The CTC Faculty Supervisor and Manager of Clinical Sites must receive the student's
employment job description and ensure that the job description responsibilities and
the clinical responsibilities do not overlap.
This question was not displayed to the respondent.

Q77. Please complete each of the items below.
This question was not displayed to the respondent.

Q48. Please choose the most relevant response from the section below to

proceed with this form Complete this question BEFORE clicking the next
button at the bottom of the page:
Student Completing the Form Alone: I am a practicum/internship student completing the form for the first time,
and am not currently meeting with my site supervisor.
Student and Site Supervisor Together: The Practicum/Internship student and site supervisor are meeting together
(in-person or virtually), and are ready to complete the student/site agreement portion of the form.
Clinical Faculty Member: I am the clinical faculty (instructor for the practicum/internship class) and am ready to
review the form.
Proposing or Reviewing Amendment to Completed Form: I am the student, site supervisor, or faculty

supervisor
proposing an amendment to this completed contract (contract has already been executed in full, and I am proposing
an amendment/update), or am reviewing an amendment.
Updating Internship Learning Goals (Spring): The Internship student and site supervisor are meeting together (inperson or virtually), and are ready to update learning goals for the spring semester. (Internship only)

Q51.

CLINICAL FACULTY INSTRUCTIONS

Please carefully review the information entered by the site supervisor and student on the following pages, checking to see that the scope of work is appropriate and that all sections have been completed. If changes are needed (tasks delineated are inappropriate, sections are missing, etc.), please reach out to the site supervisor and student in an email (email addresses can be found on the prior page, by choosing the left arrow below) to update as needed. If the information is appropriate, please enter your signature to complete the form.

Q18.

Step 2: Student/Site Agreement and Learning Contract

Practicum/Internship Student: Please work together (either in person or remotely) to complete this section, ensuring that both parties agree to all sections. One individual should type in the information (rather than having two instances of the contract open). We recommend that the site supervisor transcribe this section, as they will need to complete information related to their experience and practice, including the upload of a resume or CV.

Q40. 1. Primary Supervisor
Please enter information for the primary supervisor for the clinical student.

Primary Supervisor Name

Jennifer Frost (formerly program director Rebecca Smith- who is out on leave of absence)

Primary Supervisor Email

jennifer.frost@uhsinc.com

License/Certification Type and Date
Acquired

LPC, acquired on 7/12/2019

License/Certification # and State

#PC011594, state: PA

Years of Experience

9+

Degree/ Field of Study

MA in art therapy and counselling

Q46. 2. Primary Supervisor CV/Resume
Please Upload

Q12.
3. Orientation to the Site
Briefly describe the orientation activities in which the student will participate.
Alexis participated in a 40 hour orientation on first week. Completed necessary training for onboarding and preparing for units.

Q34. 4. Site Expectations
(Please delineate responsibilities for site activities for Fall and Spring semesters.)
Describe student's weekly/monthly/yearly duties, projects, etc.

Alexia conducted individual sessions, group sessions and psychosocial assessments with patients in the chemical dependency program at fairmount
behavioral health system. Alexia engaged in supervision weekly with program director at the time, Rebecca Smith, LPC.

Q35. 5. Start/End Dates
Dates should fall in the fall/spring semesters. Visit http://www.eastfalls.jefferson.edu/registrar/calendar/ to view most up to date academic calendar (choose "Jefferson College of Health Professions," then "Community and Trauma Counseling")
If start date is before the start of fall semester, or end date is after the end of the spring semester, please reach out to both Dr. Nicole and Neil for approval.
Planned First Date of Placement
(mm/dd/yyyy)

03/14/2022

Planned Final Date of Placement
(mm/dd/yyyy)

05/08/2022

Q58.

Winter Break
Between the fall and spring semesters, students are not enrolled in a clinical supervision class, and may not work at their sites or with clients.
Exceptions will be made for sites which require client contact during part of the break (Note: No student may be on site or interact with clients during the period University offices are closed. For 2021-2022 this
is the following dates: 12/24/21-1/2/22.) Students participating in activities at their site during the winter break must enroll in a winter term supervision course, and attend weekly supervision meetings.
Students/Sites requesting an exception must provide a detailed explanation of activities student will engage in
over the break.
No

Yes (Please explain the activities students will engage in over the winter break period. Be as detailed as possible).
By selecting this option, I acknowledge that the student must enroll in a winter break supervision course and attend
weekly supervision meetings with University faculty.

Q36. 6. Please list any other periods of time (besides the University winter break) when practicum/internship student will not be on site (school/organization/practice planned down time, planned vacations, etc.)
None identified

Q37. 7. Practicum/Internship Student Schedule
Please describe the planned schedule for the clinical student, being as specific as possible for days of the week/times (i.e. 9-5 on Mondays and Wednesdays, 8:00-4:00 on Fridays). If the schedule will be flexible/inconsistent, please describe the number of hours per week, and ranges when the hours would fall (i.e. 18 hours per week Mondays, Wednesdays, Thursdays and Fridays).
Practice schedule was logged weekly as follows: 3/14/22- 3/18/22- 40 hours of orientation training for week. Week ending: 3/20/22- Monday: 6 hours,
Wednesday: 7 hours week ending 3/27/22- monday: 4 hours, wednesday 5 hours week ending 4/3/22- monday 7.3 hours, wednesday- 7.15hours week
ending 4/10/22- friday (15 hours ASAM training) Week ending 4/17/22- monday- 6 hours, wednesday- 7 hours week ending 5/1/22- thursday 11 hours
week ending 5/8/22- tuesday 7 hours

Q38. 8. Supervision
Please indicate the day(s) and time(s) when a minimum of 1 hour of individual or triadic supervision will occur
weekly. (Please schedule a consistent time for supervision weekly, even if the rest of the student schedule varies, i.e. 2:30-3:30 PM on Wednesdays). If site provides group supervision as well, please include day(s) and time(s).

Weekly supervision was provided by program director at the time Rebecca smith, lpc. supervision was 1 hour in length and occurred on Wednesdays at
12pm.

Q39. 9. Back-up/Secondary Supervisor
Please enter information for a supervisor who will provide supervision if the primary supervisor is unavailable,
or for an individual who will serve as a back-up supervisor.

Secondary Supervisor Name
Secondary Supervisor Email
Secondary Supervisor Phone
License/Certification Type and Date
Acquired
License/Certification # and State
Years of Experience
Degree/ Field of Study

Q47. 10. Back-up/Secondary Supervisor CV/Resume
Please Upload

Q41. 11. Content of Supervision
Including learning strategies, student's responsibilities for supervision, etc.
supervision was provided by rebecca smith, lpc (program director at time of students practicum experience). Review of case consultation, patient
presentation, group dynamics and documentation and clinical skills building were topics of supervision.

Q42. 12. Absence
Please include process for student to notify site that they will be absent for the day (Note: Students are expected to proactively communicate as soon as possible ahead of absence to both their site and faculty supervisor if they will miss a day/portion of a day at their clinical site)
Student would inform rebecca smith by phone

Q45.
13. Site Learning Goals: Learning goals for the student as they relate to the population or mission of the site (please be as specific as possible). Specify whether learning goals are short-term (within one month),

medium-range (by end of the semester), or long-term (for the full length of the placement).
Fairmount behavioral health system mission: "Fairmount behavioral health system offers hope by providing a secure place for people to begin recovery
and to develop healthy behaviors with dignity." Short term goal- orient student to site, policies, expectations of role and patient population. Medium range
goal- Student will build confidence and skills for conducting group and individual psychotherapy within setting to meet practicum role expectations. Long
term goal- create a solid clinical foundation to better transition from practicum to internship role next semester and establish insight into areas of growth
for professional development.

Q44. 14. Student Learning Goals: Individualized learning goals for the student as they relate to their individual professional growth (please be as specific as possible). Specify whether learning goals are shortterm (within one month), medium-range (by end of the semester), or long-term (for the full length of the placement).

See above

Q49. Practicum/Internship Student and Site Supervisor: If the information above is complete, please choose the first option to send this form along to the clinical faculty for completion. If you need to revisit the form, please choose the second option and (important) click on the forward arrow below. Form will not save updates unless an option is chosen and the arrow to proceed to the next page is pressed.
Faculty Supervisor (Practicum/Internship Instructor): Please choose the final option to proceed to the appropriate section of the form.
The above information is complete. Student and site supervisor will sign, and the form should proceed to the faculty
supervisor.
The above information is not complete, and we will need to revisit this form before sending to the clinical faculty.
I am the faculty supervisor reviewing the contents of the form.

Q20. Please read the information below, and sign in the appropriate fields.

Q25.

Problems and Termina on of Agreement
The term of this agreement shall be for one academic year, unless otherwise noted.
If problems/concerns arise with the student or terms of the site agreement, the faculty or on-site supervisor may make modifications or terminate the agreement ONLY in consultation with all parties involved. Follow these steps for modification or termination of agreement:
1. Contact the university supervisor or site supervisor within 48 hours to discuss termination
2. Notify Student within 48 hours of the concern

3. Submit a written report of concerns to all parties involved
4. Make a decision for modification or termination of agreement in consultation with all parties
5. If applicable, issue an amendment to the agreement.
In consultation, any party may terminate this Agreement.
The parties agree to continue their respective policies of nondiscrimination based on Title VI of the Civil Rights Act of 1964 in regard to sex, age, race, color, creed, national origin, Title IX of the Educational Amendments of 1972 and other applicable laws, as well as the provisions of the American with Disabilities Act. The undersigned agree to all the provisions stated in the CTC Practicum/Internship Contract.

Q30. 1. Student Signature
I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.

×

SIGN HERE
clear

Q50. 2. Date of student signature above (mm/dd/yyyy)

Q53. 3. Site Supervisor Signature
I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.

×
clear

Q52. 4. Date of site supervisor signature above (mm/dd/yyyy)
08/22/2022

Q65. 5. Faculty Supervisor Signature
I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.

×
clear

Q66. 6. Date of faculty supervisor signature above (mm/dd/yyyy)
08 09 2022

Q26. Please click on the forward/right arrow (-->) and answer question on the next page.

Q55. Please choose the current completion state of this form from the options below (this will determine the messages sent at the completion of this session). IMPORTANT: Click on the next button at the bottom of the page once finished to save all changes.
Only the clinical student has signed the form.
Only the site supervisor has signed the form
Both the student and site supervisor have signed the form and it is ready for faculty supervisor review.
All parties (student, site supervisor and faculty supervisor) have signed the form and it is complete and final.

Q53. Amendment
If an amendment is needed to the existing contract, please provide detailed information below.
This question was not displayed to the respondent.

Q54. Name of person requesting the amendment.
This question was not displayed to the respondent.

Q66. Reason for the amendment (please describe briefly why the amendment is being requested). If amendment is to change site and/or faculty supervisor, please fill in the appropriate section(s) below.
This question was not displayed to the respondent.

Q56. Requested changes to the contract (please include a description of all requested changes.) If amendment is to change site and/or faculty supervisor, please fill in the appropriate section(s) below.
This question was not displayed to the respondent.

Q57. New Site Supervisor
Please enter information only if the amendment is for a new site supervisor.

This question was not displayed to the respondent.

Q67. New Faculty Supervisor
Please enter information only if the amendment is for a new faculty supervisor.

This question was not displayed to the respondent.

Q61. Student Signature
I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.
This question was not displayed to the respondent.

Q54. Date of student signature above (mm/dd/yyyy)
This question was not displayed to the respondent.

Q51. Site Supervisor Signature
I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.
This question was not displayed to the respondent.

Q64. Date of site supervisor signature above (mm/dd/yyyy)
This question was not displayed to the respondent.

Q63. Faculty Supervisor Signature: I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.
This question was not displayed to the respondent.

Q62. Date of faculty supervisor signature above (mm/dd/yyyy)
This question was not displayed to the respondent.

Q68. Please choose the most relevant option below
This question was not displayed to the respondent.

Q60. Spring Learning Goals Update
Please take a moment to reflect on the fall semester and update learning goals as needed.
This question was not displayed to the respondent.

Q59.
Updated Spring Site Learning Goals: Learning goals for the student as they relate to the population or mission of the site (please be as specific as possible). Specify whether learning goals are short-term (within one month), medium-range (by mid-semester), or long-term (for the full length of the placement).
This question was not displayed to the respondent.

Q61. Updated Spring Student Learning Goals: Individualized learning goals for the student as they relate to their individual professional growth (please be as specific as possible). Specify whether learning goals are short-term (within one month), medium-range (by mid-semester), or long-term (for the full length of the placement).
This question was not displayed to the respondent.

Q62. Are the above updates complete? For any changes besides learning goals (schedule change, supervisor change, faculty change, etc.) please revisit the form and complete the addendum section.

This question was not displayed to the respondent.

Location Data
Location: (32.8608, -79.9746)
Source: GeoIP Estimation

Weekly and Cumulative Log of Practicum
Week Ending: 3/20/2022
DIRECT Activity

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

TUES

Activity

Name:
WED

Home

Alexia Stipa

THURS

FRID

SAT

SUN

Week Total TOTAL to Date
0

0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)

0

PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)

0

b

12

20

0

ASsessment (CHILD)

Assessment (ADULT)
Check-In Phone Calls with Client or Family

0
0

Consultation with Client System

Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
SiteSupervision (Individual or triadic))
Site Supervision (eroup)

6

0

MON

TUES

6

WED

0
THURS

0

0

0
FRID

SAT

1

0

12

20

SUN

Week Total

TOTAL to Date

Case Management Activities

SupportActivities (e.g, lesson planing)

0

Documentation (e.g., Tx Planning, Case notes
0

Advocacy

0

Coordination (with others/activities),

0

Professional Development
Case Related Research

0

35
0

Program Evaluation Activities (Impact Project)

0

other
TOTALINDIRECT CONTACT:
TOTAL

HOURS6

sSUPERVISORSIGNATURE:

0
0
37

0

0

13

DATE:

H28172

57

Weekly and Cumulative Log of Practicum Activity
Home

Week Ending: 3/27/2022
DIRECT Activity

MON

TUES

Intake/InitialInterview (ADULT)
Intake/Initial Interview (CHILD)
individual Counseling (CHILD)
Individual Counseling (ADULT)
SmallGroup Counselings (CHILD)
SmallGroup Counseling(ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)

Name:

Alexia Stipa

WED THURS

FRID

SUN

SAT

Week Total TOTAL to Date
0

0
0

28

4

0

Assessment (CHILD)

0

Assessment (ADULT)

0

Check-In Phone Calls with Clientor Family

Consultation with ClientSystem
Other

TOTALDIRECTCONTACT:
INDIRECT Activity

8

MON

TUES

WED

THURS

FRID

SAT

SUN

28

Week Total TOTALtoDate

Site Supervision (Individual ortriadic)
SiteSupervision (group)

Case Management Activities
Support Activities (eg, lesson planing)_
Documentation (e.g., TxPlanning, Case notes

AdvocacY
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities(lmpactProject)
Other
38

TOTAL INDIRECT CONTACT:|

TOTAL HOURS4

sSUPERVISORSIGNATURE:

0

0

gKALo

0

0

9

DATE:

66

2822

Weekly and Cumulative Log of

TUES

MON

Home

Alexia Stipa

Name:

Week Ending:4/3/2022
DIRECT Activity

Practicum Activity

WED

THURS

FRID

SAT

SUN

Week Total

TOTAL to Date

10.15

38.15

2.215

2.15
0.15

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)

Individual Counseling (ADULT)
SmallGroup Counseling (CHILD)
SmallGroup Counseling (ADULT)

15

PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance(ADULT)
Assessment (CHILD)
ASsessment (ADUULT)

Check-In Phone Calls

.15

2.15
15

with Client o r Family

Consultation with Client System

Other

TOTAL DIRECT CONTACT:

MON

INDIRECT Activity

5.15

7.3
TUES

WED

0

O

THURS

FRID

12.45

SAT

SUN

40.45

Week Total TOTALto Date

Site Supervision (individual ortriadic))
SiteSupervision (Eroup)
Case Management Activities

Support Activities (e.g., lesson planing)

DoCumentation (e.g, Tx Planning, Case

O

notes)

Advocacy

35

Coordination (with others/activities),
0

Professional Development
Case Related Research
Program Evaluatiorn Activities (Impact Project)

Other

40

TOTAL INDIRECT CONTACT:
TOTAL

HOURS

7.3

0

suPERVISOR sIGNATURE: XMLADL

7.15

0

o

0

DATE:

14.45

80.45

Weekly and Cumulative Log of Practicum Activity

Home

Week Ending: 4/10/2022
MON

DIRECT Activity

TUES

Alexia Stipa

Name:
WED

THURS

FRID

SUN

SAT

Week Total TOTAL to Date

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

0

0

IndividualCounseling (CHILD)

0

individual Counseling (ADULT)
Small Group Counseling (CHILD)

38.15

0

SmallGroup Counseling (ADULT)
PsychoEducation/Guidance (CHILD)

0

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)

2.15

Assessment (ADULT)

0

Check-In Phone Calls with Client or Family

0.15

Consultation with Client System
0

Other

TOTAL DIRECT CONTACT:

0
MON

INDIRECT Activity

0

0

TUES

WED

THURS

FRID

SUN

SAT

0

40.45

Week Total TOTAL to Date
0

SiteSupervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
SupportActivities (e8, lesson planing)
Documentation (e.8, Tx Planning, Case notes)

Advocacy
Coordination (withothers/activities),

50

15

Professional Developrment
Case Related Research

0

ProgramEvaluation Activities(Impact Project)
Other

TOTAL INDIRECT CONTACT:
TOTAL

HOURS

sUPERVISORSIGNATURE:

0

oo

o o

15

0

15

o

0

15

55

15

95.45

DATE: 2822

   Weekly and Cumulative Log of

MON

TUES

Home
Alexia Stipa

Name:

Week Ending:4/17/2022

DIRECT Activity

Practicum Activity

WED

THURS

FRID

SAT

SUN

Week Total

TOTAL

to Date

0

Intake/Initial Interview (ADULT)

Intake/Initial Interview (CHILD)
0

Individual Counseling (CHILD)
Individual Counseling (ADULT)
SmallGroup Counseling (CHILD)
SmallGroup Counseling (ADULT)
PsychoEducation/Guidance (CHILD)

48.15

10

5

0

0

Psychotducation/Guidance (ADULT)

2.15

Assessment (CHILD)

Assessment (ADULT)
Check-In Phone Calls with Client or FamilyY
Consultation with ClientSystem
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
(Individual or triadic))
Supension
Site

0.15

0

0

MON

TUES

WED

50.45

10

5

5

THURS

FRID

SAT

SUN

Week Total TOTAL to Date
5

1

0

0

Site Supervision (group)
Case Management Activities
Support Activities (e.8., lesson planing)
Documentation (eg, Tx Planning, Case notes)

1

Advocacy

Coordination (with others/activities)

50

Professional Development
Case Related Research
Program Evaluation Activities(lmpact Project)
Other

0

0

TOTALINDIRECT CONTACT:
TOTAL HOURS

sUPERVISORSIGNATURE

6

7

3

58

13

108.45

2y/22

  Weekly and Cumulative Log of Practicum Activity
Home

Week Ending:|5/1/2022
DIRECT Activity

MON

TUES

Alexia Stipa

Name:
WED

THURS

FRID

SAT

SUN

Week Total

TOTAL to Date
0

Intake/Initial Interview (ADULT)

Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)

Individual Counseling (ADULT)
SmallGroupCounseling (CHILD)
SmalGroup Counseling (ADULT)

10

10

58.15

PsychoEducation/Guidance(CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

2.15

0.15

Check-In Phone Calls with Client or Family
Consultation with Client System
Other

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
SiteSupervision lgroup)

10

0
MON

T

ES

WED

THURS

FRID

SAT

SUN

10

60.45

Week Total

TOTAL to Date

-

Case Management Activities

Support Activities (e.8, lesson planing)
Documentation (e.g., Tx Planning, Case notes)

Advocacy
Coordination (with others/activities),

50

ProfessionalDevelopment
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISORSIGNATURE:

0L

o11
ho

o

1

S9

11

119.45

TUES

Name:

WEDTHURS

8

FRID

8

0

Home

3

0

SATSUN Week Total TOTAL to Date

Alexia Stipa

Weekly and Cumulative Log of Practicum Activity
MON

Week Ending: 3/13/20222|
DIRECT Activity
take/Initial Interview (ADULT)
ndividual Counseling (CHILD)

htake/Initial Interview (CHILD)

ndividual Counseling (ADULT)
SmallGroup Counseling (CHILD)
Small Group Counseling (ADULT)

0

0

0

DATE:

o

1

36

35

36

44

3/22/2022

44

35

0

SUN Week Total TOTALto Date

0

SAT

PsychoEducation/Guidance (CHILD)
Assessment (ADULT)

0

FRID
1

THURS

-

8

1

WED

L

9

UAdAAAA

9

TUES

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)

10

10

MON

TOTAL DIRECT CONTACT:L 0

Consultation with Client System

Check-InPhone Calls with ClientorFamily
Other

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supenvision (group)
Documentation (e.g., Tx Planning, Case notes)

Case Management Activities
Support Activities (eE., lesson planing)

Advocacy

Professional Development

Coordination (with others/activities),

TOTAL INDIRECT CONTACT:

10

Program Evaluation Activities (Impact Project)

Case Related Research
Other

TOTAL HOURS

SUPERVISORSIGNATURE

Jefferson
Philadelphia University+

Thomas Jelferson University

M.S. Community and Trauma Counseling
Thomas Jefferson University
Community & Trauma Counseling Program
Consent to Tape for Supervision Purposes

AMeNiele

give consent per my signature

to make audio and/or

below for my counselor,_AOXa S0a

video recordings of our counseling sessions. It is my understanding that my counselor is seeking consent in order to review recordings on occasion with her supervisor. Following said review

this recording will be destroyed, which will be no later than one month after the recording is

made. It is my further understanding that all materials ill be treated with full professional confidentiality and that any identifying data will be appropriately modified. I understand that this consent is given voluntarily and is not required for me to receive counseling services.

I am aware that any information obtained from or divulged by me to my counselor is treated with

the strictest confidence in accordance with the ethical and professional standards provided by the American Counseling Association. Furthermore, information will not be transmitted to any person or agency without my written consent. The EXCEPTIONS to CONFIDENTIALITY are:

Subpoena or court ordered by a judge

Suspicion of child/elderly abuse/neglect
Threats/commits harm to self or a third party.

I have read the above and understand its contents. I hereby agree to the following:
Taping of supervision sessions. Tapes will be erased 30 days following the date of the

recording.
A supervisor will listen to or view the tape

to assess

counseling skills.

What is said or done by me will be kept in confidence and not be transmitted outside of the

counseling supervision process

3
Client Signature

Counselor Sighature

Date
Date

Recipient Data:
Response ID

R_3eeNTZdFEIsYIVE

End Date

2023-03-08T15:35:23Z

IP Address

76.98.206.58

Response Summary:

Thomas Jefferson University
Department of Counseling and Behavioral
Health
Community and Trauma Counseling
Practicum/ Internship Contract
Please complete this contract in its entirety, carefully reviewing
the instructions for each section and reading the information
included throughout.
All parties should review the Clinical Manual in full. The
clinical manual provides greater detail on all roles and
processes. The manual can be found below:
CTC clinical manual

All parties will receive an email when this form is started, along
with follow up emails with links and directions throughout the
creation process.
Step 1: The contract will be initiated by the
practicum/internship student, who will fill in site information
and contact details for themselves, their site supervisor, and
faculty supervisor.

Step 2: The next section of the contract will be completed by
the practicum/internship student and Field Work Site
Supervisor together (either in person or virtually), ensuring that
it reflects the needs of both the student and the site
Step 3: The University Clinical Supervisor (instructor of the
student's practicum/internship course) will review the
contract, ensuring that tasks/responsibilities are appropriate,
and all sections are complete, then sign off to complete the
process.
Once the contract is fully signed (final completion step by the
student's University Clinical Supervisor), all parties should
download and keep a copy of the PDF for their records.
If amendments are needed to the agreement once finalized,
please revisit via the link included with the finalized document,
and proceed to the Amendments/Updates section by choosing
the most relevant option on the first page of the form (page
with student and supervisors' names and email addresses). A
message will be sent to all parties to review the
amendment/updates. Amendments/updates are not
considered final until signed by all parties.

IMPORTANT
At every stage of the contract, be sure to proceed until
the final confirmation screen (with the message beginning
"The form has been updated with all information entered to
date.")
Always use the most recent link from the confirmation email.
Earlier links will bring you to an earlier version of the contract,
where subsequent changes were not saved.

Overview

Overview
The Master's Degree program in Community and Trauma
Counseling at Thomas Jefferson University prepares graduate
students to work effectively in various community agencies
and schools. The program offers rigorous, trauma-informed
course instruction, encouraging students to think about mental
health issues from many different aspects. In the first year of
their academic training students implement theoretical
knowledge and practical application through practice and
participation at a field placement site.
Clinical students, who work approximately 8 hours per week at
a practicum site or 20+ hours per week at an internship site,
become actively involved in a wide variety of activities and
methodologies. Each clinical experience presents varied
opportunities for skill development.
Listed below are specific counseling competencies all
students should be capable of demonstrating in their clinical
setting by the end of their field experience.
We suggest that supervisors provide, through observation
and/or practice, as many of the following experiences as
possible:
Observation of Other
Professionals
Individual Counseling
Group Counseling

Family Sessions
Assessment
In-Service Training and
Workshops
Consultation and Collaboration
Documentation: Progress notes,
reports, treatment plans,
consent and release forms, and
other documentation relevant to
the practice at your site

Guidelines for the
Practicum/Internship Student
Provide proof of Valid Acts 34, 151 (or relevant
equivalents for those practicing outside of
Pennsylvania) and FBI (114) clearances, along with proof
of counseling liability insurance.
Review site agreement form and hours requirements with
site supervisor.
Maintain an accurate daily log of activities and

experiences in both Excel and Exxat and secure supervisor's signature on a weekly basis (signature on printed Excel weekly sheet, and acknowledgment of hours in Exxat). Hour logs are to be signed at the end of the week in which the logged activities occurred. Logs signed later than the Saturday following activities will not count toward the minimum required hours for the clinical experience.
Complete other duties as assigned by on-site supervisor.
Fulfill all course requirements as assigned by clinical course professor.
Perform all duties and activities in accordance with ACA Ethical Standards, School district (if applicable), agency, Thomas Jefferson University policies and Pennsylvania law/laws of state where your placement site is located.

Guidelines for Clinical Site Supervisors
Supervisors are expected to facilitate/provide the following:
Provide one hour individual or triadic supervision (one supervisor with
two students) per week
a. Supervision can take place individually or with two students
b. The Supervision Hour need not be a full clock hour, but can be broken up into smaller segments throughout the week.
c. Supervision must be documented on the signed log form.
Between September(Internship) or January (Practicum) and May, students will be at their Placement Site for a minimum of 100 hours (practicum) or 600 hours (internship), and must accrue a minimum of 40 hours (practicum) or 240 hours (internship) of Direct Service with actual clients. Students should maintain a consistent schedule and proactively communicate any schedule modifications.
Discuss and reinforce the ethical aspects of counseling practice including specific incidents that may arise at your site.

We require the use of video and/or audio recording during counseling sessions as part of the students' training experience and encourage the site supervisor to make use of these tools as well. Both can be used to help students observe areas of personal and professional strength as well as areas in need of improvement. Release forms giving students permission to record sessions must be provided to clients. Please see the "Securing Recordings for Supervision" section for the recording policy.
Supervisors will evaluate each clinical student at the end of each semester, in December and April. Please provide your supervisee with direct feedback at the completion of each evaluation.
Supervisors will be required to complete a mandatory online and/or face to face CTC Supervisor Training. The link will be provided under separate cover.

University Clinical Faculty must complete a Site Visit (in person or virtual) with the Clinical Site and Supervisor on the following schedule: Practicum: 1 visit in the spring semester Internship: 1 visit in the fall semester and 1 visit in the spring semester

Step 1: Contact Information and Clinical Site
Location
Practicum/Internship Student: Please fill in the info below for yourself, your site supervisor, and your clinical (practicum/internship course) faculty.
If returning to this form please choose the most relevant response to the final question on this page to be directed to
the correct section.

Q40. 1. Is this contract for practicum or internship?
Internship
Q41. 2. Student Info
Student Name

Alexia Stipa

Student Email

ans113@students.jefferson.edu

Student Phone

215-205-0157

Secondary Student
Phone (enter N/A/ if not
applicable)

N/A

Q31. 3. Clinical Site Name
ARS Treatment Center
Q32. 4. Clinical Site Address (Please include specific address of the site, even if working via tele-mental health).
263 Quigley Blvd Suite 1A
New Castle, DE 19720
Q33. 5. Clinical site website (if applicable)
https://arshealth.com/new-castle-delaware-addiction-recovery/
Q42. 6. Site Supervisor Info
Note: Do not edit if site supervisor changes. For supervisor changes, choose the amendment option in the final question on this page.
Site Supervisor Name
Cindy Carilla
Site Supervisor Email

cindy.carilla@arshealth.com

Site Supervisor Phone

302-323-9400

Secondary Site

Supervisor Phone (enter
N/A/ if not applicable)

N/A

Q43. 7. Faculty Supervisor Info
Note: Do not edit if faculty supervisor changes. For supervisor changes, choose the amendment option in the final question on this page.
Faculty Supervisor Name
Katie Durr
Faculty Supervisor Email

katie.durr@jefferson.edu

Faculty Supervisor
Phone

215-218-3900

Q75. 8. Will you be completing your practicum or internship at your place of employment?
Yes

If you complete your practicum or internship at your place of employment,
we must be certain the following is available:
A work space (shared with others, or individual)
One hour per week of face to face, individual
supervision with an appropriate supervisor(a
master's level mental health professional with
appropriate license/credentials)
The opportunity to audio and/or video
record sessions with an actual client for use
in supervision (Practicum course verbatim
assignment requirement) with program
faculty and on-site supervisor.
Your supervisor must be on-site while you are
fulfilling your clinical requirements in case of an
emergency.
The clinical duties must be separate from the
work you do as an employee and must allow
you to complete your required hours in a way
that works for your experience and for the needs
of the site.
The CTC Faculty Supervisor and Manager of
Clinical Sites must receive the student's
employment job description and ensure that the
job description responsibilities and the clinical
responsibilities do not overlap.
Q77. Please complete each of the items below.
Name of your
employment supervisor
(must be different than
Danielle Davis
your
practicum/internship site
supervisor)
Your work scheduleDays/Times
(internship/practicum

schedule cannot overlap
with your work schedule)

M-F 4:30am-2pm Sat 6am-9:30pm

Employment Job
Description
(Practicum/Internship
duties must be separate
and distinct from the
duties your perform for
employment).

Substance Abuse Counselor

Please choose the most relevant response
from the section below to proceed with this form
Complete this question BEFORE clicking the
next button at the bottom of the page:
Q48.

Student and Site Supervisor Together: The Practicum/Internship student and site supervisor are meeting
together (in-person or virtually), and are ready to complete the student/site agreement portion of the form.

Step 2: Student/Site Agreement and Learning
Contract
Practicum/Internship Student: Please work together (either in
person or remotely) to complete this section, ensuring that
both parties agree to all sections. One individual should type
in the information (rather than having two instances of the
contract open). We recommend that the site supervisor
transcribe this section, as they will need to complete
information related to their experience and practice, including
the upload of a resume or CV.
Q40. 1. Primary Supervisor
Please enter information for the primary supervisor for the clinical student.
Primary Supervisor Name

Cindy Carilla

Primary Supervisor Email

cindy.carilla@arshealth.com

License/Certification
Type and Date Acquired

LACMH AC-0010362 (9.28.22) CADC 2008 (8.4.21)

License/Certification #
and State

AC-0010362 DE ; 2008 DE

Years of Experience

6

Degree/ Field of Study

Mental health counseling

Q46. 2. Primary Supervisor CV/Resume
Please Upload
[Click here]
Q12.
3. Orientation to the Site
Briefly describe the orientation activities in which the student will participate.
Training through our online program, RELIAS.
Training with Clinical Supervisor
Met with with Director of nursing, Physician assistant and medical director
Met with the Director of clinical services for training

Q34. 4. Site Expectations

(Please delineate responsibilities for site activities for Fall and Spring
semesters.)
Describe student's weekly/monthly/yearly duties, projects, etc.
Alexia will complete individual sessions and group sessions weekly. Alexia will also have the opportunity to assist with
monitoring health and safety at the facility. Alexia will participate in treatment team interventions with patient's who are
not following program rules and de-escalation as needed.
Q35. 5. Start/End Dates
Dates should fall in the fall/spring semesters. Visit http://www.eastfalls.jefferson.edu/registrar/calendar/ to view most up to date academic calendar (choose "Jefferson College of Health Professions," then "Community and Trauma Counseling")
If start date is before the start of fall semester, or end date is after the end of the spring semester, please reach out to both Dr. Nicole and Neil for approval.
Planned First Date of
12/08/2022
Placement (mm/dd/yyyy)
Planned Final Date of
Placement (mm/dd/yyyy)

12/31/2023

Q58.

Winter Break
Between the fall and spring semesters, students are not enrolled in a clinical supervision class, and may not work at their sites or with clients.

Exceptions will be made for sites which require client contact during part of the break (Note: No student may be on site or interact with clients during the period University offices are closed. For 2021-2022 this is the following dates: 12/24/21-1/2/22.) Students participating in activities at their site during the winter break must
enroll in a winter term supervision course, and attend weekly supervision meetings.

Students/Sites requesting an exception must provide a detailed explanation of activities student will engage in over the break.
Yes (Please explain the activities students will engage in over the winter break period. Be as detailed as possible). By selecting this option, I acknowledge that the student must enroll in a winter break supervision course and attend weekly supervision meetings with University faculty.:

Alexia is also an employee at ARS. She receives weekly supervision. She will be required to continue seeing her patients during this time, as she is employed here as well.

Q36. 6. Please list any other periods of time (besides the University winter break) when practicum/internship student will not be on site (school/organization/practice planned down time, planned vacations, etc.)
none

Q37. 7. Practicum/Internship Student Schedule
Please describe the planned schedule for the clinical student, being as specific as possible for days of the week/times (i.e. 9-5 on Mondays and Wednesdays, 8:00-4:00 on Fridays). If the schedule will be flexible/inconsistent, please describe the number of hours per week, and ranges when the hours would fall (i.e. 18 hours per week Mondays, Wednesdays, Thursdays and Fridays).
Monday -Friday 5am-1:30pm

Q38. 8. Supervision
Please indicate the day(s) and time(s) when a minimum of 1 hour of individual or triadic supervision will occur weekly. (Please schedule a consistent time for supervision weekly, even if the rest of the student schedule varies, i.e. 2:30-3:30 PM on Wednesdays). If site provides group supervision as well, please include day(s) and time(s).
Weekly individual supervision Mondays 12pm-1pm
Group supervision first Friday of the month 8am-9am

Q39. 9. Back-up/Secondary Supervisor
Please enter information for a supervisor who will provide supervision if the primary supervisor is unavailable, or for an individual who will serve as a back-up supervisor.
Secondary Supervisor
Name

Danielle Davis

Secondary Supervisor
Email

Danielle.davis@arshealth.com

Secondary Supervisor
Phone

302-323-9400

License/Certification
Type and Date Acquired

LCDP

License/Certification #
and State

N/A

Years of Experience

10 years

Degree/ Field of Study

Human Services

Q47. 10. Back-up/Secondary Supervisor CV/Resume
Please Upload

N/A

11. Content of Supervision
Including learning strategies, student's responsibilities for supervision,
etc.
Q41.

Accuracy Caseload Clinical Development Competencies Documentation Trainings
Performance Productivity Cooperation/Flexibility Attitude Attendance Patient Engagement
Holidays Vacation (Days off) Ethics Boundaries Legal Cultural Competency EBP- Model Fidelity Interventions
Risk Factors: Suicide/Other Dangerous Behaviors Audit Feedback Screening Intake Orientation Assessment
Counseling Case Management Treatment Plan Crisis Intervention Client Education Referral Report and
Record
Keeping Consultation/Client's Tx. Services

Q42. 12. Absence
Please include process for student to notify site that they will be absent for the day (Note: Students are
expected to proactively communicate as soon as possible ahead of absence to both their site and faculty
supervisor if they will miss a day/portion of a day at their clinical site)
There is an online system, Paycom where Alexia can request off.
Q45.
13. Site Learning Goals: Learning goals for the student as they relate to the population or mission of the site
(please be as specific as possible). Specify whether learning goals are short-term (within one month),
medium-range (by end of the semester), or long-term (for the full length of the placement).
At ARS we focus on harm reduction working in the substance abuse field/population. We utilize
psychoeducation, CBT
and MI to engage the clients on an ongoing basis. We work as a team to assess clients on an ongoing basis.
Alexia will
learn how to approach patients from a harm reduction standpoint, while providing person centered care.
Alexia will
learn to utilize critical thinking skills when it comes to working with patient's who are experiencing barriers
within the
system in the state of Delaware.

Q44. 14. Student Learning Goals: Individualized learning goals for the student as they relate to their
individual professional growth (please be as specific as possible). Specify whether learning goals are
shortterm (within one month), medium-range (by end of the semester), or long-term (for the full length of
the
placement).
Completing effective documentation in a timely manner, long term.
Facilitating psychoeducation group utilizing our positive psychology curriculum, long term
De-escalation techniques with patients that become irate.
Q49. Practicum/Internship Student and Site Supervisor: If the information above is complete, please choose
the first option to send this form along to the clinical faculty for completion. If you need to revisit the form,
please choose the second option and (important) click on the forward arrow below. Form will not save
updates unless an option is chosen and the arrow to proceed to the next page is pressed.
Faculty Supervisor (Practicum/Internship Instructor): Please choose the final option to proceed to the
appropriate section of the form.
The above information is complete. Student and site supervisor will sign, and the form should proceed to the
faculty supervisor.
Please read the information below, and sign in the appropriate fields.

Problems and Termination of

Problems and Termination of
Agreement
The term of this agreement shall be for one academic year,

unless otherwise noted.

If problems/concerns arise with the student or terms of the site agreement, the faculty or on-site supervisor may make modifications or terminate the agreement ONLY in consultation with all parties involved. Follow these steps for modification or termination of agreement:

1. Contact the university supervisor or site supervisor within 48 hours to discuss termination
2. Notify Student within 48 hours of the concern
3. Submit a written report of concerns to all parties involved
4. Make a decision for modification or termination of agreement in consultation with all parties
5. If applicable, issue an amendment to the agreement.

In consultation, any party may terminate this Agreement.

The parties agree to continue their respective policies of nondiscrimination based on Title VI of the Civil Rights Act of 1964 in regard to sex, age, race, color, creed, national origin, Title IX of the Educational Amendments of 1972 and other applicable laws, as well as the provisions of the American with Disabilities Act. The undersigned agree to all the provisions stated in the CTC Practicum/Internship Contract.

Q30. 1. Student Signature
I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.
[Click here]

Q50. 2. Date of student signature above (mm/dd/yyyy)
03/08/2023

Q53. 3. Site Supervisor Signature
I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.
[Click here]

Q52. 4. Date of site supervisor signature above (mm/dd/yyyy)
03/08/2023

Q65. 5. Faculty Supervisor Signature
I attest that the information in this form is complete to the best of my knowledge, and agree to its contents.
[Click here]

Q66. 6. Date of faculty supervisor signature above (mm/dd/yyyy)
03/08/2023

Please click on the forward/right arrow (-->) and answer question on the next page.

Q55. Please choose the current completion state of this form from the options below (this will determine the messages sent at the completion of this session). IMPORTANT: Click on the next button at the bottom of the page once finished to save all changes.

All parties (student, site supervisor and faculty supervisor) have signed the form and it is complete and final.

Embedded Data:
N/A

From:
To:
Subject:
Date:

Jennifer Fogerty
Kirby Wycoff
FW: Accomodations
Tuesday, February 15, 2022 10:51:00 AM

FYI, I met with Alexia and she was supposed to attempt clearance on Thursday of last week. She has not followed up with me. Have you heard from her?

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Monday, February 14, 2022 11:21 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Meg Baltes <Margaret.Baltes@jefferson.edu>
Subject: RE: Accomodations
Hi Alexia,
I am checking in to determine if you were able to be cleared by JOHN? I was going to reach out regarding accommodations but wanted to see if you were cleared.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Wednesday, February 9, 2022 4:43 PM
To: 'Alexia Stipa' <Alexia.Stipa@students.jefferson.edu>
Cc: Meg Baltes <Margaret.Baltes@jefferson.edu>

Subject: RE: Accomodations
Great how about 4:15 tomorrow?

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 9, 2022 4:40 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Meg Baltes <Margaret.Baltes@jefferson.edu>
Subject: Re: Accomodations
Hello!
I am so sorry, I never received a notification for this email. This has been happening a lot
recently and I thought I fixed it. My sincerest apologies!
For this week I am available today after 6pm, tomorrow after 4pm, and Friday between
230pm-4pm.
If none of these times work please let me know and I will send my availability for next week.
Thank you,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Sent: Wednesday, February 9, 2022 4:34:00 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Meg Baltes <Margaret.Baltes@jefferson.edu>
Subject: RE: Accomodations
Hello Alexia!
I am following up on the email below to determine if you need accommodations.
Thanks,
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107

215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Monday, February 7, 2022 9:22 AM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>
Cc: Meg Baltes <Margaret.Baltes@jefferson.edu>
Subject: RE: Accomodations
Hello Alexia,
Zoe Gingold forwarded me your email as I manage accommodations for graduate students in JCHP. I
copied Meg Baltes above to schedule a time for us to meet this week.
Thanks,
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University

Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Sent: Sunday, February 6, 2022 1:34 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Subject: Fwd: Accomodations

Begin forwarded message:
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: February 6, 2022 at 12:15:00 PM EST
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Subject: Accomodations
ï»¿

Hello,
Would it be possible to give me a call sometime this week to discuss
accommodations? I think it's finally come to light that I may need them.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,

Thomas Jefferson University

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From:
To:
Cc:
Subject:
Date:

Jennifer Fogerty
Alexia Stipa (Student)
Nadine Mfum-Mensah
RE: Meeting
Friday, December 9, 2022 12:30:00 PM

Hi Alexia,
Sure, welcome back! I have copied Nadine above to help us schedule.
Thanks,
Jenny
Jennifer Fogerty, MSEd
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Thursday, December 8, 2022 6:14 AM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Subject: Meeting

Hello,
Do you have any upcoming availability to meet about accommodations? I am returning from medical leave and will need them from now on. I tried to use the online scheduling system and it keeps crashing.
Thanks,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

From:
To:
Subject:
Date:

Jennifer Fogerty
Kirby Wycoff; Jeanne Felter
RE: Request for online learning in CTC - Student A.S
Monday, January 31, 2022 2:28:00 PM

Hi,
Because of the nature of this situation I'll work closely with meg. Let me know if you hear from
Alexia.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Monday, January 31, 2022 1:08 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty
<Jennifer.Fogerty@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S

Hi Team,
Thanks for the follow-up here. When I emailed her a few weeks ago, I did remind her of our
expectation that she needed to be on campus starting on Tuesday, Feb. 1 with all of our other
students. She has not replied to those emails. (sent 1/12 and 1/25). To be the best of my
knowledge, we will technically not know if she is cleared until we get a starfish notification
indicating this (not reliable in my experience) or Meg Grugran tells us (or actually, I think tells
Jenny ?) she is.
Best,
Kirby

--

Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Monday, January 31, 2022 1:00 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
I will email her now. How will we know she is cleared?

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)

Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:

130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Monday, January 31, 2022 at 12:06 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, "Felter, Jeanne"
<Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
I think we need to email/call/text indicating she can't return to campus unless she is cleared and remote learning will not be provided.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Friday, January 28, 2022 1:59 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S

Hi Team,
Just checked my email again to see if there were any emails from her, and she has not emailed me back. I do not believe she reached out to Jeanne either. Thoughts on next steps?
Best,

Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling

Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program


From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Sent: Friday, January 28, 2022 12:53 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Alexia has not yet reached out. Did you hear back from her?

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Thursday, January 27, 2022 3:02 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Great, thank you!
-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling

Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Thursday, January 27, 2022 at 1:53 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S

Just checked in with meg, will keep you posted.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Thursday, January 27, 2022 12:06 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S

Hi team,
Just looping back on this. I reached out to A.S on Tuesday, and have not yet gotten a response.
Jeanne, has she emailed you? Jenny, can you possibly check-in with Meg Grugran and see if
she has been in communication with Meg? Unless we have communication to the contrary, I
would expect that we would see her on campus next Tuesday, with her peers, when we return
to fully on ground learning. I have asked her faculty and advisor to keep me apprised if she
reaches out to them. Thanks all!

Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program


From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, January 25, 2022 2:57 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Gosh, you must have ESP Jenny! I was literally just thinking about you. I have not heard back from
this student yet. I reached out to her on Jan 12, with no response. I was just thinking about sending a
follow-up email to her. I am guessing she hasn't reached out to your office or the accommodations
office either. While I do another outreach, do you want to perhaps check in with Meg Grugan and
see if she has any updates on her end? I'll let you know as soon as I hear anything back.
Thanks for checking in,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals

Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Tuesday, January 25, 2022 at 2:54 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Hi,
Any update on Alexia Stipa?
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Thursday, January 13, 2022 9:42 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Keep me posted and I can check in with Meg Grugan as needed.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building

18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 5:09 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty

<Jennifer.Fogerty@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>; Henry
Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Great, done. I replied to her on that same email thread that you started. We will see what we learn
back from her.
-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:35 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty
<Jennifer.Fogerty@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>, Henry
Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
I'd like you to connect with her as PD. Thanks.

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)

Chair, Counseling and Behavioral Health Department

Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:

130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:09 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, "Felter, Jeanne"
<Jeanne.Felter@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>, Henry
Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Thanks Jenny! Will do. When/ how should we re-connect ourselves with SHS to see what the verdict
/ outcome is?
Jeanne, do you want to follow-up and send an email to Alexia and cc: me, or would you like me to?
-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu

Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC

Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:05 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>, Henry
Humphreys <Henry.Humphreys@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Hi Kirby,
I would send an email to the student reminding her she has to be cleared to return on Feb 1 and
asking her to contact SHS and get back to you.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 3:22 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty
<Jennifer.Fogerty@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>; Henry
Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
[Student Removed from Thread]
Hi Jeanne and Team,
I wanted to loop back around on student Alexia Stipa. Can we get a status update on whether this
student has been cleared for a return to campus? This is the student that we discussed right before
Christmas break. Our discussion / plan at that time was that id student wasn't able to be on campus
with her peers on Feb. 1 (when CTC proram returns to on ground learning) that we support her in
taking a medical leave of absence. See below for the communication from Jeanne to the student and

students response, in late December.
Thanks in advance,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff

Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia.Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)

Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:

130 South 9th Street, Edison Building 960-C

Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM
To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring
semester, I would much rather be on campus and I am eager to return. I am also almost
positive that student health will clear me in time to start the new semester. If you need
anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,
I am aware that you have not been on campus since early October because you have not been

cleared by Student Health. I am also aware that you have requested to be granted the ability to be online for the spring semester or until you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health Professions are unable to grant a longterm accommodation of online learning. Students in ground-based programs like the CTC program

are expected to attend class in-person. The information you have received from the CTC program has been clear and consistent- only short-term accommodations will be made. Extended absences from in-person learning interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated high rates of COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-person learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and University practice when students have a medical reason that prevents them from coming to campus for classes over an extended timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim Butler, Associate Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also support you on a plan to return to the CTC program when you are physically ready to do so.
I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I hope you have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)

Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:

130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named above. If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended
recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From:
To:
Subject:
Date:
Attachments:

Jennifer Fogerty
Yoon suh Moh; Nicole G. Johnson; Jeanne Felter
RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Thursday, August 11, 2022 12:46:00 PM
image001.png
image003.png

Hello,
After trying to schedule for quite some time I was finally able to meet with Alexia today. It did not go well. She indicated she was not being accommodated under the ADA but also that she does not want to try for more because she 'doesn't want to be discouraged even more'. I eventually ended the call because it was not productive and negative. I did make it clear that the zoom option was ending and will not be available next semester. I will also follow up with her outlining what I can do under the ADA.
Jenny

Jennifer Fogerty, MSEd
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Monday, July 11, 2022 6:07 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hello,
Getting back into emails after my vacation and the student is missing at least a week a month, which is not appropriate. Was there any action while I was gone? If not I will follow up with Meg Grugan and then the student.
Thanks,
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu

www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, July 5, 2022 12:32 PM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>; Jennifer
Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Thanks Tim, and Nicole for mapping out the absences. I will defer to Jenny on next steps (she may
want to connect with student), but I do think this requires follow-up / touch base with our team and
Tim and Jenny. As you can see from the fall dates, this is a student that we have had concerns about
in the past regarding attendance and exploitation of the COVID policies.
Thanks all,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Date: Tuesday, July 5, 2022 at 10:36 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>, Timothy Butler
<Timothy.Butler@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer
Fogerty <Jennifer.Fogerty@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>

Subject: Re: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23,
2022
Hi everyone,
Dr. Nicole, thank you for adding me into this email thread.
I have just read through the emails regarding the student and look forward to discussing this matter
with you all as necessary.
In wellness,

Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH, BCN
Assistant Director | Assistant Professor
Co-Chapter Faculty Advisor of DSM, CSI
Community and Trauma Counseling Program
Jefferson College of Health Professions
Thomas Jefferson University

East Falls campus,
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144

T: 215-951-2561
E: yoonsuh.moh@jefferson.edu
W: https://www.jefferson.edu/university/health-professions/departments/programs/communitytrauma-counseling.html

W: www.yoonsuhmoh.com

From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, July 5, 2022 10:30 AM
To: Timothy Butler <Timothy.Butler@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>;
Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022

Good morning everyone,
I hope you are well. I have added Dr. Yoonsuh Moh, our Assistant Director to this email.
I have review the starfish notifications and AS has the following absences:
·

10-5-21 to 1-12-22 (70 days)

(October 26 days, November 30 days, December 14 days, January – we began the semester
online).
·
·
·
·
·

2-7-22 to 2-11-22 (4 days)

3-20-22 to 3-28-22 (8 days)
4-5-22 to 4-11-22 (6 days)
5-23-22 to 5-31-22 (8 days)
6-23-22 to 6-28-22 (5 days)

If there is any additional information needed, please let me know.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the
use of the person named above. If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Timothy Butler <Timothy.Butler@jefferson.edu>
Sent: Tuesday, July 5, 2022 9:30 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Le tme know if we need to chat more.
Timothy J. Butler
(He/Him/His)
Associate Dean of Students
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
T 215-951-2599
F 215-951-0154
Timothy.Butler@Jefferson.edu
Jefferson.edu
Communication / Developer / Woo / Strategic / Relator

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Friday, July 1, 2022 5:16 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Timothy
Butler <Timothy.Butler@jefferson.edu>
Subject: Re: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hey Jenny,
I think it makes sense for you to gather some information and then perhaps connect with the
student. I do not know off the top of my head how many weeks it has been, I just know that the
notices come very frequently. Nicole, could you perhaps check in with the faculty and get the official

number? I just feel like there are loop holes that have been exposed in the past, and I am concerned
that the same could be happening now. Of note, as of TODAY, Nicole is our new official Program
Director, AND.. I am likely going to be on formal maternity leave sometime in the next week or so.
Happy to help any way I can (especially early next week) but I expect that by the end of the week, I
will be in labor.
Thank you for following up Jenny!
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Friday, July 1, 2022 at 10:28 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23,
2022
Hello again,
I am following up regarding Alexia Stipia. I reached out to Meg Grugan to ask about the repeated
absences and she asked to connect by phone next week. I am out but Tim will be here and Tim is

also available to discuss MLOA if needed.
How many days has Alexia missed?
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
th

18 Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Thursday, June 30, 2022 10:21 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>;
Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Timothy Butler
<Timothy.Butler@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hello,
I apologize I am just seeing this in my inbox. I agree with and share your concerns. Would you like
me to touch base with her?
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Monday, June 27, 2022 6:51 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Timothy
Butler <Timothy.Butler@jefferson.edu>
Subject: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hi Team,
I hope all is well. I wanted to touch base about the student below. From what I can gather, this
student has been on and off COVID holds for multiple weeks (and months perhaps) in a row. She has
been accessing class virtually as per our policy, but the policy we have in place was always meant to

be a short term solution, not a long term arrangement. This is a student who likely abused the policy
in the fall and was informed that she would need to seek a medical leave if she wanted access to
extended Zoom / virtual learning. Based on the communications that Jeanne and I had with her in

January, I thought we had a resolution in place and she understood the need to be on campus. However with the frequency of off campus time, I am a bit concerned. This comes on the heels of one of my faculty members reaching out to share specific concerns about an upcoming summer class (experiential group class) that does indeed rely VERY heavily on all students being together onground. I am concerned with the pattern. Can we please re-visit? Would love to hear others perspectives / insights and thoughts on next steps.

Thanks all,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Date: Monday, June 27, 2022 at 1:58 PM
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: Shane Gill <Shane.Gill@jefferson.edu>, Michele Messer <Michele.Messer@jefferson.edu>
Subject: FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
FYI

Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Assistant Professor/Associate Program Director & Coordinator of Clinical Development
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)

Community & Trauma Counseling Program
College of Health Professions
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125M
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: notices@starfishsolutions.com <notices@starfishsolutions.com>
Sent: Friday, June 24, 2022 1:04 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are
expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.

Recent Tracking Item Summary: Thursday, June 23, 2022
1 flag included in this summary.
·

Urgent Notification: Health: Alexia Stipa

Subject: Urgent Notification: Health: Alexia Stipa

The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 6/23/2022
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

From:
To:
Cc:
Subject:
Date:
Attachments:

Jennifer Fogerty
Kirby Wycoff; Zoe A Gingold
Timothy Butler; Jeanne Felter; Nicole G. Johnson
RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Monday, December 20, 2021 1:31:00 PM
image003.png

Sure, 12noon works for me!

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Monday, December 20, 2021 1:10 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole
G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Importance: High

No worries Jenny, welcome back!
Any chance could meet tomorrow between 11AM - 1PM for a 30 minute consult? I am attaching the specific language
related to COVID here. This was written and vetted, and includes the college level language as requested. Jeanne and I
worked closely with our faculty to develop language that made it clear we would be flexible, when possible, that the
program was not an online one and that students must be communication with health center and follow all relevant
guidelines. We had another student who requested fully online learning in the Fall due to a medical injury and we denied
it, and instead they took a medical leave. This student has essentially done the same thing, without going through the
proper avenues (i.e. not on campus since October 5). I believe this student is intentionally manipulating the policy and
working multiple angles to do so. This is consistent with data observed throughout the semester. My goal in meeting is to
ensure clear messaging to students, discuss ways to improve / strengthen our language so students do not take advantage

of the flexibility, and identify clear action steps for working with this student.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals


Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Sent: Monday, December 20, 2021 10:21 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi,
Sorry, I was out of the office on Thursday/Friday. I'm happy to discuss next steps and can relay information to Meg Grugan. If she
is not cleared before the spring she may not be able to attend.
Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, December 15, 2021 5:11 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Importance: High
 Hi Jenny and Zoe,
Thank you for the update. What you have reported here, are consistent with my concerns (and the concerns that my faculty has). Is
there any chance the three of us can set up a meeting and discuss further. I would like to share the most up to date information
from my faculty regarding this student and ensure we have an appropriate plan in place for next steps. I am cc:ing Jeanne here to
keep her in the loop as well. My outlook calendar is up to date and I would love to get even 30 minutes on the calendar for a checkin / problem solving about this student. Do we need to bring health services in on this conversation? I have had no communication

from Health Services indicating that this student is not able to be on campus.
Thank you in advance,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Tuesday, December 14, 2021 at 5:11 PM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Thanks Zoe. She is not understanding the policy correctly so we will need to clarify with her or tweak the policy to indicate it is for
acute illness. This 'loophole' doesn't mean she can attend school remotely. How did you leave it with her?

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Sent: Tuesday, December 14, 2021 2:45 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hello,
I spoke to Alexia yesterday regarding her situation. She stated that the syllabus permits students to attend class via Zoom, if they
have an illness and/or have not been cleared by Health Services To date, she states that she has not been cleared by Health
Services to attend in-person class. I explained that attendance is generally required, due to the nature of the course/program, but
she stated that she has the understanding that if a student is sick and working with Health Services, she is permitted to attend class
via Zoom. I further explained that absences are not accommodations, but she is not requesting accommodations, she states that
she is following policy / syllabus.
With respect to Spring 2022, she intends to follow the same policy, if not cleared from Health Services and/or develops symptoms
that prevent her from attending in-class.

Zoe

From: Kirby Wycoff
Sent: Friday, December 10, 2021 2:56 PM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Sounds good – one quick additional note that I thought I had sent yesterday, but I just found in my draft box…

My primary concern related to A.S. is the same concern we had for student K.P, which is that the curriculum is not
designed to be delivered in the fully online format. Student A.S had not been on campus since October 5, which means she
was in the classroom for just the first four weeks of the semester. We denied that same accommodation to KP, and she
instead took a leave. When Jenny and I were working on the KP situation at the beginning of the semester we discussed

that one very important aspect of our training program, is the peer to peer student learning that happens when students
are together, in the live classroom. The interpersonal aspects of counselor training requires that we have students in the
same space to teach, coach and provide mentorship around Should we have starfish updates about her status? Or
confirmation she is not allowed on campus at this time? I look forward to learning more.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Date: Friday, December 10, 2021 at 11:15 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Alexia and I are in contact, so let's wait until we meet and then I'll be in touch.
Zoe
From: Kirby Wycoff
Sent: Friday, December 10, 2021 10:33 AM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hey there Zoe,
I am happy to meet if you think it would be helpful. I am also comfortable if you think its best to move forward with Alexia first, and
then let me know where things are at. Happy to take your lead.
Best,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)

Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Date: Thursday, December 9, 2021 at 10:20 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Kirby,
I plan on reaching out to Alexia regarding the accommodation process for next semester. Please let me know if you would like to
discuss and we can set up a meeting.
Best,

Zoe
Zoe Gingold

Director, The Office of Student Accessibility Services
Jefferson
East Falls Campus
ZoeAnn.Gingold@Jefferson.edu

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person
named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

From: Kirby Wycoff
Sent: Thursday, December 9, 2021 7:37 AM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa

Thank you. The most recent report that she volunteered to one of her faculty members is that she may have appendicitis.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC

Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Sent: Wednesday, December 8, 2021 4:42 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Kirby,
It does seem she has some ongoing medical issues so Zoe or I will reach out to discuss the spring and
potential accommodation.
Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, December 8, 2021 1:45 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Jenny and Tim,
No, she has not returned to class since that time. The faculty has been very mindful not to ask her questions about her health care
status or related PHI, but they are confused and have asked me what is going on. They have noted that the student volunteered
that she did not have COVID, but that the health center had not yet cleared her to return due to a respiratory infection and they
told her that she couldn't be in class until she could speak without coughing. I have no idea if any of that is accurate. We haven't
gotten any updates from starfish indicating that she is able to / cleared to return to campus. As an aside, this student engaged in a
very interesting pattern of triangulating with the health center and one of her professors (relaying incorrect information,
presenting things in an inaccurate way) back in October. The professor and the health center (Megan G) then spoke directly, and
had a very collaborative, helpful discussion, that resolved the confusion. But I am now scratching my head again and confused as to
why the student hasn't been cleared to return, of if she has, but hasn't reported it truthfully. I think my team has been wanting to

be very supportive, and stay in their lane around health care info, but are also wondering about her attendance. She has attended
class virtually and has engaged in the content, but still not coming to campus. Any help in better understanding the situation would
be most appreciated. Happy to jump on a phone call too if that's easier! I am heading into my 2-4 faculty meeting, and will be in
another meeting from 4-4:30 and again from 7-9, but can speak in between those if you want to check in.

Thanks again Jenny and Tim!
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH,  NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, December 8, 2021 at 9:13 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Kirby,
Did the student ever return to classes? I copied Tim Butler above as he can likely update if she took a leave
or something similar.
Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, December 7, 2021 1:13 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Subject: FW: [Starfish] Urgent Notification: Health: Alexia Stipa
Hey Jenny,
I hope all is well! I am wondering if you might have any updates on the student noted here. There is some
more back story here,
but would love any additional insights and/or suggestions on where I could learn more.
Thanks in advance,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)

Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Tuesday, December 7, 2021 at 1:11 PM
To: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Nicole,
Thank you for sharing this update. I was aware that we had an early notification about her, but also knew that it wasn't very clear
what the issue was (unclear if COVID related or not?) and unclear the length of time / impact. I am going to reach out to Jenny
Fogarty and see if I can get some additional insights.
Best,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
Date: Tuesday, December 7, 2021 at 12:16 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>
Subject: FW: [Starfish] Urgent Notification: Health: Alexia Stipa
Good morning Kirby and Jeanne,
I hope you are well. Kat and I have a concern with AS. We received a Starfish notification on this student October 5th and since then
we have not received an update and/or information on the student's possible return. Have you received an update?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Assistant Professor/Associate Program Director & Coordinator of Clinical Development
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Community & Trauma Counseling Program
College of Health Professions

Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125M
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you
are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If

you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: notices@starfishsolutions.com <notices@starfishsolutions.com>
Sent: Tuesday, October 5, 2021 10:10 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 10/5/2021
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

From: Megan Grugan <Megan.Grugan@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: TJU_EF ResLife <TJU_EF_ResLife@jefferson.edu>, Henry Humphreys
<Henry.Humphreys@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: East Falls Clearance Letter
Date: Fri, 11 Feb 2022 14:32:27 +0000
Attachments: Mask_Guidance_COVID_19_01-20-22.pdf

Dear Alexia Stipa,
Thank you for speaking with me.
You are cleared to return to class/clinical 02-15-2022 with the following guidance:
If you tested POSITIVE:
Fully vaccinated non-clinical students must wear surgical loop mask days 8-10 while anywhere on campus.
Fully vaccinated clinical students must wear N95 in the clinical setting and may wear surgical loop masks in
the non clinical campus setting days 8-10.
NOT fully vaccinated clinical and non-clinical students must wear N95 masks days 8-10 when anywhere on
campus.
If you had an exposure but tested negative:
Please continue to follow the university masking guidelines and practice social distancing.
If you are NOT FULLY VACCINATED, you must wear N95 masks days 8-10 when anywhere on campus.
Our hours of operation are M-F 8:00 AM to 4:00 PM. Please contact us if you have any further questions at the
EF covid line at 215-951-0168. ef.covid19@jefferson.edu
Thank you and have a great day!
PRACTICE SOCIAL DISTANCING, wear a mask, wash your hands, eat well, get sleep, and drink plenty
of fluids.
Meg
Megan Grugan, MSN, CRNP, BFA
She/Her/Hers
Director, Student Health Services
COVID19 phone line 215-951-0168 (leave your full name and call back number)
COVID19 email EF.COVID19@jefferson.edu
OPEN 24/7 to all Jefferson University Students; All calls returned within 24-48 hours

    The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination,
distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender
by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

Updated Mask Guidance
(Issued: 1-20-22)
Jefferson Health continues to review guidance from the CDC and the PA/NJ DOH to ensure our recommendations
align and we provide the most up to date guidance.
Recently, CDC updated their recommendations to reinforce the importance of the different type of masks that
are currently available. Alongside vaccination, wearing a well-fitted mask appropriately during the course of time
you are wearing it is one of the most important ways to protect from COVID-19.


At this time, Jefferson Health continues to recommend the earloop mask for all patients, visitors and staff as they enter the building. However, we will be offering the N95 mask for any staff member who would like to utilize a tighter fitted mask as their "everyday" mask.


Selecting the everyday mask for non-COVID care that is comfortable to wear consistently throughout the day is key to good protection.


If you chose to use the N95 mask as your everyday mask please follow these important points:
o
o

o


The mask must be worn properly at all times - ensuring that both straps are properly placed
around your head - one around your neck and one on the top back of your head.
If you are not fit tested for the N95 you should not wear the mask into a room of a patient that
is positive/PUI for COVID, for a patient receiving an AGP, or for any patient on airborne precautions.
Your mask should be disposed of at the end of your shift if it is visibly soiled or wet.

If you work in a location where masks are not regularly stocked, you may obtain an N95 from your main local Supply Chain storeroom

We continue to stress the importance of utilizing the masks that are provided by Jefferson Health. Masks must be
worn properly covering your nose and mouth. Eye protection must be worn for all patient interactions.

From: Megan Grugan <Megan.Grugan@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: TJU_EF ResLife <TJU_EF_ResLife@jefferson.edu>, Henry Humphreys
<Henry.Humphreys@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: East Falls Clearance Letter
Date: Tue, 28 Jun 2022 13:47:36 +0000

Dear Alexia Stipa,
Thank you for speaking with me.
You are cleared to return to class/clinical 06-28-2022 with the following guidance:
Wear N95 (if fit tested) or KN95 (if not fit tested) until Day 10 for source control. N95 should be worn per
instructions as tight fitting as possible.
If you had an exposure but tested negative:
Please continue to follow the university masking guidelines and practice social distancing.
Our hours of operation are M-F 8:00 AM to 4:00 PM. Please contact us if you have any further questions at the
EF covid line at 215-951-0168. ef.covid19@jefferson.edu
Thank you and have a great day!
PRACTICE SOCIAL DISTANCING, wear a mask, wash your hands, eat well, get sleep, and drink plenty
of fluids.
Meg
Megan Grugan, MSN, CRNP, BFA
She/Her/Hers
Director, Student Health Services
COVID19 phone line 215-951-0168 (leave your full name and call back number)
COVID19 email EF.COVID19@jefferson.edu
OPEN 24/7 to all Jefferson University Students; All calls returned within 24-48 hours

The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination,
distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender
by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Megan Grugan <Megan.Grugan@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: TJU_EF ResLife <TJU_EF_ResLife@jefferson.edu>, Henry Humphreys
<Henry.Humphreys@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: East Falls Clearance Letter
Date: Sun, 27 Mar 2022 22:48:28 +0000
Attachments: Mask_Guidance_COVID_19_01-20-22.pdf

Dear Alexia Stipa,
Thank you for speaking with me.
You are cleared to return to class/clinical 03-27-2022 with the following guidance:
If you tested POSITIVE:
Fully vaccinated non-clinical students must wear surgical loop mask days 8-10 while anywhere on campus.
Fully vaccinated clinical students must wear N95 in the clinical setting and may wear surgical loop masks in
the non clinical campus setting days 8-10.
NOT fully vaccinated clinical and non-clinical students must wear N95 masks days 8-10 when anywhere on
campus.
If you had an exposure but tested negative:
Please continue to follow the university masking guidelines and practice social distancing.
If you are NOT FULLY VACCINATED, you must wear N95 masks days 8-10 when anywhere on campus.
Our hours of operation are M-F 8:00 AM to 4:00 PM. Please contact us if you have any further questions at the
EF covid line at 215-951-0168. ef.covid19@jefferson.edu
Thank you and have a great day!
PRACTICE SOCIAL DISTANCING, wear a mask, wash your hands, eat well, get sleep, and drink plenty
of fluids.
Meg
Megan Grugan, MSN, CRNP, BFA
She/Her/Hers
Director, Student Health Services
COVID19 phone line 215-951-0168 (leave your full name and call back number)
COVID19 email EF.COVID19@jefferson.edu
OPEN 24/7 to all Jefferson University Students; All calls returned within 24-48 hours

   The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

Updated Mask Guidance
(Issued: 1-20-22)
Jefferson Health continues to review guidance from the CDC and the PA/NJ DOH to ensure our recommendations
align and we provide the most up to date guidance.
Recently, CDC updated their recommendations to reinforce the importance of the different type of masks that
are currently available. Alongside vaccination, wearing a well-fitted mask appropriately during the course of time
you are wearing it is one of the most important ways to protect from COVID-19.


At this time, Jefferson Health continues to recommend the earloop mask for all patients, visitors and staff as they enter the building. However, we will be offering the N95 mask for any staff member who would like to utilize a tighter fitted mask as their "everyday" mask.


Selecting the everyday mask for non-COVID care that is comfortable to wear consistently throughout the day is key to good protection.


If you chose to use the N95 mask as your everyday mask please follow these important points:
o
o

o


The mask must be worn properly at all times - ensuring that both straps are properly placed around your head - one around your neck and one on the top back of your head.
If you are not fit tested for the N95 you should not wear the mask into a room of a patient that is positive/PUI for COVID, for a patient receiving an AGP, or for any patient on airborne precautions.
Your mask should be disposed of at the end of your shift if it is visibly soiled or wet.

If you work in a location where masks are not regularly stocked, you may obtain an N95 from your main local Supply Chain storeroom

We continue to stress the importance of utilizing the masks that are provided by Jefferson Health. Masks must be
worn properly covering your nose and mouth. Eye protection must be worn for all patient interactions.

From: Megan Grugan <Megan.Grugan@jefferson.edu>
To: "ams113@students.jefferson.edu" <ams113@students.jefferson.edu>
Cc: TJU_EF ResLife <TJU_EF_ResLife@jefferson.edu>, Henry Humphreys
<Henry.Humphreys@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: East Falls Clearance Letter
Date: Mon, 11 Apr 2022 20:04:30 +0000

Dear alexia stipa,
Thank you for speaking with me.
You are cleared to return to class/clinical 04-11-2022 with the following guidance:
If you had an exposure but tested negative:
Please continue to follow the university masking guidelines and practice social distancing.
Our hours of operation are M-F 8:00 AM to 4:00 PM. Please contact us if you have any further questions at the
EF covid line at 215-951-0168. ef.covid19@jefferson.edu
Thank you and have a great day!
PRACTICE SOCIAL DISTANCING, wear a mask, wash your hands, eat well, get sleep, and drink plenty
of fluids.
Meg
Megan Grugan, MSN, CRNP, BFA
She/Her/Hers
Director, Student Health Services
COVID19 phone line 215-951-0168 (leave your full name and call back number)
COVID19 email EF.COVID19@jefferson.edu
OPEN 24/7 to all Jefferson University Students; All calls returned within 24-48 hours

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Megan Grugan <Megan.Grugan@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: TJU_EF ResLife <TJU_EF_ResLife@jefferson.edu>, Henry Humphreys
<Henry.Humphreys@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: East Falls Clearance Letter
Date: Mon, 30 May 2022 15:27:26 +0000

Dear Alexis Stipa,
Thank you for speaking with me.
You are cleared to return to class/clinical 05-31-2022 with the following guidance:
If you had an exposure but tested negative:
Please continue to follow the university masking guidelines and practice social distancing.
Our hours of operation are M-F 8:00 AM to 4:00 PM. Please contact us if you have any further questions at the
EF covid line at 215-951-0168. ef.covid19@jefferson.edu
Thank you and have a great day!
PRACTICE SOCIAL DISTANCING, wear a mask, wash your hands, eat well, get sleep, and drink plenty
of fluids.
Meg
Megan Grugan, MSN, CRNP, BFA
She/Her/Hers
Director, Student Health Services
COVID19 phone line 215-951-0168 (leave your full name and call back number)
COVID19 email EF.COVID19@jefferson.edu
OPEN 24/7 to all Jefferson University Students; All calls returned within 24-48 hours

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Megan Grugan <Megan.Grugan@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: TJU_EF ResLife <TJU_EF_ResLife@jefferson.edu>, Henry Humphreys
<Henry.Humphreys@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: East Falls Clearance Letter
Date: Mon, 31 Jan 2022 19:15:15 +0000
Attachments: Mask_Guidance_COVID_19_01-20-22.pdf

Dear Alexia Stipa ,
Thank you for speaking with me.
You are cleared to return to class/clinical 01-31-2022 with the following guidance:
If you tested POSITIVE:
Fully vaccinated non-clinical students must wear surgical loop mask days 8-10 while anywhere on campus.
Fully vaccinated clinical students must wear N95 in the clinical setting and may wear surgical loop masks in
the non clinical campus setting days 8-10.
NOT fully vaccinated clinical and non-clinical students must wear N95 masks days 8-10 when anywhere on
campus.
If you had an exposure but tested negative:
Please continue to follow the university masking guidelines and practice social distancing.
If you are NOT FULLY VACCINATED, you must wear N95 masks days 8-10 when anywhere on campus.
Our hours of operation are M-F 8:00 AM to 4:00 PM. Please contact us if you have any further questions at the
EF covid line at 215-951-0168. ef.covid19@jefferson.edu
Thank you and have a great day!
PRACTICE SOCIAL DISTANCING, wear a mask, wash your hands, eat well, get sleep, and drink plenty
of fluids.
Meg
Megan Grugan, MSN, CRNP, BFA
She/Her/Hers
Director, Student Health Services
COVID19 phone line 215-951-0168 (leave your full name and call back number)
COVID19 email EF.COVID19@jefferson.edu
OPEN 24/7 to all Jefferson University Students; All calls returned within 24-48 hours

    The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

Updated Mask Guidance
(Issued: 1-20-22)
Jefferson Health continues to review guidance from the CDC and the PA/NJ DOH to ensure our recommendations
align and we provide the most up to date guidance.
Recently, CDC updated their recommendations to reinforce the importance of the different type of masks that
are currently available. Alongside vaccination, wearing a well-fitted mask appropriately during the course of time
you are wearing it is one of the most important ways to protect from COVID-19.


At this time, Jefferson Health continues to recommend the earloop mask for all patients, visitors and staff
as they enter the building. However, we will be offering the N95 mask for any staff member who would
like to utilize a tighter fitted mask as their "everyday" mask.


Selecting the everyday mask for non-COVID care that is comfortable to wear consistently throughout the
day is key to good protection.


If you chose to use the N95 mask as your everyday mask please follow these important points:
o
o

o


The mask must be worn properly at all times - ensuring that both straps are properly placed
around your head - one around your neck and one on the top back of your head.
If you are not fit tested for the N95 you should not wear the mask into a room of a patient that
is positive/PUI for COVID, for a patient receiving an AGP, or for any patient on airborne
precautions.
Your mask should be disposed of at the end of your shift if it is visibly soiled or wet.

If you work in a location where masks are not regularly stocked, you may obtain an N95 from your main
local Supply Chain storeroom

We continue to stress the importance of utilizing the masks that are provided by Jefferson Health. Masks
must be
worn properly covering your nose and mouth. Eye protection must be worn for all patient interactions.

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
........................................................................................................................... 5
Purpose of the Clinical Fieldwork Training Manual
...........................................................................5
Accreditation
.....................................................................................................................................................5
CTC Program Mission Statement
.........................................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
............................................................. 6
Fieldwork Training: What is Clinical Instruction?
.............................................................................................6
Practicum and Internship
...............................................................................................................6
Practicum Fieldwork
Experience.......................................................................................................6
Internship Fieldwork Experience
.......................................................................................6
Clinical Fieldwork: Terms and Language
......................................................................................7
Additional Fieldwork Requirements for Concentration
Students........................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
........................................... 8
Progression + Evaluation in Clinical Fieldwork
...................................................................................8
Evaluation of Competencies in Clinical Fieldwork
......................................................................8
Student Endorsement + Letters of
Reference.....................................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
.......................................................9
Conflict Resolution Process for Clinical Fieldwork
..............................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
......................................9
Before Fieldwork Checklist
...................................................................................................................9
During Fieldwork Checklist

....................................................................................................................11
General Logistics related to Clinical Fieldwork
....................................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
.............................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
..............................................12
Student Identification During Clinical Fieldwork
...................................................................13
Telemental Health and Clinical Fieldwork
..................................................................13
Clinical Fieldwork Site + Supervisor Expectations
................................................................13
Clinical Fieldwork Site Eligibility
..........................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
...........................................14
Clinical Fieldwork Site Supervisor Application
..............................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
.......................................14
Required Site Visits during Practicum +
Internship.................................................................14
Clinical Fieldwork Site Matching
Process......................................................................... 15
Completion of Clinical Hours at Place of Employment
................................................... 15
Clearances, Malpractice Insurance + Professional
Membership.................................................... 16
Pennsylvania Specific Requirements
........................................................................... 16
Students Meeting Clinical Fieldwork Agency
Requirements.................................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
.............................................. 18
Recordkeeping and
Documentation........................................................................................... 18
Student Responsibility
.................................................................................................. 18
Electronic Recordkeeping and Information Sharing
.................................................................. 18
Students Clinical Fieldwork Tracking Logs
.................................................................. 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
.............................................................................. 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................................. 20
Winter Term: Fieldwork + Supervision
.............................................................................. 20
Summer Term: Fieldwork + Supervision
.............................................................................. 20
Additional Fieldwork Training
Requirements.......................................................................... 21

Standardized Patient Experience & Actual Client Experience Assignment
.................................................. 21
Actual Client Experience Assignment
.............................................................................................. 22
Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
.................. 23
SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
.................................................. 24
Practicum
Overview............................................................................................................
24
Required Practicum Activities
.............................................................................. 24
Practicum
Courses...........................................................................................................
25
CTC 602: Pre-Practicum
.................................................................................... 25
CTC 701: Practicum
I........................................................................................ 26
Pre-Requisites for Practicum
Courses.......................................................... 26
Registering for Practicum Courses
.................................................................... 26
Practicum Placement Process + Procedures
.................................................... 26
The 5-Step Placement Process
.......................................................................... 26
Practicum Student Action Items + Timeline
.................................................... 27
Additional Guidelines for Track-Up Students
.................................................... 28
SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
.................................... 29
Internship Overview
.......................................................................................... 29
Required Internship Activities
.......................................................................... 29
Internship Courses
.......................................................................................... 30
CTC 791: Internship
I........................................................................................ 30
CTC 792: Internship
II........................................................................................ 30
Pre-Requisites for Internship Courses
.............................................................30
Registering for Internship Courses
.............................................................30
Internship Placement Process + Procedures
.............................................................30
The 5-Step Internship Placement Process
.............................................................31
Intern Students Action Items + Timeline
.............................................................32
SECTION 6: POST-GRADUATION CONSIDERATIONS
.............................................................32
Licensure Considerations

...............................................................................................................................................33
Post-Masters Professional Practice
.........................................................................................................................33
Recommendation Letters for Graduates and Alumni
......................................................................................34
Appendix A: Forms and
Documents...........................................................................................................................35
Appendix B: Clinical Competencies & Rubrics
......................................................................................37
Attestation Form
.................................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.

•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)

Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision

Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:

• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.

• Petitions must be submitted by (November 30th)

• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.

• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.

• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).

• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision

Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:

• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.

• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.

• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.

• Students are only allowed at their field sites when the University is formally in session.

• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).

• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

AS DISCUSSION
AS ABSENCES
COURSE
CTC 670
CTC 792
CTC 652
CTC 653
ADDITIONAL ABSENCES (HOSPITALIZATION)

ABSCENCES PRIOR TO HOSPITALIZATION
9/1, 9/15, 9/29, 10/6 (4 TOTAL)
2 TOTAL
1 Â½ TOTAL
?
WEEKS OF 10/18 & 10/25

MEDICAL LEAVE APPROVED 11/7
WEEKS REMAINING IN THE FALL SEMESTER
â€¢

11/8, 11/15, 11/19 (INTERPROFESSIONAL EXPERIENCE), 11/29, 12/6 (5 TOTAL)

COURSE ASSIGNMENTS AFTER DATE OF HOSPITALIZATION AND MEDICAL LEAVE
COURSE
CTC 652

ASSIGNMENTS
HISOTRICAL TRAUMA
Asy 1
SMALL GROUP PROJECT

POINTS
25
5
30

DUE DATE
10/20/22
11/3/22
12/8/22

CTC 653

SAG2
SAG2DB
SAG3
INFORMED CONSENT

5
5
25

10/17/22

10/22/22
11/14/22
END OF SEMESTER

CTC 670

DB#4
DB#5
CLINICAL CASE PROJECT
CASE PRESENTAITON

5
5
20
20

11/10
12/1
11/17
12/8-15

CTC 792

DAP NOTE
SPE EXPERIENCE
THEORETICAL ORIENTATION
SCALE
IPE QUIZ DUE
IPE
DAP NOTE

1
20

10/18
10/26
11/1

20
1

11/8
11/19
11/29

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>, Julianna Despinos
<Julianna.Despinos@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>, Yoon Suh Moh
<Yoonsuh.Moh@jefferson.edu>, John Hale <John.Hale@jefferson.edu>
Subject: AS medical Leave
Date: Fri, 28 Oct 2022 15:10:35 +0000
Importance: High
Inline-Images: image001.png

Good morning everyone,
I hope you are well. I just finished a phone call with student Alexia Stipa who is currently hospitalized. Alexia shared that with the life threatening medical concerns she is having at this time, she will be seeking a medical leave. I previously provided Timâ€™s contact information to the student to facilitate this leave. She shared that she will contact Timâ€™s office to begin the process.
John, as her academic advisor, please let me know if Alexia contacts you with any questions, etc.
I will keep you posted if I receive any additional information.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Yoon Suh Moh
<Yoonsuh.Moh@jefferson.edu>
Subject: AS return
Date: Wed, 23 Aug 2023 17:31:45 +0000
Importance: Normal
Inline-Images: image001.png

Good afternoon Julianna,
I hope you are well. I was randomly looking at Alexia in degree works and I see that she is registered for the Fall 2023 semester. Have you heard from the student since your last communication?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Associate Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

AS
AS ABSENCES
COURSE
CTC 670
CTC 792
CTC 652
CTC 653
ADDITIONAL ABSENCES (HOSPITALIZATION)

ABSCENCES PRIOR TO HOSPITALIZATION
9/1, 9/15, 9/29, 10/6 (4 TOTAL)
2 TOTAL
1 ½ TOTAL
?
WEEKS OF 10/18 & 10/25

MEDICAL LEAVE APPROVED 11/7
WEEKS REMAINING IN THE FALL SEMESTER
•

11/8, 11/15, 11/19 (INTERPROFESSIONAL EXPERIENCE), 11/29, 12/6 (5 TOTAL)

COURSE ASSIGNMENTS AFTER DATE OF HOSPITALIZATION AND MEDICAL LEAVE
COURSE
CTC 652

ASSIGNMENTS
HISOTRICAL TRAUMA
Asy 1
SMALL GROUP PROJECT

POINTS
25
5
30

DUE DATE
10/20/22
11/3/22
12/8/22

CTC 653

SAG2
SAG2DB
SAG3
INFORMED CONSENT

5
5
25

10/17/22
10/22/22
11/14/22
END OF SEMESTER

CTC 670

DB#4
DB#5
CLINICAL CASE PROJECT
CASE PRESENTAITON

5
5
20
20

11/10
12/1
11/17
12/8-15

CTC 792

DAP NOTE
SPE EXPERIENCE
THEORETICAL ORIENTATION
SCALE
IPE QUIZ DUE
IPE
DAP NOTE

1
20

10/18
10/26
11/1

20
1

11/8
11/19
11/29

Student Internship
All students complete a 600 hours internship (at least 240 hours must be direct service) over two semesters or longer. Students may complete up to 25 hours/week unless they submit a written request to complete more hours.
Details concerning AS' Internship Hours
1.
2.
3.
4.
5.

AS began Internship in May 2022 (continued at Practicum site)
AS stopped Internship in June 2022 due to supervisor's Illness and returning in the Fall 2022.
AS logs showed 175 obtained in Internship hours as of WE 10/16/2022.
January 2023- AS returned to accruing Internship hours.
March 2023- AS shared completing hours in March and wanted to terminate site.

• AS shared that she believed she completed all of the required hours and did not feel mentally able to return into a clinical site.

• An audit of hours revealed an excess number of hours completed over the 25 hour/week limit.

• Student did not follow policy and request additional hours for Internship.

• Student was informed that any hours over 25 hours will not be counted.

• Student was informed that hours obtained while starfish leave (May 2022) and on medical leave (December 2023) will not be counted.

6. Student was informed 6/1/2023 of the number of hours which will count toward internship

• 207.75 (total direct hours/ 32.25 remaining)

• 131.75 (total indirect hours/228.25 remaining)

• Student will need to return to clinical site in order to complete hours.

From: Timothy Butler <Timothy.Butler@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: CTC STudent A.S.
Date: Mon, 07 Nov 2022 17:13:59 +0000
Inline-Images: image001.jpg

Julia,
CTC student Alexia Stipa has been approved for Medical Leave.
Sincerely,
Timothy J. Butler
(He/Him/His)
Associate Dean of Students
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
T 215-951-2599
F 215-951-0154
Timothy.Butler@Jefferson.edu
Jefferson.edu
Communication / Developer / Woo / Strategic / Relator

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

_

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_
2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

\_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

\_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

—

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home

_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

_

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

–

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'
2

TOES

3/12/23
MON

5
3
_
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

—

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

—

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_

2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

—

0
2

—

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

—

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

‾

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

—

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6
—
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

_

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'
2

TOES

3/12/23
MON

5
3

—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Course information for our discussion
Date: Tue, 21 Feb 2023 17:46:25 +0000
Attachments: AS_DISCUSSION.docx
Inline-Images: image001.png

Good afternoon Julianna,
I hope you are well. I wanted to share the information I will share during our meeting.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

AS DISCUSSION
AS ABSENCES
COURSE
CTC 670
CTC 792
CTC 652
CTC 653
ADDITIONAL ABSENCES (HOSPITALIZATION)

ABSCENCES PRIOR TO HOSPITALIZATION
9/1, 9/15, 9/29, 10/6 (4 TOTAL)
2 TOTAL
1 Â½ TOTAL
?
WEEKS OF 10/18 & 10/25

MEDICAL LEAVE APPROVED 11/7
WEEKS REMAINING IN THE FALL SEMESTER
â€¢

11/8, 11/15, 11/19 (INTERPROFESSIONAL EXPERIENCE), 11/29, 12/6 (5 TOTAL)

COURSE ASSIGNMENTS AFTER DATE OF HOSPITALIZATION AND MEDICAL LEAVE
COURSE
CTC 652

ASSIGNMENTS
HISOTRICAL TRAUMA
Asy 1
SMALL GROUP PROJECT

POINTS
25
5
30

DUE DATE
10/20/22
11/3/22
12/8/22

CTC 653

SAG2
SAG2DB
SAG3
INFORMED CONSENT

5
5
25

10/17/22

10/22/22
11/14/22
END OF SEMESTER

CTC 670

DB#4
DB#5
CLINICAL CASE PROJECT
CASE PRESENTAITON

5
5
20
20

11/10
12/1
11/17
12/8-15

CTC 792

DAP NOTE
SPE EXPERIENCE
THEORETICAL ORIENTATION
SCALE
IPE QUIZ DUE
IPE
DAP NOTE

1
20

10/18
10/26
11/1

20
1

11/8
11/19
11/29

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
................................................................................................................ 5
Purpose of the Clinical Fieldwork Training Manual
........................................................................5
Accreditation
.................................................................................................................................................5
CTC Program Mission Statement
...............................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
......................................................... 6
Fieldwork Training: What is Clinical Instruction?
.............................................................................6
Practicum and Internship
..............................................................................................................6
Practicum Fieldwork
Experience.............................................................................................................6
Internship Fieldwork Experience
...............................................................................................6
Clinical Fieldwork: Terms and Language
................................................................................................7
Additional Fieldwork Requirements for Concentration
Students.................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
........................................... 8
Progression + Evaluation in Clinical Fieldwork
.................................................................................8
Evaluation of Competencies in Clinical Fieldwork
..............................................................................8
Student Endorsement + Letters of
Reference.........................................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
......................................................9
Conflict Resolution Process for Clinical Fieldwork
.............................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
...............................9
Before Fieldwork Checklist
..........................................................................................................................9
During Fieldwork Checklist

.................................................................................11

General Logistics related to Clinical Fieldwork
.................................................................12

Attendance Policy for Clinical Fieldwork and Clinical Course
.................................................12

Transportation, Travel and Parking related to Clinical Fieldwork Sites
.................................................12

Student Identification During Clinical Fieldwork
.................................................................13

Telemental Health and Clinical Fieldwork
.................................................................13

Clinical Fieldwork Site + Supervisor Expectations
.................................................................13

Clinical Fieldwork Site Eligibility
.................................................................................13

Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
.................................................14

Clinical Fieldwork Site Supervisor Application
.................................................................14

Clinical Fieldwork Site Supervisor Training in Counseling Supervision
.................................................14

Required Site Visits during Practicum +
Internship..........................................................................14

Clinical Fieldwork Site Matching
Process.................................................................. 15

Completion of Clinical Hours at Place of Employment
.................................................................. 15

Clearances, Malpractice Insurance + Professional
Membership.................................................. 16

Pennsylvania Specific Requirements
.................................................................................. 16

Students Meeting Clinical Fieldwork Agency
Requirements.......................................................... 17

Professional Counseling Organization Membership & Malpractice Insurance
.......................................... 18

Recordkeeping and
Documentation................................................................................... 18

Student Responsibility
.................................................................................................. 18

Electronic Recordkeeping and Information Sharing
.................................................................. 18

Students Clinical Fieldwork Tracking Logs
.................................................................. 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
.................................................................................. 19

Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................................. 20

Winter Term: Fieldwork + Supervision
.................................................................................. 20

Summer Term: Fieldwork + Supervision
.................................................................................. 20

Additional Fieldwork Training
Requirements.................................................................................. 21

Standardized Patient Experience & Actual Client Experience Assignment
.......................................... 21

Actual Client Experience Assignment
............................................................................................ 22

Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
............................... 23

SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
.................................................... 24

Practicum
Overview...........................................................................................................
24

Required Practicum Activities
......................................................................................... 24

Practicum
Courses...........................................................................................................
25

CTC 602: Pre-Practicum
.................................................................................... 25

CTC 701: Practicum
I........................................................................................ 26

Pre-Requisites for Practicum
Courses................................................................... 26

Registering for Practicum Courses
.................................................................................. 26

Practicum Placement Process + Procedures
............................................................. 26

The 5-Step Placement Process
....................................................................................... 26

Practicum Student Action Items + Timeline
......................................................... 27

Additional Guidelines for Track-Up Students
............................................................ 28

SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
................................................... 29

Internship Overview
......................................................................................................... 29

Required Internship Activities
......................................................................................... 29

Internship Courses
........................................................................................................... 30

CTC 791: Internship
I........................................................................................ 30

CTC 792: Internship
II........................................................................................ 30

Pre-Requisites for Internship Courses
.............................................................30

Registering for Internship Courses
............................................................................30

Internship Placement Process + Procedures
.............................................................30

The 5-Step Internship Placement Process
.............................................................31

Intern Students Action Items + Timeline
...................................................................32

SECTION 6: POST-GRADUATION CONSIDERATIONS
...............................................................32

Licensure Considerations

................................................................................................................................33
Post-Masters Professional Practice
.................................................................................................................33
Recommendation Letters for Graduates and Alumni
...........................................................................34
Appendix A: Forms and
Documents...............................................................................................................35
Appendix B: Clinical Competencies & Rubrics
.........................................................................37
Attestation Form
.........................................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.
•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:

• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:

• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

—

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

—

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_
2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

–

0
2

–

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

–

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•ᵣ•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

–

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

—

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6
―
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

–

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'
2

TOES

3/12/23
MON

5
3

__
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

From:
To:
Subject:
Date:
Attachments:

Nicole G. Johnson
Megan Mills
FW: Meeting Follow Up
Tuesday, June 6, 2023 12:20:24 PM
image001.png
image003.png

Here is the email.

Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC
The information contained in this transmission contains privileged and confidential information. It is intended only for the
use of the person named above. If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Monday, February 27, 2023 3:10 PM
To: Alexia Stipa (Student) <Alexia.Stipa@students.jefferson.edu>
Subject: Meeting Follow Up
Hello Alexia,
I am following up our meeting from last week. I want to reiterate that it is typical for students to
retake the courses that they were registered in during the semester the student takes a leave of
absence. Based on our normal MLOA process and policy, plus the evidence presented by Nicole
during our meeting including the attendance requirements for the program, it has been decided that
you will have to repeat the Fall 2022 semester. During our meeting you mentioned a couple issues

with returning in the Fall to retake your courses from the Fall 2022 semester. I would love to assist
with the financial aid issue you presented. Could you please explain what exactly you were told by
the financial aid office regarding receiving financial aid to pay for your courses? I want to make sure I
am properly explaining your issue to the financial aid office.
I also know you inquired about the grievance process after the decision was made that you will have

to repeat the Fall 2022 semester. I know I previously provided the link to the JCHP Student handbook so you could review the grievance procedure within the College. If this is something you are considering, please let me know so we can start the grievance review process right away. There are different levels of review within the grievance process. The first level of review will go to your Fall faculty who will take time to review your attendance and submitted assignments and draft a formal explanation demonstrating the grade that you would have earned if you did not take a leave of absence. The second level of review will be by the program leadership who will need to review this material prepared by your faculty and review typical procedure applied when a student goes on medical leave. The final level of review will be to me and the College Dean. I am happy to discuss this process in detail if you would like to do so.

Thank you,

Julianna

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Julianna Despinos, J.D.

Director of Academic Success and the Learning Experience

Office of the Dean â€" JCHP and SKMC

Thomas Jefferson University

901 Walnut Street; 1101-C

Philadelphia PA, 19107

Tel: 215.955-8975

Julianna.Despinos@Jefferson.edu

https://www.Jefferson.edu/JCHP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>, Julianna Despinos
<Julianna.Despinos@jefferson.edu>
Subject: Faculty Contact
Date: Thu, 02 Mar 2023 21:16:32 +0000
Inline-Images: image001.png

Good afternoon Alexia,
I hope you are well. Faculty members have informed me of your correspondence requesting information about your FL22 grades for a possible grievance you may file. Please work with and defer to Julianna concerning collecting any information from your previous instructors from the FL22 semester.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>, Julianna Despinos
<Julianna.Despinos@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Subject: Follow up from meeting 6/1/2023
Date: Tue, 06 Jun 2023 17:30:27 +0000
Importance: Normal
Attachments: 2022-2023_CTC_Clinical_manual-_extracted_pages_hours_limits.pdf; Clinical_Logs.pdf
Inline-Images: image001.png

Good afternoon Alexia,
I hope you are well. Thank you for meeting with us (Dr. Moh, John, Neil and me last Thursday, June 1st). Here are my notes reviewing our meeting where we aimed to fully understand your status regarding internship hours and additional requirements needed to complete your graduate program.
INTERNSHIP HOURS
Background information:
1. All CTC students are required to accrue a total of 600 hours (at least 240 hours must be providing direct service).
2. Our clinical manual limits students to completing 25 hours/week unless approved through written request to complete more than 25 hours/week prior to increasing weekly hours (please see attached, clinical manual pages).
3. We do not have record of you submitting a request as guided in the clinical handbook.
4. Over several weeks, your total Internship hours exceeded 25 hours in absence of an approved request to increase weekly hours.
5. We previously informed you that any hours over 25 hours/week would not be accepted because they were completed without the proper approval. This is listed in the CTC Clinical Manual (page 20 and during orientation to clinical field work).
6. In a previous meeting (4/11/23) you reported that you completed all 600 hours. You also shared in a meeting 4/18/23 a reluctance to return to a clinical site. You also shared that you were not mentally able to return to direct service with clients.
7. Out of concern for your health, we require you to obtain health clearance through JOHN (Jefferson Occupational Health Network) prior to returning to complete the remaining Internship hours.
Clinical Log Review
Prior to the meeting, we reviewed the submitted clinical logs (attached here) and adjusted the hours to 25 hours/week. In the weeks where more than 25 hours were logged, the hours were calculated using the ratio of direct and indirect hours as documented on your logs:
1. We took the total hours you reported each week over 25 hours and calculated the percentage of direct and indirect hours reported on the log.
2. We took this percentage and converted the hours (direct and indirect) to equal 25 total hours.
3. For example:
Â· Reported hours (35 hours reported on your log)
i. You reported 19 direct + 16 indirect hours in one week= 35 hours
ii. 19 direct hours= 54% of the total hours
iii. 16 indirect hours= 46% of the total hours
Â· Converted hours (25 hours total program limit)
i. 54% (percentage of reported hours used to complete direct service) * 25 (total hours limit/week)= new converted direct hours
ii. 46% (percentage of reported hours used to complete indirect hours) * 25 (total hours limit/week)= new converted indirect hours
iii. 54%*25= 13.5 hours (converted direct hours)

iv. 46%*25= 11.5 hours (converted indirect hours)
4. This process was done for each log where total hours were over 25 hours/week.

The adjustments were made using the process explained and the converted totals (207.75 direct hours and 131.75 indirect hours) were shared during our meeting. It was further explained that you need to complete at least 32.25 more direct hours and at least 228.25 more indirect hours needed to complete meet accreditation and state licensure the requirements. You were informed, when asked, that a new Internship site would need to be secured in order to complete the outstanding hours. As promised in the meeting, copies of the adjusted logs are attached to this email.

Finally, in a previous meeting (4/18/23) we agreed that multiple approvers would initial all future logs. Today you stated that that you would not be signing the logs and that you would be involving a lawyer.

GRADUATE COURSEWORK

In addition to accruing the 600 Internship hours, to complete your graduate coursework, you will be required to retake the courses from the FALL 2022 semester. The courses which you will retake are:

1. CTC 652- Advanced Clinical Interventions I
2. CTC 791- Internship I
3. CTC 652- Child Trauma & Play Therapy
4. CTC 670- Screening, Assessment & Treatment

We are here to answer any further questions and to support your plan to complete your Internship hours and courses required for graduation. Please feel free to reach us as needed.

Best,

Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC


The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
........................................................................................................ 5
Purpose of the Clinical Fieldwork Training Manual
.................................................................5
Accreditation
..................................................................................................................................5
CTC Program Mission Statement
.............................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
...................................................... 6
Fieldwork Training: What is Clinical Instruction?
.................................................................6
Practicum and Internship
....................................................................................................6
Practicum Fieldwork
Experience....................................................................................6
Internship Fieldwork Experience
..............................................................................6
Clinical Fieldwork: Terms and Language
.............................................................................7
Additional Fieldwork Requirements for Concentration
Students................................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
........................................................... 8
Progression + Evaluation in Clinical Fieldwork
.........................................................................8
Evaluation of Competencies in Clinical Fieldwork
........................................................8
Student Endorsement + Letters of
Reference........................................................8
Professional Behaviors and Standards during Clinical Fieldwork
...........................................................9
Conflict Resolution Process for Clinical Fieldwork
........................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
........................................9
Before Fieldwork Checklist
..............................................................................................9
During Fieldwork Checklist

..................................................................................................................11
General Logistics related to Clinical Fieldwork
.........................................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
.......................................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
.............................................................12
Student Identification During Clinical Fieldwork
...........................................................................................13
Telemental Health and Clinical Fieldwork
.........................................................................................13
Clinical Fieldwork Site + Supervisor Expectations
.........................................................................13
Clinical Fieldwork Site Eligibility
...........................................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
...................................................14
Clinical Fieldwork Site Supervisor Application
.........................................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
.........................................................14
Required Site Visits during Practicum +
Internship...........................................................................14
Clinical Fieldwork Site Matching
Process............................................................................... 15
Completion of Clinical Hours at Place of Employment
................................................................. 15
Clearances, Malpractice Insurance + Professional
Membership................................................... 16
Pennsylvania Specific Requirements
............................................................................. 16
Students Meeting Clinical Fieldwork Agency
Requirements................................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
........................................... 18
Recordkeeping and
Documentation.............................................................................................. 18
Student Responsibility
....................................................................................................... 18
Electronic Recordkeeping and Information Sharing
................................................................. 18
Students Clinical Fieldwork Tracking Logs
............................................................................ 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
.......................................................................................... 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................................. 20
Winter Term: Fieldwork + Supervision
............................................................................. 20
Summer Term: Fieldwork + Supervision
............................................................................. 20
Additional Fieldwork Training
Requirements.......................................................................... 21

Standardized Patient Experience & Actual Client Experience Assignment
.......................................................... 21

Actual Client Experience Assignment
............................................................................................. 22

Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
...................... 23

SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
............................................................ 24

Practicum
Overview.......................................................................................................................
24

Required Practicum Activities
...................................................................................... 24

Practicum
Courses.......................................................................................................................
25

CTC 602: Pre-Practicum
............................................................................................. 25

CTC 701: Practicum
I................................................................................................ 26

Pre-Requisites for Practicum
Courses.......................................................................... 26

Registering for Practicum Courses
.............................................................................. 26

Practicum Placement Process + Procedures
................................................................ 26

The 5-Step Placement Process
................................................................................... 26

Practicum Student Action Items + Timeline
.................................................................. 27

Additional Guidelines for Track-Up Students
................................................................ 28

SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
............................................................ 29

Internship Overview
.................................................................................................. 29

Required Internship Activities
.................................................................................... 29

Internship Courses
.................................................................................................... 30

CTC 791: Internship
I................................................................................................ 30

CTC 792: Internship
II................................................................................................ 30

Pre-Requisites for Internship Courses
..........................................................................30

Registering for Internship Courses
...............................................................................30

Internship Placement Process + Procedures
..................................................................30

The 5-Step Internship Placement Process
......................................................................31

Intern Students Action Items + Timeline
........................................................................32

SECTION 6: POST-GRADUATION CONSIDERATIONS
......................................................................32

Licensure Considerations

..................................................................................................33
Post-Masters Professional Practice
...........................................................................................................33
Recommendation Letters for Graduates and Alumni
...........................................................................34
Appendix A: Forms and
Documents..........................................................................................................35
Appendix B: Clinical Competencies & Rubrics
.............................................................................37
Attestation Form
.............................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.

•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

_

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

—

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_
2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

‾

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay___

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

—

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

—

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'
2

TOES

3/12/23
MON

5
3

—
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

—

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

From: Timothy Butler <Timothy.Butler@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: MLOA Return CTC Student
Date: Fri, 16 Dec 2022 15:20:43 +0000
Inline-Images: image001.jpg

Julianna,
CTC student Alexia Stipa has been cleared to return from Medical Leave.
Timothy J. Butler
(He/Him/His)
Associate Dean of Students
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
T 215-951-2599
F 215-951-0154
Timothy.Butler@Jefferson.edu
Jefferson.edu
Communication / Developer / Woo / Strategic / Relator

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Meeting
Date: Wed, 01 Feb 2023 13:13:59 +0000

Hello,
Dr. Johnson gave me your contact information to discuss a concern I am having with my previous medical leave.
Do you have any upcoming time to set up a zoom meeting?
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

AS
AS ABSENCES
COURSE
CTC 670
CTC 792
CTC 652
CTC 653
ADDITIONAL ABSENCES (HOSPITALIZATION)

ABSCENCES PRIOR TO HOSPITALIZATION
9/1, 9/15, 9/29, 10/6 (4 TOTAL)
2 TOTAL
1 ½ TOTAL
?
WEEKS OF 10/18 & 10/25

MEDICAL LEAVE APPROVED 11/7
WEEKS REMAINING IN THE FALL SEMESTER
•

11/8, 11/15, 11/19 (INTERPROFESSIONAL EXPERIENCE), 11/29, 12/6 (5 TOTAL)

COURSE ASSIGNMENTS AFTER DATE OF HOSPITALIZATION AND MEDICAL LEAVE
COURSE
CTC 652

ASSIGNMENTS
HISOTRICAL TRAUMA
Asy 1
SMALL GROUP PROJECT

POINTS
25
5
30

DUE DATE
10/20/22
11/3/22
12/8/22

CTC 653

SAG2
SAG2DB
SAG3
INFORMED CONSENT

5
5
25

10/17/22
10/22/22
11/14/22
END OF SEMESTER

CTC 670

DB#4
DB#5
CLINICAL CASE PROJECT
CASE PRESENTAITON

5
5
20
20

11/10
12/1
11/17
12/8-15

CTC 792

DAP NOTE
SPE EXPERIENCE
THEORETICAL ORIENTATION
SCALE
IPE QUIZ DUE
IPE
DAP NOTE

1
20

10/18
10/26
11/1

20
1

11/8
11/19
11/29

Student Internship
All students complete a 600 hours internship (at least 240 hours must be direct service) over two semesters or longer. Students may complete up to 25 hours/week unless they submit a written request to complete more hours.
Details concerning AS' Internship Hours
1.
2.
3.
4.
5.

AS began Internship in May 2022 (continued at Practicum site)
AS stopped Internship in June 2022 due to supervisor's Illness and returning in the Fall 2022.
AS logs showed 175 obtained in Internship hours as of WE 10/16/2022.
January 2023- AS returned to accruing Internship hours.
March 2023- AS shared completing hours in March and wanted to terminate site.

• AS shared that she believed she completed all of the required hours and did not feel mentally able to return into a clinical site.

• An audit of hours revealed an excess number of hours completed over the 25 hour/week limit.

• Student did not follow policy and request additional hours for Internship.

• Student was informed that any hours over 25 hours will not be counted.

• Student was informed that hours obtained while starfish leave (May 2022) and on medical leave (December 2023) will not be counted.

6. Student was informed 6/1/2023 of the number of hours which will count toward internship

• 207.75 (total direct hours/ 32.25 remaining)

• 131.75 (total indirect hours/228.25 remaining)

• Student will need to return to clinical site in order to complete hours.

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>, Sheryl Cooley <Sheryl.Cooley@jefferson.edu>,
Yoon Suh Moh <Yoonsuh.Moh@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: RE: FL 2022 Medical Leave
Date: Wed, 01 Feb 2023 13:02:44 +0000
Inline-Images: image003.png

Good morning again Alexia,
I met with the Director of Academic Success and the Learning Experience, Julianna Despinos, J.D. concerning your medical leave, your request and the university's policies concerning medical leaves. The information that was shared
with you concerning repeating the semester was confirmed during my review of your medical leave. Julianna's email is
Julianna.Despinos@jefferson.edu if you would like to reach out to speak with her.
I will be in the office tomorrow and have availability at 2:00 p.m. to meet. Can you remind me of this concern from the summer as it was not mentioned in the last few meetings we have had?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 7:42 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: FL 2022 Medical Leave

   Hi again,
My apologies for the multiple emails. I would also like to set up an appointment if possible to speak about next steps with regards to the summer instructor harassing me that was never followed up on.

Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Wednesday, February 1, 2023 7:36:04 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: FL 2022 Medical Leave
This message was sent securely using ZixÂ®

Good morning Alexia,
I hope you are well. As previously shared concerning your medical leave in FL22, you will re-take your fall classes
(CTC
652, 653, 791 and 670 (Addictions concentration) again in FL23. Once they have been re-taken and successfully
completed, you transcript will be updated. If you have any additional questions, please let me know.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by ZixÂ®.

DiREcT

7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

–

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_

2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

$\overline{1}$

1
1

4

9

_

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

—

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

_

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'
2

TOES

3/12/23
MON

5
3

—
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
............................................................................................................... 5
Purpose of the Clinical Fieldwork Training Manual
..................................................................................5
Accreditation
.....................................................................................................................................................5
CTC Program Mission Statement
.................................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
.................................................................... 6
Fieldwork Training: What is Clinical Instruction?
......................................................................................6
Practicum and Internship
......................................................................................................................6
Practicum Fieldwork
Experience.......................................................................................................6
Internship Fieldwork Experience
...........................................................................................6
Clinical Fieldwork: Terms and Language
........................................................................................7
Additional Fieldwork Requirements for Concentration
Students...................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
................................................. 8
Progression + Evaluation in Clinical Fieldwork
.................................................................................8
Evaluation of Competencies in Clinical Fieldwork
.............................................................................8
Student Endorsement + Letters of
Reference...................................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
...................................................9
Conflict Resolution Process for Clinical Fieldwork
.............................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
.................................9
Before Fieldwork Checklist
...................................................................................................................9
During Fieldwork Checklist

..........................................................................................................11

General Logistics related to Clinical Fieldwork
.....................................................................................12

Attendance Policy for Clinical Fieldwork and Clinical Course
...............................................................................12

Transportation, Travel and Parking related to Clinical Fieldwork Sites
........................................................12

Student Identification During Clinical Fieldwork
.................................................................................13

Telemental Health and Clinical Fieldwork
..................................................................................13

Clinical Fieldwork Site + Supervisor Expectations
.............................................................................13

Clinical Fieldwork Site Eligibility
....................................................................................................13

Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
...................................................14

Clinical Fieldwork Site Supervisor Application
...................................................................................14

Clinical Fieldwork Site Supervisor Training in Counseling Supervision
..................................................14

Required Site Visits during Practicum +
Internship.............................................................................14

Clinical Fieldwork Site Matching
Process.................................................................................. 15

Completion of Clinical Hours at Place of Employment
.......................................................... 15

Clearances, Malpractice Insurance + Professional
Membership.................................................... 16

Pennsylvania Specific Requirements
................................................................................. 16

Students Meeting Clinical Fieldwork Agency
Requirements.................................................... 17

Professional Counseling Organization Membership & Malpractice Insurance
...................................... 18

Recordkeeping and
Documentation.................................................................................... 18

Student Responsibility
................................................................................................ 18

Electronic Recordkeeping and Information Sharing
.................................................... 18

Students Clinical Fieldwork Tracking Logs
.................................................................... 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
.................................................................................. 19

Supervision + Fieldwork Extension (Winter Term and Summer
Semester)........................................... 20

Winter Term: Fieldwork + Supervision
.................................................................... 20

Summer Term: Fieldwork + Supervision
.................................................................... 20

Additional Fieldwork Training
Requirements.................................................................. 21

Standardized Patient Experience & Actual Client Experience Assignment .................................................. 21

Actual Client Experience Assignment ........................................................................................ 22

Facilitation or Co-facilitation of a Counseling or Psychoeducational Group .................. 23

SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT .................................................. 24

Practicum Overview................................................................................................................... 24

Required Practicum Activities ........................................................................................ 24

Practicum Courses................................................................................................................... 25

CTC 602: Pre-Practicum ........................................................................................ 25

CTC 701: Practicum I.............................................................................................. 26

Pre-Requisites for Practicum Courses............................................................................ 26

Registering for Practicum Courses ................................................................................ 26

Practicum Placement Process + Procedures .............................................................. 26

The 5-Step Placement Process ........................................................................................ 26

Practicum Student Action Items + Timeline .............................................................. 27

Additional Guidelines for Track-Up Students .............................................................. 28

SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT .................................................. 29

Internship Overview .................................................................................................................. 29

Required Internship Activities ........................................................................................ 29

Internship Courses .................................................................................................................. 30

CTC 791: Internship I.............................................................................................. 30

CTC 792: Internship II............................................................................................. 30

Pre-Requisites for Internship Courses ............................................................................30

Registering for Internship Courses ................................................................................30

Internship Placement Process + Procedures ................................................................30

The 5-Step Internship Placement Process ....................................................................31

Intern Students Action Items + Timeline ......................................................................32

SECTION 6: POST-GRADUATION CONSIDERATIONS ....................................................................32

Licensure Considerations

..............................................................................................................................33
Post-Masters Professional Practice
..........................................................................................................33
Recommendation Letters for Graduates and Alumni
..............................................................................34
Appendix A: Forms and
Documents...............................................................................................35
Appendix B: Clinical Competencies & Rubrics
...............................................................37
Attestation Form
......................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class
sessions of when they are completed.
•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their
own copies of backup paperwork, hours will not be counted toward the placement
total.

•

Logs should list and describe total hours and direct hours. Students must also keep a
running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two
students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary
supervisor noted in their contract on any given week, then the
practicum/internship hours for that week will not be counted,
unless the student makes arrangements to make-up the lost hour of
supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or
university clinical
supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students
will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online
hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have
any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites
and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an
environment of self-care, students are limited to a maximum of 10 hours/week of clinical
experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents
SECTION 1: INTRODUCTION
................................................................................................................ 5
Purpose of the Clinical Fieldwork Training Manual
...............................................................................5
Accreditation
..............................................................................................................................................5
CTC Program Mission Statement
...........................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
........................................................... 6
Fieldwork Training: What is Clinical Instruction?
...............................................................................6
Practicum and Internship
............................................................................................................................6
Practicum Fieldwork
Experience...............................................................................................................6
Internship Fieldwork Experience
...............................................................................................................6
Clinical Fieldwork: Terms and Language
...............................................................................................7
Additional Fieldwork Requirements for Concentration
Students.............................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
...................... 8
Progression + Evaluation in Clinical Fieldwork
................................................................................8
Evaluation of Competencies in Clinical Fieldwork
................................................................................8
Student Endorsement + Letters of
Reference...............................................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
.........................................................9
Conflict Resolution Process for Clinical Fieldwork
................................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
...............................9
Before Fieldwork Checklist
.......................................................................................................................9
During Fieldwork Checklist

..................................................................................................................11
General Logistics related to Clinical Fieldwork
...............................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
..........................................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
...........................................................12
Student Identification During Clinical Fieldwork
..............................................................................13
Telemental Health and Clinical Fieldwork
...............................................................................13
Clinical Fieldwork Site + Supervisor Expectations
.........................................................................13
Clinical Fieldwork Site Eligibility
........................................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
..........................................................14
Clinical Fieldwork Site Supervisor Application
..........................................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
..........................................................14
Required Site Visits during Practicum +
Internship.......................................................................14
Clinical Fieldwork Site Matching
Process......................................................................... 15
Completion of Clinical Hours at Place of Employment
................................................................... 15
Clearances, Malpractice Insurance + Professional
Membership............................................... 16
Pennsylvania Specific Requirements
.................................................................................... 16
Students Meeting Clinical Fieldwork Agency
Requirements.......................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
.................................. 18
Recordkeeping and
Documentation.................................................................................. 18
Student Responsibility
.............................................................................................. 18
Electronic Recordkeeping and Information Sharing
................................................... 18
Students Clinical Fieldwork Tracking Logs
............................................................. 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
...................................................................................... 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................................. 20
Winter Term: Fieldwork + Supervision
............................................................................ 20
Summer Term: Fieldwork + Supervision
........................................................................ 20
Additional Fieldwork Training
Requirements.................................................................. 21

Standardized Patient Experience & Actual Client Experience Assignment
.......................................................... 21
Actual Client Experience Assignment
.......................................................................................... 22
Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
............................. 23
SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
.................................................... 24
Practicum
Overview.............................................................................................................
24
Required Practicum Activities
.............................................................................................. 24
Practicum
Courses..............................................................................................................
25
CTC 602: Pre-Practicum
.................................................................................................... 25
CTC 701: Practicum
I.............................................................................................. 26
Pre-Requisites for Practicum
Courses................................................................. 26
Registering for Practicum Courses
.......................................................................... 26
Practicum Placement Process + Procedures
............................................................ 26
The 5-Step Placement Process
.......................................................................................... 26
Practicum Student Action Items + Timeline
.......................................................................... 27
Additional Guidelines for Track-Up Students
........................................................ 28
SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
........................................... 29
Internship Overview
.................................................................................................................... 29
Required Internship Activities
.............................................................................................. 29
Internship Courses
.................................................................................................................... 30
CTC 791: Internship
I....................................................................................... 30
CTC 792: Internship
II....................................................................................... 30
Pre-Requisites for Internship Courses
.........................................................................30
Registering for Internship Courses
.........................................................................30
Internship Placement Process + Procedures
.........................................................................30
The 5-Step Internship Placement Process
.........................................................................31
Intern Students Action Items + Timeline
.........................................................................32
SECTION 6: POST-GRADUATION CONSIDERATIONS
.........................................................................32
Licensure Considerations

...................................................................................................................33
Post-Masters Professional Practice
...............................................................................................................33
Recommendation Letters for Graduates and Alumni
.......................................................................................34
Appendix A: Forms and
Documents..............................................................................................................35
Appendix B: Clinical Competencies & Rubrics
............................................................................37
Attestation Form
...................................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.

•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

DiREcT

7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

_

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_
2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

—

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60

0

....

20

37

0

0

4

179

3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home

_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

‾

4

8

TOTAL to Date
14
2
22 ‾
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

‾
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

–

9

DATE:

0

5

0

0

0

TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'

2

TOES

3/12/23
MON

5

3

_
—

Name:
THURS

1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

—

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: RE: MLOA Return CTC Student
Date: Mon, 02 Jan 2023 14:44:04 +0000
Inline-Images: image004.png; image005.jpg; image001.png

Thanks.
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Friday, December 16, 2022 11:16 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: FW: MLOA Return CTC Student
Hi Nicole,
I just received this email from Tim Butler. Alexia should be returning this January.
Thanks,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean â€" JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975

   Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
**********************************************

**********************************************

From: Timothy Butler <Timothy.Butler@jefferson.edu>
Sent: Friday, December 16, 2022 10:21 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: MLOA Return CTC Student

Julianna,

CTC student Alexia Stipa has been cleared to return from Medical Leave.

Timothy J. Butler
(He/Him/His)
Associate Dean of Students
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
T 215-951-2599
F 215-951-0154
Timothy.Butler@Jefferson.edu
Jefferson.edu
Communication / Developer / Woo / Strategic / Relator

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: RE: Meeting
Date: Mon, 20 Feb 2023 16:22:39 +0000
Inline-Images: image001.png; image002.png

Good morning,
I hope you are well. Sorry for the late response. I will make myself available after 2:30 pm.- 4:00 pm. Will this work?
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 15, 2023 12:51 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: FW: Meeting
Hello Nicole,
I hope your day is going well! I just head back from Alexia Stipa, so I wanted to follow up with you. Are you available to
meet with Alexia Stipa tomorrow or next Tuesday between 1:30 – 4 pm? If not, I can ask her to give additional days
next week that she is available to meet.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University

901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu

https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 15, 2023 11:01 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello,
Thanks for your response. I can meet virtually anytime tomorrow and Tuesday next week between 1:30pm-4pm.
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 15, 2023 10:55:27 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I recently met with Nicole and after our discussion, we would like to schedule a follow up meeting between the three
of us. Please let me know date and times you are available for a follow up Zoom meeting tomorrow, next Monday, and
next Tuesday. I will share those times with Nicole to see if there is a time that works with her schedule as well as my
schedule.
Thank you,
Julianna
************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 15, 2023 7:18 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Just checking in to see if there were any updates yet on our conversation.
Thank you!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:30:27 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

No problem! I look forward to meeting.
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:30 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Okay great, see you Tuesday.
Thanks again!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program

Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:28:35 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hi Alexia,
Let's meet on Tuesday at 2:00 pm. I will update the calendar invite now.
Thanks,
Julianna
*************************************

Julianna Despinos, J.D.

Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
************************************************

************************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:27 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hi again,
I wouldn't be able to do until after 1:30 on Friday.
I can do Tuesday the 7th between 1:45-3pm if that works. After that I can do Wednesday the 22nd during the
same time frame.
If neither of those work let me know and I will see what I have open in March.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:22:05 PM

To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

It depends on the time. What time are you available on Friday? I would need to meet before 1:00 pm.
************************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
************************************************

************************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:18 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

I can't meet tomorrow, are you possibly available Friday?
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 2:08:29 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix

®

Hello Alexia,
I can meet tomorrow at 1:45 pm. I have to end at 2:30, so this should give us plenty of time to meet and chat. Please
let me know if that works for you.
Thank you,
Julianna
**************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu

https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 10:26 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Thanks for your response. I unfortunately cannot do any mornings. Do you have any upcoming availability after
1:30pm?
If not, I'll see what I can do to move around patient appointments one morning.
Thanks!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 10:23:32 AM

To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I am happy to help and see what I can do! Unfortunately my day is booked, but I can meet tomorrow morning or Friday
morning via zoom. Please let me know what time works best for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 8:14 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Meeting

Hello,
Dr. Johnson gave me your contact information to discuss a concern I am having with my previous medical leave.
Do you have any upcoming time to set up a zoom meeting?
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: RE: Meeting Follow Up
Date: Fri, 03 Mar 2023 13:24:01 +0000
Inline-Images: image003.png; image001.png

Thank You.
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Thursday, March 2, 2023 2:53 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: FW: Meeting Follow Up
fyi
From: Julianna Despinos
Sent: Tuesday, February 28, 2023 9:43 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting Follow Up
Good Morning Alexia,
Sounds good. Once you receive a copy of the letter and send it to me, I can review it and speak to the financial aid
office about it.
I am happy to schedule a meeting this week to discuss the grievance process. It's the same process laid out in the JCHP
student handbook. See page 12 of the handbook:
https://www.jefferson.edu/content/dam/academic/healthprofessions/jchp-student-resources/JCHP-Student-Handbook-2022-23.pdf. At the first level of review, the faculty has a
say in your grievance request. They must utilize or strictly comply with the policies laid out in their syllabi and the

program student handbook. This includes the program attendance policy Dr. Johnson addressed during our meeting
last week. I don't know the exact details of your class attendance in each of your classes, but my understanding after

our meeting last week was that you missed a number of classes before you were hospitalized. All your missed classes
will impact your grade plus any missed or incomplete course assignments. I believe Nicole was stating that the
combination of these things would have resulted in you not passing all your classes, so the medical leave was the best
option for you. Even if there was a class or two that you may have passed or completed most of the work, we
unfortunately cannot allow you to pass some of your classes and take a medical leave for the remainder classes. We
would have to issue grades for all the classes, regardless if you passed or not or alternatively issue you a medical leave
for the entire semester and allow you to repeat your courses next Fall. If we were going to issue you grades and you
ended up not passing one or more classes or fell below the minimum cumulative grade point average required for the
program, then we would have to discuss potential probation or dismissal from the program. I believe the program was
attempting to avoid these concerns when the medical leave was suggested to you.
I hope the explanation above provides some further guidance and understanding of the program and college's policies.
If you are still interested in meeting to discuss the grievance process, please let me know your availability this week. I
have a lot of availability tomorrow and Friday.
Thank you,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
********************************************

********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, February 28, 2023 6:33 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting Follow Up

Good morning,
I will send over the letter from financial aid as soon as possible. It seems I have misplaced it and I have requested a new one be sent to have you look over it.
As for a grievance, after our meeting I decided to not file one; but your email explaining the process leaves me
with questions. I was not aware that my faculty would be involved in the grievance.
Would you be willing to discuss the grievance with me further?
I think it is something I would like to do if my faculty has some kind of say.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration

Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Monday, February 27, 2023 3:09:39 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: Meeting Follow Up
This message was sent securely using Zix®

Hello Alexia,
I am following up our meeting from last week. I want to reiterate that it is typical for students to retake the courses that
they were registered in during the semester the student takes a leave of absence. Based on our normal MLOA process
and policy, plus the evidence presented by Nicole during our meeting including the attendance requirements for the
program, it has been decided that you will have to repeat the Fall 2022 semester. During our meeting you mentioned a
couple issues with returning in the Fall to retake your courses from the Fall 2022 semester. I would love to assist with
the financial aid issue you presented. Could you please explain what exactly you were told by the financial aid office
regarding receiving financial aid to pay for your courses? I want to make sure I am properly explaining your issue to the
financial aid office.
I also know you inquired about the grievance process after the decision was made that you will have to repeat the Fall
2022 semester. I know I previously provided the link to the JCHP Student handbook so you could review the grievance
procedure within the College. If this is something you are considering, please let me know so we can start the
grievance review process right away. There are different levels of review within the grievance process. The first level of
review will go to your Fall faculty who will take time to review your attendance and submitted assignments and draft a
formal explanation demonstrating the grade that you would have earned if you did not take a leave of absence. The
second level of review will be by the program leadership who will need to review this material prepared by your faculty
and review typical procedure applied when a student goes on medical leave. The final level of review will be to me and
the College Dean. I am happy to discuss this process in detail if you would like to do so.
Thank you,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215-955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

®
This message was secured by Zix .

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: RE: Meeting in the Morning
Date: Wed, 06 Sep 2023 13:10:33 +0000
Importance: Normal
Inline-Images: image005.jpg; image001.png; image003.jpg

Good morning Julianna,
I hope you are well. Letâ€™s do 10 am.
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Associate Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, September 6, 2023 9:05 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: RE: Meeting in the Morning
Hi Nicole,
We can meet briefly for about 20-30 minutes. I want to make sure we meet this morning before I follow up with Erin.
Would you prefer to meet at 10 am or 10:30 am? Let me know what works best for you.
Thank you,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean â€“ JCHP and SKMC
Thomas Jefferson University

 901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP

From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, September 5, 2023 7:46 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: RE: Meeting in the Morning
Good evening,
I just got out of class. Sure I can meet tomorrow. We have a faculty candidate coming but I can step away to meet.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Associate Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Tuesday, September 5, 2023 5:53 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: Meeting in the Morning
Importance: High
Hi Nicole.
I briefly spoke with Mike regarding our meeting with Erin today. Would you be able to meet tomorrow morning to discuss options for addressing the issue? Mike would like the three of us to meet. He is available from 9:30 to 11:00 am. If you are available, please let me know what time works best for you.

   Thank you,
Julianna
***********************************
Julianna Despinos, JD. (she/her)
Director of Academic Success and the Learning Experience
Jefferson College of Health Professions Office of the Dean/Sidney Kimmel Medical College
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: RE: Request for Date
Date: Thu, 07 Sep 2023 16:57:26 +0000
Importance: Normal
Inline-Images: image002.png; image003.jpg

Yes. It was October 17th when we heard.
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Associate Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Thursday, September 7, 2023 10:27 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: Request for Date
Hi Nicole,
I hope your Thursday is going well! I just wanted to clarify the date that A.S. was hospitalized? I believe we said October
17, 2022 during our discussion yesterday, but I donâ€™t have my notes in front of me so I want to verify with you.
Thank you,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean â€" JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C

  Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>, Yoon Suh Moh <Yoonsuh.Moh@jefferson.edu>,
Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Julianna Despinos <Julianna.Despinos@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: Return from Medical Leave
Date: Wed, 30 Nov 2022 16:04:50 +0000
Inline-Images: image001.png

Good morning again Alexia,
In addition, you will need to contact Timothy Butlerâ€™s office (who approved the medical leave) to discuss your return
before moving forward.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole G. Johnson
Sent: Wednesday, November 30, 2022 10:49 AM
To: Alexia Stipa (Student) <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Sheryl Cooley
<Sheryl.Cooley@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Julianna Despinos
<Julianna.Despinos@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Return from Medical Leave
Good morning Alexia,

    I hope you are well. Thank you for meeting with John and I concerning your return from medical leave. Below is a recap
of our meeting:
1. SPRING 2023 REGISTRATION- For the Spring 2023 semester you will register for CTC 651 (Neurobiology of
Trauma), CTC 672 (Neurobiology & Psychopharmacology of Addictions), CTC 671 (Ethical Treatment &

Intervention). You will also register for CTC 793- Internship I extension. We will contact you concerning the Internship course and how you will register for this course.

2. FALL 2022 COURSES- In accordance to your medical leave, you are scheduled to complete the FL22 courses in FL23. Any updates on your request to submit the completed work this semester will be provided once this is explored.

If you have any additional questions, please feel free to let us know.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: John Hale <John.Hale@jefferson.edu>
To: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Julianna Despinos <Julianna.Despinos@jefferson.edu>,
Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>, Yoon Suh Moh
<Yoonsuh.Moh@jefferson.edu>
Subject: Re: AS medical Leave
Date: Mon, 31 Oct 2022 20:10:57 +0000
Inline-Images: image001.png

Thank you, Dr. Johnson I certainly will inform you.
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Friday, October 28, 2022 11:10 AM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Julianna Despinos <Julianna.Despinos@jefferson.edu>; Jennifer
Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: AS medical Leave
Good morning everyone,
I hope you are well. I just finished a phone call with student Alexia Stipa who is currently hospitalized. Alexia shared
that with the life threatening medical concerns she is having at this time, she will be seeking a medical leave. I
previously provided Timâ€™s contact information to the student to facilitate this leave. She shared that she will contact
Timâ€™s office to begin the process.
John, as her academic advisor, please let me know if Alexia contacts you with any questions, etc.
I will keep you posted if I receive any additional information.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

   The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>, Nicole Johnson
<Nicole.G.Johnson@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Re: CTC STudent A.S.
Date: Mon, 07 Nov 2022 18:54:09 +0000
Inline-Images: image001.jpg; image002.png; image003.jpg

Thanks Julianna. I've copied Sheryl to keep our records up to date. Nicole- please take the lead on the outreach to
Alexia.

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Note: My work hours may not align with your own. Please respond when it is best for you.
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
O: 215-951-0434
East Falls Campus Office: Ronson Suite 125
Center City Campus Office: Edison Building 960-C

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Date: Monday, November 7, 2022 at 1:38 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: FW: CTC STudent A.S.
Hi Nicole and Jeanne,
I know we previously discussed Alexia Stipa's hospitalization about a week ago. She has officially been approved for a
Medical Leave. I'm not sure when she plans to return, but she will have to seek medical clearance before returning. It
also may be good to send her an email letting her know to reach out to someone within the program prior to her
return to help with facilitating a smooth return process. Please let me know if you have any questions.
Thank you,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Timothy Butler <Timothy.Butler@jefferson.edu>
Sent: Monday, November 7, 2022 12:14 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>

Subject: CTC STudent A.S.

Julia,

CTC student Alexia Stipa has been approved for Medical Leave.

Sincerely,

Timothy J. Butler

(He/Him/His)

Associate Dean of Students

Thomas Jefferson University

East Falls Campus

4201 Henry Avenue

Philadelphia, PA 19144

T 215-951-2599

F 215-951-0154

Timothy.Butler@Jefferson.edu

Jefferson.edu

Communication / Developer / Woo / Strategic / Relator

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>, Julianna Despinos
<Julianna.Despinos@jefferson.edu>
Subject: Re: Faculty Contact
Date: Thu, 02 Mar 2023 21:34:16 +0000
Inline-Images: image001.png

Hello,
I'm a bit confused. My intentions were to meet with them to discuss my coursework and ultimately decide for
myself if a grievance was worth the process.
Is that not something I should do? Or should I do it with the Dean present?
I would appreciate any advice you could offer on those questions.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Thursday, March 2, 2023 4:16:32 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Faculty Contact
This message was sent securely using ZixÂ®

Good afternoon Alexia,
I hope you are well. Faculty members have informed me of your correspondence requesting information about your
FL22 grades for a possible grievance you may file. Please work with and defer to Julianna concerning collecting any
information from your previous instructors from the FL22 semester.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu

  Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or

duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by ZixÂ®.

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting
Date: Wed, 01 Feb 2023 22:29:33 +0000
Inline-Images: image001.png

Okay great, see you Tuesday.
Thanks again!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:28:35 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hi Alexia,
Let's meet on Tuesday at 2:00 pm. I will update the calendar invite now.
Thanks,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:27 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hi again,

I wouldn't be able to do until after 1:30 on Friday.
I can do Tuesday the 7th between 1:45-3pm if that works. After that I can do Wednesday the 22nd during the
same time frame.
If neither of those work let me know and I will see what I have open in March.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023

Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:22:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

It depends on the time. What time are you available on Friday? I would need to meet before 1:00 pm.
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:18 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

I can't meet tomorrow, are you possibly available Friday?
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 2:08:29 PM

To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I can meet tomorrow at 1:45 pm. I have to end at 2:30, so this should give us plenty of time to meet and chat. Please
let me know if that works for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C

Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
************************************************

************************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 10:26 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Thanks for your response. I unfortunately cannot do any mornings. Do you have any upcoming availability after
1:30pm?
If not, I'll see what I can do to move around patient appointments one morning.
Thanks!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 10:23:32 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix

®

Hello Alexia,
I am happy to help and see what I can do! Unfortunately my day is booked, but I can meet tomorrow morning or Friday
morning via zoom. Please let me know what time works best for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
************************************************

************************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 8:14 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Meeting

Hello,

Dr. Johnson gave me your contact information to discuss a concern I am having with my previous medical leave.

Do you have any upcoming time to set up a zoom meeting?

Thank you,

Alexia Stipa (she/they)

Master of Science Student, Community & Trauma Counseling Program

Trauma, Addictions & Recovery Concentration

Class of 2023

Alexia.stipa@students.jefferson.edu

Department of Counseling and Behavioral Health,

Thomas Jefferson University

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named

above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is

strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting
Date: Wed, 15 Feb 2023 12:17:35 +0000
Inline-Images: image001.png

Hello!
Just checking in to see if there were any updates yet on our conversation.
Thank you!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:30:27 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

No problem! I look forward to meeting.
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
**********************************************

**********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:30 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Okay great, see you Tuesday.

Thanks again!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:28:35 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>

Subject: RE: Meeting
This message was sent securely using Zix®

Hi Alexia,
Let's meet on Tuesday at 2:00 pm. I will update the calendar invite now.
Thanks,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:27 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hi again,
I wouldn't be able to do until after 1:30 on Friday.
I can do Tuesday the 7th between 1:45-3pm if that works. After that I can do Wednesday the 22nd during the
same time frame.
If neither of those work let me know and I will see what I have open in March.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:22:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

It depends on the time. What time are you available on Friday? I would need to meet before 1:00 pm.
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975

Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:18 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

I can't meet tomorrow, are you possibly available Friday?
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 2:08:29 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix

®

Hello Alexia,
I can meet tomorrow at 1:45 pm. I have to end at 2:30, so this should give us plenty of time to meet and chat. Please
let me know if that works for you.
Thank you,
Julianna
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107

Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 10:26 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Thanks for your response. I unfortunately cannot do any mornings. Do you have any upcoming availability after
1:30pm?
If not, I'll see what I can do to move around patient appointments one morning.

Thanks!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 10:23:32 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I am happy to help and see what I can do! Unfortunately my day is booked, but I can meet tomorrow morning or Friday
morning via zoom. Please let me know what time works best for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
********************************************

********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 8:14 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Meeting

Hello,
Dr. Johnson gave me your contact information to discuss a concern I am having with my previous medical leave.
Do you have any upcoming time to set up a zoom meeting?
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting
Date: Wed, 01 Feb 2023 22:30:11 +0000
Inline-Images: image001.png

I could also meet right now if that's helpful in any way!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:28:35 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hi Alexia,
Let's meet on Tuesday at 2:00 pm. I will update the calendar invite now.
Thanks,
Julianna
************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:27 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hi again,
I wouldn't be able to do until after 1:30 on Friday.

I can do Tuesday the 7th between 1:45-3pm if that works. After that I can do Wednesday the 22nd during the
same time frame.
If neither of those work let me know and I will see what I have open in March.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu

Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:22:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

It depends on the time. What time are you available on Friday? I would need to meet before 1:00 pm.
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215-955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:18 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

I can't meet tomorrow, are you possibly available Friday?
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 2:08:29 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting

This message was sent securely using Zix®

Hello Alexia,
I can meet tomorrow at 1:45 pm. I have to end at 2:30, so this should give us plenty of time to meet and chat. Please
let me know if that works for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107

Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*************************************

*************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 10:26 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Thanks for your response. I unfortunately cannot do any mornings. Do you have any upcoming availability after
1:30pm?
If not, I'll see what I can do to move around patient appointments one morning.
Thanks!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 10:23:32 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix

®

Hello Alexia,
I am happy to help and see what I can do! Unfortunately my day is booked, but I can meet tomorrow morning or Friday
morning via zoom. Please let me know what time works best for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience

Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*************************************

*************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 8:14 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Meeting

Hello,

Dr. Johnson gave me your contact information to discuss a concern I am having with my previous medical leave.

Do you have any upcoming time to set up a zoom meeting?

Thank you,

Alexia Stipa (she/they)

Master of Science Student, Community & Trauma Counseling Program

Trauma, Addictions & Recovery Concentration

Class of 2023

Alexia.stipa@students.jefferson.edu

Department of Counseling and Behavioral Health,

Thomas Jefferson University

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named

above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is

strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting
Date: Wed, 15 Feb 2023 16:00:31 +0000
Inline-Images: image001.png

Hello,
Thanks for your response. I can meet virtually anytime tomorrow and Tuesday next week between 1:30pm-4pm.
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 15, 2023 10:55:27 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I recently met with Nicole and after our discussion, we would like to schedule a follow up meeting between the three
of us. Please let me know date and times you are available for a follow up Zoom meeting tomorrow, next Monday, and
next Tuesday. I will share those times with Nicole to see if there is a time that works with her schedule as well as my
schedule.
Thank you,
Julianna
***********************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
********************************************

********************************************

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 15, 2023 7:18 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Just checking in to see if there were any updates yet on our conversation.
Thank you!
Alexia Stipa (she/they)

Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:30:27 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

No problem! I look forward to meeting.
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:30 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Okay great, see you Tuesday.
Thanks again!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:28:35 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix

®

Hi Alexia,
Let's meet on Tuesday at 2:00 pm. I will update the calendar invite now.
Thanks,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:27 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hi again,
I wouldn't be able to do until after 1:30 on Friday.
I can do Tuesday the 7th between 1:45-3pm if that works. After that I can do Wednesday the 22nd during the
same time frame.
If neither of those work let me know and I will see what I have open in March.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:22:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

It depends on the time. What time are you available on Friday? I would need to meet before 1:00 pm.
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience

Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:18 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

I can't meet tomorrow, are you possibly available Friday?
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 2:08:29 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I can meet tomorrow at 1:45 pm. I have to end at 2:30, so this should give us plenty of time to meet and chat. Please
let me know if that works for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 10:26 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Thanks for your response. I unfortunately cannot do any mornings. Do you have any upcoming availability after
1:30pm?
If not, I'll see what I can do to move around patient appointments one morning.
Thanks!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 10:23:32 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting

This message was sent securely using Zix®

Hello Alexia,
I am happy to help and see what I can do! Unfortunately my day is booked, but I can meet tomorrow morning or Friday
morning via zoom. Please let me know what time works best for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 8:14 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Meeting

Hello,
Dr. Johnson gave me your contact information to discuss a concern I am having with my previous medical leave.
Do you have any upcoming time to set up a zoom meeting?
Thank you,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting
Date: Mon, 20 Feb 2023 17:36:48 +0000
Inline-Images: image001.png

Hello,
Yes that time still works.
Thank you!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Monday, February 20, 2023 12:33:53 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I was able to speak to Nicole today and confirm that we are both available tomorrow at 2:30 pm. Does that time still
work for you? If so, I will send a meeting invite to the group.
Thank you,
Julianna
************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
**********************************************

**********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 15, 2023 11:01 AM

To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello,
Thanks for your response. I can meet virtually anytime tomorrow and Tuesday next week between 1:30pm-
4pm.
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu

Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 15, 2023 10:55:27 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I recently met with Nicole and after our discussion, we would like to schedule a follow up meeting between the three
of us. Please let me know date and times you are available for a follow up Zoom meeting tomorrow, next Monday, and
next Tuesday. I will share those times with Nicole to see if there is a time that works with her schedule as well as my
schedule.
Thank you,
Julianna
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 15, 2023 7:18 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Just checking in to see if there were any updates yet on our conversation.
Thank you!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023

Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:30:27 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

No problem! I look forward to meeting.
Julianna
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:30 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Okay great, see you Tuesday.
Thanks again!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:28:35 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix

Hi Alexia,
Let's meet on Tuesday at 2:00 pm. I will update the calendar invite now.
Thanks,
Julianna
***********************************

Julianna Despinos, J.D.

®

Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:27 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>

Subject: Re: Meeting

Hi again,
I wouldn't be able to do until after 1:30 on Friday.
I can do Tuesday the 7th between 1:45-3pm if that works. After that I can do Wednesday the 22nd during the
same time frame.
If neither of those work let me know and I will see what I have open in March.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 5:22:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

It depends on the time. What time are you available on Friday? I would need to meet before 1:00 pm.
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*******************************************

*******************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 5:18 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

I can't meet tomorrow, are you possibly available Friday?
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 2:08:29 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,

I can meet tomorrow at 1:45 pm. I have to end at 2:30, so this should give us plenty of time to meet and chat. Please
let me know if that works for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215-955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 10:26 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting

Hello!
Thanks for your response. I unfortunately cannot do any mornings. Do you have any upcoming availability after
1:30pm?

If not, I'll see what I can do to move around patient appointments one morning.
Thanks!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 10:23:32 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Hello Alexia,
I am happy to help and see what I can do! Unfortunately my day is booked, but I can meet tomorrow morning or Friday
morning via zoom. Please let me know what time works best for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C

Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 8:14 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Meeting

Hello,
Dr. Johnson gave me your contact information to discuss a concern I am having with my previous medical
leave.
Do you have any upcoming time to set up a zoom meeting?
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

The information contained in this transmission contains privileged and confidential information. It is intended
only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy
all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care
matters.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting
Date: Wed, 01 Feb 2023 15:25:43 +0000
Inline-Images: image001.png

Hello!
Thanks for your response. I unfortunately cannot do any mornings. Do you have any upcoming availability after 1:30pm?
If not, I'll see what I can do to move around patient appointments one morning.
Thanks!
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Wednesday, February 1, 2023 10:23:32 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: RE: Meeting
This message was sent securely using ZixÂ®

Hello Alexia,
I am happy to help and see what I can do! Unfortunately my day is booked, but I can meet tomorrow morning or Friday morning via zoom. Please let me know what time works best for you.
Thank you,
Julianna
*************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************

    From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Wednesday, February 1, 2023 8:14 AM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Meeting

Hello,
Dr. Johnson gave me your contact information to discuss a concern I am having with my previous medical leave.
Do you have any upcoming time to set up a zoom meeting?
Thank you,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by ZixÂ®.

From: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Meeting Follow Up
Date: Tue, 28 Feb 2023 11:32:30 +0000
Inline-Images: image001.png

Good morning,
I will send over the letter from financial aid as soon as possible. It seems I have misplaced it and I have requested a new one be sent to have you look over it.
As for a grievance, after our meeting I decided to not file one; but your email explaining the process leaves me with questions. I was not aware that my faculty would be involved in the grievance.
Would you be willing to discuss the grievance with me further?
I think it is something I would like to do if my faculty has some kind of say.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Monday, February 27, 2023 3:09:39 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Subject: Meeting Follow Up
This message was sent securely using Zix®

Hello Alexia,
I am following up our meeting from last week. I want to reiterate that it is typical for students to retake the courses that they were registered in during the semester the student takes a leave of absence. Based on our normal MLOA process and policy, plus the evidence presented by Nicole during our meeting including the attendance requirements for the program, it has been decided that you will have to repeat the Fall 2022 semester. During our meeting you mentioned a couple issues with returning in the Fall to retake your courses from the Fall 2022 semester. I would love to assist with the financial aid issue you presented. Could you please explain what exactly you were told by the financial aid office regarding receiving financial aid to pay for your courses? I want to make sure I am properly explaining your issue to the financial aid office.
I also know you inquired about the grievance process after the decision was made that you will have to repeat the Fall 2022 semester. I know I previously provided the link to the JCHP Student handbook so you could review the grievance procedure within the College. If this is something you are considering, please let me know so we can start the grievance review process right away. There are different levels of review within the grievance process. The first level of review will go to your Fall faculty who will take time to review your attendance and submitted assignments and draft a formal explanation demonstrating the grade that you would have earned if you did not take a leave of absence. The second level of review will be by the program leadership who will need to review this material prepared by your faculty and review typical procedure applied when a student goes on medical leave. The final level of review will be to me and the College Dean. I am happy to discuss this process in detail if you would like to do so.

   Thank you,
Julianna
*****************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean â€" JCHP and SKMC

Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by ZixÂ®.

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>, Yoon Suh Moh <Yoonsuh.Moh@jefferson.edu>,
Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Julianna Despinos <Julianna.Despinos@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Return from Medical Leave
Date: Wed, 30 Nov 2022 15:48:59 +0000
Inline-Images: image001.png

Good morning Alexia,
I hope you are well. Thank you for meeting with John and I concerning your return from medical leave. Below is a recap
of our meeting:
1. SPRING 2023 REGISTRATION- For the Spring 2023 semester you will register for CTC 651 (Neurobiology of
Trauma), CTC 672 (Neurobiology & Psychopharmacology of Addictions), CTC 671 (Ethical Treatment &
Intervention). You will also register for CTC 793- Internship I extension. We will contact you concerning the
Internship course and how you will register for this course.
2. FALL 2022 COURSES- In accordance to your medical leave, you are scheduled to complete the FL22 courses in
FL23. Any updates on your request to submit the completed work this semester will be provided once this is
explored.
If you have any additional questions, please feel free to let us know.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
To: Meghan O'Meara <Meghan.O'Meara@jefferson.edu>, Timothy Butler
<Timothy.Butler@jefferson.edu>, Jamie Hagenbaugh <James.Hagenbaugh@jefferson.edu>,
Stephen Dorse <Stephen.Dorse@jefferson.edu>
Cc: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>, Yoon Suh Moh
<Yoonsuh.Moh@jefferson.edu>, John Hale <John.Hale@jefferson.edu>, Julianna Despinos
<Julianna.Despinos@jefferson.edu>
Subject: SECURE: Student of Concern - JeffBIT - East Falls Campus - 04/20/2023 4:30 PM
Date: Tue, 02 May 2023 22:43:31 +0000
Importance: Normal
Inline-Images: image001.jpg

Hello all,
Tim, Jamie, Stephen and I met today to discuss this BIT report. Both Tim and I have worked with the
student in the past
so we also have a good sense of her history. We do feel you should go ahead and schedule a meeting with
the student
to share that she will have to return to the clinical environment to complete her hours and graduation will be
postponed accordingly. Ideally this will be in person and we'd like you to coordinate a time with Meg and
Stephen to
ensure you can escort her over there if she becomes distraught. If in person is not possible we can still
coordinate to
make sure someone from the SCC could join the zoom.
You can use the Illness/Injury policy on page 9 of the handbook (below) to require clearance before she
returns to the
clinical environment. Meg Grugan should be notified if you are sending to SHS to ensure she is aware of the
policy and
reason for visit.
Let me know if I missed anything or alternatively if you have any questions, happy to connect.
https://www.jefferson.edu/content/dam/academic/health-professions/jchp-student-resources/JCHP-
StudentHandbook-2022-23.pdf
Jenny
Jennifer Fogerty, MSEd
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

From: Timothy Butler <Timothy.Butler@jefferson.edu>
Date: Friday, April 28, 2023 at 9:16 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
John
Hale <John.Hale@jefferson.edu>, Meghan O'Meara <Meghan.O'Meara@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>, Meghan O'Meara <Meghan.O'Meara@jefferson.edu>
Subject: RE: [Maxient] IR #00003146 Student of Concern - JeffBIT - East Falls Campus - 04/20/2023 4:30
PM
I wanted to respond to you all regarding this report that was filed. Our office has had an ongoing connection
with this
student and we will follow up with Student Counseling to discuss.
Sincerely,
Timothy J. Butler
(He/Him/His)

Associate Dean of Students
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue

Philadelphia, PA 19144
T 215-951-2599
F 215-951-0154
Timothy.Butler@Jefferson.edu
Jefferson.edu
Empathy/Developer/Communication/Arranger/Individualization

From: Nicole G. Johnson (via Maxient) <notifications@maxient.com>
Sent: Thursday, April 27, 2023 3:01 PM
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Maxient] IR #00003146 Student of Concern - JeffBIT - East Falls Campus - 04/20/2023 4:30 PM

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
#00003146
Primary recipient (awaiting your action in Maxient)

JeffBIT Incident Reporting Form
Background Information
Nature of this report
Student of Concern - JeffBIT
Urgency of this report
Mild
Date of incident
2023-04-20
Time of incident
4:30 PM
Location of incident
East Falls Campus - Ronson HASC 125L
Involved Parties
Alexia Stipa (ANS113) Student of Concern for JeffBIT
Nicole G. Johnson ()
Yoon Suh Moh ()
John Hale ()
Narrative
Please describe the incident or concern prompting you to fill out this form.
We have a concern about the mental well-being of a graduate student in the Community & Trauma Counseling Program- Alexia Stipa ID#ANS113.
Incident #1- Faculty (Nicole G. Johnson, Program Director, Yoon Suh Moh, Assistant Program Director and John Hale, Academic Advisor) met with student Alexia Stipa on 4/11/23 to discuss the completion of the student's Clinical Internship Field Placement hours. During this meeting, student reported that she left her clinical site at the beginning of March, could not return into a clinical setting providing counseling services because it was not good for her mental health, she had suicidal ideations as a result of it and was under doctor's care. The student shared that she would not be able to return to a clinical setting even if she did not complete the required 600 Internship hours.
Incident #2- Faculty (Nicole G. Johnson, Program Director, Yoon Suh Moh, Assistant Program Director and John Hale, Academic Advisor) met with student Alexia Stipa on 4/18/23 to continue the review of the student's Clinical Internship Field Placement hours. At the end of this meeting, student shared, "I have to take the NCE's this weekend and then I'm gonna check myself into the hospital." In response to this remark, program director sent the student an email and provided the website to the student health

services and student counseling centers since student did not specify why she would be returning to the hospital.

Additional information- Student has shared in the past that she was taking multiple psychotropic medications. Student was previously on a medical leave of absence in the fall semester (Fall 2023) and returned to class this semester (Spring 2023).

I am submitting this concern after consulting with counseling center director, Meg O'Meara about our concern for this student's ability to complete any remaining clinical hours. In addition, student is scheduled to meet with Faculty (Nicole G. Johnson, Program Director, Yoon Suh Moh, Assistant Program Director and John Hale, Academic Advisor) for a final review of achieved clinical hours to determine next steps towards program completion. The potential outcome is that the student will need to return to a clinical setting to complete the remainder of the 600 Internship hours.

With the student's recent reports about the impact of clinical field work on mental health, we believe an assessment for fit for duty would be imperative prior to a return to clinical field work.

Supporting Documentation
No additional documents were attached to this report.

Submitted By
Your full name
Nicole G. Johnson
Your position/title
Program Director/Assistant Professor
Your email address
nicole.g.johnson@jefferson.edu
Your phone number
2159512553
Your physical address
[Authenticated as Nicole Johnson]
Routing Information
Primary recipient:
Tim Butler (Associate Dean of Student Life, East Falls)
Copied recipients:
• meghan.o'meara@jefferson.edu
• Michelle E. Stark
• stefanie.karp@jefferson.edu
• Courtney LaGanke
Text msg recipients: None
Originating IP address: 208.103.188.240
Submitted through IR layout #6
Processed by routing rule #24. Routed to Tim Butler, Associate Dean of Student Life, East Falls.
Message sent by Maxient
Replies will be sent to the submitter (nicole.g.johnson@jefferson.edu).

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Laura Vega <Laura.Vega@jefferson.edu>, Jacqui Johnson
<Jacqueline.Johnson2@jefferson.edu>, Meghan Morley <Meghan.Morley@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>
Cc: Yoon Suh Moh <Yoonsuh.Moh@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Student contact-AS
Date: Thu, 02 Mar 2023 21:09:28 +0000
Inline-Images: image001.png

Good afternoon everyone,
I hope you are well. I have received notice that student, Alexia Stipa has reached out concerning gathering information about her FL22 grade, prior to her medical leave, for a grievance she may be filing. Please note if the student files the grievance, you will be contacted by the Dean's office to provide information. The student should not be collecting this
information for the grievance process. Alexia is aware that should be working with Julianna Despinos, Director of Academic Success and the Learning Experience. Please refer her back to Julianna for this matter.

Thank You,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

_

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

–

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_

2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

—

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
.
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home

_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

$\overline{1}$

1
1

4

9

_

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT )
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

—

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'
2

TOES

3/12/23
MON

5
3
—
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

—

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION ............................................................................................................. 5
Purpose of the Clinical Fieldwork Training Manual ...............................................................5
Accreditation .................................................................................................................................5
CTC Program Mission Statement ...............................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING ........................................................... 6
Fieldwork Training: What is Clinical Instruction? ................................................................6
Practicum and Internship ............................................................................................................6
Practicum Fieldwork Experience.................................................................................................6
Internship Fieldwork Experience ...............................................................................................6
Clinical Fieldwork: Terms and Language ................................................................................7
Additional Fieldwork Requirements for Concentration Students.........................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK ........................... 8
Progression + Evaluation in Clinical Fieldwork ....................................................................8
Evaluation of Competencies in Clinical Fieldwork ...............................................................8
Student Endorsement + Letters of Reference..........................................................................8
Professional Behaviors and Standards during Clinical Fieldwork .....................................9
Conflict Resolution Process for Clinical Fieldwork ...............................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork ..............9
Before Fieldwork Checklist .........................................................................................................9
During Fieldwork Checklist

.....................................................................................................11
General Logistics related to Clinical Fieldwork
.................................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
...............................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
....................................................12
Student Identification During Clinical Fieldwork
...............................................................................13
Telemental Health and Clinical Fieldwork
...............................................................................13
Clinical Fieldwork Site + Supervisor Expectations
.....................................................................13
Clinical Fieldwork Site Eligibility
....................................................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
..................................................14
Clinical Fieldwork Site Supervisor Application
.......................................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
......................................................14
Required Site Visits during Practicum +
Internship.................................................................14
Clinical Fieldwork Site Matching
Process............................................................................ 15
Completion of Clinical Hours at Place of Employment
........................................................ 15
Clearances, Malpractice Insurance + Professional
Membership.................................................... 16
Pennsylvania Specific Requirements
.................................................................................... 16
Students Meeting Clinical Fieldwork Agency
Requirements....................................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
.............................. 18
Recordkeeping and
Documentation.................................................................................... 18
Student Responsibility
......................................................................................... 18
Electronic Recordkeeping and Information Sharing
........................................................... 18
Students Clinical Fieldwork Tracking Logs
................................................................. 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
............................................................................ 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester).......................................... 20
Winter Term: Fieldwork + Supervision
................................................................. 20
Summer Term: Fieldwork + Supervision
................................................................. 20
Additional Fieldwork Training
Requirements.............................................................. 21

Standardized Patient Experience & Actual Client Experience Assignment ..................................................... 21

Actual Client Experience Assignment .................................................................................................. 22

Facilitation or Co-facilitation of a Counseling or Psychoeducational Group ..................................... 23

SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT .............................................. 24

Practicum Overview............................................................................................................................. 24

Required Practicum Activities .............................................................................................................. 24

Practicum Courses............................................................................................................................... 25

CTC 602: Pre-Practicum ...................................................................................................................... 25

CTC 701: Practicum I............................................................................................................................ 26

Pre-Requisites for Practicum Courses.................................................................................................. 26

Registering for Practicum Courses ....................................................................................................... 26

Practicum Placement Process + Procedures ....................................................................................... 26

The 5-Step Placement Process .............................................................................................................. 26

Practicum Student Action Items + Timeline ......................................................................................... 27

Additional Guidelines for Track-Up Students ....................................................................................... 28

SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT .............................................. 29

Internship Overview ............................................................................................................................ 29

Required Internship Activities ............................................................................................................. 29

Internship Courses .............................................................................................................................. 30

CTC 791: Internship I............................................................................................................................ 30

CTC 792: Internship II........................................................................................................................... 30

Pre-Requisites for Internship Courses ..................................................................................................30

Registering for Internship Courses .......................................................................................................30

Internship Placement Process + Procedures ........................................................................................30

The 5-Step Internship Placement Process .............................................................................................31

Intern Students Action Items + Timeline ..............................................................................................32

SECTION 6: POST-GRADUATION CONSIDERATIONS ......................................................................32

Licensure Considerations

..................................................................................................................................33
Post-Masters Professional Practice
.................................................................................................................33
Recommendation Letters for Graduates and Alumni
.............................................................................34
Appendix A: Forms and
Documents.....................................................................................................35
Appendix B: Clinical Competencies & Rubrics
.........................................................................37
Attestation Form
..................................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.
•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Voice Mail (24 seconds)
Date: Thu, 01 Jun 2023 18:12:24 +0000
Importance: Normal
Attachments: audio.mp3

You received a voice mail from Nicole G. Johnson at Nicole.G.Johnson@jefferson.edu.
Job Title:

Asst Professor

Company:

EFJ

Work:

+1 215-951-2553

Email:

Nicole.G.Johnson@jefferson.edu

Set Up Voice Mail

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Alexia Stipa May Return to Campus
Date: Tue, 31 May 2022 13:05:11 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
â€ŒDear
Alexia Stipa has been cleared by Student Health Services to return to campus as of 5/31/2022 8:58 AM EDT.
Please reach out to Student Health Services (215-951-2986) with any questions.
Sincerely,
Megan Grugan, MSN, CRNP, BFA
Director, Student Health Services
Jefferson (Philadelphia University + Thomas Jefferson University)
East Falls Campus
4201 Henry Avenue, Philadelphia, PA 19144
T 215-951-2986
â€Œ

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Alexia Stipa May Return to Campus
Date: Tue, 28 Jun 2022 14:25:10 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
â€ŒDear
Alexia Stipa has been cleared by Student Health Services to return to campus as of 6/28/2022 10:16 AM EDT.
Please reach out to Student Health Services (215-951-2986) with any questions.
Sincerely,
Megan Grugan, MSN, CRNP, BFA
Director, Student Health Services
Jefferson (Philadelphia University + Thomas Jefferson University)
East Falls Campus
4201 Henry Avenue, Philadelphia, PA 19144
T 215-951-2986
â€Œ

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Alexia Stipa May Return to Campus
Date: Mon, 28 Mar 2022 12:55:13 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
â€ŒDear
Alexia Stipa has been cleared by Student Health Services to return to campus as of 3/28/2022 8:47 AM EDT.
Please reach out to Student Health Services (215-951-2986) with any questions.
Sincerely,
Megan Grugan, MSN, CRNP, BFA
Director, Student Health Services
Jefferson (Philadelphia University + Thomas Jefferson University)
East Falls Campus
4201 Henry Avenue, Philadelphia, PA 19144
T 215-951-2986
â€Œ

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Alexia Stipa May Return to Campus
Date: Mon, 11 Apr 2022 20:25:10 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
â€ŒDear
Alexia Stipa has been cleared by Student Health Services to return to campus as of 4/11/2022 4:22 PM EDT.
Please reach out to Student Health Services (215-951-2986) with any questions.
Sincerely,
Megan Grugan, MSN, CRNP, BFA
Director, Student Health Services
Jefferson (Philadelphia University + Thomas Jefferson University)
East Falls Campus
4201 Henry Avenue, Philadelphia, PA 19144
T 215-951-2986
â€Œ

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Alexia Stipa May Return to Campus
Date: Fri, 11 Feb 2022 16:05:07 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
â€Dear
Alexia Stipa has been cleared by Student Health Services to return to campus as of 2/11/2022 10:58 AM EST.
Please reach out to Student Health Services (215-951-2986) with any questions.
Sincerely,
Megan Grugan, MSN, CRNP, BFA
Director, Student Health Services
Jefferson (Philadelphia University + Thomas Jefferson University)
East Falls Campus
4201 Henry Avenue, Philadelphia, PA 19144
T 215-951-2986
â€Œ

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa
Date: Thu, 23 Jun 2022 13:45:08 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 6/23/2022
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa
Date: Sun, 20 Mar 2022 23:45:08 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 3/20/2022
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa
Date: Tue, 05 Apr 2022 16:05:07 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 4/5/2022
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa
Date: Mon, 23 May 2022 15:05:08 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 5/23/2022
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

From: "notices@starfishsolutions.com" <notices@starfishsolutions.com>
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa
Date: Mon, 07 Feb 2022 14:05:09 +0000

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.

The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 2/7/2022
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

Student Handbook
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community and
Trauma Counseling
With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2021-2022

Student Handbook
ACADEMIC YEAR
2021-2022

1

ELECTRONIC ACCESS OF PROGRAM DOCUMENTS:
The most up to date CTC Program Student Handbook can be found on the Community and
Trauma Counseling Website. Please visit that website and download the entire electronic file.
Before proceeding with your attestation documentation, please take time to review and read the
student handbook in its entirety. Every student in the CTC program has the responsibility to
read, understand and use the Student Handbook and Clinical Fieldwork Training Manual.
Document #1: Student Handbook (Click for direct link)

Document #2: Clinical Fieldwork Training Manual (Click for direct link)

2

Table of Contents
SECTION 1: NOTICE AND DISCLAIMER STATEMENTS...................................................... 8
Notice of Equal Opportunity Statement ................................................................................... 8
Required Background Check Statement .................................................................................... 8
Disclaimer Statement ............................................................................................................... 9
Diversity Statement .................................................................................................................. 9

SECTION 2: PURPOSE OF THE HANDBOOK ............................................................. 10
SECTION 3: MISSION, VISION AND GUIDING PHILOSOPHY........................................ 12
Counseling and Behavioral Health Department Mission ......................................................12
Community and Trauma Counseling Program Mission .........................................................12
Overarching Guiding Philosophies .......................................................................................12

SECTION 4: HISTORY AND STRUCTURE OF THE DEPARTMENT................................. 14
The Department and the Community ......................................................................................14

SECTION 5: LEARNING GOALS AND PROGRAM OBJECTIVES ..................................... 16
Five Program Objectives.......................................................................................................16
Ten Program Learning Outcomes .........................................................................................17
Summary of Institutional Learning Outcomes, Programmatic Priority Areas, Program Objectives and
Learning Outcomes ...............................................................................................................18
Key Performance Indicators ................................................................................................18

SECTION 6: COMMUNITY AND TRAUMA COUNSELING PROGRAM DESCRIPTION ................. 19
CTC Program Community Standards ..............................................................................19
General Program Structure .........................................................................................19
Course Delivery Format ...............................................................................................20
Course Times and Schedule Offerings .........................................................................21
Full time and Part Time Enrollment ...........................................................................22
Curriculum and Course Progression ...........................................................................22
1.
2.
3.
4.

Master of Science in Community and Trauma Counseling (60 credits)
............................................................................... 22
Master of Science in Community and Trauma Counseling + Art Therapy Concentration (69 credits)
............................................. 22
Master of Science in Community and Trauma Counseling + Child Trauma and Play Therapy Concentration (66 credits)
.............. 22
Master of Science in Community and Trauma Counseling + Trauma, Addictions and Recovery Concentration (66 credits) .......... 22

Certificates of Advanced Graduate Study ......................................................................28
Fieldwork Training: Internship and Practicum ...........................................................28
Practicum Fieldwork Experience ............................................................................... 28
Internship Fieldwork Experience .............................................................................. 28

3

SECTION 7: LICENSURE REQUIREMENTS AND PROCESSES ...................................... 29
Licensed Professional Counselor Credential ...............................................................29
Pennsylvania Licensure Requirements .......................................................................29
National Licensure Requirements ...............................................................................29
Liability Insurance and Professional Affiliation .........................................................30

SECTION 8: STUDENT ASSESSMENT AND CORE COMPETENCIES ............................ 31
Content Coverage and Assessment ..............................................................................31

SECTION 9: ACADEMIC PROGRESSION STANDARDS .............................................. 31
Progression and Continuous Enrollment Policy ..........................................................31
Time to Degree Completion Policy ..............................................................................31
Grading Scale .............................................................................................................32
CTC Policy for Incomplete Grades ............................................................................ 32

Academic Standing .....................................................................................................32
Course Repeat Policy ..................................................................................................33
Academic Probation ...................................................................................................33
Probation Related to GPA...........................................................................................33
At the end of the probation period ............................................................................ 33
Probation Related to Grade in Course ....................................................................... 34

Implications of Probation on Credentialing ................................................................34
Program Dismissal .....................................................................................................34
Leave of Absence ........................................................................................................34

Personal Leave of Absence ...................................................................................................... 35
Medical Leave of Absence ...................................................................................................... 35

Program and Course Withdrawal .............................................................................................35
Readmission after Withdrawal or Readmission after Dismissal ...........................................35

SECTION 10: GRADUATION REQUIREMENTS ................................................................ 38
Comprehensive Exam Requirement ........................................................................................38
Capstone Portfolio Requirement .............................................................................................39
Learning Across the Curriculum Requirements.......................................................................39

SECTION 11: STANDARDS OF PROFESSIONAL BEHAVIOR AND PERSONAL CONDUCT .............. 40
Assessment of Student Disposition .........................................................................................40
Professional Disposition Checklist .........................................................................................40
Operationalizing Professional Dispositions ...........................................................................41

SECTION 12: PROGRAM ACCREDITATION................................................................... 47
SECTION 13: UNIVERSITY RESOURCES AND SYSTEMS ......................................... 48

4

Electronic Communication System..........................................................................................48
Financial Aid Resources and Financial Obligations ...............................................................48
Accommodations and Student Support ...................................................................................49
Library Support Services .........................................................................................................49

SECTION 14: ACADEMIC AND PROFESSIONAL POLICIES AND PROCEDURES ........................... 50
Academic Advising ..................................................................................................................50
Attendance Policy ....................................................................................................................50
Lateness Policy ........................................................................................................................50
Academic Integrity ..................................................................................................................51
Grade Appeal Protocol ............................................................................................................51
Grievance Procedures ..............................................................................................................51

SECTION 15: COVID-19 RELATED POLICIES AND PROCEDURES ............................................... 52
General Infectious Disease Advisory Statement .....................................................................52
Fall 2021 Semester: COVID Related Course Attendance Policy for the CTC Program .........................52
Fall 2021 Semester: COVID Related Course Delivery Format ...............................................53

SECTION 16: CTC PRORGRAMMATIC POLICIES ......................................................... 54
Personal Counseling Policy .....................................................................................................54
Background Checks...................................................................................................................55
Social Media and Digital Presence Policy ..............................................................................55
Assignment Extensions ...........................................................................................................56
Lateness Policy ........................................................................................................................57
Transfer Credit and Course Waiver Policy..............................................................................57
Cohort Transfer Policy ............................................................................................................58
Endorsement and Recommendation Policy .............................................................................58
Information Services and Technology Services .......................................................................59
Program and Course Technology Requirements .....................................................................59
Online Learning Environment Policy ......................................................................................59
Cell Phone Policy ....................................................................................................................60
Personal Electronic Devices in the Classroom........................................................................60
Professional Presence Policy ...................................................................................................61

Communication and Professional Language Policy.................................................................61
Submission of Learning Activities and Writing Guidelines ....................................................62
East Falls Campus ...................................................................................................................64

5

SECTION 17: HEALTH AND SAFETY POLICIES AND PROCEDURES ........................... 65
Health Insurance .....................................................................................................................65
Health Clearance .....................................................................................................................65
Student Safety .........................................................................................................................65
Safety and Health Equipment .................................................................................................66
Emergency and Fire Procedures..............................................................................................66
Student Safety and Campus Security .......................................................................................66
Permission to Photograph .......................................................................................................67

SECTION 18: FACULTY AND COURSE EVALUATIONS............................................... 68
Course and Faculty Evaluations...............................................................................................68
Program Level Evaluation ....................................................................................................... 68
University Level Evaluation ..................................................................................................... 68

SECTION 19: PROFESSIONAL ASSOCIATIONS AND MEMBERSHIP .......................... 69
American Counseling Association ...........................................................................................69
American Mental Health Counseling Association ...................................................................69
Pennsylvania Counseling Association .....................................................................................69
Related Organizations .............................................................................................................69
Art Therapy Associations ........................................................................................................70
Association for Play Therapy ...................................................................................................70

SECTION 20: STUDENT LEADERSHIP OPPORTUNITIES .......................................... 72
Counseling Honors Society .....................................................................................................72
Student Council and Advisory Board ......................................................................................72

STUDENT HANDBOOK APPENDIX ........................................................................ 73
APPENDIX A: MS + CONCENTRATION DESCRIPTIONS ...............................................74
MS + Art Therapy Concentration ........................................................................................... 74
MS+ Child Trauma and Play Therapy Concentration ............................................................. 74
MS+ Trauma, Addictions and Recovery Concentration ......................................................... 74

APPENDIX B: Certificates of Advanced Graduate Study........................................................76
APPENDIX C: Criminal Charge Report Process......................................................................77
APPENDIX D: Student Attestation Statement .........................................................................78
APPENDIX E: Example of Standardized Student Feedback Communication ...........................80
APPENDIX F: Summary of Institutional Learning Outcomes, Programmatic Priority Areas, Program Objectives and Learning Outcomes...........................................................................81
APPENDIX G: Key Performance Indicators (KPIs) .................................................................83
APPENDIX H: CACREP Content Coverage and Assessment ..................................................84

6

APPENDIX I: Application for Readmission Form ....................................................................86
APPENDIX J: Example: Advisor Assessment Instrument (Student Survey) ............................87
APPENDIX K: Example: Critical Incident Questionnaire (Student Survey) ............................89
APPENDIX L: Example of Part-Time Programs of Study .......................................................90
APPENDIX M: Sample Attendance Policies Per Course / Instructor ......................................91

APPENDIX N: Cohort Transfer Form ...................................................................................92
APPENDIX O: Transfer Credit and Course Waiver Form ......................................................94
APPENDIX P: Photography Release for Use of Images and Statements from Students .......................96
APPENDIX Q: Professional Disposition Checklist ...................................................................97

7

### SECTION 1: NOTICE AND DISCLAIMER STATEMENTS

Notice of Equal Opportunity Statement

Thomas Jefferson University is committed to providing equal educational and employment opportunities for all persons without regard to race, color, national or ethnic origin, marital status, religion, sex, sexual orientation, gender identity, age, disability, veteran's status or any other protected characteristic. The consideration of factors unrelated to a person's ability, qualifications and performance is inconsistent with this policy. Any person having inquiries or complaints concerning Thomas Jefferson University's compliance with Title VI, Title IX, the Age Discrimination Act of 1975, the Americans with Disabilities Act, or Section 504 of the Rehabilitation Act (1990, 2009) is directed to contact their Student Affairs Dean, the Title IX Coordinator, or Human Resources – Employee Relations, who have been designated by Thomas Jefferson University to coordinate the institution's efforts to comply with these laws. Any person may also contact the Assistant Secretary for Civil Rights, U.S. Department of Education, Washington, D.C. 20202, or the Director, U.S. Department of Education, Office for Civil Rights, Region Three, Philadelphia, Pennsylvania, regarding the University's compliance with the equal opportunity laws.

Required Background Check Statement

Students who are offered admission to Jefferson in a health-related program may be required to pass a criminal background check and child abuse clearance. Please review the "Required Background Check" policy in the Student Handbook for the Jefferson College of Health Professions. This Jefferson College of Health Professions policy can be found at the following link: https://www.jefferson.edu/life-at-jefferson/handbooks.html. Additional information about the backgrounds checks required for the CTC program can be found in the Clinical Fieldwork Training Manual (To access: Please see QR Code and URL link on Page 2 of this document). Clinical rotation, fieldwork, and residency sites that require a criminal background check, child abuse clearance and/or fingerprinting may deny a student's participation in the clinical experience and/or fieldwork because of a felony or misdemeanor conviction or a record of child abuse. Clinical sites may also deny participation in clinical experiences for other reasons, including but not limited to failure of a required drug test, or inability to produce an appropriate health clearance. As participation in clinical experiences and/or fieldwork is a required part of the curriculum and a requirement for graduation, denial of participation by a clinical site may result in delay of graduation or the inability to graduate from the program.

Regardless of whether or not a student graduates from Jefferson, individuals who have been convicted of a felony or misdemeanor may be denied certification or licensure as a health professional. Information regarding individual eligibility may be obtained from the appropriate credentialing bodies.

Please review the "Required Background Check" policy in the Clinical Handbook for the Community and Trauma Counseling Program. The Community and Trauma Counseling

8

Program's Clinical policy can be found in the Clinical Fieldwork Training Manual Clinical Fieldwork Training Manual (To access: Please see QR Code and URL link on Page 2 of this document).

Disclaimer Statement

The Community and Trauma Counseling in the Department of Counseling and Behavioral Health reserves the right to amend, modify, rescind, or implement any policies, procedures,

regulations, fees, conditions and courses described herein as circumstances may require without prior notice to persons who might thereby be affected. The provisions of this handbook are not and may not be regarded as contractual between or among the College, its students or its employees or agents.

Diversity Statement

Jefferson holds itself accountable, at every level of the organization, to nurture an environment of inclusion and respect, by valuing the uniqueness of every individual, celebrating and reflecting the rich diversity of its communities, and taking meaningful action to cultivate an environment of fairness, belonging, and opportunity.

9

SECTION 2: PURPOSE OF THE HANDBOOK

The purpose of this handbook is to aid you in understanding the context of graduate education in the CTC program. The goal is to provide you with resources, information, practices, and polices that will help you in navigating the graduate experience. The handbook serves as a â€œgo toâ€ resource for all CTC community members.

The â€œStudent Handbookâ€ and all of its contents apply to all students in the Community and Trauma Counseling Program, including students enrolled in the core, 60-credit Master of Science program and those enrolled in the one of three MS + Concentrations (Art Therapy, Play Therapy, Addictions Therapy.)

This â€œStudent Program Handbookâ€ is one of two program documents that all students are required to read and adhere to during their time in the program. The second is the Clinical Fieldwork Training Manual (To access: Please see QR Code and URL link on Page 2 of this document).

Together these resources are designed to provide students with information that will assist them in their academic endeavors at the University, including available resources and policies that pertain to students, lists of needed equipment, an outline of the curriculum, and some guidelines to help students in preparation for this challenging academic experience. This handbook also outlines the standards and policies that address expected academic and clinical performance. The policies and standards within this handbook apply to all CTC students. This includes MS only students, and MS+ Concentration Students. Incoming students are provided with an electronic copy of the Student Handbook and Clinical Handbook, which includes the programâ€™s academic standards and program policies when they enter the program. Students can discuss questions about policies with their faculty advisor or the Program Director.

While we have attempted to provide you with a comprehensive handbook, it does not stand alone. In addition to understanding the policies within this student handbook and the clinical handbook, students are responsible for understanding academic policies and procedures of Thomas Jefferson University and the Jefferson College of Health Professions (JCHP). Important University wide policies, including the Community Standards and Student Sexual Misconduct Policy are found on the Thomas Jefferson University Student Handbook website at https://www.jefferson.edu/handbook. Students are also directed to the policies and procedures contained in the JCHP Student Handbook, which can be found at https://www.jefferson.edu/lifeat-jefferson/handbooks.html. If you should have any questions throughout your academic career here, we encourage you to reach out to your faculty advisor, program director, or department chair.

Students are required to sign the attestation in the appendix of this manual and the â€œClinical Manualâ€ as a condition for participation in the Program. Please read these sources carefully and thoroughly. Students are expected to abide by the policies outlined in this handbook, as well as all University and College policies, while enrolled in the Thomas Jefferson University CTC Program. Failure to recall policy is not a defensible reason to not follow policy.

10

Students are directed to http://www.eastfalls.jefferson.edu/studentlife/ for resources available on the East Falls campus in relation to Student Programming, Housing and Campus Resources, Student Services, and Academic Resources.

11

SECTION 3: MISSION, VISION AND GUIDING PHILOSOPHY

Counseling and Behavioral Health Department Mission

Consistent with the mission of Thomas Jefferson University, the Department of Counseling and Behavioral Health provides academic programs of excellence, exceptional training in clinical practice, and expanded opportunities for community engagement and scholarly inquiry. The Department is committed to providing relevant, cutting-edge training that prepares graduates to be excellent clinicians, advocates, educators and leaders. Students emerge with a strong social justice lens, with a deep sense of cultural humility and racial literacy, with the skills and knowledge to serve vulnerable individuals, families, groups and communities, and with the foundation to pursue doctoral training and advanced research competencies.

Community and Trauma Counseling Program Mission

Born out of growing empirical evidence that trauma is frequently at the root of psychological distress and dysfunction, the Master of Science degree program in Community and Trauma Counseling (CTC) aims to develop competent trauma-informed professionals who have the knowledge and skills to work as practitioners, researchers, and policy makers. Consistent with the central mission of Jefferson, this program combines a comprehensive, innovative, multidisciplinary and flexible education with an emphasis on a broader societal context. By integrating a specialized knowledge of trauma with a broad base of counseling scholarship and practice, graduates will emerge as versatile professionals in the global community. This program seeks to enhance the professionalism and practice of the field of trauma counseling by encouraging research and excellence in evidence-based practice.

Overarching Guiding Philosophies

The Community and Trauma Counseling (CTC) program is a master's-level counselor education program that trains individuals in the area of Clinical Mental Health Counseling (CMHC). Our program's is organized around three guiding philosophies (Community, Trauma, Counseling – the program's 3Ps). The CTC program was intentionally named in order to underscore its three core priorities and guiding philosophies (3Ps): (1) Community, (2) Trauma, and (3) Counseling. Our guiding philosophy is to prepare clinicians and scholars for ethically-grounded practice and inquiry that is: 1) Informed by and responsive to the needs of diverse communities and prioritizes cultural humility and social justice. (COMMUNITY); 2) Infused with trauma + resilience theory, knowledge and skills. (TRAUMA); 3) Upheld by the core values and principles of the counseling profession, with special emphasis on self-reflection, growth, and wellness. (COUNSELING) See Figure 1.

12

Figure 1. Vision and Guiding Philosophy

3P's

COMMUNITY

Informed by and
responsive
to the needs of
diverse communities,
and prioritizes cultural
humility + social

justice

Prepare clinicians +
scholars for ethicallygrounded practice +
inquiry that is...

COUNSELING

Upheld by the core
values and principles
of the counseling
profession, with
emphasis on selfreflection, growth +
wellness.

TRAUMA

Infused with trauma +
resilience theory,
knowledge and skills.

13

SECTION 4: HISTORY AND STRUCTURE OF THE DEPARTMENT

Upon the merger of Thomas Jefferson University and Philadelphia University (July 1, 2017), the Counseling and Behavioral Health Department (CBHD) was formed to increase collaboration among behavioral health programs across the East Falls (Philadelphia) and Center City (Philadelphia), and campuses, and to establish Jefferson as an important presence for behavioral health training, education, and community impact across the Greater Philadelphia Region.

The Department currently houses two distinctive graduate programs:

1. The Community and Trauma Counseling Program (60-Credit, MS)
2. The Marriage and Family Therapy Program (66-Credit, MFT)

The MS degree program in Community and Trauma Counseling is a 60-credit master's program that prepares students for the Licensed Professional Counselor credential. Students enrolled in the core MS program will earn a Master's of Science in Community and Trauma Counseling. The Master of Science degree in Community and Trauma prepares students with a primary professional identity in counseling.

In addition to the core 60-credit degree program, students can earn additional training in one specific area. Students can choose to pursue an additional Concentration in Art Therapy (69 credits for MS + Art Therapy) a Concentration in Trauma, Addictions, and Recovery (66 credits for MS + Addictions Therapy), or a Concentration in Child Trauma and Play Therapy (66 credits for MS + Play Therapy).

Additionally, the Department offers an expedited 5-year combined bachelor/master's degree program in Psychology or Health Sciences (BS) and Community and Trauma Counseling (MS), as well as an array of certificate programs.

The MFT degree program in Couple and Family Therapy, delivered on the Center City campus is a 66-credit COAMFTE accredited (since 2014) master's program that prepares graduates for the Licensed Marriage and Family Therapy credential. Students in this program can choose a Sex Therapy Track or a Family Therapy Track.

More information can be found on the Community and Trauma Counseling Program website.

The Department and the Community

The Counseling and Behavioral Health Department has a rich and vibrant history of community engagement. We offer multiple programs and training opportunities beyond the degree and certificate programs to contribute to behavioral health workforce development regionally and

nationally. The Jefferson Trauma Education Network (J-TEN) launched in August 2018 as the interprofessional training and community intervention arm of the Department. J-TEN delivers accessible and affordable monthly trainings to enhance the knowledge and application of novel skills and competencies among professionals, paraprofessionals, and students across disciplines and sectors, community members, parents, caregivers, and leaders. J-TEN's largest convening, the Philadelphia Trauma Training Conference attracts over 550 attendees

14

annually, providing advanced training and interprofessional practice opportunities for students, professionals, paraprofessionals and community members.
To learn more about JTEN and the Philadelphia Trauma Conference, please visit the Jefferson Trauma Education Network.

15

SECTION 5: COUNSELING PROGRAM OBJECTIVES AND COUNSELING PROGRAM LEARNING OUTCOMES
The Community and Trauma Counseling (CTC) program is a Master's level counselor education program aligned with the CACREP accrediting body in the specialty area of Clinical Mental Health Counseling (CMHC). The CTC program curriculum was designed to address the common eight domains in knowledge and relevant clinical skills in CMHC alongside the trauma content infused across the curriculum. As noted earlier, the program mission is guided by the framework of the three foundational and program-specific philosophies.
These three guiding philosophies align with and inform our five counseling program objectives and ten counseling program learning outcomes. Learning outcomes are one component of the program objectives. There is often confusion about the difference between learning outcomes and program objectives. Learning outcomes are specific statements of what students will be able to do when they successfully complete a learning experience (whether it's a project, course or program). They are always written in a student-centered, measurable fashion that is concise, meaningful, and achievable. Outcomes are used on many scales, from developing curriculum for a program of study to creating lessons for a single class activity. At the highest level, learning outcomes can be established at the university level.
These terms are often used interchangeably and they are all related to the teaching and learning that is expected to take place in the classroom. However, the difference between objectives and outcomes lies in the emphasis on who will be performing the activities. Learning objectives generally describe what an instructor, program, or institution aims to do (i.e. prepare and promote…), whereas, a learning outcome describes in observable and measurable terms what a student is able to do as a result of completing a learning experience (e.g., students will demonstrate). (DePaul University).
Five Program Objectives
The Community and Trauma Counseling (CTC) program at Thomas Jefferson University has five program objectives. These are what the program (instructors and institution) aim to do for you as learners.
The five program objectives are to:
1. Prepare and promote competent, trauma-informed professionals who meet the academic and practice standards necessary to achieve credentialing and membership with appropriate professional organizations.
2. Prepare and promote versatile professionals equipped to practice effectively with diverse clients within a variety of community, agency, and institutional settings, private practice, and government settings.
3. Prepare and promote professionals who demonstrate cultural humility and engagement as culturally competent professionals.

16

   4. Prepare and promote professionals who serve as advocates for their
clients, for the counseling profession, and for themselves as professionals,
continuously engaged in life- long learning.
5. Prepare and promote professionals who uphold the highest standards of ethical practice
according to the American Counseling Association's code of ethics (2014).
The program objectives reflect our belief that developing counselors must be well equipped to
serve in the community with a balance of foundational knowledge and clinical skills. The
program objectives are directly connected to our specialty in clinical mental health counseling
(CMHC.) The five CTC program objectives are outlined further in the APPENDIX of this
student handbook. In the appendix, the reader can review how the University's Institutional
Learning Outcomes align with the mission and guiding philosophies, the Program's Objectives,
and the Program's Learning Outcomes .
Ten Program Learning Outcomes
These are the ten learning outcomes of the CTC program. They describe, in observable and
measurable terms, what you (the student) are able to do as a result of completing a learning
experience (e.g., the program).

1. Students will demonstrate, differentiate, and integrate an understanding of mental
health, mental illness and disorder, and the counselor's role in the systemic and
individual healing process.
2. Students will understand the unique dynamics of trauma and the importance or traumainformed research, practice and
treatment.
3. Students will demonstrate competency in crisis counseling and debriefing skills in
accordance to the profession's best practice standards.
4. Students will differentiate and integrate both the research and practice roles of the
profession into their professional careers, and will evaluate and critically reflect on
research to inform evidenced- based practice.
5. Students will describe the role of the counselor within private, public and
governmental entities, including disaster and crisis response, as well as in settings
engaged in long-term therapeutic treatment.
6. Students will demonstrate an awareness and knowledge of their own cultural values
and biases.
7. Students will demonstrate an awareness and knowledge of the diverse worldviews of
their clients, and will evaluate, select and employ cultural appropriate assessments and
interventions strategies in their clinical practice.

17

   8. Students will demonstrate a commitment to continuous growth and education in their
professional career and will promote the counseling profession.
9. Students will appropriately engage in client advocacy.
10. Students will practice counseling in an ethical, humanistic manner.
Summary of Institutional Learning Outcomes, Programmatic Priority Areas, Program
Objectives and Learning Outcomes
A table documenting and summarizing the institutional learning outcomes, programmatic
priority areas (also referred to as guiding philosophies), program objectives and learning
outcomes can be found in the APPENDIX of this Student Handbook.
Key Performance Indicators
More information about Key Performance Indicators, can be found in APPENDIX of this
Student Handbook.

SECTION 6: COMMUNITY AND TRAUMA COUNSELING PROGRAM DESCRIPTION

The CTC Program is dedicated to training clinical mental health counselors. Also known as Professional Counselors, these professionals practice the prevention and treatment of mental, emotional, and behavioral disorders and associated stresses that interfere with mental health and normal growth and development. The Master of Science (MS) in Community and Trauma Counseling (CTC) Program provides students with the knowledge and skills for trauma-informed practice as community mental health counselors across a breadth of settings including community mental health agency and institutional settings, professional private practice, and other environments influenced by traumatic events and extreme stress.

CTC Program Community Standards

As a program that trains individuals as professional counselors with a deep understanding of trauma, we seek to be trauma-informed and healing centered in all of our work. The Sanctuary Model is at the core of our program identity and guides how we engage as a community. Central to the Sanctuary Model and its commitments is the responsibility of all community members (students, faculty, staff, leaders) to contribute to safety, engage with respect and compassion, understand and reflect upon one's impact on others, and to aspire toward growth. We expect these to be upheld by all members of our community, at all times.

The 7 Commitments of the Sanctuary Model:
1.
2.
3.
4.
5.
6.
7.

Commitment to Nonviolence
Commitment to Emotional Intelligence
Commitment to Social Learning
Commitment to Open Communication
Commitment to Democracy
Commitment to Social Responsibility
Commitment to Growth and Change

In addition, the Sanctuary Model, the CTC program also embraces and abides by the Community Standards set forth in the Thomas Jefferson University Community Standards Policy. Please visit TJU Community Standards Policy here learn more about this policy.

General Program Structure

The Masters of Science in Community and Trauma Counseling is a comprehensive 60-credit training program. There are four total options that a student can pursue at the Masters level in the CTC Program. Together, they include:

1. Master of Science in Community and Trauma Counseling (60 credits)

19

2. Master of Science in Community and Trauma Counseling + Art Therapy Concentration (69 credits)
3. Master of Science in Community and Trauma Counseling + Play Therapy Concentration (66 credits)
4. Master of Science in Community and Trauma Counseling + Addictions Therapy Concentration (66 credits)

Each of the three concentrations are offered in addition to, or on top of the core Master of

Science Degree. To learn more about each of them, please review Appendix, B, C, and D where each concentration is explained in more detail.

Course Delivery Format

The four program of study options above are all offered in the same training modality. Our courses are traditional, on-ground courses with some online learning aspects. With this definition, our program can be described as one that uses hybrid or blended learning. Blended and hybrid learning are often used interchangeably to describe an approach to education that combines online educational materials and traditional, place-based classroom methods. It requires the physical presence of both the student and the teacher, with some elements of student control over time, place and pace.

All of the program's courses have an online presence using our Learning Management System (Canvas). Canvas is where your course will be organized, your content will be curated, your assignments will be submitted and your grades will be recorded. Student's syllabus, schedule, description of assignments and learning objectives will all be housed in Canvas.

The online portion of the program's courses will have mostly asynchronous learning, with the possibility of some synchronous learning. Asynchronous learning is learning that doesn't happen at the same time for the instructor and the leader (i.e. student reviews a recorded lecture on Canvas, prior to the live class session). Synchronous learning is learning that happens online at the same time for the instructor and learners, meaning that there is a "real-time" interaction between them. (i.e. Instructor and students meet online at 7PM EST for class session.) Asynchronous online learning allows students to view instructional materials each week at any time they choose and does not include a live video lecture component. On the other hand, synchronous online learning means that students are required to log in and participate in class at a specific time each week. The main difference between asynchronous learning and synchronous learning is this live instruction component occurring at a set time. Again, the CTC program includes asynchronous online learning, with occasional synchronous online learning. Aside from the online learning, face-to-face instruction occurs in the brick and mortar classroom on the East Falls campus. This blending of some asynchronous online learning, occasional synchronous learning and on-ground learning is what makes our program a "hybrid or blended" learning experience.

20

   It is important to note that at times, students may have a periodic course that is offered fully online (using both synchronous and asynchronous elements). Students would be notified of online course delivery in advance.

Thomas Jefferson University uses the following language to clarify and map the various arrangements and configurations of courses.

•

•

•

•

Hybrid Course: In this modality, face-to-face learning and online learning are paired together in a single course. The percentage that is held in person or via a web-based platform is determined by each instructor and/or department. The instructor also establishes whether the online learning is synchronous, asynchronous or a combination of both.

Hyflex Course: The hybrid flexible, or "hyflex" course format is an instructional approach that combines face-to-face and online learning. Each class session and learning activity is offered in-person, synchronously online and/or asynchronously online.

Synchronous Online: Online learning that occurs live, in real-time, with the course

instructor. You will virtually interact with your instructor and classmates during a scheduled time slot assigned by the Registrar.

Asynchronous Online: Online learning that occurs through virtual methods without live, real-time interaction with your instructor and classmates. Your engagement in sequenced course work occurs on your own time-frame within the requirements and deadlines established in the course syllabus, assignments and schedule.

Course Times and Schedule Offerings

The courses in the CTC program are offered in two different delivery methods: a traditional weekday format, and an evening and weekend model. Both delivery methods require an identical, lock-step 20-course curriculum that is designed to be completed by full-time students in two years (five consecutive semesters including the summer session of the first year in the program).

The CTC program has two cohorts, Cohort A and B. Cohort A is the "Evening and Weekend Courses," and Cohort B is the "Weekday and Afternoon Courses." At the time of enrollment, prior to beginning their courses, we require students to pick one cohort (either A or B). We will also allow students to petition to take classes across cohorts if absolutely necessary. Again, we strongly encourage students to select one cohort for the entirety of their training.

Weekday Format:

Classes generally meet every week, on two different weekdays on the East Falls campus. The weekday program is comprised primarily of full-time students who enroll in 3- 4 courses per semester and need to take classes during the weekday and weekday afternoon time periods. Please review the course catalog for specific details on the schedule during any given semester.

Evening/Weekend Format:

21

   The evening/weekend format is available for students who chose to take courses primarily during the evenings and on weekends. These classes generally meet once a week during the evening and alternating weekends. Please review the course catalog for specific details on the schedule during any given semester.

Full time and Part Time Enrollment

A full time program of study generally allows students to complete the MS program in two years. Part time enrollment options are available for students who need to spread their training over a longer period of time. This allows students to maintain part-time employment while earning their degree in either 2, 3, or 4 years. Please visit the handbook the APPENDIX to review an example of a part time course progression.

Curriculum and Course Progression

Below is a listing of the required courses for the Master of Science in Community and Trauma Counseling Program.

Recall, there are four total options that a student can pursue at the Masters level in the CTC Program. Together, they include:

1. Master of Science in Community and Trauma Counseling (60 credits)
2. Master of Science in Community and Trauma Counseling + Art Therapy Concentration (69 credits)
3. Master of Science in Community and Trauma Counseling + Child Trauma and Play Therapy Concentration (66 credits)
4. Master of Science in Community and Trauma Counseling + Trauma, Addictions and Recovery Concentration (66 credits)

*Option #1a: Master of Science in Community and Trauma Counseling

Course Number
CTC 605

CTC 601
CTC 602

(60 Total Credits) (For students who enrolled Summer 2021 and after)
Master of Science in Community and Trauma Counseling
(60 Total Credits)
Course Name
Credits
Year 1 â€" Pre-Fall
Foundations of Trauma Counseling
3 credits
Total Credits Per Semester = 3
Year 1 â€"Fall
Orientation to the Counseling Profession
3 credits
^ Pre-Practicum
3 credits

22

  CTC 603
CTC 604

Human Growth and Development
Psychopathology

3 credits
3 credits
Total Credits Per Semester = 12

CTC 606
CTC 607
CTC 610
CTC 701

Year 1 â€" Spring
Social and Cultural Diversity
Advanced Counseling Theory and Practice
Counseling Research and Evaluation
*Practicum I

CTC 608
CTC 609
CTC 613
CTC 614
CTC 616

Year 1 â€" Summer
Group Work in Community and Trauma Counseling
Assessment in Counseling

Attachment, Relationship & Family Therapy
Foundations of Trauma and Addictive Behavior
Experiential Group Process

CTC 611

Career Development

CTC 652
CTC 653
CTC 791

Year 2 â€" Fall
Childhood Trauma and Play Therapy
Advanced Interventions I
Internship I

CTC 651
CTC 655
CTC 792

Year 2 â€" Spring
Neurobiology of Trauma
Advanced Clinical Interventions in Trauma Treatment II
Internship II

3 credits
3 credits
3 credits
3 credits
Total Credits Per Semester = 12
1.5 credits
3 credits
3 credits
3 credits
1.5 credits
Total Credits Per Semester = 12

Year 2 â€" Pre-Fall
3 credits
Total Credits Per Semester = 3

TOTAL CREDITS:

3 credits
3 credits
3 credits
Total Credits Per Semester = 12
3 credits
3 credits
3 credits
Total Credits Per Semester = 12
60 Credits
20 Courses

^ CTC 602 is now Pre-Practicum. It was formerly Practicum I.
*CTC 701 is now Practicum I. It was formerly Practicum II.
Students complete their clinical practicum hours during Practicum I.

Course Number
CTC 605

CTC 601
CTC 602
CTC 607
CTC 604

CTC 606
CTC 603
CTC 651

Option #1b:
(For students who enrolled before Summer 2021)
Master of Science in Community and Trauma Counseling
(60 Total Credits)
Course Name
Credits
Year 1 â€" Pre-Fall
Foundations of Trauma Counseling
3 credits
Total Credits Per Semester = 3
Year 1 â€"Fall
Orientation to the Counseling Profession
3 credits
Practicum I
3 credits
Advanced Counseling Theory and Practice
3 credits
Psychopathology
3 credits
Total Credits Per Semester = 12
Year 1 â€" Spring
Social and Cultural Diversity
3 credits
Human Growth and Development
3 credits
Neurobiology of Trauma
3 credits

23

  CTC 701

Formerly Practicum II

3 credits
Total Credits Per Semester = 12

CTC 608
CTC 610
CTC 613
CTC 614
CTC 616

Year 1 â€" Summer
Group Work in Community and Trauma Counseling
Counseling Research and Evaluation
Attachment, Relationship & Family Therapy
Foundations of Trauma and Addictive Behavior
Experiential Group Process

CTC 611

Career Development

CTC 652
CTC 653
CTC 791

Year 2 â€" Fall
Childhood Trauma and Play Therapy
Advanced Interventions I
Internship I

CTC 609
CTC 655
CTC 792

Year 2 â€" Spring
Assessment in Counseling
Advanced Clinical Interventions in Trauma Treatment II
Internship II

1.5 credits
3 credits
3 credits
3 credits
1.5 credits
Total Credits Per Semester = 12

Year 2 â€" Pre-Fall
3 credits
3 credits
3 credits
3 credits
Total Credits Per Semester = 12
3 credits
3 credits
3 credits
Total Credits Per Semester = 12
TOTAL CREDITS:
60 Credits

20 Courses

24

  Option #2: Master of Science in Community and Trauma Counseling + Art Therapy
Concentration (69 Total Credits)
Course Number

Course Name
Credits
Year 0 â€" Summer
CTC 510
History and Theory of Art Therapy
3 credits
CTC 512
Ethics, Standards & Professional Orientation in Art Therapy
3 credits
CTC 520
Studio and Techniques of Art Therapy
3 credits
Total Credits Per Semester = 12
Year 1 â€" Pre-Fall
CTC 605
Foundations of Trauma Counseling
3 credits
Total Credits Per Semester = 3
Year 1 â€"Fall
CTC 601
Orientation to the Counseling Profession
3 credits
CTC 602
^Pre-Practicum
3 credits
CTC 603
Human Growth and Development
3 credits
CTC 604
Psychopathology
3 credits
Total Credits Per Semester = 12
Year 1 â€" Spring
CTC 606
Social and Cultural Diversity
3 credits
CTC 607
Advanced Counseling Theory and Practice
3 credits
CTC 610
Counseling Research and Evaluation
3 credits
CTC 701
*Practicum I
3 credits
Total Credits Per Semester = 12

Year 1 â€" Summer
CTC 620
Group Work in Art Therapy & Counseling (Replaces CTC 608 &
3 credits
616)
CTC 609
Assessment in Counseling
3 credits
CTC 613
Attachment, Relationship & Family Therapy
3 credits
CTC 614
Foundations of Trauma and Addictive Behavior
3 credits
Total Credits Per Semester = 12
Year 2 â€" Pre-Fall
CTC 611
Career Development
3 credits
Total Credits Per Semester = 3
Year 2 â€" Fall
CTC 652
Childhood Trauma and Play Therapy
3 credits
CTC 653
Advanced Interventions I
3 credits
CTC 791
Internship I
3 credits
Total Credits Per Semester = 9
Year 2 â€" Spring
CTC 651
Neurobiology of Trauma
3 credits
CTC 619
Art Therapy Assessment (Replaces CTC 655)
3 credits
CTC 792
Internship II
3 credits
Total Credits Per Semester = 9
TOTAL CREDITS:
69 Credits
23 Courses
^ CTC 602 is now Pre-Practicum. It was formerly Practicum I.
*CTC 701 is now Practicum I. It was formerly Practicum II.
Students complete their clinical practicum hours during Practicum I.

25

Option #3: Master of Science in Community and Trauma Counseling + Child Trauma and Play
Therapy Concentration (66 Total Credits)
Course

Number

Course Name

CTC 605

Year 1 â€" Pre-Fall
Foundations of Trauma Counseling

CTC 601
CTC 602
CTC 603
CTC 604

Year 1 â€"Fall
Orientation to the Counseling Profession
^Pre-Practicum
Human Growth and Development
Psychopathology

CTC 606
CTC 607
CTC 610
CTC 701

Year 1 â€" Spring
Social and Cultural Diversity
Advanced Counseling Theory and Practice
Counseling Research and Evaluation
*Practicum I

CTC 608
CTC 609
CTC 613
CTC 614
CTC 616

Year 1 â€" Summer
Group Work in Community and Trauma Counseling
Assessment in Counseling
Attachment, Relationship & Family Therapy
Foundations of Trauma and Addictive Behavior
Experiential Group Process

CTC 611

Career Development

CTC 652
CTC 653
CTC 660
CTC 791

Year 2 â€" Fall

Childhood Trauma and Play Therapy
Advanced Interventions I
Foundations of Child Centered Play Therapy
Internship I

CTC 651
CTC 619
CTC 792
CTC 662

Year 2 â€" Spring
Neurobiology of Trauma
Historically Significant Approaches: Directive Play Therapy
Internship II
Integrative Seminar: Intersectionality and Play Therapy

Credits

3 credits
Total Credits Per Semester = 3
3 credits
3 credits
3 credits
3 credits
Total Credits Per Semester = 12
3 credits
3 credits
3 credits
3 credits
Total Credits Per Semester = 12
1.5 credits
3 credits
3 credits
3 credits
1.5 credits
Total Credits Per Semester = 12

Year 2 â€" Pre-Fall
3 credits
Total Credits Per Semester = 3

TOTAL CREDITS:
^ CTC 602 is now Pre-Practicum. It was formerly Practicum I.
*CTC 701 is now Practicum I. It was formerly Practicum II.
Students complete their clinical practicum hours during Practicum I.

26

3 credits
3 credits
3 credits
3 credits
Total Credits Per Semester = 12
3 credits

3 credits
3 credits
3 credits
Total Credits Per Semester = 12
66 Credits
23 Courses


    Option #4: Master of Science in Community and Trauma Counseling + Addictions and Recovery
Concentration (66 Total Credits)
Course Number
CTC 605

Course Name
Year 1 â€" Pre-Fall
Foundations of Trauma Counseling

CTC 601
CTC 602
CTC 603
CTC 604

Year 1 â€"Fall
Orientation to the Counseling Profession
^Pre-Practicum
Human Growth and Development
Psychopathology

CTC 606
CTC 607
CTC 610
CTC 701

Year 1 â€" Spring
Social and Cultural Diversity
Advanced Counseling Theory and Practice
Counseling Research and Evaluation
*Practicum I

CTC 608
CTC 609
CTC 613
CTC 614
CTC 616

CTC 611

CTC 652
CTC 653
CTC 670
CTC 791

CTC 651
CTC 671
CTC 792

CTC 672

Credits
3 credits
Total Credits Per Semester = 3
3 credits
3 credits
3 credits
3 credits
Total Credits Per Semester = 12
3 credits
3 credits
3 credits
3 credits
Total Credits Per Semester = 12

Year 1 â€" Summer
Group Work in Community and Trauma Counseling
1.5 credits
Assessment in Counseling
3 credits
Attachment, Relationship & Family Therapy
3 credits
Foundations of Trauma and Addictive Behavior
3 credits
Experiential Group Process
1.5 credits
Total Credits Per Semester = 12
Year 2 â€" Pre-Fall
Career Development
3 credits
Total Credits Per Semester = 3
Year 2 â€" Fall
Childhood Trauma and Play Therapy
3 credits
Advanced Interventions I
3 credits
Screening, Assessment & Treatment Planning for Addiction
3 credits
Internship I
3 credits
Total Credits Per Semester = 12
Year 2 â€" Spring
Neurobiology of Trauma
3 credits
Ethical Treatment & Interventions for Addiction
3 credits
Internship II
3 credits
Neurobiology & Psychopharmacology of Addiction
3 credits
Total Credits Per Semester = 12
TOTAL CREDITS:
66 Credits

23 Courses

^ CTC 602 is now Pre-Practicum. It was formerly Practicum I.
*CTC 701 is now Practicum I. It was formerly Practicum II.
Students complete their clinical practicum hours during Practicum I.

27

Certificates of Advanced Graduate Study
In addition to the degree programs noted above the CTC program also offers certificates of
advanced graduate study and professional certificates for trainees who are already practicing in
the field, have a post-bachelor's degree and are interested in additional training opportunities.
Additional information can be found here: https://www.jefferson.edu/academics/collegesschools-institutes/health-
professions/departments-programs/counseling-behavioralhealth/programs.html
Fieldwork Training: Internship and Practicum
The clinical training experience, also known as fieldwork or clinical fieldwork, is an integral part
of the counselor education training. The term "fieldwork" and "clinical training" may be used
interchangeably in this handbook and elsewhere. There are two types of clinical fieldwork
requirements. They are called "practicum" and "internship."
In addition to the classroom and online learning components of this program, students will be
required to engage in two clinical fieldwork experiences. In the first year, students will complete
a practicum, where they will spend a minimum of 100 supervised hours developing skills and
knowledge within a mental health or school setting. Students will then progress into the
advanced clinical experience, the internship, where they will complete a minimum of 600
supervised hours within their community or school placement. Program faculty will facilitate
student placements in practicum and internship. Please see the Clinical Fieldwork Training
Manual (To access: Please see QR Code and URL link on Page 2 of this document) for more
details.
Practicum Fieldwork Experience
This includes 100 hours of clinical fieldwork that occurs during the "Practicum I" course. This
field work is introductory in nature and is supervised by both a site supervisor and university
supervisor. The Practicum I course typically occurs in the Spring of Year 1 and must occur after
successful completion of the "Pre-Practicum" course. Please see the Clinical Fieldwork
Training Manual (To access: Please see QR Code and URL link on Page 2 of this document)
for more details.

Internship Fieldwork Experience
The internship experience includes 600 hours of clinical fieldwork that occurs during the
"Internship I and Internship II" courses. This field work is more advanced in nature and is
supervised by both a site supervisor and university supervisor. The Internship I and II course
typically occurs the second year of training and must occur after successful completion of the
"Pre-Practicum" and "Practicum" courses. Please see the Clinical Fieldwork Training Manual
(To access: Please see QR Code and URL link on Page 2 of this document) for more details.

28

SECTION 7: LICENSURE REQUIREMENTS AND PROCESSES
Graduates from the Master of Science in Community and Trauma Counseling will have met the
educational and clinical requirements for future licensure as a Professional Licensed Counselor
in the Commonwealth of Pennsylvania.
Licensed Professional Counselor Credential
Licensed Professional Counselor (LPC)
Master's level counselors and therapists in multiple specialties in Pennsylvania are credentialed
as Licensed Professional Counselors (LPCs) by the Pennsylvania State Board of Social Workers,

Marriage & Family Therapists, and Professional Counselors. Professional licensure requires, in addition to education, good character, passing scores on a certification examination, and satisfactory supervised work experience.

To become an LPC, you will need a qualifying master's degree in professional counseling or another closely related field (http://www.pacode.com/secure/data/049/chapter49/chap49toc.html). Your degree should be granted by a regionally accredited school and include at least 60 semester hours of coursework

Pennsylvania Licensure Requirements

The Pennsylvania Licensure Requirements to becomes a Professional Counselor can be found on the website of the Pennsylvania Department of State here: https://www.dos.pa.gov/ProfessionalLicensing/BoardsCommissions/SocialWorkersMarriageanF amilyTherapistsandProfessionalCounselors/Pages/Professional-Counselor-LicensureRequirements-Snapshot.aspx

While the Pennsylvania Department of Labor and State Board of Social Workers, Marriage and Family Therapists and Professional Counselors has very similar requirements relative to other states, it is the responsibility of the student candidate to explore any and all future potential licensures in other states or jurisdictions.

The American Counseling Association maintains a data base of the licensure and certification requirements for every state professional counselor licensure board. This information can be found here: https://www.counseling.org/knowledge-center/licensure-requirements/stateprofessional-counselor-licensure-boards.

National Licensure Requirements

Graduates of the program are eligible to sit for the National Counseling Examination (NCE) administered by the National Board of Certified Counselors (NBCC). Upon graduation from the program and after passing this exam, students will be eligible to be credentialed as National Certified Counselors (NCC). They will receive this credential in earnest upon successful

29

completion and documentation of 3000 post-masters counseling hours. The NCC credential does not permit a student to engage in private practice, as most states require licensure in order to do so. However, the National Counselor Exam is widely accepted for licensure, and most licensing boards abide by the same educational requirements set forth by the NBCC (all of which are met by this program). It is the student's responsibility to explore applicability to other states other than the Commonwealth of Pennsylvania. It should be noted that a felony conviction may affect a graduate's ability to sit for the NCE certification examination and/or attain state licensure.

Liability Insurance and Professional Affiliation

Students are required to maintain professional organization memberships with the American Counseling Association (ACA). Students will be required to pay for their own membership, and must maintain active membership status throughout their enrollment in the graduate program (approximately $105.00 per year). Students must also have malpractice liability insurance prior to starting clinical field placements and provide proof of coverage to Clinical Coordinator. Liability insurance is complimentary to students who have an American Counseling Association Master's Student Membership. Membership and liability insurance can be obtained here https://www.counseling.org/membership/join-reinstate/student.

30

SECTION 8: STUDENT ASSESSMENT AND CORE COMPETENCIES

Content Coverage and Assessment

The Counselor Educator Accrediting body (CACREP) distinguishes between content coverage and assessment in their best practices training standards. Content coverage refers to the ways in which the programs curriculum and faculty "cover content" in specific areas. The "content we cover" is the same as exposing students to, or teaching student specific content or topics.

Assessment is different than content coverage. After content is covered (in various courses), then knowledge is assessed. Assessment builds on content coverage. One cannot assess something, that has not been covered. This means, that all content has to be covered, and then select areas need to be assessed. More detailed information about our programs content area coverage and assessment can found in this APPENDIX.

SECTION 9: ACADEMIC PROGRESSION STANDARDS

The CTC program abides by the University policy related to Good Academic Standing. The University policy on Good Academic Standing can be found here: https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/academicstanding.html. In addition, the program sets additional academic standards as described below.

Students must remain in compliance with all Program and University Requirements

Progression and Continuous Enrollment Policy

The CTC curriculum is designed to be completed in a sequential fashion where concepts and skills are introduced, expanded upon, and mastered across the program and where competencies are enhanced at different points across the curriculum. To be most effective at delivering the requisite competencies in accordance with accreditation standards, students must be continuously enrolled from the point of matriculation until graduation unless a leave of absence is approved. If a personal or medical leave of absence is required, the leave must be approved and must not exceed one calendar year. Please review the â€œLeave of Absenceâ€ policy below.

Time to Degree Completion Policy

The time to degree policy identifies a maximum time to degree of 3 years for full-time students and 6 years for part-time students for degree completion.

31

Grading Scale

Consistent with all graduate programs in the Jefferson College of Health Professions, the CTC Program uses scale the following to determine grades (see below.) For courses offered on a credit/no credit basis, a minimum of 80 percent must be achieved to earn credit. The CTC program abides by the Thomas Jefferson University policy on grading, which can be found here:

Letter
Grade
A
AB+
B
B-

Numeric
Value
93-100
90-92.99
87-89.99
83-86.99
80-82.99

Quality
Points
4.0
3.7
3.3
3.0
2.7

Letter

Grade
C+
C
CD
F
WF

Numeric
Value
77-79.99
73-76.99
70-72.99
60-69.99
Below 60

Quality
Points
2.3
2.0
1.7
1.3
0.0
0.0

https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/grading.html
CTC Policy for Incomplete Grades
The CTC Program Policy indicates that the use of the Incomplete Grade a limited privilege and
are only to be used in rare circumstances. When a student, for reasons beyond their control

may be unable to complete the coursework in the prescribed course time period, they may
have the opportunity to obtain an INC for the course under specific conditions and
guidelines.
The CTC program also adheres to the University guidelines regarding Incomplete Grades. More
information can be found in the University Handbook: https://www.jefferson.edu/life-
atjefferson/handbooks/policies/graduate-policies/grading.html
Academic Standing
In order to remain in good academic standing, students must meet the following standards. These
academic and conduct standards are in addition to the university academic standards as described
in the University Student Handbook and the JCHP Student Handbook. These can be found here:
https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/academicstanding.html
â€¢
â€¢
â€¢
â€¢

Maintain a minimum cumulative grade point average of 3.0.
Earn a minimum grade of B- in all coursework.
Demonstrate appropriate professional behavior and conduct outlined in this handbook,
the clinical handbook and the College and University Student Handbooks.
Students must be in good academic standing to progress to their fieldwork training
experiences (practicum and internship). For additional details, please visit the Clinical

Fieldwork Training Manual (To access: Please see QR Code and URL link on Page 2 of this document).

Please Note: While a grade of B- is considered a passing grade in the CTC curriculum, consistently earned grades of a B- will make it more difficult to remain in good academic standing and achieve the minimum required 3.0 cumulative GPA to progress in the curriculum and meet graduation eligibility requirements. Students should consult with their academic advisor regarding academic progress.

Course Repeat Policy

The following parameters would allow a student to repeat a course:

• A student who earns a grade lower than a B- but above a D, must re-take the course. A course may only be repeated one time.

• A student can only repeat a total of two courses within their CTC program of study.

• Students must earn a minimum grade of a "B-" in a repeated course, or they will be dismissed from the program.

• The need to repeat a course will delay a student's time to graduation.

• Students are financially responsible for all costs associated with a repeated course.

Academic Probation

Students whose academic records include one or more of the following will be placed on academic probation:

• Any student who has received a grade that requires a course repeat will be automatically placed on academic probation.

• A cumulative GPA of lower than a 3.0 within the CTC program curriculum.

Probation Related to GPA

Students who receive the minimum passing grade in their coursework but are placed on academic probation due to a cumulative GPA below 3.0 must achieve a cumulative GPA of 3.0 or above in the subsequent semester to return to good academic standing. If the students does not take a full course load in the subsequent semester, the probationary period may be extended beyond one semester.

At the end of the probation period

The student achieves the minimum cumulative/semester grade point average and is reinstated in good standing, [OR] The student fails to achieve the minimum grade point average at the end of the probationary period and is dismissed from the program for academic underachievement.

In extraordinary cases, where the student has made significant progress toward achieving the minimum grade point average, the Program Director may recommend granting one additional probationary semester. If, at the conclusion of the extended probationary semester, the

33

cumulative grade point average is still below 3.00, the student is dismissed for academic underachievement.

Probation Related to Grade in Course

Students who are placed on academic probation due to a grade received in a course will remain on academic probation until the course can be repeated and the student earns a B- or better in the repeated course. Students must also meet minimum 3.0 cumulative GPA requirements at the end of the semester in which the course is repeated, or the student will be dismissed. Students who are placed on academic probation will receive formal notification from the program regarding their probation.

Implications of Probation on Credentialing

Many accrediting and credentialing bodies require notification that a student was placed on probation. By requesting that the Program complete the appropriate paperwork, a student affirmatively consents to release of such information. This means that if accrediting or credentialing bodies require verification from the University, instances of professionalism probations and academic probations will be reported. This may or may not affect a student's job placement or ability to gain credentialing for a particular institution.

Program Dismissal

Conditions that result in dismissal, include, but are not limited to:

a. Failure to return to good academic standing as conclusion of probationary period.

b. Any earned grade of D or F.

c. Violations of the program, college or university policies.

The Program may recommend dismissal of any student at any time if circumstances of a legal, moral, behavioral, ethical, patient safety concerns, health or academic nature justify such an action. Students may be dismissed from the Program without first having been placed on probation. Disregard for professional conduct may constitute the sole reason for dismissal from the Program through the Community Standards procedure. Official notification of dismissal will be in writing and sent directly to the student.

Leave of Absence

On occasion, life circumstances make it temporarily impossible for a student to meet program expectations. A leave of absence allows time away from the program to focus on resolution of the particular barrier to progress in the curriculum. A leave of absence may be granted by the Program Director for a specific period of time, not to exceed one academic year, if deemed necessary for medical or personal reasons. Requests for leaves of absence must be made to the Program Director.

34

Personal Leave of Absence

Students seeking a personal leave of absence (personal LOA) must meet with the Program Director, who will determine suitability/eligibility for a leave of absence and conditions for return. Return to the program will be determined individually. Students approved by the program for a personal leave of absence should contact the Office of the Registrar to complete necessary paperwork.

Medical Leave of Absence

After consultation with the Program Director, students seeking a medical leave of absence (medical LOA) must meet with the Dean of Students office and meet the criteria for the medical LOA established by the University. The student must contact the Dean of Students to start this process, after consultation with the Program Director. Students should work with the Program Director to coordinate their return from a medical leave of absence. The process for returning includes an evaluation by the Dean of Students Office, along with meeting with the Program to determine requirements for the student's return.

In select instances students may request to return and complete the program in less than full-time status. Students enrolled in the program in less than full- time status must follow the specific course of study delineated by the Program Director at the time the student reenters the program.

Please refer to the Leave of Absence-Medical Policy in the University Handbook for additional information: https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduatepolicies/leave-absence-medical.html

Program and Course Withdrawal

The CTC Program curriculum is sequential and integrated in nature. For this reason, withdrawal from one course may require withdrawal from all courses in the semester. The faculty recognizes that various circumstances may result in a student needing to withdraw from the program. Students who wish to seek readmissions at a later date must be in good academic standing at the time of withdrawal. To withdraw, students must meet with their Program Director and Academic Advisor to review reason for, and ramifications of withdrawal and to ensure necessary processes are followed.

The CTC Program abides by the University policy for course withdrawals which can be found here: https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/coursewithdrawal.html

Readmission after Withdrawal or Readmission after Dismissal

Matriculated students who have withdrawn (administratively or self-initiated) or who have been

dismissed from the Community and Trauma Counseling Program in the Department of
Counseling and Behavioral Health in the Jefferson College of Health Professions must follow the
procedures below for readmission. The primary contact person for re-admission after withdrawal
35

or dismissal is the Chair of the Counseling and Behavioral Health Department.
1. Students who have not been enrolled in the CTC program for more than a 1 year
period of time must re-apply for admission through the Office of Admissions.
2. Students who wish to apply for readmission within 1 year of withdrawal or dismissal
should contact the Chair of the Department to petition for readmission. The readmission
procedures for the CTC program are detailed below:
â€¢

Readmission requests must be submitted in writing to the Chair of the
Department using the â€œApplication for Readmission Form.â€ (see Appendix). A
completed copy of this form sent to the Department Chair. The title of the email
shall read: â€œApplication for Re-Admission to CTC Program â€" Student Initialsâ€

â€¢

Readmission requests must be made no less than 60 days prior to the start of the
academic semester in which the student wishes to return.

â€¢

Application for readmission should include a letter requesting consideration for
readmission. This letter must answer the following three questions
1. Please indicate why you feel you were not successful previously in the
CTC Program. Provide enough detail to allow the Program to evaluate
the circumstances that impacted your success in the Program.
2.

Have you done anything since your dismissal that will help contribute
to your success if you were readmitted into the Program? (Has a
personal circumstance been resolved, have you put resources in place
to address areas for improvement, how has your support plan
improved etc.?) Please describe in detail.

3. It is your responsibility to demonstrate that you have the skills to
improve performance and achieve the required academic and
professionalism standards of the CTC Program. What strategies will
you continue to utilize to improve your academic performance and
succeed in the Program should you be re-admitted?
a. A minimum of two letters of recommendation.
3. The Department Chair (and relevant program leadership / faculty as needed) will review
each studentâ€™s request. This review may include review of the studentsâ€™ academic record,
meetings with the student, and any additional information that will assist the program in
reaching an informed recommendation.
4. Recommendations for readmission are reviewed by the Department Chair (and relevant
program leadership / faculty as needed). The Department Chair will make the final
decision regarding readmission.

36

5. Students readmitted to the CTC program may be required to repeat specified courses and/or demonstrate academic preparedness to progress to subsequent academic and clinical experiences. Readmission requirements are not limited to but may include: repeating courses; completing an independent study; and/or passing a comprehensive practical exam.

6. Recommendations will be made on a case by case basis in the best interest of achieving student learning and performance needs.

7.

Students are responsible for all costs associated with readmission requirements.

8. The Department Chair (and relevant program leadership / faculty as needed) will continue to monitor the progress of readmitted students until all requirements are met.

9. Readmitted students are subjected to the academic and curricular requirements in place at the time of readmission. Additionally, start terms for the readmitted students will be determined by CTC Program, based on the student's plan of study. Readmitted students cannot assume that they will start in the next immediate term after readmission has been granted.

All requests for readmission will be considered on an individual basis by the Department Chair. Decisions will be based on factors such as current academic status, clinical readiness, dispositional and ethical assessment, availability of space, and the student's written justification for readmission-entry. Students dismissed from the CTC Program for violation of program professional behavior policies or University community standards are not eligible for readmission to the program.

37

SECTION 10: GRADUATION REQUIREMENTS

The CTC program abides by all University policy related to graduation requirements and process. Please visit the University handbook for more information about Graduation Requirement Policy: https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduatepolicies/graduation-requirements.html

The successful completion of the additional requirements below demonstrates that the student has met the minimum requirements for graduation from the Community and Trauma Counseling Program and is a candidate suitable to pursue licensure as a Licensed Professional Counselor in the State of Pennsylvania. Promotion and graduation are based on both academic and professional growth and development. Failure to meet these requirements will jeopardize continued enrollment in the program or graduation from the program.

In addition to University graduation requirements, students must meet the following:

• Students must fulfill the required credit hour and course requirements for the CTC graduate program, as indicated by their program of study.

• Student must be in good academic standing as demonstrated by earning at least a 3.0 cumulative grade point average and completing all required coursework with a minimum grade if a B-.

• Students must adhere to all University graduation application procedures.

• Students must fulfill all financial obligations to the University.

• Comprehensive exam (or relevant practice exam as outlined below).

Comprehensive Exam Requirement

Students are strongly encouraged to take a comprehensive exam in their final semester that assesses competency on all areas addressed in the National Counseling Exam (NCE) required for Pennsylvania state licensure. Students may elect to either take the NCE exam, or an exam that assesses similar competencies, called the CPCE (Counselor Preparation Comprehensive Examination). Practice examinations with opportunity for feedback will be integrated into internship courses. Please visit the Clinical Fieldwork Training Manual (To access: Please see QR Code and URL link on Page 2 of this document).

â€¢

Additional information about the NCE exam, including competencies assessed, can be found here: https://www.nbcc.org/exams/nce

â€¢

Additional information about the CPCE exam, including competencies assessed, can be found here: https://www.cce-global.org/assessmentsandexaminations/cpce and https://www.cce-global.org/Assets/AssessmentAndExams/CPCEbrochure.pdf

38

Capstone Portfolio Requirement
The Capstone Portfolio is a multi-year project that captures students learning across multiple years of graduate training. Capstone is currently under revision and review with guidance and direction provided by the national accreditation body. At this time, the Capstone Portfolio is not a requirement for students who entered the program during Fall or Summer 2020. Students entering the program during the Summer and Fall of 2021 will not have any Year 1 Capstone Requirements. Any updates requiring Capstone work for students entering Summer / Fall 2021 will be provided as available and with advanced notification. Students entering the program in Summer or Fall of 2022 will be expected to meet the deliverables of the updated Capstone Portfolio.
Learning Across the Curriculum Requirements
There are multiple elements of the CTC program that reflect Learning Across the Curriculum (LACs). These LACs are learning activities that are embedded in multiple courses and woven throughout the entire training program. Examples of LAC content include â€œRacial and Cultural Literacy Trainingâ€ which will be integrated into multiple courses, starting with the Foundations of Trauma Counseling course. All relevant deliverables and grading for these LACs occur in the context of the course in which they are embedded.

39

SECTION 11: STANDARDS OF PROFESSIONAL BEHAVIOR AND PERSONAL CONDUCT
The CTC Program has established several policies and standards that relate to professional behavior at the University, at Field Placements, and whenever acting as a representative of the CTC program or the University. Violation of any policy could result in disciplinary action as outlined in the Student Handbook.
Assessment of Student Disposition
Although your academic performance is a crucial factor in evaluating your overall program performance, there are other interpersonal and professional skills that are equally important in determining the professional readiness of a counselor candidate. Therefore, in addition to academic performance, students in the CTC Program will also be evaluated on multiple professional behaviors and dispositions that serve as professional readiness indicators.
Success in the counseling profession requires certain behavioral attributes including: empathy, self- discipline, honesty, the ability to work effectively with others in a team environment, and the ability to address an emergency in a composed manner. Demonstrating these attributes requires that counseling students exhibit a high level of maturity and self-control even in highly stressful situations. In keeping with these precepts, counseling students must conduct themselves in a professional manner.
Developing into a professional counselor requires that an individual demonstrate acquisition of behaviors that are consonant with the ethics, values, and attitudes of the field, and which facilitate the attainment of clinical knowledge and skills. Students are first oriented to the

professional behavior development process during the first semester of the CTC Program through a review of the "Professional Disposition Checklist" that is completed during clinical courses. This tool represents the Program's professional behavior and personal conduct standards in behavioral terms for the student to model. Students are expected to demonstrate all of the behaviors listed in the "Professional Disposition Checklist" form. This checklist will be used to provide feedback and support for students who are in need of improvements related to the professional dispositions. Please visit the Clinical Fieldwork Training Manual (To access: Please see QR Code and URL link on Page 2 of this document).

Professional Disposition Checklist

Please visit the APPENDIX for the Professional Dispositions Checklist.

Section 1: Professional Behaviors

Treats others with courtesy, respect and open-mindedness

Displays ability to work with diverse individuals

Demonstrates ability to accept and use feedback

Communicates effectively and appropriately

Interacts appropriately and positively with others

Shows initiative and motivation

40

  Maintains appropriate boundaries with supervisors, peers and clients

Behaviors in professional manner towards supervisors, peers and clients

Is respectful and appreciative with colleagues

Is ability to effectively collaborate with others

Demonstrates an understanding of program, course and fieldwork policies and procedures

Completes all course and site specific work or tasks correctly and promptly

Demonstrates emotional stability (congruence between mood and affect) and self-control

Section 2: Ethical Practice Behaviors

Attends to ethical and legal responsibilities, including ACA Code of Ethics and Thomas Jefferson University Code of Academic Integrity

Demonstrates honesty, integrity, fairness, confidentiality and respect for others

Section 3: Impact on Others

Demonstrates awareness of own impact on others.

Demonstrates ability to deal with conflict

Demonstrates flexibility in responding to changing demands within the professional and clinical context

Engages in self-reflection by using various forms of feedback including assessment and supervision

Demonstrates ability to be present and true to one's self

Accepts responsibility for personal actions and behaviors.

Section 4: Commitment to Trauma-Informed, Healing Centered Engagement

In personal behaviors and relational interactions, demonstrates commitment to nonviolence

In personal behaviors and relational interactions, demonstrates commitment to emotional intelligence

In personal behaviors and relational interactions, demonstrates commitment to social learning

In personal behaviors and relational interactions, demonstrates commitment to open communication

In personal behaviors and relational interactions, demonstrates commitment to democracy

In personal behaviors and relational interactions, demonstrates commitment to social responsibility

In personal behaviors and relational interactions, demonstrates commitment to growth and change

Operationalizing Professional Dispositions

The professional dispositions and related characteristics are explained in more detail below:

Initiative

Faculty are available to facilitate the learning process, but you alone are responsible for your learning. Faculty are interested in seeing you take the initiative in the pursuit of knowledge

41

because we realize that in your professional career you will often find it necessary to demonstrate initiative and responsibility in the delivery of therapeutic services. In order that you may cultivate this important attribute, faculty and fieldwork supervisors will coach you and support a problem- solving approach rather than always directly answering your questions. Throughout your educational experiences thus far you have probably been involved in both active and passive learning activities. This program stresses an active learning approach. You will be expected to review information, reflect on your readings, and discuss material in a way that reflects your knowledge and insight as well as your ability to integrate the various phases of your learning.

Flexibility and Resourcefulness

The student is not rigidly bound to one way of viewing the world or any situation. They are able to adapt to changing conditions of a situation. They are able to be resourceful in finding or generating innovating solutions, even when given limited resources. Counselor education involves instruction from practicing professionals with unpredictable schedules. Additionally, there may be times when lectures, clinical sessions, or fieldwork schedules may need to be adjusted with short notice. Faculty asks students to be flexible and tolerant of changes in the interest of gaining the most from the educational experience. Counselors display flexibility and tolerance for ambiguity. They are able to negotiate the complex social system of higher education, health care, and/or clinical sites with patience and good humor.

Time Management

The CTC program, with on campus, online, and community learning requires self-discipline. Your success will depend upon your ability to plan effectively, manage your time, and stay focused on your learning. We recommend that students engagement in outside employment, no more than half time during the final two semesters of the program.

Integrity

Students are expected to follow all policies in the Standards of Professional Behavior and Personal Conduct section outlined in this handbook, the CTC Student Clinical Manual, and the University Community Standards and Academic Integrity Policy, which can be found here: https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/academicintegrity.html

Reliability and Dependability

In order to develop healthy therapeutic relationships with clients, counselors must be reliable and dependable. In our educational program, this is characterized by your reporting to all classes, labs, seminars, and clinical sites at the scheduled time, and delivering assignments, notes and other required materials when due. Dependability also includes the ability to respond to requests from peers, faculty, and staff within appropriate time frames. Additionally, students are expected

42

to sign-up for advising sessions within a timely fashion, and submit required documents for those sessions by the due date.

Collaboration/Teamwork

There will be many opportunities to work in groups throughout the program. You are expected to work collaboratively with your classmates by being an active and equal participant in all group work. This means respecting the right of your peers to engage in the learning process, fulfilling your assigned tasks, and contributing to a positive learning experience for all. When an individual group member is disorganized or unprepared for a project, it affects the learning of the

entire group. As such, students who present challenges in this area will be brought to the attention of their advisors for further action.

Conflict Resolution

Conflicts should be resolved in a diplomatic, reasoned manner. If you experience disagreement, you must follow established protocols to reach a resolution. Talking behind people's backs or failing to address issues with a faculty directly, reflects poorly on the student.

Personal/ Professional Boundaries

As a developing counselor, you are also expected to be tactful when communicating with others, including peers, faculty and clients. Communication, to be effective, must be direct. Developing the ability to carefully listen, be supportive, and to be therapeutically engaged are traits of an effective counseling professional. Students should be aware of boundaries when communicating personal or academic information to peers, faculty, or clients. Over-disclosing personal information in class, through email, texting or other communication is in direct conflict with respecting boundaries. Insensitive or unfiltered comments on any topic is unprofessional.

Giving/Receiving Feedback

Throughout your academic career, you will receive feedback from peers, faculty, fieldwork supervisors, and clients. Students should view this as an opportunity for personal growth and incorporate feedback accordingly. Being open and receptive to feedback plays an important role in professional development. At times, students will be asked to provide feedback to others, including peers and faculty. Students should offer feedback in a thoughtful and reasoned manner that fosters respect and trust. The ability to integrate constructive feedback is an important component of becoming a counseling professional.

Respect

Students should be aware of and respectful of differences in cultures, beliefs, and values among each other and with clients. Counselor education involves a close working environment with other students and discussion groups that may reveal personal information. These situations must be approached with respect for the privacy, confidentiality, and feelings of fellow students.

43

   Students should adjust their communication style and demonstrate appropriate body language based on the audience, as well as refrain from using demeaning, offensive, and insensitive language. Students should be attentive to how others may perceive actions, and behave accordingly. Behavior that demonstrates bias or discrimination will not be tolerated.

Confidentiality

Students must respect the confidentiality of institutions, faculty, clients, and fellow students and are not permitted to discuss any clients by name outside of the clinical placement or university supervision class. Students may not videotape or audiotape in the classroom or fieldwork, without the express permission of faculty, peers and clinical site staff. Students may not videotape, audiotape or take photographs of clients at any time, unless done so with written permission and as required based on supervision needs. In order to protect institutional confidentiality, students should not share on social media any videos, photos, or other media taken during class or fieldwork, regardless of expressed permission by subjects. For academic presentations, please use clients' initials or first name only.

Personal Insight and Self-Regulation

Success in graduate education and the counseling profession requires personal insight and the capacity to self-regulate in moments of stress. It is understood that many students enter our program with multiple obligations, including balancing personal, family, and professional responsibilities. These, combined with course deadlines, may cause extra stress. In the classroom or fieldwork setting this can present as highly emotional communication or interpersonal interactions, and a lack of self-awareness regarding the impact on behavior or academic performance. In order to be successful, you will need to identify your own emotional response to events and take an active role in managing your emotional presentation in communication and behavior.

Managing Stress

The CTC educational process can be highly demanding and stressful. Many CTC students have significant outside responsibilities such as family duties. These stresses, along with other factors, sometimes leave people vulnerable to a wide variety of psychological, social, health, and substance abuse problems. CTC students are responsible for managing stress in healthy, appropriate ways. Failure to do so could jeopardize the health and safety of clients, faculty, or fellow students, as well as the safety of the learning environment and clinical setting. The Program encourages students to maintain outside activities such as counseling, hobbies, exercise, spiritual endeavors, and meditation as methods for stress reduction. We would also advise students not to isolate themselves in their studies, as outside support systems are crucial to a healthy, balanced life.

Open to Learning/Engagement

Successful students demonstrate a positive attitude toward learning and trying new experiences. There will be opportunities throughout your academic career that may be challenging; those who

44

welcome challenges learn more. Students should be able to identify their emotions and apply appropriate strategies for emotional regulation to prevent fear and anxiety from interfering with learning and risk-taking within the academic environment. An interested and engaged counselor is one who can focus attention and convey an open and interested attitude. They are also attentive to the verbal and nonverbal cues (e.g. eye contact, body language) of others during interactions. To help you to develop these skills, be aware of your facial expressions, gestures, posture, and conversation during class. Every student has the right to participate, consequently no one student should dominate a class discussion.

Self-Reflection

Attitudes to cultivate in this phase of your education are ones of willingness, self- reflection, and a firm sense of reality. Try to avoid being surprised, downcast, antagonistic or petty when faculty, peers, or supervisors supply evaluative and constructive feedback. It is better to take opportunities to explore, to make mistakes and overcome them while you are a student, than to postpone the inevitable to the time when you are actively engaged in your professional career.

Self-Assessment

The academic environment sometimes pushes students outside of their comfort zone, which can result in unanticipated behavioral responses. Engaging in accurate self-appraisal through an analysis of individual strengths and challenges can assist you to identify behaviors that may be at odds with your academic or fieldwork success. Successful students are receptive to feedback from peers and faculty, and can implement strategies to change their behaviors in order to improve academic or fieldwork performance.

Ethical Behavior

Students are expected to display the highest ethical standards commensurate with work as a counseling professional as well as to demonstrate exemplary professional and ethical academic conduct while enrolled in the CTC Program. In addition to published University policies, every student is expected to abide by the ACA Code of Ethics (most recent edition). Breeches in confidentiality, falsification of records, and sexual relationships with clients, fieldwork educators or faculty will not be tolerated. Students shall report any illegal or unethical activity to the appropriate faculty, program director and/or fieldwork supervisor. Students must be appropriately responsive to lawful requests from faculty or university representatives, fieldwork supervisors, and clinical sites.

Identification

CTC students must always identify themselves as â€œcounseling studentsâ€ to clients and fieldwork site staff. While on fieldwork, students may not use previously earned titles (i.e. RN, MD, MSW, etc.) for identification purposes.

Cultural Humility

45

Students will engage with student peers and in clinical practice with cultural humility. Students will engage in learning throughout the CTC program that will support the development of cultural humility. It is the student's responsibility to continuously engage in this learning, reflecting upon their own cultural humility. The CTC program follows the multicultural and social justice competencies (2015) endorsed both by Association for Multicultural Counseling and Development Executive Council and the American Counseling Association. https://www.counseling.org/docs/default-source/competencies/multicultural-and-social-justicecounseling-competencies.pdf?sfvrsn=20

Nondiscrimination

Students shall deliver counseling services to clients without regard to their age, race, ethnicity, religion, sex, gender, creed, national origin, sexual orientation, socioeconomic status, disability, disease status, immigration status, legal involvement, or political beliefs.

Misuse of Substances

Students shall not appear at the University or clinical sites under the influence of alcohol or drugs. CTC students have the responsibility of patient/client care in addition to the usual academic responsibilities of a student. The University has a responsibility to ensure that students are functionally capable of handling these duties in a competent, appropriate manner. Policies related to misuse of substances can be found here: https://www.jefferson.edu/life-atjefferson/handbooks/rights-responsibilities/alcohol-drugs-prohibited-substances.html.

Student Responsibilities in Communicating with Advisor

Students should keep their faculty advisor aware of any problems or stresses that may affect their academic and/or professional responsibilities in the Program. Program faculty and staff will try to be attuned to signs of psychosocial challenges or needs in students. They will then refer the student, initially, to their faculty advisor for assistance. The faculty advisor or Program Director may advise a student to seek further help from the University Counseling Center, Student Health Center, or outside resources. The Counseling Center can provide counseling and referral to students for psychological problems.

46

SECTION 12: PROGRAM ACCREDITATION

The Council for the Accreditation of Counseling and Other Related Educational Programs (CACREP) is the national accrediting body of counselor education programs. According to the CACREP 2016 Standards, "CACREP accreditation is both a process and a status. Institutional application for CACREP accreditation denotes a commitment to program excellence. The accreditation process incorporates programs' self- assessment along with external review to determine if and how program standards are being met. Accredited status indicates to the public at large that a program is fulfilling its commitment to educational quality." The CTC Program has been developed in alignment with CACREP standards and is currently seeking National Accreditation.

47

SECTION 13: UNIVERSITY RESOURCES AND SYSTEMS

Electronic Communication System

All students will be issued a Jefferson University email address. It is REQUIRED that CTC students utilize this email address for all communication related to the program, and check it daily. Additionally, students must become familiar with Banner, a web-based information management tool that allows Thomas Jefferson University students, faculty and staff to access numerous online resources, including course registration, schedules, student information, and transcripts. The CTC Program abides by the Thomas Jefferson University Student Email Policy which can be found here: https://www.jefferson.edu/life-atjefferson/handbooks/policies/graduate-policies/email-student-

policy.html

You will be issued a campus identification card, which also serves as your University photo I.D., library card and campus activity card. You must come to campus during regular business hours to receive your ID card (Kanbar Campus Center, main floor). Your identification card has a magnetic strip on the back, which is needed to open doors on campus during the weekend. The administrative assistant in the CTC Office (Ronson Science Center suite 125) will assist you in obtaining your identification

Financial Aid Resources and Financial Obligations

The CTC Program abides by all Thomas Jefferson University policies related to financial aid resources, tuition and financial obligations.

For more information about the student financial obligation policy, visit this webpage:
https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/studentfinancial-obligation.html
For more information about the tuition, billing and the payment policy, visit this webpage:
https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/tuition-billingpayment-policy.html
For more information about the tuition charges policy, visit this webpage:
https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/tuition-chargesacross-tju-programs.html
For more information about the tuition refund policy, visit this webpage:
https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduate-policies/tuition-refundpolicy.html
The direct link to the Graduate Financial Aid page is:
http://www.eastfalls.jefferson.edu/financialaid/Graduate/index.html

48

The Graduate Financial Aid Office can be reached at financialaid@jefferson.edu or 215-951-2940.

Accommodations and Student Support

Thomas Jefferson University is committed to providing equal education opportunities to all students, including students with disabilities, in accordance with section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act. Thomas Jefferson University will provide reasonable accommodations to all qualified individuals with disabilities to allow equal access and full participation to all University sponsored activities and programs. For more information on disability accommodations or request an accommodation for the East Falls campus, please contact the Office of Student Accessibility Services.

Library Support Services

Jefferson University Libraries support the institution's mission to improve lives by providing resources that strengthen the education, research, and clinical training of our academic partners. We provide consultation, instruction, as well as access to, and preservation of, knowledge-based resources. Space and computers for study, learning, and collection access are available at all of our libraries. Our libraries share a common catalog and discovery interface so faculty, staff, and students can easily search all of our holdings. Some library resources are tailored to the campus they primarily serve and each homepage highlight's resources and activities happening at that location. The CTC Program is located on the East Falls campus, which houses the Paul J. Gutman Library. More information about this resource can be found here: https://library.jefferson.edu/gutman.cfm

49

SECTION 14: ACADEMIC AND PROFESSIONAL POLICIES AND PROCEDURES

Academic Advising

Academic advising is required for each student. Questions pertaining to the program, instruction, course selection, and any related matters may be discussed with an advisor. After a student is accepted, an advisor is assigned by the Program Director. Advising may be conducted through face-to-face or electronic means.

Faculty has established on-line, telephone, and on- campus office hours so that students may have ready access to faculty feedback and guidance. New students are required to meet with their advisors during the first two weeks of their first semester. The academic advisor will initiate the scheduling of the very first advising appointment. Students are expected to communicate with their advisor at least once a semester through an in-person, phone, or online meeting. Additional meetings can be scheduled at either student or faculty request.

At regular intervals throughout the year, students will evaluate their advisor using an advisor assessment instrument. One example of assessment that may be used is the "Advisor Assessment Instrument" from Best Practices in Evaluating Academic Advising. This can be found in the APPENDIX.

Attendance Policy

The CTC program abides by the University policy related to class attendance. Please visit the College handbook for additional information on this policy.

https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduatepolicies/attendance.html.

As outlined by the University policy:

Attendance is expected in all classes for which a student is registered. The instructor, in conjunction with the academic program/department, determines attendance requirements for each course. These requirements along with the objectives and the anticipated outcomes of the course shall be clearly outlined by the instructor at the beginning of each course.

Individual CTC program faculty will determine the details of the attendance policy that best fits their course structure and learning objectives. All attendance policies for each course and instructor will be outlined in the course syllabi and discussed at the beginning of the course. Examples of various course specific attendance policies can be found in the APPENDIX of the student handbook. It is the students responsibility to read and understand the University and course attendance policy. Please see the section below specifically related to COVID-19 policy and procedure.

Lateness Policy

50

It is the student's responsibility to come to class on time and to leave class at the designated time; being late and/or leaving early is disruptive to the class and the learning community. Excessive lateness will impact your grade. As a program, we monitor professional behavior and dispositions in an effort to best prepare you for your counseling profession. Lateness is not tolerated in working environments.

If a student is late (enters class after the start time, or returns late after scheduled breaks) 3 or more times, the student may receive a half letter grade deduction (i.e. A to A-, B+ to B, etc.) at the discretion of the faculty member. If the student has a concern about being late for class, they should contact the instructor. In absence of a successful petition (see below), this will not impact the outcome, but is demonstrative of professional behavior that is expected in this program and in our profession.

If a student enters class 15 or more minutes after the official start time, or returns 5 or more minutes late after a scheduled break, this will count as an absence. Leaving early is also the equivalent to an absence.

Academic Integrity

The CTC program adheres to the University policy on Academic Integrity. Please review the Thomas Jefferson University Academic Integrity policy here: https://www.jefferson.edu/life-atjefferson/handbooks/policies/undergraduate-policies/academic-integrity.html

Grade Appeal Protocol

The CTC program abides by the University policy related to grade appeals. Please visit the University handbook for additional information on this policy. https://www.jefferson.edu/life-atjefferson/handbooks/policies/graduate-policies/grade-appeal-protocol.html

Grievance Procedures

All members of the Thomas Jefferson University Community have the right to express concerns when they perceive that they have been treated in a manner not consistent with the standards of conduct at the University. The student grievance procedure is intended to allow students this mode of expression. For academic grievances within the program, students should refer to the Student Grievance Procedure outlined in the JCHP Student Handbook. For grievances external to the academic program, students should consult the Grievance Procedure outlined in the Rights and Responsibilities section of the TJU Student Handbook.


51


  SECTION 15: COVID-19 RELATED POLICIES AND PROCEDURES
General Infectious Disease Advisory Statement
Students who have any symptoms that are associated with infectious diseases (e.g., cold, flu or viral infection) should not attend in-person classes, clinical experiences or other activities that put them in close contact with other students, faculty, staff or patients. These symptoms can include but are not limited to sneezing, coughing, fever, gastrointestinal pain, and diarrhea. Students with these types of symptoms should contact Student Health Services (East Falls campus) if these symptoms are present, before participating in any classroom, clinical, lab, or studio sessions, or any activities in which other students, faculty, staff or patients are present. Students who have these symptoms are responsible for notifying their instructors, program or college using the usual mechanisms before missing any scheduled course/clinical education activity, for staying current with course/clinical requirements, and for complying with any other course/clinical attendance policies. Students may be asked to provide documentation that they are under the care of a medical provider (without disclosure of any medical condition).
Fall 2021 Semester: COVID Related Course Attendance Policy for the CTC Program
Jefferson and its educational leaders recognize the importance of regular class attendance and the benefits to student learning. Students recognize the importance of attendance and make every effort to be present for classes and participate fully.
In response to the COVID-19 pandemic and in accordance with guidance from the CDC, the Commonwealth of Pennsylvania's Department of Education, and the City of Philadelphia's Department of Public Health, the CTC program is adopting a more flexible approach to student absenteeism and attendance for the Fall Semester 2021. In order to protect the health and safety of our community while ensuring continuity of learning, in-person classes shall adhere to the following directives during the Fall 2021 Semester:
•

•

•


Students who are symptomatic (e.g., fever, cough, shortness of breath, loss of taste or smell), who believe they have had recent possible exposure to COVID-19, or who have a confirmed diagnosis of COVID-19 should not come to class in person. Those students should contact Student Health in East Falls or the for guidance on steps to take. Accommodations will be made (e.g., extended due dates, electronic submission of assignments), when possible, for individuals who may be temporarily unable to attend class due to possible exposure or illness from COVID-19. Students should make every attempt to stay current on their work during this time. Faculty will allow students to attend classes remotely in these instances whenever possible. [i.e. Hyflex as needed, see below]
If a student is unable to attend class, they must engage in active and regular communication with the instructor. This includes informing the instructor in advance of class about the need to be absent and ensuring regular ongoing

communication should absences continue.

52

•

•

•

•

Faculty and students should follow the process established by Student Health Services and regarding potential exposure or illness from COVID-19 for both classroom and clinical attendance.
Faculty will be flexible about in-person attendance to the greatest extent possible in order to maximize adherence to Jefferson health and safety guidelines. To that end, faculty will utilize Canvas and other technologies to the greatest extent practicable to post course materials and other relevant information, to enable students who may be required to be absent to continue with coursework.
Faculty and students should be aware that a certain level of absenteeism will disrupt continuity of teaching, learning, and research and should consult other policies, such as Medical Leave of Absence or Incompletes as needed.
Faculty and students should practice social distancing, mask wearing, and hand hygiene as directed in the guidelines.

Fall 2021 Semester: COVID Related Course Delivery Format
CTC courses were designed to be offered in the face-to-face, on-ground format, with some online learning. The online learning can be synchronous, asynchronous or a combination of both. This is referred to as "hybrid" learning.
During the Fall of 2021, faculty will also provide "hyflex" learning opportunities when appropriate, necessary, and/or possible. This means that when needed, faculty will also work to offer class sessions and/or learning activities in-person, synchronously online and/or asynchronously online.
In order to support students transition back to full, on-ground learning after the COVID19 disruption, the CTC faculty will be utilizing "Hybrid Courses" with elements of a
"Hyflex Course" when possible, during the Fall 2021 semester. In coordination with the program and department leadership, faculty will be identifying opportunities for when specific class sessions or activities be "flexed" to meet student needs. For example, a professor may offer a class session or learning activity in the synchronous, online format (i.e. Zoom) in order to support students transition back to on-ground learning during the Fall 2021 semester. These decisions will be based on pedagogy and student learning outcomes.
Course instructors will work with students throughout the semester to identify appropriate learning opportunities that may occur in the virtual format. All faculty members will communicate directly with their students about any possible course sessions that are pedagogically appropriate for the virtual format and will notify students in advance of these instances

53

SECTION 16: CTC PRORGRAMMATIC POLICIES
The following policies are specific to the Community and Trauma Counseling Program.
Personal Counseling Policy

CTC Program faculty believe that the process of becoming a helper is greatly enriched by the experience of personal counseling, and we strongly urge all students to engage in personal counseling during graduate studies. Personal counseling affords students the opportunity to deeply self-reflect and learn about personal vulnerabilities which can impact one's ability to serve others, allows students to experience first-hand the importance of the therapeutic relationship, and further provides a venue to observe a professional's practice and to participate as a client, allowing greater empathy when engaging as a helper.

CTC faculty are committed to monitoring students' emotional well-being and continuously encourage students to attend to their own level of distress throughout their studies. Some students may have challenges that are exacerbated or resurface in graduate school, while others may experience new difficulties associated with a heavier workload, greater independence, increased responsibility or life events. For most, the depth at which trauma and adversity are studied, coupled with the strong emphasis on self-reflection can additionally be very unsettling.

In the event that students would like personal counseling, the following free or low cost/ sliding scale resources are made available:

Jefferson-East Falls Campus Counseling Services
The Kanbar Campus Center Suite 323
Tel: 215-951-2868
Email: TJU_EF_CounselingServices@Jefferson.edu
Philadelphia Society of Clinical Psychologists
601 Summit Avenue, 3rd Floor Jenkintown, PA 19046
Phone: 215-885-2562
Fax: 215-885-1797
Email: info@philadelphiapsychology.org
Psychological Services Clinic of Chestnut Hill College
1107 Bethlehem Pike, Ste. 212
Flourtown, PA 19031
215.233.1914
Website: www.chc.edu/psc Email: clinic@chc.edu
Therapy Center of Philadelphia
The Philadelphia Building 1315 Walnut Street, Suite 1004
Philadelphia, PA 19017
215.567.1111 phone
215.567.0179 fax

54

Background Checks

All students will be required to submit a criminal background check and a child abuse clearance prior to starting their clinical work in the CTC Program. The criminal background information may be cross-checked against the student's self-disclosure from the application process. If the information found via the background check is not consistent with the previously submitted information, or, a significant incident is reported via either the criminal background check or the child abuse clearance, the student may be subject to dismissal from the program.

If an admitted or matriculated student is found to have misrepresented themselves, their credentials, or (if applicable) their stated licensure/ certification information on their application or other documents, the program reserves the right to rescind the students' offer of admission or dismiss them from the program. Criminal background/child abuse checks will be repeated prior to starting clinical fieldwork, in addition to any clearances that may be requested by the clinical affiliation site.

Clinical fieldwork sites that require a criminal background check, child abuse clearance and/or fingerprinting may deny a student's participation in the fieldwork experience (practicum or internship) because of a felony or misdemeanor conviction or a record of child abuse. Clinical sites may also deny participation in clinical experiences for other reasons, such as failure of a

required drug test, or inability to produce an appropriate health clearance. As participation in fieldwork experiences is a required part of the curriculum and a requirement for graduation, denial of participation may result in the delay of graduation or the ineligibility to graduate from the program. Students may also be subject to discipline, up to and including dismissal from the program. For additional information about the background check policy please review the Clinical Fieldwork Training Manual (To access: Please see QR Code and URL link on Page 2 of this document).

Regardless of whether or not a student graduates from Jefferson, individuals who have been convicted of a felony or misdemeanor may be denied certification or licensure as a health professional. Information regarding individual eligibility may be obtained from the appropriate credentialing bodies.

Social Media and Digital Presence Policy

Students must abide by the social media policy of the university, in addition to the CTC program. The University's social media policy can be found the Thomas Jefferson University Student Handbook here: https://www.jefferson.edu/life-at-jefferson/handbooks/rightsresponsibilities/social-media-policy.html Social media includes, but is not limited to the following: personal blogs and cell phones, Facebook, Twitter, LinkedIn, MySpace, YouTube, Instagram, Yelp, Pinterest, Tumblr, SnapChat, multimedia sites and others. These guidelines apply whether a student is posting on their own sites, commenting on other sites or sharing the material of others ("liking" content or re- posting); this includes items others have posted to any of your feeds. It is your responsibility to monitor your sites, or to set privacy settings so comments of others must be approved.

55

Violation of this policy may result in disciplinary action or dismissal from the program pending review of the incident by the program and/or referral to the University's Community Standards process.

a. Students must not share confidential or disparaging information about Jefferson, the CTC Program faculty or staff, clinical sites, supervisors or clinical staff.

b. Students must maintain client privacy at all times, consistent with HIPAA Privacy Rules. They must never share confidential client information including health information, images, financial information or other identifying information.

c. Students should not post photos, or recording audio or video at a clinical site without written authorization from the clinical site and client.

d. Students are prohibited from taking photos, or recording audio or video of any lecture, demonstration or other learning activity without authorization from the professor and all parties involved.

e. Students must not "friend" clients, families, supervisors or staff on social media websites, nor can they accept friend requests from clients, families, supervisors, faculty or staff.

f. Use of social media must not interfere with clinical requirements or client care and must be reserved for use during personal time.

g. Your social name, handle or URL should not include Jefferson's name or logo. Your social media activities should be consistent with the university's standards of professional conduct. It should be clear that any commentary reflects the student's personal views and not the views of Jefferson or the CTC program.

h. Students are prohibited from dispensing medical advice or making medical referrals.

i. Students are encouraged to use common sense and good judgment in their use of social media.

j. Students must avoid unprofessional language, images and behavior which would reflect poorly on them and on the university.

k. Students should not engage in racist or culturally insensitive behaviors on social media.

l. Students are prohibited from defaming CTC students and faculty, clinical supervisors or other fieldwork staff, and clients.

Assignment Extensions

Assignment extensions will must be negotiated, in advance, with course faculty, and are provided at faculty discretion. Extensions should not be used to manage workload; they are to be used only under extreme circumstances. Repeated tardiness reflects a lack of professionalism and is considered unprofessional conduct. Students who are frequently late handing in assignments, obtaining or uploading health/legal clearances, attending classes or fieldwork, or who require multiple assignment extensions will, at the discretion of the faculty, may be considered in need of a formal remediation plan. Assignment extensions may be offered at the discretion of the faculty member. Please review the Syllabus for each faculty members policy on assignment extensions.

56

Lateness Policy

It is the student's responsibility to come to class on time and to leave class at the designated time; being late and/or leaving early is disruptive to the class and the learning community. Excessive lateness will impact your grade. As a program, we monitor professional behavior and dispositions in an effort to best prepare you for your counseling profession. Lateness is not tolerated in working environments. Students may receive grade reductions for lateness at the discretion of the faculty member. Please review the Syllabus for each faculty members policy on lateness.

Transfer Credit and Course Waiver Policy

The CTC Program is designed to be completed in its entirety in order to adhere to CACREP accreditation requirements while also continuously building trauma competencies. The CTC Program will award transfer credit for up to one graduate course (3-credits maximum) taken for credit at another institution or earned through coursework at TJU outside of the CTC program, but prior to matriculation in the CTC program on a limited basis and after a thorough review process.

Graduate coursework may be approved for transfer if it meets all of the following criteria:

• It was taken at a regionally accredited college or institution.

• It has been approved as part of the student's program of study (by the advisor, program director, and professor of course that is being considered for a waiver to ensure course alignment).

• It was completed within five years of the date of first enrollment as an admitted Master's student. [*Course waivers are for the MS program only. With few exceptions, certificate students are not eligible for a course waiver. Certificate students seeking a waiver must contact the program director for consideration. *In very rare circumstances, a student who can demonstrate mastery of course content may petition to include coursework taken more than five years from the date of first enrollment.]

• It was completed with a grade of "B"  or better.

• It has not and will not be used to replace any clinically oriented classes (practicum or internship).

If all of the above parameters are true, the student will submit a petition that will be evaluated by the program director and faculty. This petition will be submitted at the time of enrollment in the program, (or, at a minimum of one semester prior to the semester that the course would fall in the student's CTC curriculum.) The petition will be completed using the "Transfer Credit and Course Waiver Form" which can be found in the APPENDIX of this handbook.

The student will complete a deliverable, as determined by the CTC course faculty, that allows them to "demonstrate competency" in the course that they are planning on waiving /transferring. All students seeking a transfer must complete a "demonstration of competency" assignment in order to confirm their mastery of the content in the course. The student will be given one

opportunity to submit this deliverable, and up to one opportunity to revise this submission. If the

57

studentâ€™s deliverable does not demonstrate course competencies, the studentâ€™s request for waiver and transfer will be denied, and the student will be required to take the course the next time it is offered in the course progression. Please note, that any student in a specialty area concentration seeking to waive a course will need approval by the concentration coordinator before submitting materials to the program leadership for review.

Two-Step Process:

1. Petition for a course to be waived/transferred.

â€¢ The Program Director and relevant faculty member(s) will issue a letter indicating this decision

2. Submission of deliverable demonstrating competency

â€¢ The Program Director and relevant faculty will issue a letter indicating a decision.

Cohort Transfer Policy

Cohort transfers are considered on a case by case basis. Students who are in need of a cohort transfer (i.e. from Cohort A to Cohort B) must meet with their academic advisors to discuss their needs regarding transferring from one cohort to another. Students are generally only allowed one cohort transfer during their graduate training. If extenuating circumstances arise or are present, additional transfers may be evaluated on a case by case basis. The â€œCohort Transfer Formâ€ can be found in the APPENDIX of the student handbook.

Steps for submitting a cohort transfer petition:

1. Students meet with academic advisors to discuss needs / goals.

2. Student and faculty advisors complete this form (Part A).

3. Students submit â€œCohort Transfer Formâ€ via email to the program director and administrative assistant for processing (cc: faulty advisor).

4. All petitions will be reviewed by the program director and faculty

5. Following review, decisions will be communicated with students. The â€œCohort Transfer Formâ€ (Part C) will be completed and returned to the student and academic advisor.

6. The â€œCohort Transfer Formâ€ will be filed in the student's academic file.

7. Once students are approved to move into their new cohort, they will register for classes in their new cohort

8. Once students move into their new cohort, they remain with their new cohort through the conclusion of their training.

Endorsement and Recommendation Policy

Students seeking letters of recommendation during the search for fieldwork or employment should ask professors and their academic advisor one month in advance. Agreement to provide a letter of recommendation for a student is at the discretion of the faculty member. Please contact the faculty member and/or advisor directly and obtain permission to use them as a reference prior to releasing their name for reference purposes.

For licensure and other credentialing purposes, students should follow the instructions posted in the Registrarâ€™s office webpage to obtain transcripts and certifications. These can be found here:

58

https://www.eastfalls.jefferson.edu/registrar/forms.html#TRAN. For academic requirement verification as well as practicum and internship verification, please contact the Program Director or Clinical Training Coordinator. Please note that students are expected to maintain personal copies of the clinical and supervision hours accrued as a student.

Information Services and Technology Services

Additional information on the computing environment at Thomas Jefferson can be found here. This link includes information regarding the Learning Management Systems, Canvas, as well as Banner Web, Jeff Mail and more. For assistance with technology issues, students should contact

the Technology Help Desk at (215) 951-4648 or send an email to helpdesk@philau.edu.

The CTC Program abides by the Thomas Jefferson University Student Email Policy which can be found here: https://www.jefferson.edu/life-at-jefferson/handbooks/policies/graduatepolicies/email-student-policy.html

Program and Course Technology Requirements

The CTC Program uses the university's web-based course management system, Canvas, to upload course information. Students must have daily access to a computer, a reliable internet connection, and be familiar with basic computer functions (primarily e-mail, Microsoft Word and PowerPoint). It is recommended that computers be no more than three years old. Additionally, students must have:

â— The capacity to hear audio on your device (sound card, head phones etc.)

â— A USB microphone or other recording device

â— Web cam capability

â— Internet access with high-speed connection (DSL, Broadband or cable)

â— Microsoft Office software (Word and PowerPoint)

â— Kingston Data Traveler Vault Privacy 3.0 Flash Drive for Clinical work when necessary (Please visit Clinical Student Handbook)

Online Learning Environment Policy

Students are expected to adhere to the standard CTC on-ground attendance policy, for all online courses. Internet outages, device failures and other unplanned technical difficulties can impede students' ability to connect for classes. To best prepare for online courses students should:

â— Ensure that their primary device is set up for the platforms used for each class (Zoom, Blackboard Collaborate, etc.) ahead of the class start time. Download and install applicable programs, phone/tablet apps, etc. and test to ensure they are working reliably.

â— Secure a solid and reliable internet connection. Disconnect other devices from Wi-Fi for class/group meeting/etc. times to maximize available bandwidth. Where possible, used a wired connection to the internet. Many internet providers provide low-cost service to eligible households. Check to see if these services are available to you (Comcast Essentials, Verizon Lifeline Discount, etc.). If access to reliable internet present a financial hardship, please contact the Program Director to discuss available resources.

59

â—

Wireless networks typically do not offer a reliable internet connect. For this reason, we strongly suggest that students do not travel during classes (barring emergencies). If using wireless networks for connectivity rather than Wi-Fi, stay in one location with a strong signal.

â— Where possible, have a backup device prepared should your primary device fail. Setup any additional available devices with all applicable apps/programs in case they are needed.

â— Prepare your space to be conducive and appropriate for your classes. Space should be comfortable to accommodate an extended period of time, clean and professional. Having a private location for classes will be help facilitate optimal learning. When possible, we request that students try to reduce interruptions from family members, pets, co-inhabitants, etc. Individual faculty members may require a private learning space during classes and/or for specific learning activities, especially when patient's private health care information is being discussed.

â— Students must use a device that has a webcam. Many laptops come with webcams, but older models and many desktops do not. Individual faculty

members may require webcams during classes and/or for specific learning activities.

Preparing for contingencies will greatly reduce the likelihood of technological problems. We request that all students have a "back up / contingency" plan in place in the event that all methods fail and you are not able to attend a class. In the rare event that this occurs, it is the students responsibility to email faculty as far in advance as possible, contact campus tech support at helpdesk@philau.edu.

If you are unable to email, students must reach out to Sheryl Cooley at Sheryl.Cooley@jefferson.edu (or to the professor if they have provided a phone number) and leave a voicemail. In the voicemail, include the class you will be missing, the time the class meets, and the instructor's name for the class. Students are expected to contact the University Help Desk at 215-951-4648 to help resolve their technological issue as soon as possible.

Cell Phone Policy

No cell phones are allowed to be used during class, unless required by the course instructor for engagement in the learning activity, or on-site at clinical placements. In special instances where a student requires access to a cell phone for potential family emergency situations, the cell phone must be used on vibrate mode and the instructor must be informed of the situation prior to class. If interruptions become too numerous, the student will be required to make other communication arrangements.

Personal Electronic Devices in the Classroom

Having laptops, cell phones, and other technology in the class can be both a barrier and a support to learning. Faculty has set ground rules for the use of laptops (and other electronic devices), as

60

we found that students engaged in personal activities that did not contribute to the learning community often detracted from it. Students' laptop use is for taking notes while in class, or for in-class collaborative activities. Using the computer to email, go on Facebook, tweet, shop, or any other activity that is unrelated to the course at hand will result in the student's loss of all laptop privileges for the semester. Faculty will move around the classroom to create a climate of accountability.

Professional Presence Policy

All counselors in training shall be groomed and dressed in a manner which will help them to establish rapport with their patients and clients. The CTC program, therefore, encourages its students early in their counseling career to establish habits of demeanor, grooming, and dress which will assist them throughout their professional lives in their relationships with their patients and clients.

While in the didactic phase of the program, students are expected to dress appropriately (i.e., groomed, no revealing attire). Students will be required to dress professionally during site visits, at fieldwork placements, as well as during class sessions. Typically, business casual is considered professional attire for fieldwork settings. Students are expected to present a clean appearance and students should be conscious of personal hygiene. Clothing should allow for adequate movement during client care, and should not be expose the trunk or undergarments. Students are not to wear informal clothing, including shorts, cutoffs, hats, jeans, clothing with rips/tears, sweat clothing, workout attire, short skirts/tops, halter type tops or T-shirts at clinical sites. Be advised that flip flops and sandals, and other footwear or garments that may present a safety risk, are not appropriate at clinical sites.

Communication and Professional Language Policy

Success in graduate education and in the counseling profession depends upon acquiring and utilizing professional oral, written, and non-verbal communication skills. Due to the nature of a blended-learning program, much of the communication between faculty and students takes place through email. We must all be considerate of each other's schedules. While faculty frequently responds to student communications during normal business hours, there may be occasions when faculty is not available and responses may take up longer, particularly after an on-campus weekend. When you leave a message, please allow faculty or staff a reasonable amount of time

to return your communication before leaving another message.

Likewise, students are expected to respond to faculty and peer communication in a timely fashion. Since program and course-related communication occurs through emails and announcements, students should check their Jefferson email at least once daily so as not to miss important information.

Students should express ideas and opinions using accurate professional or lay terminology, based on what is appropriate for the audience. All communication, including papers, notes, and electronic messages, should be professional and written in an organized, professional, respectful and concise manner with correct punctuation and grammar. This includes the inclusion of

61

appropriate greetings, closings and signatures. Electronic communications must follow all general guidelines for in person communications and should not include verbally abusive or disrespectful language.

Counselors must always treat clients, colleagues, and supervisors respectfully and avoid using insulting or insensitive language with or about them. Counselors' use of offensive language in their communications can be hurtful and undermine their efforts to help people in need.

Counselors must not use derogatory language in their written or verbal communications to or about clients, colleagues, or supervisors and must use accurate and respectful language in all communications to and about clients, colleagues, and supervisors.

Submission of Learning Activities and Writing Guidelines

Learning activities are graded on both content and presentation. The faculty will be evaluating your mastery of the learning objectives, your synthesis of the content, and your ability to communicate in writing. Written submissions are expected to meet graduate level writing criteria. You may ask, "Why must I write well to be a counselor?" Among the many reasons, consider the following:

â—    Direct client care requires legal documentation of the treatment provided such as: charting, case summaries, consults, referrals, and client education materials. Quality client care depends on clear, accurate and professional communication.

â—    The process of presenting your ideas in a clear, well-organized manner will promote critical thinking skills necessary in professional counseling practice today.

â—    The high standards set by professional counselors by which our public image and identity are assessed is upheld by individuals who meet the criteria for excellence in professional practice and role, which includes communication skills.

â—    Professional counselors are expected to add to our professional body of knowledge in the professional literature through practice, publication and research.

Strategies to Improve Writing Include:

â—    Outline prior to writing.

â—    Make good use of any good dictionary and thesaurus.

â—    Always use spell check and / or tools like Grammarly.com

â—    Read your writing out loud to see if everything makes sense and flows smoothly.

â—    Find someone qualified to proofread or edit your work.

â—    Seek help in developing your writing skills by utilizing the services at the University, or attending a class, or workshop at a local academic support and testing center.

â—    Use a tutor for improving your writing skills at the Student Writing Center.

Visit https://www.jefferson.edu/university/academic-

62

affairs/schools/student-affairs/student_writing_center/overview.html for more information.

Required Resources

â— The APA Manual (7th edition) contains specific guidance for clear writing (always use the most recent edition). â€" students may utilize the electronic copy found on the Gutman Library website (http://www.eastfalls.jefferson.edu/library/index.html).

Suggested Resources

â— Any good grammar text or writer's guide will help you to hone your writing skills.

â— Write Papers by Ron Fry, a paperback study guide from Career Press, gives guidelines for organizing and writing papers.

â— The Elements of Style by William Strunk, Jr. and E.B. White is a small paperback published by MacMillian that is very helpful for developing basic writing skills.

Assignment Submission and Presentation Guidelines

The following policy will be used to evaluate all learner activities:

â€¢ All directions are followed, meeting the specific requirements and criteria.

â€¢ Understanding of the topic is demonstrated by in-depth inclusion of appropriate resources.

â€¢ Coverage of the topic is comprehensive.

â€¢ Critical thinking is demonstrated by original thought, synthesis, or interpretation of the topic.

â€¢ Paraphrasing another's ideas does not demonstrate mastery of the topic.

â€¢ All references are current and support the topic.

The following guidelines should be followed when preparing learning assignments:

Style

â— Tone or voice matches the assignment; that is formal vs. informal.

â— The presentation is well organized with smooth transitions.

â— Writing is clear, concise and precise. Quality not quantity is expected.

â— All papers include a beginning or introduction, middle section of discussion and conclusion or summary.

â— The introduction identifies the purpose and scope of the assignment.

â— The conclusion summarizes the findings of the assignment.

â— Avoid biased language or slang.

Grammar

â— Follow appropriate sentence and paragraph structure to ensure clarity.

â— Use complete sentences.

â— Maintain consistent use of person within a sentence or paragraph.

63

â— Maintain consistent use of tenses.

â— The subject(s) and verb(s) must agree.

â— Use pronouns correctly.

â— Punctuate correctly.

Spelling

â— Spelling and capitalization are consistently correct.

â— Spell check functions should be used for all work including electronic submissions.

Referencing

â— All sources are correctly cited in the text.

â— References use APA format.

East Falls Campus

The CTC Program is located on the East Falls campus. Our East Falls Campus has the best of both worlds. Only 10 minutes from all that the City of Philadelphia has to offer, the 104 acres of

scenic, tree-lined grounds feel like a world away. East Falls and neighboring Wissahickon and Manayunk are quaint towns full of restaurants and shops. The campus itself is located at Wissahickon Valley Park's edge, giving easy access to miles of hiking and biking trails. For more general information about the East Falls Campus, please visit here: https://www.jefferson.edu/admissions/visit-jefferson/east-falls-self-guided-tour.html

Kanbar Campus Center
The Kanbar Campus Center opened in Fall of 2006, serving as the enduring centerpiece of the East Falls Campus of Thomas Jefferson University and as a hub of learning, culture and social activity for the entire campus community. This award-winning building is the living room of campus and offers numerous areas to sit, relax, study and just "hang out."
The 72,000 square foot facility features an open design with walls of windows to optimize the spectacular natural setting. Inside it provides students, faculty and staff with meeting areas; a 192 seat flexible, multi-purpose room; the University Bookstore; Mail Services; Convenience Store; a cafe / recreation area and dining facility, as well as Student Life Offices.
The Raven Hub opened in November of 2015 as a social and learning space located on the ground floor of the Ravenhill Dining Hall. This brightly decorated and sunny space includes televisions, pool, ping-pong and foosball tables, lounge and study space, and breakout rooms for work on collaborative projects. The Raven Hub also serves as home to WPHU, Jefferson's student-run radio station. This exciting space is also conveniently located close to multiple food options just upstairs. To learn more, please visit: https://www.eastfalls.jefferson.edu/studentengagement/KanbarCampusCenter/index.html

64

  SECTION 17: HEALTH AND SAFETY POLICIES AND PROCEDURES
All Health and Safety policies for Thomas Jefferson University can be found at: https://www.jefferson.edu/life-at-jefferson/handbooks/health-safety.html
Health Insurance
Students are responsible for their own medical and dental care while enrolled in the program, and for informing the University they have coverage or they will be automatically placed on the University student health plan. Students may need to submit to, and be financially responsible for, any reasonable health screening that is required by a clinical agency beyond that required by the Community and Trauma Counseling Program at Jefferson. The CTC program abides by the University Health and Safety guidelines, which can be found here: https://www.jefferson.edu/life-at-jefferson/handbooks/health-safety.html
Health Clearance
CTC Program does not require health clearances beyond University requirements. Please review the University requirements at https://www.eastfalls.jefferson.edu/healthservices/services.html.
Please note that some clinical sites may require additional vaccines or tests, including, but not limited to the items listed below. These clearances must be completed at the expense of the student and must meet clinical site deadlines.
â—  Tetanus/Diphtheria/Pertussis booster (within the last 10 years)
â—  Polio
â—  Varicella (history or positive antibody)
â—  TB Test (PPD required annually while in the program, regardless of prior BCGinoculation)
â—  MMR (Measles, Mumps, Rubella) 2 doses
â—  Hepatitis B Vaccine series (or positive Hepatitis surface antibody)
â—  Current flu immunization
â—  Positive titer for chicken pox or vaccine

â—    Others, as required by field placement
â—    COVID-19 Vaccine
Student Safety
The safeguarding of student safety is of paramount concern during all learning experiences. Students, supervisors and faculty are all responsible for monitoring the learning environment to assure protection of all involved parties. In classroom situations, student-to- faculty ratios should be maintained to support the provision of safe learning experiences. In fieldwork, adequate supervision should be provided to ensure protection of consumers. Students are expected to notify their clinical faculty supervisor and Coordinator of Clinical Placements of any concerns that emerge during practicum or internship experiences. The CTC program adheres to the University

65

   policy of Health and Safety, which can be found here: https://www.jefferson.edu/lifeat-jefferson/handbooks/health-safety.html
The Department of Safety and Security is responsible for the safety of the University community and security of all buildings and property belonging to Jefferson. The Department of Safety and Security is the first contact and first responder in all campus emergency-response situations (215951-2999). Students and faculty can access the University Emergency Resource Guide at the following URL: http://www.philau.edu/security/emergencyresourceguide/index.html
Safety and Health Equipment
â—    Fully supplied First Aid Kits are located in the kitchen area of the CTC office suite.
â—    The First Aid kit is replenished at the beginning of every semester.
â—    Keep pathways to fire exits and walking areas clear at all times.
â—    Do not block fire extinguishers or doors.
Emergency and Fire Procedures
University procedures are located online:
https://www.jefferson.edu/life-at-jefferson/handbooks/healthsafety.html
In the event of an emergency student should follow the University guidelines for Emergency response procedures, which can be found here:
https://www.jefferson.edu/life-at-jefferson/handbooks/health-safety.html
Student Safety and Campus Security
Your safety and security is extremely important to us at Thomas Jefferson University. You are encouraged to report any crime, no matter how small, immediately to the Department of Safety and Security. In addition to emergency phone callboxes located throughout campus, the University provides two telephone numbers: emergency 215-848-5555 and non-emergency 215951- 2999 to report all criminal activity and/or emergencies. The safety and security office is available for walk-in complaints and the business phone number to the safety and security office is 215-951-2620.
The Department of Safety and Security provides 24 hour-a-day patrol protection to the campus. The department is responsible for the security of the Philadelphia campus only. The department works very closely with the Philadelphia Police Department and other law enforcement agencies. Patrol officers are not armed and no one is allowed to possess a weapon on campus. Arrests of individuals on University property are made by the Philadelphia Police with the assistance of the Department of Safety and Security. Criminal incidents on campus are reported to the Pennsylvania State Police.
66

   The academic buildings are locked after evening classes and unlocked in the morning when classes are scheduled. Classroom buildings are locked on weekends. To access, students must swipe their Student Identification cards on the card reader situated outside the building entrance. The buildings are posted with trespass warnings and they are patrolled on a regular basis by the

Department of Safety and Security. The Philadelphia University campus is considered private property and trespassers are escorted off campus and/or arrested.

A copy of the 2020 University Safety and Security Report may be found in the on the University website here: https://www.jefferson.edu/content/dam/tju/security/Campus-Safety-Booklet202012.pdf aa Refer to this website for information regarding parking regulations.

Permission to Photograph

Periodically the university staff or faculty may photograph students during classroom activities or in the field. All students complete a form at the beginning of their educational program to document permission. Students who do NOT want their pictures taken must take steps to remove themselves during photo opportunities. A copy of this release will be disseminated at the outset of training and a copy can be found in the APPENDIX of this handbook.

67

## SECTION 18: FACULTY AND COURSE EVALUATIONS

The CTC Program adheres to CACREP guidelines regarding evaluation of faculty and supervisors as outlined by Section 4.1, Section 4. J and Section 4.K.

I. Written procedures for administering the process for student evaluations of faculty are available to the counselor education program faculty.

J. Students have regular, systematic opportunities to formally evaluate counselor education program faculty.

K. Students have regular, systematic opportunities to formally evaluate practicum and internship supervisors.

Course and Faculty Evaluations

The University and Program are dedicated to providing exemplary instruction and to evaluating our faculty performance in providing quality education. In support of this, the CTC Program believes that student participation in this process is critical.

Program Level Evaluation

The Community and Trauma Counseling Program is committed to an adaptable curriculum, which changes with the needs of the profession and our students. One of the sources of information that contributes to thoughtful changes of the curriculum is the feedback received from students and alumni of the program. To that end, the CTC Program has developed a number of instruments and methods for collecting feedback. You will be asked to participate in this process by giving thoughtful feedback and constructive criticism about the effectiveness of instruction, examinations, assignments, and clinical experiences, etc. in achieving the course and professional goals of the program. An example of one instrument that may be used to collect anonymous student feedback is the "Critical Incident Questionnaire" which can be found in here https://teach.its.uiowa.edu/sites/teach.its.uiowa.edu/files/docs/docs/Critical_Incident_Questionnaire_ed.pdf

University Level Evaluation

University and Department policy directs that students be given the opportunity to evaluate the quality of their coursework. To do so, anonymous, Likert-style questionnaires are administered, usually through the Learning Management System, to solicit feedback regarding the courses and the instructors who deliver those courses. Also included in these instruments is space for openended feedback. Again, please provide thoughtful and constructive feedback and suggestions for improvement when indicated.

These evaluations are the best methods we have to evaluate the effectiveness of our educational efforts and to demonstrate effectiveness to others. Therefore, we will encourage you to participate in the evaluation process by providing thoughtful and constructive criticism. Note that all responses to the questionnaires are confidential and are never used to evaluate the satisfaction of a particular graduate.

68

SECTION 19: PROFESSIONAL ASSOCIATIONS AND MEMBERSHIP

Students are required to join a minimum of one professional organization. Example of these organizations are listed below:

American Counseling Association

American Counseling Association (ACA), the national professional association that represents professional counselors who live and practice here in the United States. Students will be required to pay for their own membership and must maintain active membership status throughout their enrollment in the graduate program (approximately $105 per year). Students must also have malpractice liability insurance prior to starting clinical field placements. Liability insurance is complementary to students who have an American Counseling Association Master's Student Membership. Proof of liability insurance must be submitted for inclusion in the students' clinical folders. For more information, visit: https://www.counseling.org/.

American Mental Health Counseling Association

The American Mental Health Counselors Association (AMHCA) is a leading national organization for licensed clinical mental health counselors. AMHCA serves licensed clinical mental health counselors by promoting the profession, lobbying for parity, and addressing issues pertaining to professional advocacy, education, leadership, and collaboration. The AMHCA provides resources helpful for maintaining a clinical mental health counseling career. For more information, visit: http://www.amhca.org/home.

Pennsylvania Counseling Association

The Pennsylvania Counseling Association (PCA) is a state chapter of the American Counseling Association (ACA). The PCA is also a part of the American Counseling Association— North Atlantic Region's (ACA—NAR) network of divisions, regions, and branches. The PCA president serves as the association's official delegate to the ACA-NAR. For more information, visit: http://www.pacounseling.org/aws/PACA/pt/sp/about

Related Organizations

There are many other professional organizations in specific practice areas available to counselors, including but not limited to:

- American Association for Marriage and Family Therapists (AAMFT)
- American College Counseling Association (ACCA)
- American School Counselor Association (ASCA)
- American Rehabilitation Counseling Association (ARCA)
- American School Counselor Association (ASCA)
- Association for Adult Development and Aging (AADA)
- Association for Counselor Education and Supervision (ACES)

69

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Association for Creativity in Counseling (ACC)
Association for Humanistic Counseling (AHC)

Association for Specialists in Group Work (ASGW)
Association for Spiritual, Ethical, and Religious Values in Counseling (ASERVIC)
Counselors for Social Justice (CSJ)
Greater Philadelphia Area Counseling Association (GPACA)
International Association of Addiction and Offender Counselors (IAAOC)
International Association of Marriage and Family Counselors (IAMFC)
International Society for Traumatic Stress Studies (ISTSS)
The Military and Government Counseling Association (MGCA)
Multicultural Counseling Center (MCC)
National Career Development Association (NCDA)
National Employment Counseling Association (NECA)
Society for Sexual, Affectional, Intersex, and Gender Expansive Identities (SAIGE)

Art Therapy Associations
The American Art Therapy Association (AATA) is the national professional organization that
represents the interests of art therapists. Students in the Art Therapy concentration of the CTC
program are encouraged to join the AATA as student members.
Members receive publications and regular mailings of the Association, receive discounted
attendance to conferences and events, subscribe to Association listserv groups, and can
participate in the optional insurance plans of the Association. To obtain more information, visit
the website at https://arttherapy.org/
Pennsylvania Art Therapy Association
The Pennsylvania Art Therapy Association (PAATA) is a state/regional branch of the
American Art Therapy Association (AATA), the national professional association that
represents art therapists who live and practice here in the United States. Students are
encouraged to join this local organization, which holds conference events and symposium
locally throughout the year. For more information, visit: http://www.paarttherapy.org/
Art Related Organizations
There are many other professional organizations in specific practice areas
available to art therapists, including but not limited to:
â— Art Therapy Credentials Board (ATCB)
â— American Group Psychotherapy Association (AGPA)
â— Expressive Media, Inc. (EMI)
â— International Expressive Arts Therapy Association (IEATA)
â— National Coalition of Creative Arts Therapies Associations (NCCATA)
â— Philadelphia Area Coalition of Creative Arts Therapists (PACCAT)
Association for Play Therapy
70

The Association for Play Therapy (APT) is a national professional society that promotes the
value of play therapy and facilitates the play therapy credentialing process in the United States.
Students are eligible for membership at a discounted rate, and as members receive access to
publications, online training, and a community of play therapy professionals. For more
information, visit: https://a4pt.site-ym.com/

71

SECTION 20: STUDENT LEADERSHIP OPPORTUNITIES
The CTC has multiple opportunities for student involvement and leadership. These include the
Counseling Program Honor Society and the Counseling Program Student Council.
Counseling Honors Society
Founded at Ohio University in 1985, Chi Sigma Iota (CSI) has over 113,000 members who have
been initiated into the Society through 392 chapters that have been chartered throughout our
history. The members are affiliated with campus-based chapters contributing to their counselor

education programs and communities. Chapters are supported at least in part by funding from CSI.

One of the largest associations of professional counselors in the world, CSI's annual active membership is made up of both professional and student members. Practicing counselors in all settings and specialties of counseling, as well as counselor educators and supervisors, are represented within CSI's professional members.

Delta Sigma Mu is the Thomas Jefferson University Chapter of the national counseling honor society Chi Sigma Iota. Delta Sigma Mu was named in honor of Dale S. Michaels, associate professor, who was instrumental in the foundation of the Community & Trauma Counseling program at Philadelphia University, now Thomas Jefferson University.

To be eligible for induction, students must be able to demonstrate the traits, dispositions, and characteristics of professional counselors as well as maintaining a 3.5 GPA.

Student Council and Advisory Board

A new student council and student advisory board is currently in development within the CTC Program (2020-2021). All first and second year students will be invited to run for and peer nominate a small group of student representatives per each cohort. The student council and student advisory board serve to provide a conduit for communication and collaboration between the CTC program faculty, staff and students.

72

STUDENT HANDBOOK APPENDIX

73

APPENDIX A: MS + CONCENTRATION DESCRIPTIONS

The MS in CTC Program has three concentrations available to enrolled students. These concentration areas offer additional competencies and prepare students for additional professional credentials. These concentrations have supplemental descriptions beyond that of the CTC Program related to their respective competency areas. Additional information about the concentrations in the CTC program can be found at:

https://www.jefferson.edu/academics/colleges-schools-institutes/healthprofessions/departments-programs/counseling-behavioral-health/programs/community-traumacounseling.html

MS + Art Therapy Concentration

CONCENTRATION #1: Master of Science in Community and Trauma Counseling, plus Art Therapy Concentration:

The mission of the Community and Trauma Counseling master's degree with a Concentration in Art Therapy is to train exceptionally skilled therapists who are uniquely equipped with the competencies, skills, and knowledge to engage in professional practice that is grounded in a broad understanding of the most current theory and research related to clinical art therapy, counseling, and trauma. This concentration allows graduates to work with many different clinical and culturally diverse populations through a variety of therapeutic treatment strategies.

MS+ Child Trauma and Play Therapy Concentration

CONCENTRATION #2: Master of Science in Community and Trauma Counseling, plus Play Therapy Concentration:

The mission of the Community and Trauma Counseling master's degree with a Concentration in Play Therapy is to train exceptionally skilled child, adolescent, and family therapists who are uniquely equipped with trauma competencies and knowledge, coupled with play therapy techniques and applications to support the health and emotional wellbeing of all individuals, especially children and families.

MS+ Trauma, Addictions and Recovery Concentration

CONCENTRATION #3 : Master of Science in Community and Trauma Counseling, plus

Trauma, Addiction and Recovery Concentration:
Mission of this concentration recognizes a high correlation between addiction and traumatic experiences, especially adversity faced in childhood. The mission of the Community and Trauma Counseling master's degree with a Concentration in Addiction and Recovery is to train

74

exceptionally skilled therapists who are uniquely equipped with the competencies, skills, and knowledge to engage in advanced professional practice that is grounded in a deep understanding of the intersection between addiction and trauma. This concentration provides training in identifying, diagnosing and treating co-occurring substance use and mental health disorders. Graduates emerge with the competencies to work with many different clinical and culturally diverse populations through a variety of therapeutic treatment strategies to aid in recovery and wellness.

75

APPENDIX B: Certificates of Advanced Graduate Study
There are four certificates of advanced graduate study and professional certificates in the CTC program. Additional information about the certificate in the CTC program can be found at: https://www.jefferson.edu/academics/colleges-schools-institutes/health-professions/departmentsprograms/counseling-behavioral-health/programs/community-trauma-counseling.html

76

APPENDIX C: Criminal Charge Report Process
Thomas Jefferson University, Community and Trauma Counseling students who acquire criminal charges after admission to the program must report said charges within 72-hours or immediately upon return to school, whichever comes first.
Charges to be reported include, but are not limited to, misdemeanors, including serious traffic violations, and any felony offenses. Student shall contact the Assistant Dean at the College of Health Professions to discuss any potential criminal/child abuse charge and the implication of those charges on the student's ability to remain in their program of study. .
Failure of student to report any new criminal charges when incurred may result in dismissal.

77

APPENDIX D: Student Attestation Statement
This document will be signed and reviewed during the first month of the Fall semester CTC Program. This will be done in person, or electronically. Students will complete a new attestation form and review of the handbook at the beginning of every academic year. This attestation may include verification of full review of the handbook via knowledge assessment.
I, INSERT NAME, have read, understand and agree to comply with the RULES, REGULATIONS, and PROCEDURES outlined in the Community and Trauma Counseling Program's Student Handbook. The Rules, Regulations, and Procedures were explained to me, and I acknowledge that I am subject to any of the disciplinary actions that may be brought against me. I understand what is expected of me as a counselor education trainee in the Community and Trauma Counseling Program.
I have been given access to an electronic copy of the Student Manual and understand that I may asked questions at a later date if I need further clarification of its content. I take full responsibility for being aware of all policies found in this manual for the duration of my time in the Thomas Jefferson University, Community and Trauma Counseling Program.
I also understand that should policies change, I will be notified in writing and an updated copy of the handbook will be made available to me.

Student Name: _____
Student Signature: _____
Date: _____

78

79

APPENDIX E: Example of Standardized Student Feedback Communication

Dear Student,

You are receiving this communication regarding your progress in the CTC program. You may remember from Student Orientation and your Student Handbook; the CTC program faculty and staff regularly evaluate all students via grades and student progress rating forms. This process allows us to closely monitor our students growth and development and provide support as needed.

You have already received your final grades for the previous semester. This provides you with one metric by which to monitor your own growth and progress. In addition to grades, at regular intervals throughout your training, we collect qualitative and quantitative data from all program faculty regarding all students. This allows us to identify areas of need and areas of strength. This feedback is not generated from one specific class or faculty member, but rather across all of the program faculty and staff.

We have reviewed the feedback and data from your Fall 2021 XXX semester, as well as your academic record.

I am pleased to affirm your excellent progress in the CTC program thus far. [OR] At this time, an area of need has been identified.

Strengths Identified Include:

Areas of Growth Identified Include:

Action Steps Required:

â€¢ At this time, there are no specific action steps to take. [OR]
â€¢

Please schedule a meeting with your academic advisor by [DATE]. During that meeting, you and your academic advisor will identify what resources, remediation and/or supports you may need to ensure your continued success in the CTC program.

At the CTC program, we take our ethical responsibly of training high quality clinicians seriously. We are invested in our students and growth and development. This process ensures we are meeting all of your needs as a learner. If you have any additional questions about your general progress in the CTC program, please consult with your academic advisor and /or program director

Best Regards,

CC: Program Director, Academic Advisor, Student File

80

APPENDIX F: Summary of Institutional Learning Outcomes, Programmatic Priority Areas, Program Objectives and Learning Outcomes

Institutional Learning
Outcomes
(5 Total)
Theory + Practice |
Innovation to Field

Multidisciplinary
Collaboration

Interpret + Value Diversity

CTC Priority Areas
(CTC's 3Ps)
(3 Total)
Priority 2
is infused with trauma
theory, knowledge and
skills (TRAUMA)

Priority 1
is informed by and
responsive to the needs
of diverse communities
and prioritizes cultural
humility and social
justice (COMMUNITY)

Counseling Program
Counseling Program
Objectives
Learning Outcomes
(5 Total)
(10 Total)
1. Prepare and promote
1. Students will
competent, trauma-informed demonstrate, differentiate,
professionals
and integrate an
who meet the academic and understanding of mental
practice standards necessary health, mental illness and
to achieve credentialing and disorder, and the counselor's
membership with
role in the systemic and
appropriate
individual healing process.
professional organizations.
2. Students will understand
the unique dynamics of
trauma and the importance
or trauma-informed
research, practice and
treatment.
3. Students will demonstrate
competency in crisis
counseling and debriefing
skills in accordance to the
profession's best practice
standards.
2. Prepare and promote
4. Students will differentiate

versatile professionals
and integrate both the
equipped to practice
research and practice roles
effectively with diverse
of the profession into their
clients within a variety of professional careers, and
community, agency, and
will evaluate and critically
institutional settings, private reflect on research to inform
practice, and government
evidenced-based practice.
5. Students will describe the
role of the counselor within
private, public and
governmental entities,
including disaster and crisis
response, as well as in
settings engaged in longterm therapeutic treatment.
3. Prepare and promote
6.Students will demonstrate
professionals who
an awareness and
demonstrate cultural
knowledge of their own
humility and engagement as cultural values and biases.
culturally competent
professionals
7. Students will demonstrate
an awareness and
knowledge of the diverse
worldviews of their clients,

81

   and will evaluate, select and
employ cultural appropriate
assessments and
interventions strategies in
their clinical practice
Professional Skills Informed Priority 3
4. Prepare and promote
8. Students will demonstrate
by Liberal Arts
upholds the core values
professionals who serve as a commitment to continuous
and principles of the
advocates for their clients, growth and education in
counseling profession, with for the counseling
their professional career and
special emphasis on self- profession, and for
will promote the counseling
reflection, personal and
themselves as professionals profession.

professional growth, and continuously engaged in
wellness (COUNSELING) life-long learning
*9. Students will
appropriately engage in
client advocacy.
Ethically Responsible
5. Prepare and promote
10. Students will practice
Citizens
professionals who uphold counseling in an ethical,
the highest standards of
humanistic manner.
ethical practice as according
to the American Counseling
Associationâ€™s code of ethics
(2014)

82

APPENDIX G: Key Performance Indicators (KPIs)
The CTC program is currently updating and revising our program evaluation plan (including Key
Performance Indicators) through the CACREP accreditation process. The most up to date,
revised information will be added to the student handbook when finalized.

83

APPENDIX H: CACREP Content Coverage and Assessment
As noted in the â€œStudent Assessment and Core Competenciesâ€  section above, the Counselor
Educator Accrediting body (CACREP) distinguishes between content coverage and assessment
in their best practices training standards. Content coverage refers to the ways in which the
programs curriculum and faculty â€œcover contentâ€  in specific areas. The â€œcontent we coverâ€  is the
same as exposing students to, or teaching student specific content or topics.
Assessment is different than content coverage. After content is covered (in various courses), then
knowledge is assessed. Assessment builds on content coverage. One cannot assess something,
that has not been covered. This means, that all content has to be covered, and then select areas
need to be assessed.
A â€œCACREP Lettered Standardâ€  is a way of saying â€œan important domain of knowledge or skills
that has to be taught to graduate students.â€  The CACREP lettered standards (that align with our
programs 3Ps) were hand selected from an expansive list of CACREP core eight knowledge
areas and skills pertaining to CMHC as a specialty area. These lettered standards (i.e. the long
list of things we need to teach graduate students) originate from the CACREP training standards
and help us bring our 3Ps to life.
There are a total of 85 lettered standards, across eight common core areas in the context of Standard
F in Section 2 (2.F.1-8) that address the foundational knowledge required of all entry-level
counselors. Our program covers content (content coverage indicators, demonstrated in Section 2)
in all 85 of those lettered standards.
That is, through coursework, assignments, readings, lectures, and learning activities, we cover
100% (85/85)of the foundational knowledge domains that are required for all entry-level
counselors.
In addition to covering 100% (85/85) of those foundational knowledge domains (lettered
standards), we also assess student learning across those domains using key performance
indicators. Consistent with CACREP requirements, our program assesses 15 of 85 (17.64%) of
the foundational knowledge domains (lettered standards). These 85 lettered standards represent
the primary foundation for any professional counseling training program.

In addition to the training foundation noted above (those 85 lettered standards), every CACREP counselor education program must select a "CACREP specialty" area. Once the program selects their "specialty area" the program then has the responsibility to educate their students in this more specialized content (on top of the foundation knowledge reflected in the 85 lettered standards above).

There are eight CACREP specialty areas that programs can choose from. They include: addictions, career counseling, clinical mental health counseling, clinical rehabilitation counseling, college counseling and student affairs, marriage, couple and family counseling, school counseling, rehabilitation counseling. While the name of the specialty makes it quite

84

obvious what these specialties mean, it is the "Clinical Mental Health Counseling" that is the broadest, most common specialty area.

Some graduate training programs have multiple specialty areas and some programs have just one specialty area. But programs have to have at least one specialty area. The CTC program has just one specialty area. Our specialty is "Clinical Mental Health Counseling." In addition to educating our students in the foundation knowledge reflected in the 85 lettered standards above, we also must educate our students in specialized content related to "Clinical Mental Health Counseling" specialty (CMHC).

There are a total of 23 lettered standards related to the CMHC specialty. Our program covers content (content coverage indicators, demonstrated in Section 5-C) in all 23 of those lettered standards. That is, through coursework, assignments, readings, lectures, and learning activities, we cover 100% (23/23) of the knowledge and skills that are required for the Clinical Mental Health Counseling specialty.

In addition to covering 100% (23/23) of the specialty area knowledge and skills (lettered standards), we also assess student learning across those domains using key performance indicators. Consistent with CACREP guidelines, our program assesses 6 of 23 (26.08%) of the specialty area knowledge and skills needed for the CMHC specialty.

85

APPENDIX I: Application for Readmission Form
Name:
Campus Key:
Date of Re-Admissions Request:
Date of Original Withdrawal / Dismissal:
Academic Advisor:
Email Address:
Requesting Readmission for_____ Semester which starts during month of _____in the year of _____.

Applications for readmissions must include:
A completed copy of this form sent to the Program Director and Department Chair with a cc: to the Academic Advisor and Administrative Assistant. Title of email: "Application for Re-Admission to CTC Program – Student Initials"
A letter requesting consideration for readmission that addresses following:
•

Please indicate why you feel you were not successful previously in the CTC Program. Provide enough detail to allow the Program to evaluate the circumstances that impacted your success in the Program.

•

Have you done anything since your dismissal that will help contribute to your success if you were readmitted into the Program? (Has a personal circumstance been resolved, have you put resources in place to address areas for improvement, how has your support plan improved etc.?) Please describe in detail.

â€¢

It is your responsibility to demonstrate that you have the skills to improve performance and achieve the required academic and professionalism standards of the CTC Program. What strategies will you continue to utilize to improve your academic performance and succeed in the Program should you be re-admitted?

A minimum of two letters of recommendation.
Date of Application Review: _____
Final Decision: DENY / ACCEPT

86

   APPENDIX J: Example: Advisor Assessment Instrument (Student Survey)
*This or a similar instrument will be used to allow students to provide regular feedback regarding their experiences with academic advisors. Consistent with accreditation guidelines, this data will be used as part of the systematic program evaluation process.

Advisors Name:
Advisees Name:
Date:
Please help us to improve the quality of academic advising in our program by completing this survey thoughtfully and honestly. We especially need and value your written comments below each item because these comments enable you to justify or explain your rating, and enable us to understand why you chose to rate the item as you did. Your written comments also provide advisors with the type of specific feedback they need to make improvements.
Your survey response will only be seen by the Program Director. Your responses will be converted to typewritten form and presented to your advisor along with other studentsâ€™ comments in a summarized feedback format, so your comments will remain confidential. Thanks in advance for your help. We will read your comments carefully, consider them seriously, and make an earnest attempt to improve the quality of academic advising for all present and future students in our program.
Sincerely, Program Director
Advisor Assessment Instrument, (Best Practices in Evaluating Academic Advising, https://advising.uncc.edu/sites/advising.uncc.edu/files/media/best-practices-evaluatingacademic-advising.pdf)
Please use the following scale to rate items:
1. Disagree Strongly
2. Disagree Moderately
3. Disagree Slightly
4. Agree Slightly
5. Agree Moderately
6. Agree Strongly
My advisor:
1. Is hard to get in touch with. reason/explanation for rating:
2. Gives me as much time as I need when we meet. reason/explanation for rating:
3. Encourages me to come by for help. reason/explanation for rating:

4. Takes a personal interest in me. reason/explanation for rating:

87

   5. Encourages me to express my thoughts and feelings. reason/explanation for rating:
6. Is a good listener. reason/explanation for rating:
7. Gives me accurate information about course requirements. reason/explanation for rating:
8. Helps me understand why required courses are important for my professional development and future plans. reason/explanation for rating:
9. Considers my personal abilities, talents, and interests when advising me about courses or programs of study. reason/explanation for rating:
10. Has assisted me in developing a long-term education plan. reason/explanation for rating:
11. Helps me to connect with campus resources (learning center, counseling services, etc.) reason/explanation for rating:
12. Helps me make important educational decisions (selecting elective courses, exploring academic majors/minors, etc.) reason/explanation for rating:
STUDENT SELF-ASSESSMENT
As an advisee, I :
13. Made appointments to see my advisor. reason/explanation for rating:
14. Kept appointments I made with my advisor. reason/explanation for rating:
15. Was well prepared for my appointments. reason/explanation for rating:
OPEN-ENDED QUESTIONS
1. What are your advisor's major strengths or best features?

2. What could your advisor do to improve the quality of his/her advising?

3. Would you recommend your advisor to other students?

88

   APPENDIX K: Example: Critical Incident Questionnaire (Student Survey)
*This or a similar instrument will be used to allow students to provide regular feedback regarding their experiences in various courses. Consistent with accreditation guidelines, course evaluation this data will be used as part of the systematic program evaluation process.

This is a classroom evaluation tool that may be used to find out what and how students are learning. The CIQ focuses on critical moments or actions in a class, as judged by the learners. Beneath each question, a space is provided for learners to write down whatever they wish. The CIQ is handed out about ten minutes before the end of the last class of the week.
The five questions are always the same and students are asked to respond anonymously.

1. At what moment in class this week were you most engaged as a learner?

2. At what moment in class this week were you most distanced as a learner?

3. What action that anyone in the room took this week did you find the most affirming or helpful?
4. What action that anyone in the room took this week did you find most puzzling or confusing?

5. What surprised you most about class this week?

89

APPENDIX L: Example of Part-Time Programs of Study

PART – TIME – 3 YEAR PROGRAM OF STUDY

TERM TO TAKE

COURSE NUMBERS

CREDITS

YEAR 1

Fall Year 1

CTC 605 (Pre-Fall) (3 credits)

6 credits

CTC 604 (3 credits)

Spring Year 1

CTC 603 (3 credits)

9 credits

CTC 607 (3 credits)

CTC 651 (3 credits)

Summer Year 1

CTC 606 (3 credits)

9 credits

CTC 608 (1.5 credits)

CTC 616 (1.5 credits)

CTC 613 (3 credits)

YEAR 2

Pre-Fall Year 2

CTC 614 (3 credits)

6 credits

CTC 652 (3 credits)

Fall Year 2

CTC 601 (3 credits)

6 credits

CTC 602 (3 credits)

Spring Year 2

CTC 700 (3 credits)

6 credits

CTC 611 (3 credits)

Summer Year 2

CTC 610 (3 credits)

6 credits

CTC 790 (3 credits)

YEAR 3

Fall Year 3

CTC 791 (3 credits)

6 credits

CTC 653 (3 credits)

Spring Year 3

CTC 792 (3 credits)

6 credits

CTC 655 (3 credits)

Graduation Date:

60 credit hours

90

APPENDIX M: Sample Attendance Policies Per Course / Instructor

The CTC Program uses the TJU University attendance policy in all courses. This policy gives

individual faculty members autonomy to determine the specific details of their own policy, based on the structure and learning outcomes of their course. For all courses, prompt (i.e. "on time") arrival to every class is expected and students are required to stay until the end of the class.

The following example / sample attendance policies may be used by a CTC instructor:

For class sessions that meet for 2 or 2.5 hour blocks across multiple days:

• If a student is absent from more than one class meeting, regardless of the reason, they will have a half letter grade deduction from the final grade otherwise earned (i.e., from an A to an A-).

• If a student misses a third class, regardless of the reason, they will be deducted an entire final letter grade (i.e., A to B).

• All course failure and course repeat policies apply.

• If a student is aware that they must miss class, they should contact the instructor prior to the scheduled class time.

• Excused absences will be determined on a case by case basis, at the discretion of the course instructor.

For class sessions that meet for 4-hour blocks across multiple days:

• If a student is absent for two class meetings, regardless of the reason, they will have a full letter grade deduction from the final grade otherwise earned (i.e., from an A to a B).

• If a student misses more than 12 hours of a course, they will, at best, receive a grade of "C."

• All course failure and course repeat policies apply.

• If a student is aware that they must miss class, they should contact the instructor prior to the scheduled class time.

• Excused absences will be determined on a case by case basis, at the discretion of the course instructor.

For class sessions that meet for 8-hour blocks across multiple days:

• If a student is absent for one class meeting (1/4 of the entire course), regardless of the reason, they will have a half letter grade deduction from the final grade otherwise earned (i.e., from an A to an A-).

• If a student misses any additional time, regardless of the reason, they will be deducted an entire final letter grade (i.e., A to B).

• If a student misses more than 12 hours of a course, they will, at best, receive a grade of "C."

• All course failure and course repeat policies apply.

• If a student is aware that they must miss class, they should contact the instructor prior to the scheduled class time.

• Excused absences will be determined on a case by case basis, at the discretion of the course instructor.

91

APPENDIX N: Cohort Transfer Form

Steps for submitting a cohort transfer petition:

9. Students meet with academic advisors to discuss needs / goals.

10. Student and faculty advisors complete this form (Part A).

11. Students submit "Cohort Transfer Form" via email to the program director and administrative assistant for processing (cc: faulty advisor).

12. All petitions will be reviewed by the program director and faculty

13. Following review, decisions will be communicated with students. This form (Part C) will be completed and returned to the student and academic advisor.

14. The "Cohort Transfer Form" will be filed in the student's academic file.

15. Once students are approved to move into their new cohort, they will register for classes in their new cohort

16. Once students move into their new cohort, they remain with their new cohort through the

conclusion of their training.

17. *In the rare circumstances that a student must change one single class, or must make one single switch (exchanging one class for another), they may file a petition to do so. If additional changes are needed, the student will consult with the academic advisor and program director. Please complete PART C to make this petition.

PART A: Full Cohort Switch

Petitions Submission Date:

_____

Student Name: _____
Advisor Name: _____
Current / Original Cohort :
New / Desired Cohort:

Student Signature: _____
Advisor Signature: _____

_____

_____

Rationale / Need: _____
_____
_____

PART B: Single Class Switch

Petitions Submission Date:

_____

Student Name: _____
Advisor Name: _____
Current / Original Cohort :
New / Desired Cohort:

Student Signature: _____
Advisor Signature: _____

_____

_____

Rationale / Need: _____

92

_____
_____

PART C:

Review Decision:

YES

NO

MORE INFORMATION NEEDED

Faculty Advisor Signature: _____
Program Director Signature _____ Decision Date: _____
Additional Notes: _____

_____

Follow-Up Action Steps

Yes

Form Filed with Administrative Assistant:
Relevant Paperwork Completed: [_____]
Filed in Students Permanent Record:
Copy Sent to Student:
Copy Sent to Academic Advisor:

93

No Date Completed

APPENDIX O: Transfer Credit and Course Waiver Form
Transfer Credit and Course Waiver Policy
The CTC Program is designed to be completed in its entirety in order to adhere to CACREP accreditation requirements while also continuously building trauma competencies. The CTC Program will award transfer credit for up to one graduate course (3-credits maximum) taken for credit at another institution or earned through coursework at TJU outside of the CTC program, but prior to matriculation in the CTC program on a limited basis and after a thorough review process.
Graduate coursework may be approved for transfer if it meets all of the following criteria:
â€¢ It was taken at a regionally accredited college or institution.
â€¢ It has been approved as part of the studentâ€™s program of study (by the advisor, program director, and professor of course that is being considered for a waiver to ensure course alignment).
â€¢ It was completed within five years of the date of first enrollment as an admitted Masterâ€™s student. [*Course waivers are for the MS program only. With few exceptions, certificate students are not eligible for a course waiver. Certificate students seeking a waiver must contact the program director for consideration. *In very rare circumstances, a student who can demonstrate mastery of course content may petition to include coursework taken more than five years from the date of first enrollment.]
â€¢ It was completed with a grade of â€œBâ€ or better.
â€¢ It has not and will not be used to replace any clinically oriented classes (practicum or internship).
If all of the above parameters are true, the student will submit a petition that will be evaluated by the program director and faculty. This petition will be submitted at the time of enrollment in the program, (or, at a minimum of one semester prior to the semester that the course would fall in the studentâ€™s CTC curriculum.) The student will complete a deliverable, as determined by the CTC course faculty, that allows them to â€œdemonstrate competencyâ€ in the course that they are planning on waiving /transferring. All students seeking a transfer must complete a â€œdemonstration of competencyâ€ assignment in order to confirm their mastery of the content in the course. The student will be given one opportunity to submit this deliverable, and up to one opportunity to revise this submission. If the studentâ€™s deliverable does not demonstrate course competencies, the studentâ€™s request for waiver and transfer will be denied, and the student will be required to take the course the next time it is offered in the course progression. Please note, that any student in a specialty area concentration seeking to waive a course will need approval by

the concentration coordinator before submitting materials to the program leadership for review.
Two-Step Process:
1. Petition for a course to be waived/transferred.
a. The Program Director and relevant faculty member(s) will issue a letter
indicating this decision
1. Submission of deliverable demonstrating competency

94

1.

The Program Director and relevant faculty will issue a letter indicating a
decision.

Follow-Up Action Steps

Yes

Form Filed with Administrative Assistant:
Relevant Paperwork Completed: [_____]
Filed in Students Permanent Record:
Copy Sent to Student:
Copy Sent to Academic Advisor:

95

No Date Completed

   APPENDIX P: Photography Release for Use of Images and Statements from Students
Release for Use of Images and Statement for Students
Project Name:

Date

PARTICIPATION IN COLLEGE EDUCATIONAL , RESEARCH , AND SERVICE ACTIVITIES

Project Coordinator
JEFFERSON C OLLEGE OF HEALTH P ROFESSIONS

CS#

96

MC#

   APPENDIX Q: Professional Disposition Checklist
Professional Disposition Checklist
Student Name: _____
Date: _____

Reviewer: _____

Section 1: Professional Behaviors
â€¢

â€¢
â€¢
â€¢
â€¢
â€¢
â€¢
â€¢
â€¢
â€¢
â€¢
â€¢
â€¢

Treats others with courtesy, respect and open-mindedness
Displays ability to work with diverse individuals
Demonstrates ability to accept and use feedback
Communicates effectively and appropriately
Interacts appropriately and positively with others
Shows initiative and motivation
Maintains appropriate boundaries with supervisors, peers and clients
Behaviors in professional manner towards supervisors, peers and clients
Is respectful and appreciative with colleagues
Is ability to effectively collaborate with others
Demonstrates an understanding of program, course and fieldwork policies and procedures
Completes all course and site specific work or tasks correctly and promptly
Demonstrates emotional stability (congruence between mood and affect) and self-control

Section 2: Ethical Practice Behaviors
â€¢ Attends to ethical and legal responsibilities, including ACA Code of Ethics and Thomas Jefferson University Code of Academic Integrity
â€¢ Demonstrates honesty, integrity, fairness, confidentiality and respect for others

Section 3: Impact on Others
â€¢ Demonstrates awareness of own impact on others.
â€¢ Demonstrates ability to deal with conflict
â€¢ Demonstrates flexibility in responding to changing demands within the professional and clinical context
â€¢ Engages in self-reflection by using various forms of feedback including assessment and supervision
â€¢ Demonstrates ability to be present and true to oneâ€™s self
â€¢ Accepts responsibility for personal actions and behaviors.

Section 4: Commitment to Trauma-Informed, Healing Centered Engagement
â€¢ In personal behaviors and relational interactions, demonstrates commitment to nonviolence
â€¢ In personal behaviors and relational interactions, demonstrates commitment to emotional intelligence
â€¢ In personal behaviors and relational interactions, demonstrates commitment to social learning
â€¢ In personal behaviors and relational interactions, demonstrates commitment to open communication
â€¢ In personal behaviors and relational interactions, demonstrates commitment to democracy
â€¢ In personal behaviors and relational interactions, demonstrates commitment to social responsibility
â€¢ In personal behaviors and relational interactions, demonstrates commitment to growth and change

97

Alexia Nicole Stipa
ANS113
'Detail
Code' 'Description'
T004
GENERAL FEE
TG01 TUITION-GRADUATE
1550
Enrollment Deposit
1105
1108
T004
T004
T004
T004
1105
TG01
TG01
TG01
TG01
802
801
1445
9992
9990
9992
9990

UNITED HEALTHCARE-SINGLE
UNITED HEALTHCARE-WAIVED
GENERAL FEE
GENERAL FEE
GENERAL FEE
GENERAL FEE
UNITED HEALTHCARE-SINGLE
TUITION-GRADUATE
TUITION-GRADUATE
TUITION-GRADUATE
TUITION-GRADUATE
DL FEDERAL GRADUATE PLUS LOAN
DL FED UNSUBSIDIZED STAFFORD L
Electronic Refund
E-CARES STUDENT DISBURSEMENT
CARES ACT RELIEF
E-CARES STUDENT DISBURSEMENT
CARES ACT RELIEF

1105
T004
1105
TG01
802
801

1445

UNITED HEALTHCARE-SINGLE
GENERAL FEE
UNITED HEALTHCARE-SINGLE
TUITION-GRADUATE
DL FEDERAL GRADUATE PLUS LOAN
DL FED UNSUBSIDIZED STAFFORD L
Electronic Refund

T004
T004
TG01
TG01
801
802
1445
802
1445

GENERAL FEE
GENERAL FEE
TUITION-GRADUATE
TUITION-GRADUATE
DL FED UNSUBSIDIZED STAFFORD L
DL FEDERAL GRADUATE PLUS LOAN
Electronic Refund
DL FEDERAL GRADUATE PLUS LOAN
Electronic Refund

TG01
TG01
TG01

TUITION-GRADUATE
TUITION-GRADUATE
TUITION-GRADUATE

'Effective
'Term'
Date'
'Charge'
'Payment'
'Balance'
202100 12/1/21 $
96.00
202100 12/1/21 $ 3,678.00
202100 5/12/21
$
500.00
202100 Total
$ 3,774.00 $
500.00 $ 3,274.00
202101 7/20/21 $ (1,732.50)

202101 7/20/21 $
202101 8/11/21 $
96.00
202101 8/11/21 $
96.00
202101 8/11/21 $
96.00
202101 8/11/21 $
96.00
202101 7/14/21 $ 1,732.50
202101 8/11/21 $ 3,678.00
202101 8/11/21 $ 3,678.00
202101 8/11/21 $ 3,678.00
202101 8/11/21 $ 3,678.00
202101 8/30/21
$ 19,155.00
202101 8/30/21
$ 10,142.00
202101 8/30/21
$ (14,701.00)
202101 10/12/21
$ (3,500.00)
202101 10/12/21
$ 3,500.00
202101 2/11/22
$ (420.00)
202101 2/11/22
$
420.00
202101 Total
$ 15,096.00 $ 14,596.00 $ 500.00
202102 12/15/21 $ (2,136.00)
202102 12/1/21 $ 384.00
202102 12/15/21 $ 2,136.00
202102 12/1/21 $ 14,712.00
202102 1/12/22
$ 19,155.00
202102 1/12/22
$ 10,142.00
202102 1/12/22
$ (10,427.00)
202102 Total
$ 15,096.00 $ 18,870.00 $ (3,774.00)
202104
5/2/22 $
96.00
202104 3/30/22 $ 288.00
202104
5/2/22 $ 3,678.00
202104 3/30/22 $ 11,034.00
202104
6/3/22
$ 10,142.00
202104

6/3/22
$ 9,578.00
202104
6/3/22
$ (4,624.00)
202104
6/6/22
$ 5,654.00
202104
6/8/22
$ (5,654.00)
202104 Total
$ 15,096.00 $ 15,096.00 $
202200 7/12/22 $ (3,678.00)
202200 6/29/22 $ 3,678.00
202200
8/5/22 $ 3,678.00
202200 Total
$ 3,678.00 $
$ 3,678.00

1105
1108
T004
T004
T004
1105
TG01
TG01
TG01
801
802
1445

UNITED HEALTHCARE-SINGLE
UNITED HEALTHCARE-WAIVED
GENERAL FEE
GENERAL FEE
GENERAL FEE
UNITED HEALTHCARE-SINGLE
TUITION-GRADUATE
TUITION-GRADUATE
TUITION-GRADUATE
DL FED UNSUBSIDIZED STAFFORD L
DL FEDERAL GRADUATE PLUS LOAN
Electronic Refund

T004
T004
T004
T004
TG01
TG01
TG01

TG01
802
801
1445

GENERAL FEE
GENERAL FEE
GENERAL FEE
GENERAL FEE
TUITION-GRADUATE
TUITION-GRADUATE
TUITION-GRADUATE
TUITION-GRADUATE
DL FEDERAL GRADUATE PLUS LOAN
DL FED UNSUBSIDIZED STAFFORD L
Electronic Refund

1105
1108
1030
T004
1105
TG01

UNITED HEALTHCARE-SINGLE
UNITED HEALTHCARE-WAIVED
LATE FEE
GENERAL FEE
UNITED HEALTHCARE-SINGLE
TUITION-GRADUATE

202201 7/22/22 $ (2,456.50)
202201 7/22/22 $
202201
7/1/22 $
99.00
202201
8/5/22 $
99.00
202201 7/14/22 $ 198.00
202201
7/1/22 $ 2,456.50
202201
7/1/22 $ 3,678.00
202201
8/5/22 $ 3,678.00
202201 7/14/22 $ 7,356.00
202201 8/29/22
$ 10,142.00
202201
9/7/22
$ 17,308.00
202201
9/7/22

$ (8,664.00)
202201 Total
$ 15,108.00 $ 18,786.00 $ (3,678.00)
202202
1/4/23 $
16.50
202202 12/23/22 $
99.00
202202
1/3/23 $
99.00
202202 12/19/22 $ 198.00
202202
1/4/23 $ 613.00
202202 12/23/22 $ 3,678.00
202202
1/3/23 $ 3,678.00
202202 12/19/22 $ 7,356.00
202202 1/13/23
$ 25,859.00
202202 1/13/23
$ 10,142.00
202202 1/17/23
$ (20,263.50)
202202 Total
$ 15,737.50 $ 15,737.50 $
202301
8/8/23 $ (2,769.50)
202301
8/8/23 $
202301 10/2/23 $ 100.00
202301
7/3/23 $ 408.00
202301 7/20/23 $ 2,769.50
202301
7/3/23 $ 14,856.00
202301 Total
$ 15,364.00 $
$ 15,364.00
Grand Total
$ 98,949.50 $ 83,585.50 $ 15,364.00

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: RE: Request for Date
Date: Thu, 07 Sep 2023 16:57:26 +0000
Importance: Normal
Inline-Images: image002.png; image003.jpg

Yes. It was October 17th when we heard.
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Associate Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Sent: Thursday, September 7, 2023 10:27 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: Request for Date
Hi Nicole,
I hope your Thursday is going well! I just wanted to clarify the date that A.S. was hospitalized? I believe we said October
17, 2022 during our discussion yesterday, but I donâ€™t have my notes in front of me so I want to verify with you.
Thank you,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean â€" JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C

  Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Yoon Suh Moh
<Yoonsuh.Moh@jefferson.edu>
Subject: AS return
Date: Wed, 23 Aug 2023 17:31:45 +0000
Importance: Normal
Inline-Images: image001.png

Good afternoon Julianna,
I hope you are well. I was randomly looking at Alexia in degree works and I see that she is registered for the Fall 2023 semester. Have you heard from the student since your last communication?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Associate Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
To: Meghan O'Meara <Meghan.O'Meara@jefferson.edu>, Timothy Butler
<Timothy.Butler@jefferson.edu>, Jamie Hagenbaugh <James.Hagenbaugh@jefferson.edu>,
Stephen Dorse <Stephen.Dorse@jefferson.edu>
Cc: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>, Yoon Suh Moh
<Yoonsuh.Moh@jefferson.edu>, John Hale <John.Hale@jefferson.edu>, Julianna Despinos
<Julianna.Despinos@jefferson.edu>
Subject: SECURE: Student of Concern - JeffBIT - East Falls Campus - 04/20/2023 4:30 PM
Date: Tue, 02 May 2023 22:43:31 +0000
Importance: Normal
Inline-Images: image001.jpg

Hello all,
Tim, Jamie, Stephen and I met today to discuss this BIT report. Both Tim and I have worked with the
student in the past
so we also have a good sense of her history. We do feel you should go ahead and schedule a meeting with
the student
to share that she will have to return to the clinical environment to complete her hours and graduation will be
postponed accordingly. Ideally this will be in person and we'd like you to coordinate a time with Meg and
Stephen to
ensure you can escort her over there if she becomes distraught. If in person is not possible we can still
coordinate to
make sure someone from the SCC could join the zoom.
You can use the Illness/Injury policy on page 9 of the handbook (below) to require clearance before she
returns to the
clinical environment. Meg Grugan should be notified if you are sending to SHS to ensure she is aware of the
policy and
reason for visit.
Let me know if I missed anything or alternatively if you have any questions, happy to connect.
https://www.jefferson.edu/content/dam/academic/health-professions/jchp-student-resources/JCHP-
StudentHandbook-2022-23.pdf
Jenny
Jennifer Fogerty, MSEd
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

From: Timothy Butler <Timothy.Butler@jefferson.edu>
Date: Friday, April 28, 2023 at 9:16 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
John
Hale <John.Hale@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>, Meghan O'Meara <Meghan.O'Meara@jefferson.edu>
Subject: RE: [Maxient] IR #00003146 Student of Concern - JeffBIT - East Falls Campus - 04/20/2023 4:30
PM
I wanted to respond to you all regarding this report that was filed. Our office has had an ongoing connection
with this
student and we will follow up with Student Counseling to discuss.
Sincerely,
Timothy J. Butler
(He/Him/His)

Associate Dean of Students
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue

Philadelphia, PA 19144
T 215-951-2599
F 215-951-0154
Timothy.Butler@Jefferson.edu
Jefferson.edu
Empathy/Developer/Communication/Arranger/Individualization

From: Nicole G. Johnson (via Maxient) <notifications@maxient.com>
Sent: Thursday, April 27, 2023 3:01 PM
To: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: [Maxient] IR #00003146 Student of Concern - JeffBIT - East Falls Campus - 04/20/2023 4:30 PM

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
#00003146
Primary recipient (awaiting your action in Maxient)

JeffBIT Incident Reporting Form
Background Information
Nature of this report
Student of Concern - JeffBIT
Urgency of this report
Mild
Date of incident
2023-04-20
Time of incident
4:30 PM
Location of incident
East Falls Campus - Ronson HASC 125L
Involved Parties
Alexia Stipa (ANS113) Student of Concern for JeffBIT
Nicole G. Johnson ()
Yoon Suh Moh ()
John Hale ()
Narrative
Please describe the incident or concern prompting you to fill out this form.
We have a concern about the mental well-being of a graduate student in the Community & Trauma Counseling Program- Alexia Stipa ID#ANS113.
Incident #1- Faculty (Nicole G. Johnson, Program Director, Yoon Suh Moh, Assistant Program Director and John Hale, Academic Advisor) met with student Alexia Stipa on 4/11/23 to discuss the completion of the student's Clinical Internship Field Placement hours. During this meeting, student reported that she left her clinical site at the beginning of March, could not return into a clinical setting providing counseling services because it was not good for her mental health, she had suicidal ideations as a result of it and was under doctor's care. The student shared that she would not be able to return to a clinical setting even if she did not complete the required 600 Internship hours.
Incident #2- Faculty (Nicole G. Johnson, Program Director, Yoon Suh Moh, Assistant Program Director and John Hale, Academic Advisor) met with student Alexia Stipa on 4/18/23 to continue the review of the student's Clinical Internship Field Placement hours. At the end of this meeting, student shared, "I have to take the NCE's this weekend and then I'm gonna check myself into the hospital." In response to this remark, program director sent the student an email and provided the website to the student health

services and student counseling centers since student did not specify why she would be returning to the hospital.

Additional information- Student has shared in the past that she was taking multiple psychotropic medications. Student was previously on a medical leave of absence in the fall semester (Fall 2023) and returned to class this semester (Spring 2023).

I am submitting this concern after consulting with counseling center director, Meg O'Meara about our concern for this student's ability to complete any remaining clinical hours. In addition, student is scheduled to meet with Faculty (Nicole G. Johnson, Program Director, Yoon Suh Moh, Assistant Program Director and John Hale, Academic Advisor) for a final review of achieved clinical hours to determine next steps towards program completion. The potential outcome is that the student will need to return to a clinical setting to complete the remainder of the 600 Internship hours.

With the student's recent reports about the impact of clinical field work on mental health, we believe an assessment for fit for duty would be imperative prior to a return to clinical field work.

Supporting Documentation

No additional documents were attached to this report.

Submitted By

Your full name

Nicole G. Johnson

Your position/title

Program Director/Assistant Professor

Your email address

nicole.g.johnson@jefferson.edu

Your phone number

2159512553

Your physical address

[Authenticated as Nicole Johnson]

Routing Information

Primary recipient:

Tim Butler (Associate Dean of Student Life, East Falls)

Copied recipients:

• meghan.o'meara@jefferson.edu

• Michelle E. Stark

• stefanie.karp@jefferson.edu

• Courtney LaGanke

Text msg recipients: None

Originating IP address: 208.103.188.240

Submitted through IR layout #6

Processed by routing rule #24. Routed to Tim Butler, Associate Dean of Student Life, East Falls.

Message sent by Maxient

Replies will be sent to the submitter (nicole.g.johnson@jefferson.edu).

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>, Julianna Despinos
<Julianna.Despinos@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Subject: Follow up from meeting 6/1/2023
Date: Tue, 06 Jun 2023 17:30:27 +0000
Importance: Normal
Attachments: 2022-2023_CTC_Clinical_manual-_extracted_pages_hours_limits.pdf; Clinical_Logs.pdf
Inline-Images: image001.png

Good afternoon Alexia,
I hope you are well. Thank you for meeting with us (Dr. Moh, John, Neil and me last Thursday, June 1st). Here are my notes reviewing our meeting where we aimed to fully understand your status regarding internship hours and additional requirements needed to complete your graduate program.
INTERNSHIP HOURS
Background information:
1. All CTC students are required to accrue a total of 600 hours (at least 240 hours must be providing direct service).
2. Our clinical manual limits students to completing 25 hours/week unless approved through written request to complete more than 25 hours/week prior to increasing weekly hours (please see attached, clinical manual pages).
3. We do not have record of you submitting a request as guided in the clinical handbook.
4. Over several weeks, your total Internship hours exceeded 25 hours in absence of an approved request to increase weekly hours.
5. We previously informed you that any hours over 25 hours/week would not be accepted because they were completed without the proper approval. This is listed in the CTC Clinical Manual (page 20 and during orientation to clinical field work).
6. In a previous meeting (4/11/23) you reported that you completed all 600 hours. You also shared in a meeting 4/18/23 a reluctance to return to a clinical site. You also shared that you were not mentally able to return to direct service with clients.
7. Out of concern for your health, we require you to obtain health clearance through JOHN (Jefferson Occupational Health Network) prior to returning to complete the remaining Internship hours.
Clinical Log Review
Prior to the meeting, we reviewed the submitted clinical logs (attached here) and adjusted the hours to 25 hours/week. In the weeks where more than 25 hours were logged, the hours were calculated using the ratio of direct and indirect hours as documented on your logs:
1. We took the total hours you reported each week over 25 hours and calculated the percentage of direct and indirect hours reported on the log.
2. We took this percentage and converted the hours (direct and indirect) to equal 25 total hours.
3. For example:
Â· Reported hours (35 hours reported on your log)
i. You reported 19 direct + 16 indirect hours in one week= 35 hours
ii. 19 direct hours= 54% of the total hours
iii. 16 indirect hours= 46% of the total hours
Â· Converted hours (25 hours total program limit)
i. 54% (percentage of reported hours used to complete direct service) * 25 (total hours limit/week)= new converted direct hours
ii. 46% (percentage of reported hours used to complete indirect hours) * 25 (total hours limit/week)= new converted indirect hours
iii. 54%*25= 13.5 hours (converted direct hours)

iv. 46%*25= 11.5 hours (converted indirect hours)
4. This process was done for each log where total hours were over 25 hours/week.

The adjustments were made using the process explained and the converted totals (207.75 direct hours and 131.75 indirect hours) were shared during our meeting. It was further explained that you need to complete at least 32.25 more direct hours and at least 228.25 more indirect hours needed to complete meet accreditation and state licensure the requirements. You were informed, when asked, that a new Internship site would need to be secured in order to complete the outstanding hours. As promised in the meeting, copies of the adjusted logs are attached to this email.

Finally, in a previous meeting (4/18/23) we agreed that multiple approvers would initial all future logs. Today you stated that that you would not be signing the logs and that you would be involving a lawyer.

GRADUATE COURSEWORK

In addition to accruing the 600 Internship hours, to complete your graduate coursework, you will be required to retake the courses from the FALL 2022 semester. The courses which you will retake are:

1. CTC 652- Advanced Clinical Interventions I
2. CTC 791- Internship I
3. CTC 652- Child Trauma & Play Therapy
4. CTC 670- Screening, Assessment & Treatment

We are here to answer any further questions and to support your plan to complete your Internship hours and courses required for graduation. Please feel free to reach us as needed.

Best,

Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole Johnson <Nicole.G.Johnson@jefferson.edu>
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Voice Mail (24 seconds)
Date: Thu, 01 Jun 2023 18:12:24 +0000
Importance: Normal
Attachments: audio.mp3

You received a voice mail from Nicole G. Johnson at Nicole.G.Johnson@jefferson.edu.
Job Title:

Asst Professor

Company:

EFJ

Work:

+1 215-951-2553

Email:

Nicole.G.Johnson@jefferson.edu

Set Up Voice Mail

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
.................................................................................................................... 5
Purpose of the Clinical Fieldwork Training Manual
...................................................................................5
Accreditation
...............................................................................................................................................5
CTC Program Mission Statement
...............................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
.................................................................... 6
Fieldwork Training: What is Clinical Instruction?
...................................................................................6
Practicum and Internship
.............................................................................................................................6
Practicum Fieldwork
Experience.................................................................................................................6
Internship Fieldwork Experience
...............................................................................................................6
Clinical Fieldwork: Terms and Language
...................................................................................................7
Additional Fieldwork Requirements for Concentration
Students.................................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
..................................... 8
Progression + Evaluation in Clinical Fieldwork
.........................................................................................8
Evaluation of Competencies in Clinical Fieldwork
...................................................................................8
Student Endorsement + Letters of
Reference..............................................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
............................................................9
Conflict Resolution Process for Clinical Fieldwork
...................................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
.....................................9
Before Fieldwork Checklist
.........................................................................................................................9
During Fieldwork Checklist

.................................................................................................11
General Logistics related to Clinical Fieldwork
..................................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
.........................................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
...................................................................12
Student Identification During Clinical Fieldwork
.........................................................................13
Telemental Health and Clinical Fieldwork
.........................................................................13
Clinical Fieldwork Site + Supervisor Expectations
.........................................................................13
Clinical Fieldwork Site Eligibility
.........................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
...........................................................14
Clinical Fieldwork Site Supervisor Application
.........................................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
...........................................................14
Required Site Visits during Practicum +
Internship.....................................................................14
Clinical Fieldwork Site Matching
Process........................................................................... 15
Completion of Clinical Hours at Place of Employment
.................................................................. 15
Clearances, Malpractice Insurance + Professional
Membership.................................................. 16
Pennsylvania Specific Requirements
................................................................................... 16
Students Meeting Clinical Fieldwork Agency
Requirements.................................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
.......................................... 18
Recordkeeping and
Documentation................................................................................. 18
Student Responsibility
.............................................................................................. 18
Electronic Recordkeeping and Information Sharing
................................................................ 18
Students Clinical Fieldwork Tracking Logs
.............................................................. 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
........................................................................ 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................. 20
Winter Term: Fieldwork + Supervision
................................................................... 20
Summer Term: Fieldwork + Supervision
...................................................................... 20
Additional Fieldwork Training
Requirements................................................................ 21

Standardized Patient Experience & Actual Client Experience Assignment
.................................................. 21

Actual Client Experience Assignment
.................................................................................... 22

Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
.................................. 23

SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
.................................................. 24

Practicum
Overview........................................................................................................
24

Required Practicum Activities
.......................................................................... 24

Practicum
Courses..........................................................................................................
25

CTC 602: Pre-Practicum
.................................................................................. 25

CTC 701: Practicum
I....................................................................................... 26

Pre-Requisites for Practicum
Courses.......................................................... 26

Registering for Practicum Courses
................................................................ 26

Practicum Placement Process + Procedures
.............................................. 26

The 5-Step Placement Process
...................................................................... 26

Practicum Student Action Items + Timeline
............................................. 27

Additional Guidelines for Track-Up Students
.......................................... 28

SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
.................................................. 29

Internship Overview
.......................................................................................... 29

Required Internship Activities
........................................................................ 29

Internship Courses
............................................................................................ 30

CTC 791: Internship
I....................................................................................... 30

CTC 792: Internship
II...................................................................................... 30

Pre-Requisites for Internship Courses
........................................................30

Registering for Internship Courses
..............................................................30

Internship Placement Process + Procedures
............................................30

The 5-Step Internship Placement Process
................................................31

Intern Students Action Items + Timeline
..................................................32

SECTION 6: POST-GRADUATION CONSIDERATIONS
.................................................32

Licensure Considerations

.....................................................................................................................33
Post-Masters Professional Practice
.....................................................................................................................33
Recommendation Letters for Graduates and Alumni
.............................................................................34
Appendix A: Forms and
Documents..................................................................................................35
Appendix B: Clinical Competencies & Rubrics
.............................................................................37
Attestation Form
.....................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class
sessions of when they are completed.
•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their
own copies of backup paperwork, hours will not be counted toward the placement
total.

•

Logs should list and describe total hours and direct hours. Students must also keep a
running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two
students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary
supervisor noted in their contract on any given week, then the
practicum/internship hours for that week will not be counted,
unless the student makes arrangements to make-up the lost hour of
supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or
university clinical
supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students
will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online
hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have
any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites
and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an
environment of self-care, students are limited to a maximum of 10 hours/week of clinical
experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

_

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

–
2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•ɾ•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

‾

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

—

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6
‾
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

—

9

DATE:

0

5

0

0

0

TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'

2

TOES

3/12/23
MON

5

3

_
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

—

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

–

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

AS
AS ABSENCES
COURSE
CTC 670
CTC 792
CTC 652
CTC 653
ADDITIONAL ABSENCES (HOSPITALIZATION)

ABSCENCES PRIOR TO HOSPITALIZATION
9/1, 9/15, 9/29, 10/6 (4 TOTAL)
2 TOTAL
1 ½ TOTAL
?
WEEKS OF 10/18 & 10/25

MEDICAL LEAVE APPROVED 11/7
WEEKS REMAINING IN THE FALL SEMESTER
•

11/8, 11/15, 11/19 (INTERPROFESSIONAL EXPERIENCE), 11/29, 12/6 (5 TOTAL)

COURSE ASSIGNMENTS AFTER DATE OF HOSPITALIZATION AND MEDICAL LEAVE
COURSE
CTC 652

ASSIGNMENTS
HISOTRICAL TRAUMA
Asy 1
SMALL GROUP PROJECT

POINTS
25
5
30

DUE DATE
10/20/22
11/3/22
12/8/22

CTC 653

SAG2
SAG2DB
SAG3
INFORMED CONSENT

5
5
25

10/17/22
10/22/22
11/14/22
END OF SEMESTER

CTC 670

DB#4
DB#5
CLINICAL CASE PROJECT
CASE PRESENTAITON

5
5
20
20

11/10
12/1
11/17
12/8-15

CTC 792

DAP NOTE
SPE EXPERIENCE
THEORETICAL ORIENTATION
SCALE
IPE QUIZ DUE
IPE
DAP NOTE

1
20

10/18
10/26
11/1

20
1

11/8
11/19
11/29

Student Internship
All students complete a 600 hours internship (at least 240 hours must be direct service) over two semesters or longer. Students may complete up to 25 hours/week unless they submit a written request to complete more hours.
Details concerning AS' Internship Hours
1.
2.
3.
4.
5.

AS began Internship in May 2022 (continued at Practicum site)
AS stopped Internship in June 2022 due to supervisor's Illness and returning in the Fall 2022.
AS logs showed 175 obtained in Internship hours as of WE 10/16/2022.
January 2023- AS returned to accruing Internship hours.
March 2023- AS shared completing hours in March and wanted to terminate site.

• AS shared that she believed she completed all of the required hours and did not feel mentally able to return into a clinical site.

• An audit of hours revealed an excess number of hours completed over the 25 hour/week limit.

• Student did not follow policy and request additional hours for Internship.

• Student was informed that any hours over 25 hours will not be counted.

• Student was informed that hours obtained while starfish leave (May 2022) and on medical leave (December 2023) will not be counted.

6. Student was informed 6/1/2023 of the number of hours which will count toward internship

• 207.75 (total direct hours/ 32.25 remaining)

• 131.75 (total indirect hours/228.25 remaining)

• Student will need to return to clinical site in order to complete hours.

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

_

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

—
2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
.‗
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_
4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•ᵣ•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

1

1
1

4

9

—

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

‾
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

'

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

–

9

DATE:

0

5

0

0

0

TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'

2

TOES

3/12/23
MON

5

3

_
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

AS
AS ABSENCES
COURSE
CTC 670
CTC 792
CTC 652
CTC 653
ADDITIONAL ABSENCES (HOSPITALIZATION)

ABSCENCES PRIOR TO HOSPITALIZATION
9/1, 9/15, 9/29, 10/6 (4 TOTAL)
2 TOTAL
1 ½ TOTAL
?
WEEKS OF 10/18 & 10/25

MEDICAL LEAVE APPROVED 11/7
WEEKS REMAINING IN THE FALL SEMESTER
•

11/8, 11/15, 11/19 (INTERPROFESSIONAL EXPERIENCE), 11/29, 12/6 (5 TOTAL)

COURSE ASSIGNMENTS AFTER DATE OF HOSPITALIZATION AND MEDICAL LEAVE
COURSE
CTC 652

ASSIGNMENTS
HISOTRICAL TRAUMA
Asy 1
SMALL GROUP PROJECT

POINTS
25
5
30

DUE DATE
10/20/22
11/3/22
12/8/22

CTC 653

SAG2
SAG2DB
SAG3
INFORMED CONSENT

5
5
25

10/17/22
10/22/22
11/14/22
END OF SEMESTER

CTC 670

DB#4
DB#5
CLINICAL CASE PROJECT
CASE PRESENTAITON

5
5
20
20

11/10
12/1
11/17
12/8-15

CTC 792

DAP NOTE
SPE EXPERIENCE
THEORETICAL ORIENTATION
SCALE
IPE QUIZ DUE
IPE
DAP NOTE

1
20

10/18
10/26
11/1

20
1

11/8
11/19
11/29

Student Internship
All students complete a 600 hours internship (at least 240 hours must be direct service) over two semesters or longer. Students may complete up to 25 hours/week unless they submit a written request to complete more hours.
Details concerning AS' Internship Hours
1.
2.
3.
4.
5.

AS began Internship in May 2022 (continued at Practicum site)
AS stopped Internship in June 2022 due to supervisor's Illness and returning in the Fall 2022.
AS logs showed 175 obtained in Internship hours as of WE 10/16/2022.
January 2023- AS returned to accruing Internship hours.
March 2023- AS shared completing hours in March and wanted to terminate site.

• AS shared that she believed she completed all of the required hours and did not feel mentally able to return into a clinical site.

• An audit of hours revealed an excess number of hours completed over the 25 hour/week limit.

• Student did not follow policy and request additional hours for Internship.

• Student was informed that any hours over 25 hours will not be counted.

• Student was informed that hours obtained while starfish leave (May 2022) and on medical leave (December 2023) will not be counted.

6. Student was informed 6/1/2023 of the number of hours which will count toward internship

• 207.75 (total direct hours/ 32.25 remaining)

• 131.75 (total indirect hours/228.25 remaining)

• Student will need to return to clinical site in order to complete hours.

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
........................................................................................................ 5
Purpose of the Clinical Fieldwork Training Manual
.................................................................5
Accreditation
.....................................................................................................................................5
CTC Program Mission Statement
.................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
............................................................ 6
Fieldwork Training: What is Clinical Instruction?
.................................................................6
Practicum and Internship
.............................................................................................................6
Practicum Fieldwork
Experience...................................................................................................6
Internship Fieldwork Experience
.................................................................................................6
Clinical Fieldwork: Terms and Language
.................................................................................7
Additional Fieldwork Requirements for Concentration
Students...................................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
...................................... 8
Progression + Evaluation in Clinical Fieldwork
.................................................................8
Evaluation of Competencies in Clinical Fieldwork
.................................................................8
Student Endorsement + Letters of
Reference...................................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
.................................................................9
Conflict Resolution Process for Clinical Fieldwork
.................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
.................................................................9
Before Fieldwork Checklist
.................................................................................................................9
During Fieldwork Checklist

.................................................................................................11
General Logistics related to Clinical Fieldwork
.......................................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
...........................................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
...................................................................12
Student Identification During Clinical Fieldwork
.......................................................................13
Telemental Health and Clinical Fieldwork
.....................................................................................13
Clinical Fieldwork Site + Supervisor Expectations
..............................................................................13
Clinical Fieldwork Site Eligibility
..................................................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
..........................................................14
Clinical Fieldwork Site Supervisor Application
........................................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
...............................................................14
Required Site Visits during Practicum +
Internship.....................................................................14
Clinical Fieldwork Site Matching
Process................................................................................ 15
Completion of Clinical Hours at Place of Employment
............................................................... 15
Clearances, Malpractice Insurance + Professional
Membership................................................... 16
Pennsylvania Specific Requirements
.......................................................................................... 16
Students Meeting Clinical Fieldwork Agency
Requirements.................................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
........................................ 18
Recordkeeping and
Documentation.............................................................................................. 18
Student Responsibility
.................................................................................................... 18
Electronic Recordkeeping and Information Sharing
................................................................ 18
Students Clinical Fieldwork Tracking Logs
........................................................................ 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
.......................................................................................... 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................................ 20
Winter Term: Fieldwork + Supervision
.................................................................................... 20
Summer Term: Fieldwork + Supervision
.................................................................................... 20
Additional Fieldwork Training
Requirements......................................................................... 21

Standardized Patient Experience & Actual Client Experience Assignment
................................................. 21
Actual Client Experience Assignment
................................................................................ 22
Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
................................. 23
SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
......................................... 24
Practicum
Overview...................................................................................................................
24
Required Practicum Activities
............................................................................. 24
Practicum
Courses....................................................................................................................
25
CTC 602: Pre-Practicum
........................................................................................ 25
CTC 701: Practicum
I................................................................................... 26
Pre-Requisites for Practicum
Courses.................................................................... 26
Registering for Practicum Courses
....................................................................... 26
Practicum Placement Process + Procedures
........................................................ 26
The 5-Step Placement Process
............................................................................. 26
Practicum Student Action Items + Timeline
......................................................... 27
Additional Guidelines for Track-Up Students
....................................................... 28
SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
.................................. 29
Internship Overview
.............................................................................................................. 29
Required Internship Activities
................................................................................. 29
Internship Courses
............................................................................................................... 30
CTC 791: Internship
I................................................................... 30
CTC 792: Internship
II............................................................... 30
Pre-Requisites for Internship Courses
.................................................................30
Registering for Internship Courses
.............................................................30
Internship Placement Process + Procedures
.............................................30
The 5-Step Internship Placement Process
.........................................31
Intern Students Action Items + Timeline
..................................................32
SECTION 6: POST-GRADUATION CONSIDERATIONS
...................................32
Licensure Considerations

............................................................................................................................33
Post-Masters Professional Practice
.....................................................................................................................33
Recommendation Letters for Graduates and Alumni
.............................................................................................34
Appendix A: Forms and
Documents.........................................................................................................35
Appendix B: Clinical Competencies & Rubrics
......................................................................................37
Attestation Form
............................................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.

•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.
Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.
Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.
Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.
20
Revised 12/8/2022

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

–

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_

2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_…

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

‾

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6
‾
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

_

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'
2

TOES

3/12/23
MON

5
3

__
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
.......................................................................................................................... 5
Purpose of the Clinical Fieldwork Training Manual
.......................................................................................5
Accreditation
.............................................................................................................................................5
CTC Program Mission Statement
...............................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
.............................................................................. 6
Fieldwork Training: What is Clinical Instruction?
.......................................................................................6
Practicum and Internship
...........................................................................................................................6
Practicum Fieldwork
Experience.................................................................................................................6
Internship Fieldwork Experience
...............................................................................................................6
Clinical Fieldwork: Terms and Language
.....................................................................................................7
Additional Fieldwork Requirements for Concentration
Students...................................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
....................................................... 8
Progression + Evaluation in Clinical Fieldwork
.........................................................................................8
Evaluation of Competencies in Clinical Fieldwork
....................................................................................8
Student Endorsement + Letters of
Reference...............................................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
.................................................................9
Conflict Resolution Process for Clinical Fieldwork
.....................................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
...........................................9
Before Fieldwork Checklist
........................................................................................................................9
During Fieldwork Checklist

...................................................................................................11
General Logistics related to Clinical Fieldwork
...........................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
........................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
....................................12
Student Identification During Clinical Fieldwork
............................................................13
Telemental Health and Clinical Fieldwork
..................................................................13
Clinical Fieldwork Site + Supervisor Expectations
....................................................13
Clinical Fieldwork Site Eligibility
.....................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
.......................................14
Clinical Fieldwork Site Supervisor Application
...........................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
........................................14
Required Site Visits during Practicum +
Internship...................................................................14
Clinical Fieldwork Site Matching
Process............................................................................. 15
Completion of Clinical Hours at Place of Employment
........................................................ 15
Clearances, Malpractice Insurance + Professional
Membership.................................................... 16
Pennsylvania Specific Requirements
..................................................................................... 16
Students Meeting Clinical Fieldwork Agency
Requirements.................................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
................................... 18
Recordkeeping and
Documentation.................................................................................. 18
Student Responsibility
.......................................................................................... 18
Electronic Recordkeeping and Information Sharing
.......................................................... 18
Students Clinical Fieldwork Tracking Logs
.................................................................. 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
.................................................................................. 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................................. 20
Winter Term: Fieldwork + Supervision
.......................................................................... 20
Summer Term: Fieldwork + Supervision
........................................................................ 20
Additional Fieldwork Training
Requirements................................................................... 21

Standardized Patient Experience & Actual Client Experience Assignment
.......................................... 21
Actual Client Experience Assignment
................................................................................... 22
Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
................... 23
SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
......................................................... 24
Practicum
Overview...............................................................................................
24
Required Practicum Activities
..................................................................................... 24
Practicum
Courses...............................................................................................
25
CTC 602: Pre-Practicum
........................................................................... 25
CTC 701: Practicum
I........................................................................................ 26
Pre-Requisites for Practicum
Courses.......................................................... 26
Registering for Practicum Courses
................................................................... 26
Practicum Placement Process + Procedures
.................................................................. 26
The 5-Step Placement Process
....................................................................................... 26
Practicum Student Action Items + Timeline
............................................................. 27
Additional Guidelines for Track-Up Students
................................................. 28
SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
.................................................. 29
Internship Overview
............................................................................................................ 29
Required Internship Activities
............................................................................... 29
Internship Courses
............................................................................................................ 30
CTC 791: Internship
I.................................................................................. 30
CTC 792: Internship
II................................................................................ 30
Pre-Requisites for Internship Courses
...............................................................30
Registering for Internship Courses
........................................................................30
Internship Placement Process + Procedures
.................................................................30
The 5-Step Internship Placement Process
..........................................................31
Intern Students Action Items + Timeline
...................................................................32
SECTION 6: POST-GRADUATION CONSIDERATIONS
.........................................................32
Licensure Considerations

...........................................................................................................................................33
Post-Masters Professional Practice
........................................................................................................................................33
Recommendation Letters for Graduates and Alumni
..................................................................................................34
Appendix A: Forms and
Documents.......................................................................................................................35
Appendix B: Clinical Competencies & Rubrics
........................................................................................37
Attestation Form
..............................................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.
•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)

Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision

Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:

• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.

• Petitions must be submitted by (November 30th)

• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.

• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.

• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).

• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision

Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:

• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.

• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.

• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.

• Students are only allowed at their field sites when the University is formally in session.

• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).

• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
................................................................................................................................ 5
Purpose of the Clinical Fieldwork Training Manual
.................................................................................5
Accreditation
.................................................................................................................................................5
CTC Program Mission Statement
...............................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
............................................................... 6
Fieldwork Training: What is Clinical Instruction?
...................................................................................6
Practicum and Internship
..............................................................................................................6
Practicum Fieldwork
Experience..................................................................................................6
Internship Fieldwork Experience
...............................................................................................6
Clinical Fieldwork: Terms and Language
...................................................................................7
Additional Fieldwork Requirements for Concentration
Students.............................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
.................................... 8
Progression + Evaluation in Clinical Fieldwork
........................................................................8
Evaluation of Competencies in Clinical Fieldwork
..................................................................8
Student Endorsement + Letters of
Reference..............................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
.........................................9
Conflict Resolution Process for Clinical Fieldwork
.................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
....................9
Before Fieldwork Checklist
..........................................................................................................9
During Fieldwork Checklist

.................................................................................11

General Logistics related to Clinical Fieldwork
....................................................................12

Attendance Policy for Clinical Fieldwork and Clinical Course
...............................................12

Transportation, Travel and Parking related to Clinical Fieldwork Sites
.....................................12

Student Identification During Clinical Fieldwork
................................................................13

Telemental Health and Clinical Fieldwork
....................................................................13

Clinical Fieldwork Site + Supervisor Expectations
.....................................................13

Clinical Fieldwork Site Eligibility
.......................................................................13

Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
.......................................14

Clinical Fieldwork Site Supervisor Application
....................................................14

Clinical Fieldwork Site Supervisor Training in Counseling Supervision
....................................14

Required Site Visits during Practicum +
Internship.......................................................14

Clinical Fieldwork Site Matching
Process.................................................................. 15

Completion of Clinical Hours at Place of Employment
............................................ 15

Clearances, Malpractice Insurance + Professional
Membership.................................. 16

Pennsylvania Specific Requirements
................................................................. 16

Students Meeting Clinical Fieldwork Agency
Requirements................................. 17

Professional Counseling Organization Membership & Malpractice Insurance
.............. 18

Recordkeeping and
Documentation................................................................. 18

Student Responsibility
................................................................ 18

Electronic Recordkeeping and Information Sharing
............................................ 18

Students Clinical Fieldwork Tracking Logs
................................................ 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
................................................................ 19

Supervision + Fieldwork Extension (Winter Term and Summer
Semester)........................................... 20

Winter Term: Fieldwork + Supervision
.............................................................. 20

Summer Term: Fieldwork + Supervision
.......................................................... 20

Additional Fieldwork Training
Requirements................................................... 21

Standardized Patient Experience & Actual Client Experience Assignment
..................................................... 21
Actual Client Experience Assignment
............................................................................................. 22
Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
.................................. 23
SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
........................................................ 24
Practicum
Overview................................................................................................................................
24
Required Practicum Activities
............................................................................................... 24
Practicum
Courses................................................................................................................................
25
CTC 602: Pre-Practicum
......................................................................................................... 25
CTC 701: Practicum
I.................................................................................................................... 26
Pre-Requisites for Practicum
Courses..................................................................................... 26
Registering for Practicum Courses
........................................................................................... 26
Practicum Placement Process + Procedures
.......................................................................... 26
The 5-Step Placement Process
................................................................................................ 26
Practicum Student Action Items + Timeline
........................................................................... 27
Additional Guidelines for Track-Up Students
........................................................................ 28
SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
...................................................... 29
Internship Overview
........................................................................................................................ 29
Required Internship Activities
................................................................................................ 29
Internship Courses
.......................................................................................................................... 30
CTC 791: Internship
I.................................................................................................................... 30
CTC 792: Internship
II................................................................................................................... 30
Pre-Requisites for Internship Courses
.....................................................................................30
Registering for Internship Courses
...........................................................................................30
Internship Placement Process + Procedures
..........................................................................30
The 5-Step Internship Placement Process
..............................................................................31
Intern Students Action Items + Timeline
.................................................................................32
SECTION 6: POST-GRADUATION CONSIDERATIONS
.................................................................32
Licensure Considerations

.................................................................................................................................33
Post-Masters Professional Practice
....................................................................................................................33
Recommendation Letters for Graduates and Alumni
....................................................................................34
Appendix A: Forms and
Documents.............................................................................................................35
Appendix B: Clinical Competencies & Rubrics
................................................................................37
Attestation Form
.............................................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.

•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

_

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_

2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

—

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

—

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

—

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
.‗
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•ſ•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

$\overline{1}$

1
1

4

9

—

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6
‾
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

_

9

DATE:

0

5

0

0

0

TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'

2

TOES

3/12/23
MON

5

3

—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

DiREcT

7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

—

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_

2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

—

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

–

0
2

–

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

–

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•ɼ•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

_

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

'

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

—

9

DATE:

0

5

0

0

0

TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'

2

TOES

3/12/23
MON

5

3

_
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

_

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
................................................................................................................. 5
Purpose of the Clinical Fieldwork Training Manual
.................................................................................5
Accreditation
.................................................................................................................................5
CTC Program Mission Statement
.................................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
.................................................................................. 6
Fieldwork Training: What is Clinical Instruction?
.................................................................................6
Practicum and Internship
.................................................................................................................6
Practicum Fieldwork
Experience.................................................................................................6
Internship Fieldwork Experience
.................................................................................................6
Clinical Fieldwork: Terms and Language
.................................................................................................7
Additional Fieldwork Requirements for Concentration
Students.................................................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
.................................................... 8
Progression + Evaluation in Clinical Fieldwork
.................................................................................8
Evaluation of Competencies in Clinical Fieldwork
.................................................................8
Student Endorsement + Letters of
Reference...............................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
.................................................9
Conflict Resolution Process for Clinical Fieldwork
.................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
.........................9
Before Fieldwork Checklist
....................................................................................................9
During Fieldwork Checklist

......................................................................................11
General Logistics related to Clinical Fieldwork
..................................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
.........................................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
............................................................12
Student Identification During Clinical Fieldwork
.......................................................................13
Telemental Health and Clinical Fieldwork
.........................................................................13
Clinical Fieldwork Site + Supervisor Expectations
.........................................................................13
Clinical Fieldwork Site Eligibility
.......................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
............................................................14
Clinical Fieldwork Site Supervisor Application
.........................................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
...........................................................14
Required Site Visits during Practicum +
Internship.......................................................................14
Clinical Fieldwork Site Matching
Process................................................................... 15
Completion of Clinical Hours at Place of Employment
.......................................................... 15
Clearances, Malpractice Insurance + Professional
Membership................................................... 16
Pennsylvania Specific Requirements
.......................................................................... 16
Students Meeting Clinical Fieldwork Agency
Requirements........................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
........................................ 18
Recordkeeping and
Documentation........................................................................... 18
Student Responsibility
................................................................................... 18
Electronic Recordkeeping and Information Sharing
............................................................ 18
Students Clinical Fieldwork Tracking Logs
............................................................ 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
....................................................................... 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................... 20
Winter Term: Fieldwork + Supervision
............................................................ 20
Summer Term: Fieldwork + Supervision
............................................................ 20
Additional Fieldwork Training
Requirements........................................................ 21

Standardized Patient Experience & Actual Client Experience Assignment
........................................................ 21

Actual Client Experience Assignment
........................................................................................ 22

Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
........................ 23

SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
................................................... 24

Practicum
Overview.......................................................................................................
24

Required Practicum Activities
......................................................................... 24

Practicum
Courses.......................................................................................................
25

CTC 602: Pre-Practicum
........................................................................... 25

CTC 701: Practicum
I............................................................................. 26

Pre-Requisites for Practicum
Courses.......................................................... 26

Registering for Practicum Courses
.................................................................. 26

Practicum Placement Process + Procedures
.................................................... 26

The 5-Step Placement Process
........................................................................ 26

Practicum Student Action Items + Timeline
.................................................... 27

Additional Guidelines for Track-Up Students
.................................................... 28

SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
................................................... 29

Internship Overview
.......................................................................................... 29

Required Internship Activities
......................................................................... 29

Internship Courses
.......................................................................................... 30

CTC 791: Internship
I............................................................................. 30

CTC 792: Internship
II............................................................................. 30

Pre-Requisites for Internship Courses
.........................................................30

Registering for Internship Courses
.............................................................30

Internship Placement Process + Procedures
.............................................30

The 5-Step Internship Placement Process
.............................................31

Intern Students Action Items + Timeline
.............................................32

SECTION 6: POST-GRADUATION CONSIDERATIONS
.............................................32

Licensure Considerations

...............................................................................................................33
Post-Masters Professional Practice
................................................................................................33
Recommendation Letters for Graduates and Alumni
..............................................................................34
Appendix A: Forms and
Documents.........................................................................................35
Appendix B: Clinical Competencies & Rubrics
..................................................................37
Attestation Form
................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.

•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

DiREcT

7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

—

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

–
2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

_

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

–

0
2

–

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

–

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

_

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

_

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

‾

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

‾
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

—

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'

2

TOES

3/12/23
MON

5

3

_
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

'

–

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
...................................................................................................................... 5
Purpose of the Clinical Fieldwork Training Manual
...........................................................................5
Accreditation
...........................................................................................................................................5
CTC Program Mission Statement
.........................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
............................................................... 6
Fieldwork Training: What is Clinical Instruction?
............................................................................6
Practicum and Internship
......................................................................................................................6
Practicum Fieldwork
Experience................................................................................................6
Internship Fieldwork Experience
............................................................................................6
Clinical Fieldwork: Terms and Language
............................................................................................7
Additional Fieldwork Requirements for Concentration
Students.............................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
....................................... 8
Progression + Evaluation in Clinical Fieldwork
.................................................................................8
Evaluation of Competencies in Clinical Fieldwork
............................................................................8
Student Endorsement + Letters of
Reference...............................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
...................................................9
Conflict Resolution Process for Clinical Fieldwork
..........................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
.....................9
Before Fieldwork Checklist
.....................................................................................................................9
During Fieldwork Checklist

............................................................................................................11
General Logistics related to Clinical Fieldwork
.................................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
....................................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
.................................................12
Student Identification During Clinical Fieldwork
............................................................................13
Telemental Health and Clinical Fieldwork
.................................................................................13
Clinical Fieldwork Site + Supervisor Expectations
...............................................................................13
Clinical Fieldwork Site Eligibility
....................................................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
.................................................14
Clinical Fieldwork Site Supervisor Application
......................................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
.................................................14
Required Site Visits during Practicum +
Internship..................................................................14
Clinical Fieldwork Site Matching
Process................................................................................. 15
Completion of Clinical Hours at Place of Employment
................................................................. 15
Clearances, Malpractice Insurance + Professional
Membership................................................. 16
Pennsylvania Specific Requirements
.................................................................................. 16
Students Meeting Clinical Fieldwork Agency
Requirements.................................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
.................................. 18
Recordkeeping and
Documentation.................................................................................... 18
Student Responsibility
............................................................................................... 18
Electronic Recordkeeping and Information Sharing
.................................................... 18
Students Clinical Fieldwork Tracking Logs
............................................................. 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
....................................................................................... 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)........................................................... 20
Winter Term: Fieldwork + Supervision
.................................................................................. 20
Summer Term: Fieldwork + Supervision
.................................................................... 20
Additional Fieldwork Training
Requirements.................................................................. 21

Standardized Patient Experience & Actual Client Experience Assignment
....................................................... 21
Actual Client Experience Assignment
.................................................................................................... 22
Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
................. 23
SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
......................................................... 24
Practicum
Overview....................................................................................................
24
Required Practicum Activities
......................................................................................... 24
Practicum
Courses......................................................................................................
25
CTC 602: Pre-Practicum
............................................................................................ 25
CTC 701: Practicum
I........................................................................................... 26
Pre-Requisites for Practicum
Courses................................................................. 26
Registering for Practicum Courses
.................................................................... 26
Practicum Placement Process + Procedures
................................................... 26
The 5-Step Placement Process
.......................................................................... 26
Practicum Student Action Items + Timeline
....................................................... 27
Additional Guidelines for Track-Up Students
...................................... 28
SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
........................... 29
Internship Overview
......................................................................................................... 29
Required Internship Activities
........................................................................................ 29
Internship Courses
........................................................................................................ 30
CTC 791: Internship
I................................................................................... 30
CTC 792: Internship
II........................................................................... 30
Pre-Requisites for Internship Courses
....................................................30
Registering for Internship Courses
......................................................30
Internship Placement Process + Procedures
.....................................30
The 5-Step Internship Placement Process
.........................................31
Intern Students Action Items + Timeline
...............................................32
SECTION 6: POST-GRADUATION CONSIDERATIONS
.........................................32
Licensure Considerations

.................................................................................................................33
Post-Masters Professional Practice
.................................................................................................................33
Recommendation Letters for Graduates and Alumni
.........................................................................34
Appendix A: Forms and
Documents...............................................................................................35
Appendix B: Clinical Competencies & Rubrics
.........................................................................37
Attestation Form
.................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.
•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:

• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:

• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

DiREcT
7-• 2.0 -7 -75

( s2 .z5 a; re

niouf s nee

d/

eta sikEtt
•

J2, 1

C

(2
L Z.

.zc rdirer4,- \noun. necaec/

1

aro - rL
339 5 o

9/18/2022
Name:
SUN

Week Total

TOTAL to Date

Home

SAT

0
0
0
0
0
16
0
2
0
0
0
0
6
24

Alexia Stipa
FRID

0
0
0
0
0
8
0
2
0
0
0
0
2
12

THURS

0

TUES .

0

SUN

MON

0

SAT

7.5

Week Total
1
0
2
2.5
2
0
0
0
0
0
0

41.5

TOTAL to Date
1
2
5
4.5
5
0
0
0

0
0
0
17.5

4

1
6

FRID

0

19.5

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1
1
1

1

0

0

4

0

THURS

0

0

1

1
6

WED

4

0

1

0
TUES

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

0

10

INDIRECT Activity

3.5

0

1
1.5
1

0

9.5

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

TOTAL INDIRECT CONTACT:

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

IL

7..5
1 ,

!)

9/11/2022

4

THURS

2
6

4

FRID

0

SAT

0

SUN

Home

Week Total: TOTAL to Date
0
0
0
0
0
0
0
0
0
0
8
8
0
0
0
0
0
0
0
0
0
0
0
4
4

12 12

Alexia Stipa

2
6

Name:

0

TUES

0

MON

0

SUN

WED

Weekly and Cumulative Log of Internship Activity

-

Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

SAT

TOTAL to Date
0
2
3
2
3
0
0
0
0
0

0

FRID

10

THURS

0
0

WED

10

TUES '

0

MON

0

INDIRECT Activity

6

1
2
1
2

4

1
1
1
1

0

Week Total
0
2
3
2
3
0
0
0

0

0
0

Site Supervision (Individual or triadic))

Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

22

;.

0

•

• ,.!0

•

12

'

10

ralY/a')-

:
0

DATE:

0

ci-62,-62r Ad-

e_

0

7- ei

TOTAL HOURS

SUPERVISOR SIGNATURE:

I2

Weekly and Cumulative Log of Internship
Activ
Week Ending:
DIRECT Activity

9/25/2022

MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

TUES

WED

ity
Home

Name:

4

4

6

1

2

2

FRID

THURS

SAT

SUN

Week Total
0
0
0
5
0
14
0

0
0
0
0

_

SAT

FRID

THURS

WED

TUES

MON

0

5

6

0

8

0

1

1
2

1
2

1

1

I

1

1
I
1
2

I

1

5

1

_

13

0

I

I

I

1

0

0

5

6

0

TOTAL to Date

_
2
0
0
0
4
0
41

19 .

SUN

Week Total

TOTAL to Date
4
0
8
7.5
11
0
7
0

1
0
3
3
6
0
3
0

0

0

0

10

12

0

0
0
0
5
a
30
0

0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)

0

TOTAL INDIRECT CONTACT:

I

78.5

35

0
0
0
37.5

_ 16 •

0
0

Other

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

_

11.5

4/12/2023

DATE:

[

10/2/2022
TUES

Name:
THURS
FRID

TOTAL to Date

Home

Week Total

Alexia Stipa
SUN

43

SAT

0
0

0

0

0
0
10

0
3
4
19

2

0

TOTAL to Date

4

1
1
0

Week Total

MON

4

1
1

5

SUN

1

7

SAT

1

0

FRID

0

2
0

2
7

THURS

1

0
0
0
0
0
26
0
4

0
0
0
3
10

0

WED
1

TUES

1
2

0

0

29.5

10.5

0

7

28

0
0

2

5

0

1
1

2

0

1
1.5

2
2
6
8.5
9.5
0

MON

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity . -::.-j. Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0
0

0

10

0
3.5

9

_

1
0
1
4
4.5
0
0
0
0
0

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10.5

rz0/4//x)

0

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1

1
1,
lActic c "I

6.

Weekly and Cumulative Log of Internship Activity
Horne

Week Ending:
DIRECT Activity

10/9/2022
MON

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)

I

TUES

WED

1

Name:

% .tcL5T-' )•€` 1\1
:11-4e2'
2

2

FRID

THURS

SAT

SUN

Week Total
5
0
0
0
0

Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

6

4

4

14

0
0
0

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:
INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)

TUES

MON

7

0

—

0

I
I

I

WED

6
THURS

6
FRID

1
1
1

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

0

I
I

4

_

TOTAL to Date
S
0
0
5
0
S4

0

79

0
0
0
0
19

0

0

1
1
1
1

1
1

_

0
2

_

1

6
0
12

140.5

31

0

0

10

61.5

3
3
0
3
0
0
0
0
12

0

0

4

1

_

4

0

TOTAL INDIRECT CONTACT:

10

4
a
0

0
7
4

TOTAL to Date

Week Total

SUN

SAT

1

1

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

11

0

TOTAL HOURS

SUPERVISOR SIGNATURE:

DATE:

I

/

-33 a Ircc

15
17.5
0
11
0
0
0
0

4/12/2023

10/16/2022

4

THURS
2

6

4

FRID
2

0

SAT

SUN

0

SUN

KtiNAVD

TUES
1

6

SAT

(2- (

6

0

FRID

Name:

7

WED

WED

0
TUES

MON

MON

THURS
1

0

34.5

Week Total
1

0
3
3
5.5
0
3
0
0
0
0
15.5

Week Total
5
0
0
0
0
14
0
0
0
0
0
0
19

.

TOTAL to Date
7
0
15
18
._
23
0
14
0
0
0
0
77

TOTAL to Date
10
0
0
5
0
68
0
4
0
0
0

7
4
98

Home

0

0

,

1
1
2

5

0

1

6

11

DATE;

12

-

1
1
2

0

1
1
1.5

i

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)

Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

4.5

0

1

0

11.5

1

TOTAL INDIRECT CONTACT:

0

Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

7,C

1/15/2023

1

THURS

Name:
WED

2

2

1

TOTAL to Date

Home

Week Total

41
0
0
59.5
0
69
0
5
0
1
9
10
17

SUN

211.5

SAT

3
0
0
12
0
1
0
0
0
1
3
0
4

FRID

Weekly and Cumulative Log of Internship Activity
Week Ending:
TUES
1

MON

3

24

1

3

1

0

1

0

1

6

1
4

2

DIRECT Activity

3

_

4

TOTAL to Date

1
6

Week Total

4

SUN

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

1

THURS

'.

12

2
22
21
52
0
20
34
0
0
4

.

1
0
0
3
6
0
1
6
0
0
0

ziK

•r•

167
41

17

SAT

WED

0

2

2

0

1

4

8

1

5

8

2

2

9

1
3

8

DATE:

0

FRID

TUES

2
1

1

4
8

1
1

MON

—

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
TOTAL HOURS

SUPERVISOR SIGNATURE:

1.-Adirt

10 .2.S'

1/22/2023

1

WED

Name:
THURS

FRID
SAT

CA, •
SUN

6()&

Home

Week Total TOTAL to Date
44
0
0
64.5
0
69
0
5
0
3
10
10
17
222.5

2

TUES

3
0
0
5
0
0
0
0
0
2
1
0
0
11

MON

0

Week Total

_

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

1

SUN

1

1

0

SAT

2

2

FRID

2

3

THURS

1
0
0
0
8
0
0
3
0
0
0
12

1

0

23

2

5

WED

r

0

TUES

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-1n Phone Calls with Client or Family
Consultation with Client System
Other

MON

TOTAL DIRECT CONTACT:

INDIRECT Activity

3

0

3

3

0

4

1

1

0

3

5

3

1

TOTAL to Date
13
2
22
21

60
0
....
20
37
0
0
4
179
3

8

—

0

8

DATE:

z:c

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
_____
TOTAL INDIRECT CONTACT:

N&)

TOTAL HOURS 0
SUPERVISOR SIGNATURE:

I

I)

I

17.

(

4,

•

1/29/2023

SAT

SUN

Name:

Weekly and Cumulative Log of Internship Activity
Week Ending:
WED
FRID
3.5

TUES
THURS

1

0

MON

2

1

0

SUN

DIRECT Activity

5

1

5.5

SAT

Week Total
5.5

1

1

3

FRID

0
0
0
11
0
3
6

0
0
0
21

TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other

1

1

1

6

THU RS
1

2

0

43.5

1

1
1

4

WED

2

1
2

0

0

intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)

Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
1
4
TUES

3

1
1

5

0

Home
_...

TOTAL to
Date_
49.5
0
0
73.5
0
69
0
5
0
4
15
10
19
245

MON

2

5

10.5

0
0
9
0
0

0
0
0
1
5
0
2
22.5

2

2

3

8

Week Total

‾
1

1
1

4

9

‾

4

8

TOTAL to Date
14
2
22 _
21
71
0
23
43
0
0
4
200
TOTAL INDIRECT CONTACT:

8

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

THURS

4

FRID

0

Name:

3

1

0

SUN

2/5/2023
WED

1

1
7

SAT

SUN

1

1
5

FRID

TUES

1

1

THURS

MON

1
1

6

WED
1

SAT

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity

2
TUES

3

2

1

1

Week Total

1
0
3.5
0
7.5
0
1
1.5
0
0
0

Week Total

4
0
0
10
----0
0
0
0
1
4
0
2
21

Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family

Consultation with Client System
Other
TOTAL DIRECT CONTACT:
MON

INDIRECT Activity

1

14.5

1.5

0

35.5

1

0

0

1

1

0

3

3

8

1

7

8

1.5

2

8

1

1.5

8

1.5

Site Supervision (Individual or triadic))
Site Supervision (group)

Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:
3.5

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

Home

TOTAL to Date
53.5
0
0
83.5
0
69
0
5
0
5
19
10
21
266

TOTAL to Date
15
2
25.5
21
78.5
0
24
44.5
0
0
4
214.5

Direc

2/ 12/2023
Name:
THURS
FRID
SAT

SUN

Home

TOTAL to Date

TUES

Week Total

MON

o

53,5
0
2

0
0
8

107.5
0
69
0
5
0
6
25
10
21

5

297

5

0
24
0
0
0
0
0
1
6
0
0

2

31

2

0

TOTAL to Date

1

3

Week Total

1

9

SUN

1

6

SAT

1

6

FRID
1

1
1

4

THURS

1

1
1
4
0
9
0
1
3
0
0
0
19

1

0

50

1

1

3

WED

1

1

1

0

2

2

4

4

233.5
.540

---

TUES

2

2

5

11

3

2

11

0

16
3
29.5
21
87.5
0
25
47.5
0

4

8

DATE:

8

1

2

5
8

eibe ay__

:' .

MON
1

_

WED

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance (CHILD)
PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

TOTAL HOURS

SUPERVISOR SIGNATURE:

1); red-

MON

4

TUES

1
1

5

WED

0

THURS

FRID

0

FRID

SAT

0

SAT

SUN

0

SUN

Ck_

3

1
1
7

THURS

Name:

1
1
6

WED

3

8
TUES

2/19/2023

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
Psycho Education/Guidance (CHILD)
Psycho Education/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check-In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECT Activity

0

0

0

0

0

1

0

0

_

MON
1

2

1

0

1

3

8

1

2

9

Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research
Program Evaluation Activities (Impact Project)
Other
TOTAL INDIRECT CONTACT:

10

DATE:

TOTAL HOURS

SUPERVISOR SIGNATURE:

.

Home

.: ,.. ..,.
,57:

'Ti

TOTAL to Date
17
3
29.5
21
91.5
0
26
47.5
0
0
4
239.5

Week Total TOTAL to Date
0

53.5
0
0
0
0
12
119.5
0
0
3
72
0
0
0
5
0
0
0
6

‾
3
28
3
13
0
21
21
318
Week Total
1
0
0
0
4
0
1
0
0
0
0
6
27

Inc)irce

2/26/23
TUES
WED

Name:
TOURS
FRID

5

SAT

0

5

7

MON

6

-

6

-

7

FRID

1

0

THURS

1_

0

WED

1

TuEs

2

---3215•7.1

MON

1

1

,,Y,.....

SAT

,

ri

-

Week0 Total

0
0
16
0
0

Home

TOTAL to Date

16

0

-,

0

0

1
3

0

0

20

0

0

3

0

0

0

0

—

0

0

20

TOTAL to Date

0

0

0
4

0

0

0

0

0

0

0

0

1

0

0

4

0

1

1

0

Week Total

,

SUN

SUN

Alexia Stipa

Weekly and Cumulative Log of Internship Activity
Week Ending: ,
DIRECT Activity
Intake/Initial Intervi ew (ADULT)
Intake/Initial Intervie w (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling
(CHILD)
Small Group Counseling (ADULT
)
PsychoEducation/Guiciance (CHILD)

PsychoEducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site. Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., Tx Planning, Case notes)
Advocacy

-

0

0

25

25

0

0
1

0

Other
2

0

Case Related Research
Program Evaluation Activities (Impact Project)
2

8

5

0

8

0

Coordination (with others/activities),
Professional Development

—

9

DATE:

0

5

0

0

0
TOTAL INDIRECT CONTACT: _

TOTAL HOURS

SUPERVISOR SIGNATURE:

'
2

TOES

3/12/23
MON

5
3
_
—

Name:
THURS
1

3

1

FRID

4

1

5

I
WED

4

1

5

1

6

1

6

FRID

1
6

THURS

1

1

WED

2

1

TOES

1

MON
1

1

3

1

3

8

1

4

8

1

2

10

3

2

8

-

_

SAT

Home

0

0

60

0

0

Week,. Total , TOTAL 2to Date

Alexia Stipa
SUN

18

0

0

3

0

-

0
3

.—

2

0

0

13

2.5

82.5

..

.-

0
0
0
0
5
0
28

1
0

6

1

1
0

IS

1

1

0

2

6
0

0
4
0

1

0

0

28

0
14

110.5

C,)

42

0

0

1

3

0

,

‒

TOTAL to Date

0

Week Total

0

0

SUN

0

SAT

-

Weekly and Cumulative Log of Internship Activity
Week Ending:
DIRECT Activity
Intake/Initial Interview (ADULT)
Intake/Initial Interview (CHILD)
Individual Counseling (CHILD)
Individual Counseling (ADULT)
Small Group Counseling (CHILD)
Small Group Counseling (ADULT)
PsychoEducation/Guidance. (CHILD)
Psychaducation/Guidance (ADULT)
Assessment (CHILD)
Assessment (ADULT)
Check -In Phone Calls with Client or Family
Consultation with Client System
Other
TOTAL DIRECT CONTACT:

INDIRECTActivity
Site Supervision (Individual or triadic))
Site Supervision (group)
Case Management Activities
Support Activities (e.g., lesson planing)
Documentation (e.g., lx Planning, Case notes)
Advocacy
Coordination (with others/activities),
Professional Development
Case Related Research

TOTAL INDIRECT CONTACT:

8

Program Evaluation Activities (Impact Project)
Other

TOTAL HOURS

SUPERVISOR SIGNATURE:

-1,(breck

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall
Date: Tue, 28 Feb 2023 11:36:32 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Ronson 122
Class: X-PERSONAL
Date Created: 2023-03-15 07:19:25 +0000
Date Modified: 2023-03-15 07:19:25 +0000
Priority: 5
DTSTAMP: 2023-02-28 11:36:32 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall
Date: Tue, 28 Feb 2023 11:36:32 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Ronson 122
Class: X-PERSONAL
Date Created: 2023-03-15 07:19:27 +0000
Date Modified: 2023-03-15 07:19:27 +0000
Priority: 5
DTSTAMP: 2023-02-28 11:36:32 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall
Date: Mon, 20 Mar 2023 15:47:42 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2023-03-21 20:30:00 +0000
End Date: 2023-03-21 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-04-04 16:02:26 +0000
Date Modified: 2023-04-04 16:02:26 +0000
Priority: 5
DTSTAMP: 2023-03-20 15:47:36 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

  <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall
Date: Tue, 28 Feb 2023 11:36:32 +0000
Importance: Normal
Attachments: unnamed
Inline-Images: image001.png

We look forward to seeing you,

Here is the zoom link information

Sheryl Cooley is inviting you to a scheduled Zoom meeting.

Topic: CTC Town Hall
Time: Feb 28, 2023 04:30 PM Eastern Time (US and Canada)

Join Zoom Meeting

https://Jefferson.zoom.us/j/91572280879

Meeting ID: 915 7228 0879

The CTC Faculty and Staff

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Ronson 122
Class: X-PERSONAL
Date Created: 2023-04-18 05:28:13 +0000
Date Modified: 2023-04-18 05:28:14 +0000
Priority: 5
DTSTAMP: 2023-02-28 11:36:32 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

    <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

cid:image003.png@01D8C2B2.FAE77670

We look forward to seeing you,

Here is the zoom link information

    Sheryl Cooley is inviting you to a scheduled Zoom meeting.

Topic: CTC Town Hall
Time: Feb 28, 2023 04:30 PM Eastern Time (US and Canada)

Join Zoom Meeting

https://Jefferson.zoom.us/j/91572280879

Meeting ID: 915 7228 0879

The CTC Faculty and Staff

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall
Date: Tue, 28 Feb 2023 11:36:32 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Ronson 122
Class: X-PERSONAL
Date Created: 2023-03-15 07:19:26 +0000
Date Modified: 2023-03-15 07:19:26 +0000
Priority: 5
DTSTAMP: 2023-02-28 11:36:32 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall -Last one for Spring Semester
Date: Fri, 07 Apr 2023 14:57:50 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall -Last one for Spring Semester
Start Date: 2023-04-18 20:30:00 +0000
End Date: 2023-04-18 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-05-07 09:55:10 +0000
Date Modified: 2023-05-07 09:55:10 +0000
Priority: 5
DTSTAMP: 2023-04-07 14:57:46 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>,
"Nicole G. Johnson" <johnsonn@philau.edu>, Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, "Yoon suh Moh" <Yoonsuh.Moh@jefferson.edu>,
"Amanda Arcomano (Student)" <Amanda.Arcomano@students.jefferson.edu>, "Hannah
Beck (Student)" <Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"

<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>

Subject: CTC Town Hall
Date: Wed, 22 Feb 2023 19:01:35 +0000
Importance: Normal
Attachments: unnamed
Inline-Images: image001.png


We look forward to seeing you,
The CTC Faculty and Staff

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: TBD
Class: X-PERSONAL
Date Created: 2023-04-18 05:27:50 +0000
Date Modified: 2023-04-18 05:27:50 +0000
Priority: 5
DTSTAMP: 2023-02-22 19:01:28 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

  <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>
cid:image003.png@01D8C2B2.FAE77670
We look forward to seeing you,
The CTC Faculty and Staff

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall
Date: Mon, 20 Mar 2023 15:47:42 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2023-03-21 20:30:00 +0000
End Date: 2023-03-21 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-04-04 16:02:27 +0000
Date Modified: 2023-04-04 16:02:27 +0000
Priority: 5
DTSTAMP: 2023-03-20 15:47:36 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

&lt;Colleen.Boyle@students.jefferson.edu&gt;, "Ryan Gilchrist (Student)"
&lt;Ryan.Gilchrist@students.jefferson.edu&gt;, "Veronica Harvey (Student)"
&lt;Veronica.Harvey@students.jefferson.edu&gt;, "Julianna MacGregor (Student)"
&lt;Julianna.MacGregor@students.jefferson.edu&gt;, "Shannon Clark (Student)"
&lt;Shannon.Clark@students.jefferson.edu&gt;, "Yasmeen Collins (Student)"
&lt;Yasmeen.Collins@students.jefferson.edu&gt;, "Patricia Gilbert (Student)"
&lt;Patricia.Gilbert@students.jefferson.edu&gt;, "Christine Eisenberg (Student)"
&lt;Christine.Eisenberg@students.jefferson.edu&gt;, "Spring Gass (Student)"
&lt;Spring.Gass@students.jefferson.edu&gt;, "Maren Kirk (Student)"
&lt;Maren.Kirk@students.jefferson.edu&gt;, "Jenna Loz (Student)"
&lt;Jenna.Loz@students.jefferson.edu&gt;, "Tanya Moore (Student)"
&lt;Tanya.Moore@students.jefferson.edu&gt;, "Benjamin Solensky (Student)"
&lt;Benjamin.Solensky@students.jefferson.edu&gt;, "Alexia Stipa (Student)"
&lt;Alexia.Stipa@students.jefferson.edu&gt;, "Devon Woosnam (Student)"
&lt;Devon.Woosnam@students.jefferson.edu&gt;, "Sabrina Bounader (Student)"
&lt;Sabrina.Bounader@students.jefferson.edu&gt;, "Renae Gross (Student)"
&lt;Renae.Gross@students.jefferson.edu&gt;, "Samantha Hovatter (Student)"
&lt;Samantha.Hovatter@students.jefferson.edu&gt;, "Theophilus Ijeboi (Student)"
&lt;Theophilus.Ijeboi@students.jefferson.edu&gt;, "Zumana Noor (Student)"
&lt;Zumana.Noor@students.jefferson.edu&gt;, "Samara Perez (Student)"
&lt;Samara.Perez@students.jefferson.edu&gt;, "Glory Munthali (Student)"
&lt;Glory.Munthali@students.jefferson.edu&gt;, "Liz-El Black (Student)" &lt;LizEl.Black@students.jefferson.edu&gt;, "Julia Czmar (Student)"
&lt;Julia.Czmar@students.jefferson.edu&gt;, "Alexa Dimino (Student)"
&lt;Alexa.Dimino@students.jefferson.edu&gt;, "Jaclyn Mulvihill (Student)"
&lt;Jaclyn.Mulvihill@students.jefferson.edu&gt;, "Mira Treatman (Student)"
&lt;Mira.Treatman@students.jefferson.edu&gt;, "Michelle Tulik (Student)"
&lt;Michelle.Tulik@students.jefferson.edu&gt;, "Alexandria Barth (Student)"
&lt;Alexandria.Barth@students.jefferson.edu&gt;, "Amanda Farese 2 (Student)"
&lt;Amanda.Farese2@students.jefferson.edu&gt;, "Jacey Ludlam (Student)"
&lt;Jacey.Ludlam@students.jefferson.edu&gt;, "Melissa Paolercio (Student)"
&lt;Melissa.Paolercio@students.jefferson.edu&gt;, "Alexandria Puls (Student)"
&lt;Alexandria.Puls@students.jefferson.edu&gt;, "Elizabeth Weiss (Student)"
&lt;Elizabeth.Weiss@students.jefferson.edu&gt;, "Elvira Babenko (Student)"
&lt;Elvira.Babenko@students.jefferson.edu&gt;, "Nicole Barlow (Student)"
&lt;Nicole.Barlow@students.jefferson.edu&gt;, "Evan Coder (Student)"
&lt;Evan.Coder@students.jefferson.edu&gt;, "Emily Karras (Student)"
&lt;Emily.Karras@students.jefferson.edu&gt;, "Elisabeth Legge (Student)"
&lt;Elisabeth.Legge@students.jefferson.edu&gt;, "Emily McGuigan (Student)"
&lt;Emily.McGuigan@students.jefferson.edu&gt;, "Elizabeth Tutolo (Student)"
&lt;Elizabeth.Tutolo@students.jefferson.edu&gt;, "Amy Dugan (Student)"
&lt;Amy.Dugan@students.jefferson.edu&gt;, "Danielle Figueroa (Student)"
&lt;Danielle.Figueroa@students.jefferson.edu&gt;, "Caroline Kuzoian (Student)"
&lt;Caroline.Kuzoian@students.jefferson.edu&gt;, "Ada Opara (Student)"
&lt;Ada.Opara@students.jefferson.edu&gt;, "Christy Osborne (Student)"
&lt;Christy.Osborne@students.jefferson.edu&gt;, "Abigail Taylor (Student)"
&lt;Abigail.Taylor@students.jefferson.edu&gt;, "Sarah Slate (Student)"
&lt;Sarah.Slate@students.jefferson.edu&gt;, "Annaliese Berkenstock (Student)"
&lt;Annaliese.Berkenstock@students.jefferson.edu&gt;, "Myashia Walker (Student)"
&lt;Myashia.Walker@students.jefferson.edu&gt;, "DeAnna Meckling-Peruto (Student)"
&lt;DeAnna.Meckling-Peruto@students.jefferson.edu&gt;, Amanda Helman
&lt;Amanda.Helman@jefferson.edu&gt;, "Alaina Marshall (Student)"
&lt;Alaina.Marshall@students.jefferson.edu&gt;, Laura Dawson-Fend &lt;Laura.DawsonFend@jefferson.edu&gt;

Cc: "wraithrw@gmail.com" <wraithrw@gmail.com>
Subject: CTC Town Hall -Last one for Spring Semester
Date: Tue, 18 Apr 2023 16:33:04 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall -Last one for Spring Semester
Start Date: 2023-04-18 20:30:00 +0000
End Date: 2023-04-18 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306 or zoom https://jefferson.zoom.us/j/91572280879
Class: X-PERSONAL
Date Created: 2023-05-07 09:55:22 +0000
Date Modified: 2023-05-07 09:55:22 +0000
Priority: 5
DTSTAMP: 2023-04-18 16:32:59 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>;
wraithrw@gmail.com <wraithrw@gmail.com>
Alarm: Display the following message 15m before start
Reminder

Event: CTC Town Hall -Last one for Spring Semester
Start Date: 2023-04-18 20:30:00 +0000
End Date: 2023-04-18 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-07-22 05:20:27 +0000
Date Modified: 2023-07-22 05:20:27 +0000
Priority: 5
DTSTAMP: 2023-04-07 14:57:46 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>;
wraithrw@gmail.com <wraithrw@gmail.com>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall -Last one for Spring Semester
Date: Fri, 07 Apr 2023 14:57:50 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall -Last one for Spring Semester
Start Date: 2023-04-18 20:30:00 +0000
End Date: 2023-04-18 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-07-22 05:20:27 +0000
Date Modified: 2023-07-22 05:20:27 +0000
Priority: 5
DTSTAMP: 2023-04-07 14:57:46 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

  <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Subject: CTC Town Hall
Date: Mon, 20 Mar 2023 15:12:31 +0000
Importance: Normal
Attachments: unnamed
Inline-Images: image001.png

We look forward to seeing you,
Here is the zoom link information
Topic: CTC Town Hall
Time: Feb 28, 2023 04:30 PM Eastern Time (US and Canada)
Join Zoom Meeting
https://Jefferson.zoom.us/j/91572280879
Meeting ID: 915 7228 0879
The CTC Faculty and Staff

Event: CTC Town Hall
Start Date: 2023-03-21 20:30:00 +0000
End Date: 2023-03-21 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-07-22 05:21:17 +0000
Date Modified: 2023-07-22 05:21:17 +0000
Priority: 5
DTSTAMP: 2023-03-20 15:12:24 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
We look forward to seeing you,
Here is the zoom link information
Topic: CTC Town Hall
Time: Feb 28, 2023 04:30 PM Eastern Time (US and Canada)
Join Zoom Meeting
https://Jefferson.zoom.us/j/91572280879
Meeting ID: 915 7228 0879
The CTC Faculty and Staff
cid:image003.png@01D8C2B2.FAE77670

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: Town Hall Meeting-Clinical
Date: Thu, 21 Oct 2021 15:36:51 +0000

Importance: Normal
Attachments: unnamed

Event: Town Hall Meeting-Clinical
Start Date: 2021-10-25 22:00:00 +0000
End Date: 2021-10-25 23:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom: https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:29 +0000
Date Modified: 2022-08-20 20:36:29 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:36:44 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

   <Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)

    <Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)

<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: "Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)" <Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)" <Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)" <DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)" <Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)" <Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)" <Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>, "Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)" <Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)" <Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)" <Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)" <Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)" <Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)" <Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)" <Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)" <Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)" <Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>, "Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)" <Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)" <Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)" <Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)" <Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)" <Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)" <Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)" <Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)" <Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)" <Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)" <Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)" <Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)" <Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)" <Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)" <Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)" <Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum <Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)" <Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)" <Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)" <Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)" <Preya.John@students.jefferson.edu>, "Sarah Hill (Student)" <Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)" <Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)" <Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)" <Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)" <Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)" <Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)" <Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)" <Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)" <Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)" <Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)" <Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"

    <Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Angelle Richardson
<Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K" <brandoffr@philau.edu>,
Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G" <johnsonn@philau.edu>,
Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Subject: CTC First Fall Semester Town Hall Meeting
Date: Thu, 09 Sep 2021 21:02:43 +0000

Importance: Normal
Attachments: unnamed

Event: CTC First Fall Semester Town Hall Meeting
Start Date: 2021-09-13 22:00:00 +0000
End Date: 2021-09-13 23:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-20 15:13:32 +0000
Date Modified: 2022-08-20 15:13:32 +0000
Priority: 5
DTSTAMP: 2021-09-09 21:02:40 +0000
Attendee: Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)

 <Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)

<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)

<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>", "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>", "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>", "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>", "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>", "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>", "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>", "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>", "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>", "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>", "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>", "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>", "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>", "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>", "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>", "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>", "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>", "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>", "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>", "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>", "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>", "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>", "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>", "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>", "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>", "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>", "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>", "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>", "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>", "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>", "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>", "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>", "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>", "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>", "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>", "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>", "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>", "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>", "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>", "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>", "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>", "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>", "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>", "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>", "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>", "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>", "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>", "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>", "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>", "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall- Clinical
Date: Thu, 21 Oct 2021 15:43:07 +0000

Importance: Normal
Attachments: unnamed

Event: CTC Town Hall- Clinical
Start Date: 2021-11-22 23:00:00 +0000
End Date: 2021-11-23 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom: https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:30 +0000
Date Modified: 2022-08-20 20:36:30 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:43:01 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)

    <Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)

<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina
Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall- Clinical
Date: Thu, 21 Oct 2021 15:43:07 +0000

Importance: Normal
Attachments: unnamed

Event: CTC Town Hall- Clinical
Start Date: 2021-11-22 23:00:00 +0000
End Date: 2021-11-23 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom: https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:31 +0000
Date Modified: 2022-08-20 20:36:31 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:43:01 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

   <Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)

    <Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)

<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall Meeting
Date: Thu, 21 Oct 2021 15:39:53 +0000

Importance: Normal
Attachments: unnamed

Event: CTC Town Hall Meeting
Start Date: 2021-11-08 23:00:00 +0000
End Date: 2021-11-09 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:30 +0000
Date Modified: 2022-08-20 20:36:30 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:39:46 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student) <Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student) <Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student) <DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student) <Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student) <Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student) <Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student) <Julia.Smith@students.jefferson.edu>; Leila Safford (Student) <Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student) <Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student) <Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student) <Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student) <Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student) <Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student) <Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student) <Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student) <Linda.Math@students.jefferson.edu>; Makenna Sacco (Student) <Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student) <Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student) <Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student) <Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student) <Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student) <Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student) <Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student) <Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student) <Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student) <Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student) <Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student) <Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student) <Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum <Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

   <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall- Clinical
Date: Thu, 21 Oct 2021 15:43:07 +0000

Importance: Normal
Attachments: unnamed

Event: CTC Town Hall- Clinical
Start Date: 2021-11-22 23:00:00 +0000
End Date: 2021-11-23 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom: https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:31 +0000
Date Modified: 2022-08-20 20:36:32 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:43:01 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)

<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)

<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>", "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>", "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>", "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>", "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>", "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>", "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>", "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>", "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>", "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>", "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>", "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>", "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>", "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>", "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>", "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>", "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>", "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>", "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>", "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>", "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>", "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>", "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>", "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>", "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>", "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>", "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>", "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>", "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>", "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>", "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>", "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>", "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>", "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>", "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>", "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>", "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>", "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>", "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>", "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>", "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>", "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>", "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>", "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>", "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>", "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>", "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>", "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>", "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>", "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall
Date: Thu, 21 Oct 2021 15:47:34 +0000

Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2021-12-06 23:00:00 +0000
End Date: 2021-12-07 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:32 +0000
Date Modified: 2022-08-20 20:36:32 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:47:27 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

   <Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

  <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall
Date: Thu, 21 Oct 2021 15:47:34 +0000

Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2021-12-06 23:00:00 +0000
End Date: 2021-12-07 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:33 +0000
Date Modified: 2022-08-20 20:36:33 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:47:27 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

   <Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

  <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall - Clinical
Date: Thu, 21 Oct 2021 15:50:38 +0000

Importance: Normal
Attachments: unnamed

Event: CTC Town Hall - Clinical
Start Date: 2021-12-13 23:00:00 +0000
End Date: 2021-12-14 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:33 +0000
Date Modified: 2022-08-20 20:36:33 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:50:31 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

  <Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

  <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K"
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson, Nicole G"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall - Clinical
Date: Thu, 21 Oct 2021 15:50:38 +0000

Importance: Normal
Attachments: unnamed

Event: CTC Town Hall - Clinical
Start Date: 2021-12-13 23:00:00 +0000
End Date: 2021-12-14 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 20:36:34 +0000
Date Modified: 2022-08-20 20:36:34 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:50:31 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

 <Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum (Student)
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K" <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson,
Nicole G" <johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby
Wycoff <Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>, "Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>,
"Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)"
<Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)" <Caitlin.Gross@students.jefferson.edu>,
"DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)" <Jean.Bastian@students.jefferson.edu>, Jessica
Lopez <Jessica.Lopez3@jefferson.edu>, "Jie Bin
Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)" <Julia.Smith@students.jefferson.edu>,
"Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)" <Madelene.Pierre@students.jefferson.edu>,
"Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)" <Xavier.Vele@students.jefferson.edu>,
"Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel
<Erica.Patel@jefferson.edu>, "Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math
(Student)" <Linda.Math@students.jefferson.edu>,
"Makenna Sacco (Student)" <Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro
(Student)" <Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)" <Rhea.Beera@students.jefferson.edu>,
"Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)" <Allyson.Caputa@students.jefferson.edu>,
"Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)" <Annaya.Ahmand@students.jefferson.edu>,
"Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)" <Emily.McGuigan@students.jefferson.edu>,
"Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)" <Jacqueline.Huynh@students.jefferson.edu>,
"Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)" <Kelsey.Paparo@students.jefferson.edu>,
Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)" <Maya.Hansell@students.jefferson.edu>, "Meghan
Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)" <Mirabela.Montell@students.jefferson.edu>,
"Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)" <Sarah.Hill@students.jefferson.edu>, "Sophia Bullard
(Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)" <Stephanie.Paley@students.jefferson.edu>,
"Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)" <Amanda.Helman@students.jefferson.edu>,
"Darrell Williams (Student)"

<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)" <Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)" <Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)" <Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)" <Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)" <Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)" <Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)" <Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)" <Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)" <Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)" <Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)" <Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)" <Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)" <Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)" <Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)" <Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)" <Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)" <Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)" <Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)" <Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)" <Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)" <Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)" <Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall - Clinical
Date: Thu, 21 Oct 2021 15:50:38 +0000
Importance: Normal

Attachments: unnamed
Inline-Images: image001.png; image002.png; image001(1).png

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

--

Event: CTC Town Hall - Clinical
Start Date: 2021-12-13 23:00:00 +0000
End Date: 2021-12-14 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 23:11:50 +0000
Date Modified: 2022-08-20 23:11:51 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:50:31 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C671.D8CEE200

    --

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K" <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson,
Nicole G" <johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby
Wycoff <Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>, "Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>,
"Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)"
<Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)" <Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)" <Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>, "Jie Bin
Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)" <Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)" <Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)" <Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel
<Erica.Patel@jefferson.edu>, "Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)" <Linda.Math@students.jefferson.edu>,
"Makenna Sacco (Student)" <Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro
(Student)" <Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)" <Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)" <Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)" <Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)" <Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)" <Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)" <Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)" <Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)" <Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)" <Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)" <Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)" <Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"

<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)" <Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)" <Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)" <Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)" <Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)" <Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)" <Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)" <Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)" <Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)" <Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)" <Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)" <Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)" <Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)" <Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)" <Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)" <Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)" <Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)" <Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)" <Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)" <Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)" <Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)" <Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)" <Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall
Date: Thu, 21 Oct 2021 15:47:34 +0000
Importance: Normal

Attachments: unnamed
Inline-Images: image001.png; image002.png; image001(1).png

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Event: CTC Town Hall
Start Date: 2021-12-06 23:00:00 +0000
End Date: 2021-12-07 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-20 23:11:51 +0000
Date Modified: 2022-08-20 23:11:51 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:47:27 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C671.6B486670

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K" <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson,
Nicole G" <johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby
Wycoff <Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>, "Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)" <Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)" <Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)" <Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>, "Jie Bin
Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)" <Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)" <Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)" <Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)" <Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)" <Elizabeth.Sussman@students.jefferson.edu>, Erica Patel
<Erica.Patel@jefferson.edu>, "Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)" <Linda.Math@students.jefferson.edu>,
"Makenna Sacco (Student)" <Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)" <Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro
(Student)" <Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)" <Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)" <Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)" <Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)" <Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)" <Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)" <Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)" <Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)" <Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)" <Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)" <Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)" <Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"

&lt;Darrell.Williams@students.jefferson.edu&gt;, "Maria Harley (Student)" &lt;Maria.Harley@students.jefferson.edu&gt;, "Tyerra Griffin (Student)"
&lt;Tyerra.Griffin@students.jefferson.edu&gt;, "Elvira Babenko (Student)" &lt;Elvira.Babenko@students.jefferson.edu&gt;, "Nicole Barlow (Student)"
&lt;Nicole.Barlow@students.jefferson.edu&gt;, "Alexandria Barth (Student)" &lt;Alexandria.Barth@students.jefferson.edu&gt;, "Liz-El Black (Student)" &lt;LizEl.Black@students.jefferson.edu&gt;, "Sabrina Bounader (Student)"
&lt;Sabrina.Bounader@students.jefferson.edu&gt;, "Colleen Boyle (Student)"
&lt;Colleen.Boyle@students.jefferson.edu&gt;, "Shannon Clark (Student)" &lt;Shannon.Clark@students.jefferson.edu&gt;, "Evan Coder (Student)"
&lt;Evan.Coder@students.jefferson.edu&gt;, "Yasmeen Collins (Student)" &lt;Yasmeen.Collins@students.jefferson.edu&gt;, "Julia Czmar (Student)"
&lt;Julia.Czmar@students.jefferson.edu&gt;, "Michelle DiLullo (Student)" &lt;Michelle.DiLullo@students.jefferson.edu&gt;, "Alexa Dimino (Student)"
&lt;Alexa.Dimino@students.jefferson.edu&gt;, "Amy Dugan (Student)" &lt;Amy.Dugan@students.jefferson.edu&gt;, "Christine Eisenberg (Student)"
&lt;Christine.Eisenberg@students.jefferson.edu&gt;, "Amanda Farese 2 (Student)"
&lt;Amanda.Farese2@students.jefferson.edu&gt;, "Danielle Figueroa (Student)"
&lt;Danielle.Figueroa@students.jefferson.edu&gt;, "Spring Gass (Student)" &lt;Spring.Gass@students.jefferson.edu&gt;, "Patricia Gilbert (Student)"
&lt;Patricia.Gilbert@students.jefferson.edu&gt;, "Ryan Gilchrist (Student)" &lt;Ryan.Gilchrist@students.jefferson.edu&gt;, "Renae Gross (Student)"
&lt;Renae.Gross@students.jefferson.edu&gt;, "Veronica Harvey (Student)" &lt;Veronica.Harvey@students.jefferson.edu&gt;, "Samantha Hovatter (Student)"
&lt;Samantha.Hovatter@students.jefferson.edu&gt;, "Theophilus Ijeboi (Student)"
&lt;Theophilus.Ijeboi@students.jefferson.edu&gt;, "Emily Karras (Student)"
&lt;Emily.Karras@students.jefferson.edu&gt;, "Maren Kirk (Student)" &lt;Maren.Kirk@students.jefferson.edu&gt;, "Caroline Kuzoian (Student)"
&lt;Caroline.Kuzoian@students.jefferson.edu&gt;, "Elisabeth Legge (Student)" &lt;Elisabeth.Legge@students.jefferson.edu&gt;, "Jenna Loz (Student)"
&lt;Jenna.Loz@students.jefferson.edu&gt;, "Jacey Ludlam (Student)" &lt;Jacey.Ludlam@students.jefferson.edu&gt;, "Julianna MacGregor (Student)"
&lt;Julianna.MacGregor@students.jefferson.edu&gt;, "Tanya Moore (Student)" &lt;Tanya.Moore@students.jefferson.edu&gt;, "Jaclyn Mulvihill (Student)"
&lt;Jaclyn.Mulvihill@students.jefferson.edu&gt;, "Glory Munthali (Student)" &lt;Glory.Munthali@students.jefferson.edu&gt;, "Angela Navarreto (Student)"
&lt;Angela.Navarreto@students.jefferson.edu&gt;, "Zumana Noor (Student)" &lt;Zumana.Noor@students.jefferson.edu&gt;, "Ada Opara (Student)"
&lt;Ada.Opara@students.jefferson.edu&gt;, "Christy Osborne (Student)" &lt;Christy.Osborne@students.jefferson.edu&gt;, "Melissa Paolercio (Student)"
&lt;Melissa.Paolercio@students.jefferson.edu&gt;, "Samara Perez (Student)" &lt;Samara.Perez@students.jefferson.edu&gt;, "Alexandria Puls (Student)"
&lt;Alexandria.Puls@students.jefferson.edu&gt;, "Anastasia Reale (Student)" &lt;Anastasia.Reale@students.jefferson.edu&gt;, "Benjamin Solensky (Student)"
&lt;Benjamin.Solensky@students.jefferson.edu&gt;, "Alexia Stipa (Student)" &lt;Alexia.Stipa@students.jefferson.edu&gt;, "Abigail Taylor (Student)"
&lt;Abigail.Taylor@students.jefferson.edu&gt;, "Mira Treatman (Student)" &lt;Mira.Treatman@students.jefferson.edu&gt;, "Michelle Tulik (Student)"
&lt;Michelle.Tulik@students.jefferson.edu&gt;, "Elizabeth Tutolo (Student)" &lt;Elizabeth.Tutolo@students.jefferson.edu&gt;, "Myashia Walker (Student)"
&lt;Myashia.Walker@students.jefferson.edu&gt;, "Elizabeth Weiss (Student)" &lt;Elizabeth.Weiss@students.jefferson.edu&gt;, Julia Smith 2 &lt;Julia.Smith3@jefferson.edu&gt;
Subject: CTC Town Hall- Clinical
Date: Thu, 21 Oct 2021 15:43:07 +0000
Importance: Normal

Attachments: unnamed
Inline-Images: image001.png; image002.png; image001(1).png

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

--

Event: CTC Town Hall- Clinical
Start Date: 2021-11-22 23:00:00 +0000
End Date: 2021-11-23 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom: https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 23:11:52 +0000
Date Modified: 2022-08-20 23:11:52 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:43:01 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)

<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)

<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C670.CC6F6C10

--

Event: CTC Town Hall- Clinical
Start Date: 2021-11-22 23:00:00 +0000
End Date: 2021-11-23 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom: https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-21 01:46:54 +0000
Date Modified: 2022-08-21 01:46:54 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:43:01 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)

<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker

<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>
Attach: image001.png; image002.png; image001.png
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C670.CC6F6C10

--

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina
Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Cc: Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>

Subject: CTC Town Hall - Clinical

Date: Tue, 25 Jan 2022 17:50:37 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall - Clinical
Start Date: 2022-02-07 23:00:00 +0000
End Date: 2022-02-08 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-21 22:25:46 +0000
Date Modified: 2022-08-21 22:25:46 +0000
Priority: 5
DTSTAMP: 2022-01-25 17:50:33 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

   <Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>

From: "Jeanne.Felter@jefferson.edu" <Jeanne.Felter@jefferson.edu>
To: Megan Grugan <Megan.Grugan@jefferson.edu>, Jennifer Fogerty
<Jennifer.Fogerty@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Fwd: Return to campus?
Date: Mon, 31 Jan 2022 19:43:37 +0000
Importance: Normal
Inline-Images: image001.jpg

See her response below. Kirby is following up regarding her scheduling question.
Begin forwarded message:
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: January 31, 2022 at 1:34:20 PM EST
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Re: Return to campus?

Hello!
I'm not sure why I haven't received those emails so my apologies for not responding. I went and checked once
I saw this and they haven't reached me.
I spoke with the covid line this weekend and the person said she didn't see anything in my file that wouldn't
allow me back but reached out to Ms. Grugan to make sure.
As for class, I know I have class tomorrow but are you able to help me with what classes I have Thursday? My
schedule should only be on Tuesday.
Thank you!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Monday, January 31, 2022 1:16:34 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Return to campus?
Hi Alexia,
Recently, Dr. Wycoff reached out to you about your return to campus this week when the CTC program resumes
inperson instruction. I donâ€™t believe weâ€™ve received a response to date, other than your email on December 21
where

 you indicated you would be cleared and ready.
You are scheduled to have in-person classes Tuesday and Thursday this week. If you havenâ€™t already done so,
please
take the needed steps to be cleared prior to coming to class. As noted, the CTC program will not be providing online
instruction on or after Feb 1. We aim to hold in-person classes for the remainder of the Spring semester, subject to
change based on University guidance and mandates.
Thank you,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)

Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K" <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson,
Nicole G" <johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby
Wycoff <Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>, "Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)"
<Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)" <Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)" <Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>, "Jie Bin
Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)" <Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)" <Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)" <Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel
<Erica.Patel@jefferson.edu>, "Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)" <Linda.Math@students.jefferson.edu>,
"Makenna Sacco (Student)" <Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro
(Student)" <Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)" <Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)" <Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)" <Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)" <Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)" <Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)" <Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)" <Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)" <Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)" <Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)" <Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)" <Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"

<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)" <Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)" <Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)" <Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)" <Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)" <Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)" <Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)" <Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)" <Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)" <Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)" <Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)" <Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)" <Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)" <Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)" <Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)" <Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)" <Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)" <Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)" <Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)" <Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)" <Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)" <Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)" <Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: Town Hall Meeting-Clinical
Date: Thu, 21 Oct 2021 15:36:51 +0000
Importance: Normal

Attachments: unnamed
Inline-Images: image001.png; image002.png; image001(1).png

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Event: Town Hall Meeting-Clinical
Start Date: 2021-10-25 22:00:00 +0000
End Date: 2021-10-25 23:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom: https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 23:11:54 +0000
Date Modified: 2022-08-20 23:11:54 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:36:44 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)

<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)

<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C66F.EB904890

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Cc: Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>

Subject: CTC Town Hall

  Date: Tue, 25 Jan 2022 22:22:47 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2022-02-28 23:00:00 +0000
End Date: 2022-03-01 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-21 22:25:49 +0000
Date Modified: 2022-08-21 22:25:49 +0000
Priority: 5
DTSTAMP: 2022-01-25 22:22:43 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student) <Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student) <Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student) <DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student) <Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student) <Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student) <Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student) <Julia.Smith@students.jefferson.edu>; Leila Safford (Student) <Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student) <Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student) <Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student) <Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student) <Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student) <Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student) <Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student) <Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student) <Linda.Math@students.jefferson.edu>; Makenna Sacco (Student) <Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student) <Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student) <Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student) <Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student) <Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student) <Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student) <Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student) <Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student) <Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student) <Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student) <Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student) <Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student) <Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum <Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

   <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)" <Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)" <Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)" <DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)" <Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)" <Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)" <Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>, "Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)" <Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)" <Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)" <Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)" <Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)" <Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)" <Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)" <Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)" <Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)" <Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>, "Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)" <Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)" <Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)" <Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)" <Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)" <Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)" <Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)" <Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)" <Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)" <Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)" <Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)" <Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)" <Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)" <Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)" <Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)" <Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum <Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)" <Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)" <Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)" <Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)" <Preya.John@students.jefferson.edu>, "Sarah Hill (Student)" <Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)" <Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)" <Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)" <Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)" <Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)" <Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina
Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>,
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>,

Amy Page <Amy.Page@jefferson.edu>

  Subject: CTC Town Hall
Date: Fri, 28 Jan 2022 19:45:46 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2022-04-04 19:00:00 +0000
End Date: 2022-04-04 19:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: zoom: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-21 22:26:15 +0000
Date Modified: 2022-08-21 22:26:15 +0000
Priority: 5
DTSTAMP: 2022-01-28 19:45:42 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

   <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Amy
Page <Amy.Page@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>,
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>,

Amy Page <Amy.Page@jefferson.edu>

  Subject: CTC Clinical Town Hall-Reminder
Date: Mon, 21 Mar 2022 13:50:44 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Clinical Town Hall-Reminder
Start Date: 2022-03-21 22:00:00 +0000
End Date: 2022-03-21 23:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom-https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-22 00:49:39 +0000
Date Modified: 2022-08-22 00:49:39 +0000
Priority: 5
DTSTAMP: 2022-03-21 13:50:40 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

   <Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)

<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)

<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Amy
Page <Amy.Page@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, "Brandoff, Rachel K" <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Johnson,
Nicole G" <johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby
Wycoff <Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>, "Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>,
"Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)"
<Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)" <Caitlin.Gross@students.jefferson.edu>,
"DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)" <Jean.Bastian@students.jefferson.edu>, Jessica
Lopez <Jessica.Lopez3@jefferson.edu>, "Jie Bin
Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)" <Julia.Smith@students.jefferson.edu>,
"Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)" <Madelene.Pierre@students.jefferson.edu>,
"Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)" <Xavier.Vele@students.jefferson.edu>,
"Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel
<Erica.Patel@jefferson.edu>, "Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math
(Student)" <Linda.Math@students.jefferson.edu>,
"Makenna Sacco (Student)" <Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro
(Student)" <Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)" <Rhea.Beera@students.jefferson.edu>,
"Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)" <Allyson.Caputa@students.jefferson.edu>,
"Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)" <Annaya.Ahmand@students.jefferson.edu>,
"Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)" <Emily.McGuigan@students.jefferson.edu>,
"Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)" <Jacqueline.Huynh@students.jefferson.edu>,
"Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)" <Kelsey.Paparo@students.jefferson.edu>,
Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)" <Maya.Hansell@students.jefferson.edu>, "Meghan
Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)" <Mirabela.Montell@students.jefferson.edu>,
"Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)" <Sarah.Hill@students.jefferson.edu>, "Sophia Bullard
(Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)" <Stephanie.Paley@students.jefferson.edu>,
"Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)" <Amanda.Helman@students.jefferson.edu>,
"Darrell Williams (Student)"

<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)" <Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)" <Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)" <Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)" <Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)" <Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)" <Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)" <Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)" <Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)" <Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)" <Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)" <Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)" <Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)" <Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)" <Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)" <Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)" <Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)" <Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)" <Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)" <Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)" <Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)" <Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)" <Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Subject: CTC Town Hall Meeting
Date: Thu, 21 Oct 2021 15:39:53 +0000
Importance: Normal

Attachments: unnamed
Inline-Images: image001.png; image002.png; image001(1).png

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Event: CTC Town Hall Meeting
Start Date: 2021-11-08 23:00:00 +0000
End Date: 2021-11-09 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-20 23:11:53 +0000
Date Modified: 2022-08-20 23:11:53 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:39:46 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical
meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C670.58A03490

From: "Jeanne.Felter@jefferson.edu" <Jeanne.Felter@jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Sheryl Cooley <Sheryl.Cooley@jefferson.edu>,
"Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
Subject: Fwd: [Starfish] Urgent Notification: Health: Alexia Stipa
Date: Mon, 23 May 2022 15:38:53 +0000
Importance: Normal

Begin forwarded message:
From: notices@starfishsolutions.com
Date: May 23, 2022 at 11:05:39 AM EDT
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa
Reply-To: notices@starfishsolutions.com

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 5/23/2022
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

From: "Jeanne.Felter@jefferson.edu" <Jeanne.Felter@jefferson.edu>
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Date: Thu, 11 Aug 2022 22:03:08 +0000
Importance: Normal
Inline-Images: image001.png; image002.jpg; image003.png

Thanks for your efforts, Jenny. I'm sorry this student has been challenging. Please keep us posted on the
accommodations we need to make available to her, if any.
You Suh and Nicole- let's connect. I think this is consistent with the disposition AI concerns we have
experienced with this student.
Jeanne
On Aug 11, 2022, at 12:47 PM, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu> wrote:

Hello,
After trying to schedule for quite some time I was finally able to meet with Alexia today. It did not go well.
She
indicated she was not being accommodated under the ADA but also that she does not want to try for more
because
she 'doesn't want to be discouraged even more'. I eventually ended the call because it was not productive
and
negative. I did make it clear that the zoom option was ending and will not be available next semester. I will
also
follow up with her outlining what I can do under the ADA.
Jenny

Jennifer Fogerty, MSEd
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Monday, July 11, 2022 6:07 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Nicole G.
Johnson
<Nicole.G.Johnson@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>; Jeanne Felter

<Jeanne.Felter@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hello,
Getting back into emails after my vacation and the student is missing at least a week a month, which is not
appropriate. Was there any action while I was gone? If not I will follow up with Meg Grugan and then the
student.
Thanks,
Jenny

Jennifer Fogerty, MSEd

Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, July 5, 2022 12:32 PM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Timothy
Butler <Timothy.Butler@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
T hanks Tim, and Nicole for mapping out the absences. I will defer to Jenny on next steps (she may want to connect
with student), but I do think this requires follow-up / touch base with our team and Tim and Jenny. As you can see
from the fall dates, this is a student that we have had concerns about in the past regarding attendance and exploitation of the COVID policies.
Thanks all,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Date: Tuesday, July 5, 2022 at 10:36 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>,
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hi everyone,
Dr. Nicole, thank you for adding me into this email thread.
I have just read through the emails regarding the student and look forward to discussing this matter with you all as
necessary.
In wellness,

Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH, BCN
Assistant Director | Assistant Professor
Co-Chapter Faculty Advisor of DSM, CSI
Community and Trauma Counseling Program
Jefferson College of Health Professions
Thomas Jefferson University

East Falls campus,
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144

T: 215-951-2561
E: yoonsuh.moh@jefferson.edu
W: https://www.jefferson.edu/university/health-professions/departments/programs/community-
traumacounseling.html

W: www.yoonsuhmoh.com

From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, July 5, 2022 10:30 AM
To: Timothy Butler <Timothy.Butler@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jennifer
Fogerty
<Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Good morning everyone,
I hope you are well. I have added Dr. Yoonsuh Moh, our Assistant Director to this email.
I have review the starfish notifications and AS has the following absences:
·

10-5-21 to 1-12-22 (70 days)

(October 26 days, November 30 days, December 14 days, January – we began the semester online).
·
·
·
·
·

2-7-22 to 2-11-22 (4 days)

3-20-22 to 3-28-22 (8 days)
4-5-22 to 4-11-22 (6 days)
5-23-22 to 5-31-22 (8 days)
6-23-22 to 6-28-22 (5 days)

If there is any additional information needed, please let me know.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Timothy Butler <Timothy.Butler@jefferson.edu>
Sent: Tuesday, July 5, 2022 9:30 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Le tme know if we need to chat more.
Timothy J. Butler
(He/Him/His)
Associate Dean of Students
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
T 215-951-2599
F 215-951-0154
Timothy.Butler@Jefferson.edu
Jefferson.edu
Communication / Developer / Woo / Strategic / Relator

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Friday, July 1, 2022 5:16 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
  ey Jenny,
H
I think it makes sense for you to gather some information and then perhaps connect with the student. I do not know
off the top of my head how many weeks it has been, I just know that the notices come very frequently. Nicole, could
you perhaps check in with the faculty and get the official number? I just feel like there are loop holes that have been
exposed in the past, and I am concerned that the same could be happening now. Of note, as of TODAY, Nicole is our
new official Program Director, AND.. I am likely going to be on formal maternity leave sometime in the next week or
so. Happy to help any way I can (especially early next week) but I expect that by the end of the week, I will be in labor.
Thank you for following up Jenny!
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120

Phone: (484)-746-3490

Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Friday, July 1, 2022 at 10:28 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hello again,
I am following up regarding Alexia Stipia. I reached out to Meg Grugan to ask about the repeated absences and she
asked to connect by phone next week. I am out but Tim will be here and Tim is also available to discuss MLOA if
needed.
How many days has Alexia missed?
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Thursday, June 30, 2022 10:21 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hello,
I apologize I am just seeing this in my inbox. I agree with and share your concerns. Would you like me to touch base
with her?
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University

Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Monday, June 27, 2022 6:51 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Jennifer
Fogerty <Jennifer.Fogerty@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Student A.S - FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022
Hi Team,
I hope all is well. I wanted to touch base about the student below. From what I can gather, this student has been on
and off COVID holds for multiple weeks (and months perhaps) in a row. She has been accessing class virtually as per
our policy, but the policy we have in place was always meant to be a short term solution, not a long term
arrangement. This is a student who likely abused the policy in the fall and was informed that she would need to seek
a medical leave if she wanted access to extended Zoom / virtual learning. Based on the communications that Jeanne
and I had with her in January, I thought we had a resolution in place and she understood the need to be on campus.
However with the frequency of off campus time, I am a bit concerned. This comes on the heels of one of my faculty
members reaching out to share specific concerns about an upcoming summer class (experiential group class) that
does indeed rely VERY heavily on all students being together on-ground. I am concerned with the pattern. Can we
please re-visit? Would love to hear others perspectives / insights and thoughts on next steps.
Thanks all,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Date: Monday, June 27, 2022 at 1:58 PM
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby
Wycoff <Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>, Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Warren Young
<Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: Shane Gill <Shane.Gill@jefferson.edu>, Michele Messer <Michele.Messer@jefferson.edu>
Subject: FW: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022

FYI

Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Assistant Professor/Associate Program Director & Coordinator of Clinical Development
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Community & Trauma Counseling Program

College of Health Professions
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125M
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: notices@starfishsolutions.com <notices@starfishsolutions.com>
Sent: Friday, June 24, 2022 1:04 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: [Starfish] Recent Tracking Item Summary: Thursday, June 23, 2022

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
Click the "Report Phish" button on your Outlook toolbar to alert IS&T.

Recent Tracking Item Summary: Thursday, June 23, 2022
1 flag included in this summary.
·


Urgent Notification: Health: Alexia Stipa

Subject: Urgent Notification: Health: Alexia Stipa
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 6/23/2022
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

&lt;Colleen.Boyle@students.jefferson.edu&gt;, "Ryan Gilchrist (Student)"
&lt;Ryan.Gilchrist@students.jefferson.edu&gt;, "Veronica Harvey (Student)"
&lt;Veronica.Harvey@students.jefferson.edu&gt;, "Julianna MacGregor (Student)"
&lt;Julianna.MacGregor@students.jefferson.edu&gt;, "Shannon Clark (Student)"
&lt;Shannon.Clark@students.jefferson.edu&gt;, "Yasmeen Collins (Student)"
&lt;Yasmeen.Collins@students.jefferson.edu&gt;, "Patricia Gilbert (Student)"
&lt;Patricia.Gilbert@students.jefferson.edu&gt;, "Christine Eisenberg (Student)"
&lt;Christine.Eisenberg@students.jefferson.edu&gt;, "Spring Gass (Student)"
&lt;Spring.Gass@students.jefferson.edu&gt;, "Maren Kirk (Student)"
&lt;Maren.Kirk@students.jefferson.edu&gt;, "Jenna Loz (Student)"
&lt;Jenna.Loz@students.jefferson.edu&gt;, "Tanya Moore (Student)"
&lt;Tanya.Moore@students.jefferson.edu&gt;, "Benjamin Solensky (Student)"
&lt;Benjamin.Solensky@students.jefferson.edu&gt;, "Alexia Stipa (Student)"
&lt;Alexia.Stipa@students.jefferson.edu&gt;, "Devon Woosnam (Student)"
&lt;Devon.Woosnam@students.jefferson.edu&gt;, "Sabrina Bounader (Student)"
&lt;Sabrina.Bounader@students.jefferson.edu&gt;, "Renae Gross (Student)"
&lt;Renae.Gross@students.jefferson.edu&gt;, "Samantha Hovatter (Student)"
&lt;Samantha.Hovatter@students.jefferson.edu&gt;, "Theophilus Ijeboi (Student)"
&lt;Theophilus.Ijeboi@students.jefferson.edu&gt;, "Zumana Noor (Student)"
&lt;Zumana.Noor@students.jefferson.edu&gt;, "Samara Perez (Student)"
&lt;Samara.Perez@students.jefferson.edu&gt;, "Glory Munthali (Student)"
&lt;Glory.Munthali@students.jefferson.edu&gt;, "Liz-El Black (Student)" &lt;LizEl.Black@students.jefferson.edu&gt;, "Julia Czmar (Student)"
&lt;Julia.Czmar@students.jefferson.edu&gt;, "Alexa Dimino (Student)"
&lt;Alexa.Dimino@students.jefferson.edu&gt;, "Jaclyn Mulvihill (Student)"
&lt;Jaclyn.Mulvihill@students.jefferson.edu&gt;, "Mira Treatman (Student)"
&lt;Mira.Treatman@students.jefferson.edu&gt;, "Michelle Tulik (Student)"
&lt;Michelle.Tulik@students.jefferson.edu&gt;, "Alexandria Barth (Student)"
&lt;Alexandria.Barth@students.jefferson.edu&gt;, "Amanda Farese 2 (Student)"
&lt;Amanda.Farese2@students.jefferson.edu&gt;, "Jacey Ludlam (Student)"
&lt;Jacey.Ludlam@students.jefferson.edu&gt;, "Melissa Paolercio (Student)"
&lt;Melissa.Paolercio@students.jefferson.edu&gt;, "Alexandria Puls (Student)"
&lt;Alexandria.Puls@students.jefferson.edu&gt;, "Elizabeth Weiss (Student)"
&lt;Elizabeth.Weiss@students.jefferson.edu&gt;, "Elvira Babenko (Student)"
&lt;Elvira.Babenko@students.jefferson.edu&gt;, "Nicole Barlow (Student)"
&lt;Nicole.Barlow@students.jefferson.edu&gt;, "Evan Coder (Student)"
&lt;Evan.Coder@students.jefferson.edu&gt;, "Emily Karras (Student)"
&lt;Emily.Karras@students.jefferson.edu&gt;, "Elisabeth Legge (Student)"
&lt;Elisabeth.Legge@students.jefferson.edu&gt;, "Emily McGuigan (Student)"
&lt;Emily.McGuigan@students.jefferson.edu&gt;, "Elizabeth Tutolo (Student)"
&lt;Elizabeth.Tutolo@students.jefferson.edu&gt;, "Amy Dugan (Student)"
&lt;Amy.Dugan@students.jefferson.edu&gt;, "Danielle Figueroa (Student)"
&lt;Danielle.Figueroa@students.jefferson.edu&gt;, "Caroline Kuzoian (Student)"
&lt;Caroline.Kuzoian@students.jefferson.edu&gt;, "Ada Opara (Student)"
&lt;Ada.Opara@students.jefferson.edu&gt;, "Christy Osborne (Student)"
&lt;Christy.Osborne@students.jefferson.edu&gt;, "Abigail Taylor (Student)"
&lt;Abigail.Taylor@students.jefferson.edu&gt;, "Sarah Slate (Student)"
&lt;Sarah.Slate@students.jefferson.edu&gt;, "Annaliese Berkenstock (Student)"
&lt;Annaliese.Berkenstock@students.jefferson.edu&gt;, "Myashia Walker (Student)"
&lt;Myashia.Walker@students.jefferson.edu&gt;, "DeAnna Meckling-Peruto (Student)"
&lt;DeAnna.Meckling-Peruto@students.jefferson.edu&gt;, Amanda Helman
&lt;Amanda.Helman@jefferson.edu&gt;, "Alaina Marshall (Student)"
&lt;Alaina.Marshall@students.jefferson.edu&gt;

Subject: CTC Town Hall

Date: Wed, 19 Oct 2022 15:29:40 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2022-09-20 20:30:00 +0000
End Date: 2022-09-20 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2022-11-03 17:31:30 +0000
Date Modified: 2022-11-03 17:31:30 +0000
Priority: 5
DTSTAMP: 2022-10-19 15:29:32 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Recurs: Every 2 weeks on TU until 2022-12-08
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Subject: CTC Town Hall

Date: Mon, 03 Oct 2022 18:04:32 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2022-10-04 20:35:00 +0000
End Date: 2022-10-04 21:35:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2022-10-18 10:41:16 +0000
Date Modified: 2022-10-18 10:41:16 +0000
Priority: 5
DTSTAMP: 2022-10-03 18:04:25 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>


  Subject: CTC Town Hall
Date: Wed, 19 Oct 2022 15:34:25 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2022-11-01 20:30:00 +0000
End Date: 2022-11-01 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Downs Hall Auditorium
Class: X-PERSONAL
Date Created: 2022-11-03 17:31:33 +0000
Date Modified: 2022-11-03 17:31:33 +0000
Priority: 5
DTSTAMP: 2022-10-19 15:34:16 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

    <John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>

  Subject: Reminder: CTC Town Hall
Date: Tue, 29 Nov 2022 17:43:46 +0000
Importance: Normal
Attachments: unnamed

Event: Reminder: CTC Town Hall
Start Date: 2022-11-29 21:30:00 +0000
End Date: 2022-11-29 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Downs Hall Aditorium
Class: X-PERSONAL
Date Created: 2022-12-14 11:46:12 +0000
Date Modified: 2022-12-14 11:46:12 +0000
Priority: 5
DTSTAMP: 2022-11-29 17:43:39 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

 <John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>


  Subject: CTC Town Hall
Date: Wed, 19 Oct 2022 15:34:25 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2022-11-01 20:30:00 +0000
End Date: 2022-11-01 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Downs Hall Auditorium
Class: X-PERSONAL
Date Created: 2022-11-03 17:31:31 +0000
Date Modified: 2022-11-03 17:31:31 +0000
Priority: 5
DTSTAMP: 2022-10-19 15:34:16 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>,
"Nicole G. Johnson" <johnsonn@philau.edu>, Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, "Yoon suh Moh" <Yoonsuh.Moh@jefferson.edu>,
"Amanda Arcomano (Student)" <Amanda.Arcomano@students.jefferson.edu>, "Hannah
Beck (Student)" <Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"

    <Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>
Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>

Subject: CTC Town Hall

Date: Wed, 18 Jan 2023 14:07:46 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2023-01-31 21:30:00 +0000
End Date: 2023-01-31 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-02-02 08:22:07 +0000
Date Modified: 2023-02-02 08:22:07 +0000
Priority: 5
DTSTAMP: 2023-01-18 14:07:37 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

  <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G.
Johnson" <johnsonn@philau.edu>, Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>, Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Alexandra Roberts (Student)"
<Alexandra.Roberts@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)"
<Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>, "Jie
Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"

<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"

<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"
<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina
Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"

<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>,

Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>,
Amy Page <Amy.Page@jefferson.edu>
Subject: Canceled: CTC Town Hall
Date: Mon, 04 Apr 2022 14:06:20 +0000
Importance: High
Attachments: unnamed

Event: Canceled: CTC Town Hall
Start Date: 2022-04-04 19:00:00 +0000
End Date: 2022-04-04 19:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: zoom: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2023-02-04 12:12:33 +0000
Date Modified: 2023-02-04 12:12:33 +0000
Priority: 1
DTSTAMP: 2022-04-04 14:06:19 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress
<Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>;
Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student) <Caitlin.Gross@students.jefferson.edu>;
DeAnna Meckling-Peruto (Student) <DeAnna.Meckling-Peruto@students.jefferson.edu>; Devon Woosnam
(Student) <Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student) <Jean.Bastian@students.jefferson.edu>;
Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin Chen (Student) <JieBin.Chen@students.jefferson.edu>;
Julia Smith (Student) <Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student) <Xavier.Vele@students.jefferson.edu>;
Alexandra Warren (Student) <Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope Gofton (Student)
<Hope.Gofton@students.jefferson.edu>; Linda Math (Student) <Linda.Math@students.jefferson.edu>;
Makenna Sacco (Student) <Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student) <Rhea.Beera@students.jefferson.edu>;
Sarah Slate (Student) <Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student) <Corrie.Billig@students.jefferson.edu>;
Emily McGuigan (Student) <Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student) <Kelsey.Paparo@students.jefferson.edu>;

   Mackenzie Stocum <Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student) <Meghan.Kirk@students.jefferson.edu>;
Mirabela Montell (Student) <Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>; Sophia
Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student) <Maria.Harley@students.jefferson.edu>;

Tyerra Griffin (Student) <Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student) <Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student) <Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student) <Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student) <Shannon.Clark@students.jefferson.edu>; Evan Coder (Student) <Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student) <Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student) <Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student) <Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student) <Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student) <Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student) <Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student) <Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student) <Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student) <Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student) <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student) <Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student) <Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student) <Emily.Karras@students.jefferson.edu>; Maren Kirk (Student) <Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student) <Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student) <Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student) <Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student) <Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student) <Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student) <Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student) <Zumana.Noor@students.jefferson.edu>; Ada Opara (Student) <Ada.Opara@students.jefferson.edu>; Christy Osborne (Student) <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student) <Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student) <Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student) <Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student) <Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student) <Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student) <Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student) <Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student) <Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student) <Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student) <Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student) <Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student) <Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>; Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Amy Page <Amy.Page@jefferson.edu>

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>

  Subject: CTC Town Hall
Date: Wed, 19 Oct 2022 15:34:25 +0000
Importance: Normal
Attachments: unnamed
Inline-Images: image003.png; image002.png; image001.png; image002(1).png

Event: CTC Town Hall
Start Date: 2022-11-01 20:30:00 +0000
End Date: 2022-11-01 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Downs Hall Auditorium
Class: X-PERSONAL
Date Created: 2023-02-04 09:25:51 +0000
Date Modified: 2023-02-04 09:25:51 +0000
Priority: 5
DTSTAMP: 2022-10-19 15:34:16 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

   <John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Subject: CTC Town Hall

Date: Wed, 19 Oct 2022 15:29:40 +0000
Importance: Normal
Attachments: unnamed
Inline-Images: image003.png

Event: CTC Town Hall
Start Date: 2022-09-20 20:30:00 +0000
End Date: 2022-09-20 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-02-04 09:25:52 +0000
Date Modified: 2023-02-04 09:25:52 +0000
Priority: 5
DTSTAMP: 2022-10-19 15:29:32 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Recurs: Every 2 weeks on TU until 2022-12-08
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Subject: CTC Town Hall

Date: Wed, 07 Sep 2022 16:11:44 +0000
Importance: Normal
Attachments: unnamed
Inline-Images: image003.png

Event: CTC Town Hall
Start Date: 2022-09-08 20:30:00 +0000
End Date: 2022-09-08 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-02-04 09:27:59 +0000
Date Modified: 2023-02-04 09:27:59 +0000
Priority: 5
DTSTAMP: 2022-09-07 16:11:38 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

 <John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Recurs: Every 2 weeks on TH until 2022-12-08
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>,
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>,

Amy Page <Amy.Page@jefferson.edu>

Subject: CTC Town Hall
Date: Fri, 28 Jan 2022 19:45:46 +0000
Importance: Normal
Attachments: unnamed

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

Host:
CTC PD + Faculty
CTC PD + Faculty

For CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

--

Event: CTC Town Hall
Start Date: 2022-04-04 19:00:00 +0000
End Date: 2022-04-04 19:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: zoom: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2023-02-04 14:40:26 +0000
Date Modified: 2023-02-04 14:40:26 +0000
Priority: 5
DTSTAMP: 2022-01-28 19:45:42 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Amy
Page <Amy.Page@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

Host:
CTC PD + Faculty
CTC PD + Faculty

    For CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:

Dr. Johnson + Neil Andress

Dr. Johnson + Neil Andress

Dr. Johnson + Neil Andress

--

Event: CTC Town Hall
Start Date: 2022-04-04 19:00:00 +0000
End Date: 2022-04-04 19:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: zoom: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2023-02-04 14:40:26 +0000
Date Modified: 2023-02-04 14:40:26 +0000
Priority: 5
DTSTAMP: 2022-01-28 19:45:42 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Amy
Page <Amy.Page@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

For CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Host:
CTC PD + Faculty
CTC PD + Faculty

    Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

--

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Date: Thu, 27 Jan 2022 20:02:09 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg; image003.jpg

Great, thank you!
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Thursday, January 27, 2022 at 1:53 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Just checked in with meg, will keep you posted.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Thursday, January 27, 2022 12:06 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S

Hi team,
Just looping back on this. I reached out to A.S on Tuesday, and have not yet gotten a response. Jeanne, has she
emailed you? Jenny, can you possibly check-in with Meg Grugran and see if she has been in communication
with Meg? Unless we have communication to the contrary, I would expect that we would see her on campus
next Tuesday, with her peers, when we return to fully on ground learning. I have asked her faculty and advisor
to keep me apprised if she reaches out to them. Thanks all!
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)

Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals

Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, January 25, 2022 2:57 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S

Gosh, you must have ESP Jenny! I was literally just thinking about you. I have not heard back from this student yet. I
reached out to her on Jan 12, with no response. I was just thinking about sending a follow-up email to her. I am
guessing she hasn't reached out to your office or the accommodations office either. While I do another outreach, do
you want to perhaps check in with Meg Grugan and see if she has any updates on her end? I'll let you know as soon as I
hear anything back.
Thanks for checking in,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Tuesday, January 25, 2022 at 2:54 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Hi,
Any update on Alexia Stipa?
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Thursday, January 13, 2022 9:42 AM

To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Keep me posted and I can check in with Meg Grugan as needed.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 5:09 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Great, done. I replied to her on that same email thread that you started. We will see what we learn back
from her.
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:35 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>,
Timothy
Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
I'd like you to connect with her as PD. Thanks.

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department

Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions

Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:09 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Thanks Jenny! Will do. When/ how should we re-connect ourselves with SHS to see what the verdict /
outcome is?
Jeanne, do you want to follow-up and send an email to Alexia and cc: me, or would you like me to?
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:05 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, Timothy
Butler
<Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S

Hi Kirby,
I would send an email to the student reminding her she has to be cleared to return on Feb 1 and asking her
to contact
SHS and get back to you.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 3:22 PM

To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
[Student Removed from Thread]
Hi Jeanne and Team,
I wanted to loop back around on student Alexia Stipa. Can we get a status update on whether this student has been
cleared for a return to campus? This is the student that we discussed right before Christmas break. Our discussion /
plan at that time was that id student wasn't able to be on campus with her peers on Feb. 1 (when CTC proram returns
to on ground learning) that we support her in taking a medical leave of absence. See below for the communication
from Jeanne to the student and students response, in late December.
Thanks in advance,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM
To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>

Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring semester, I would much
rather be on campus and I am eager to return. I am also almost positive that student health will clear me in
time
to start the new semester. If you need anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,
I am aware that you have not been on campus since early October because you have not been cleared by
Student
Health. I am also aware that you have requested to be granted the ability to be online for the spring
semester or until
you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health
Professions
are unable to grant a long-term accommodation of online learning. Students in ground-based programs like
the CTC
program are expected to attend class in-person. The information you have received from the CTC program
has been
clear and consistent- only short-term accommodations will be made. Extended absences from in-person
learning
interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated
high rates of
COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-
person
learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and
University
practice when students have a medical reason that prevents them from coming to campus for classes over
an extended
timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim
Butler, Associate
Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also
support you on
a plan to return to the CTC program when you are physically ready to do so.
I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I
hope you
have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department

Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:

4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC


The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Cc: Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>

Subject: CTC Town Hall - Clinical

Date: Tue, 25 Jan 2022 17:50:37 +0000
Importance: Normal
Attachments: unnamed

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

Host:
CTC PD + Faculty
CTC PD + Faculty

For CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

--

Event: CTC Town Hall - Clinical
Start Date: 2022-02-07 23:00:00 +0000
End Date: 2022-02-08 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2023-02-04 14:40:41 +0000
Date Modified: 2023-02-04 14:40:41 +0000
Priority: 5
DTSTAMP: 2022-01-25 17:50:33 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

For CTC Clinical Town Hall:
Join Zoom Meeting

Time:
6:00 PM
6:00 PM

Host:
CTC PD + Faculty
CTC PD + Faculty

   https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

Dr. Johnson + Neil Andress

--

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Sperandio <Katharine.Sperandio@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese
Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis
(Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)"
<Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)"
<Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)"
<Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)"
<Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>,
"Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)"
<Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)"
<Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)"
<Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)"
<Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)"
<Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)"
<Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)"
<Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)"
<Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)"
<Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>,
"Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)"
<Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)"
<Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)"
<Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)"
<Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)"
<Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)"
<Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)"
<Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)"
<Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)"
<Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)"
<Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)"
<Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)"
<Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)"
<Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)"
<Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)"
<Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)"
<Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)"
<Preya.John@students.jefferson.edu>, "Sarah Hill (Student)"
<Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)"
<Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)"
<Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)"
<Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)"
<Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)"

<Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)"
<Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina
Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Michelle DiLullo (Student)"
<Michelle.DiLullo@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Angela Navarreto (Student)"
<Angela.Navarreto@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Anastasia Reale (Student)"
<Anastasia.Reale@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, Julia Smith 2 <Julia.Smith3@jefferson.edu>
Cc: Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>

Subject: CTC Town Hall

Date: Tue, 25 Jan 2022 22:22:47 +0000
Importance: Normal
Attachments: unnamed

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

Host:
CTC PD + Faculty
CTC PD + Faculty

For CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

--

Event: CTC Town Hall
Start Date: 2022-02-28 23:00:00 +0000
End Date: 2022-03-01 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2023-02-04 14:40:39 +0000
Date Modified: 2023-02-04 14:40:39 +0000
Priority: 5
DTSTAMP: 2022-01-25 22:22:43 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

For CTC Clinical Town Hall:
Join Zoom Meeting

Time:
6:00 PM
6:00 PM

Host:
CTC PD + Faculty
CTC PD + Faculty

  https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

Dr. Johnson + Neil Andress

--

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>,
"Nicole G. Johnson" <johnsonn@philau.edu>, Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, "Yoon suh Moh" <Yoonsuh.Moh@jefferson.edu>,
"Amanda Arcomano (Student)" <Amanda.Arcomano@students.jefferson.edu>, "Hannah
Beck (Student)" <Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"

    <Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>

Subject: CTC Town Hall
Date: Wed, 22 Feb 2023 19:01:35 +0000
Importance: Normal
Attachments: unnamed

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: TBD
Class: X-PERSONAL
Date Created: 2023-03-09 04:49:25 +0000
Date Modified: 2023-03-09 04:49:26 +0000
Priority: 5
DTSTAMP: 2023-02-22 19:01:28 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>

Community Trauma & Counseling Virtual SP Program
January 26, 2022
Please read this document thoroughly.
Instructions
For this program, you will be clicking on the provided links to the Blackboard Collaborate platform. We recommend that you use an updated Google Chrome for your browser. A computer laptop or desktop is also preferred, but a tablet is also okay. Smart phones are not recommended.
Prior to the Program
Please take a moment to click on the practice link before your SP session, to assure that your camera and microphone work on your device. This practice room will open at 2pm on January 20th and will close at 11:45pm on January 25th. If you have any difficulty, please reference the troubleshooting document. If needed, you can reach out prior to the date of the program so that we can assist:
marybeth.shrader@jefferson.edu
Practice Link: https://us.bbcollab.com/guest/539f22d70fe2466a971871eff97a0f23
+1-571-392-7650, PIN: 324 648 1343#
Day of your SP Encounter
DO NOT JOIN YOUR VIRTUAL EXAM ROOM UNTIL YOUR SCHEDULED TIME.
Please report to the orientation room link 15 minutes prior to the start time of your encounter. We will be following the schedule provided towards the end of this document. There will be a brief orientation and you will have the opportunity to ask any questions.
Please do NOT wait to troubleshoot your tech until orientation.
Orientation Room: https://us.bbcollab.com/guest/ee39cd0510ee4bf59fa5df7b0aa484a6
After the Orientation, you will join your individual virtual exam room link, which can be found towards the end of this document.
- Please note the start of the encounter times and click on the assigned links at the assigned times (no earlier than 2 minutes before your encounter begins).
- This schedule is unique to you. Please do NOT share it or swap it with another participant.
When you click on the link at the assigned time, you will see a door sign with some basic information; like the name of client and why they are here. Your encounter will start promptly at your encounter start time. You will have 20 minutes with the client.
After your 20-minute encounter, please stay in the virtual exam room. You will have 5 minutes of verbal

feedback with the SP after the encounter has ended. The SP will let you know when the 5 minutes for feedback is finished and you will exit the virtual exam room at that time.
Encounter Details
-

-

-

The virtual exam rooms and phone numbers are listed at the end of this document
You may join your virtual exam rooms 2 minutes prior to your encounter start time.
o Example: If your encounter start time is 3:00pm, the earliest you may join the virtual exam room at 2:58pm
â–ª Do NOT enter your virtual exam room any earlier than 2 minutes prior to encounter start time.
Please Note: phone numbers to the virtual exam rooms are provided as a back -up only.
o Please only use if you are having trouble connecting via the link or having trouble with your audio.
o If you call into the exam room, you will not be able to see the client.
You will have 20 minutes with the client, followed by 5 minutes of feedback.
The SP will provide announcements letting you know when the encounter time is over and

feedback time is complete.
During the encounters, please share your camera.
Please be aware that there may be staff coming in and out of the rooms.
To exit out of a BB Collab room, all you need to do is close the window or tab.

Block 1, 8:45-9:15am
Exam Room 1: Zumana Noor
Exam Room 2: Jenna Loz
Exam Room 3: Jaclyn Mulvihill
Exam Room 4: Michelle Tulik
Exam Room 5: Abigail Taylor
Exam Room 6: Christine Eisenberg
Block 2, 9:15-9:45am
Exam Room 1: UNAVAILABLE
Exam Room 2: Ada Opara
Exam Room 3: Devon Woosnam
Exam Room 4: Samantha Hovatter
Exam Room 5: Tanya Moore
Exam Room 6: Caroline Kuzoian
Block 3, 9:45-10:15am
Exam Room 1: Renae Gross
Exam Room 2: UNAVAILABLE
Exam Room 3: UNAVAILABLE
Exam Room 4: Elvira Babenko
Exam Room 5: Elizabeth Weiss
Exam Room 6: Julia Czmar

   Block 4, 10:30-11:00am
Exam Room 1: Emily Karras
Exam Room 2: Evan Coder
Exam Room 3: Christy Osborne
Exam Room 4: Shannon Clark
Exam Room 5: Amy Dugan
Exam Room 6: Jacey Ludlam
Block 5, 11:00-11:30am
Exam Room 1: Sping Gass
Exam Room 2: Maren Kirk
Exam Room 3: Danielle Figueroa
Exam Room 4: UNAVAILABLE
Exam Room 5: Lexie Puls
Exam Room 6: Elizabeth Tutolo
Block 6, 4:30-5:00pm
Exam Room 1: Samara Perez
Exam Room 2: Liz-El Black
Exam Room 3: Benjamin Solensky
Exam Room 4: Yasmeen Collins
Exam Room 5: Alexa Dimino
Exam Room 6: Ryan Gilchrist
Block 7, 5:00-5:30pm
Exam Room 1: UNAVAILABLE
Exam Room 2: UNAVAILABLE
Exam Room 3: UNAVAILABLE
Exam Room 4: UNAVAILABLE
Exam Room 5: UNAVAILABLE

Exam Room 6: UNAVAILABLE
Block 8, 5:30-6:00pm
Exam Room 1: Alexia Stipa
Exam Room 2: Amanda Farese
Exam Room 3: UNAVAILABLE
Exam Room 4: UNAVAILABLE
Exam Room 5: Colleen Boyle
Exam Room 6: Emily McGuigan
Block 9, 6:15-6:45pm
Exam Room 1: Veronica Harvey
Exam Room 2: Juli Macgregor

  Exam Room 3: Patricia Gilbert
Exam Room 4: Alexandria Barth
Exam Room 5: UNAVAILABLE
Exam Room 6: Theophilus Ijeboi
Block 10, 6:45-7:15pm
Exam Room 1: Mira Treatman
Exam Room 2: Sabrina Bounander
Exam Room 3: Melissa Paolercio
Exam Room 4: Glory Munthali
Exam Room 5: Elisabeth Legge
Exam Room 6: Nicole Barlow

Exam Room Links and Phone Numbers
Exam Room 1: https://us.bbcollab.com/guest/c924f0be2c584e0abd4b2ee736c73c16
+1-571-392-7650, PIN: 188 173 4910
Exam Room 2: https://us.bbcollab.com/guest/0508f0741d684c278be8b10131d87593
+1-571-392-7650, PIN: 613 358 4696
Exam Room 3: https://us.bbcollab.com/guest/952149992f9b44b0829783c47bc3d004
+1-571-392-7650, PIN: 449 622 5998
Exam Room 4: https://us.bbcollab.com/guest/a17dbe8bc5de459d81d222635331e5fd
+1-571-392-7650, PIN: 759 560 8345
Exam Room 5: https://us.bbcollab.com/guest/99b8438cdf1647029c8b6469b06e26aa
+1-571-392-7650, PIN: 465 735 4157
Exam Room 6: https://us.bbcollab.com/guest/8ba1bb47800447eba1a6f20323d3ff23
+1-571-392-7650, PIN: 701 767 1793

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>,
"Nicole G. Johnson" <johnsonn@philau.edu>, Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, "Yoon suh Moh" <Yoonsuh.Moh@jefferson.edu>,
"Amanda Arcomano (Student)" <Amanda.Arcomano@students.jefferson.edu>, "Hannah
Beck (Student)" <Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"

<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>
Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>

Subject: CTC Town Hall

  Date: Wed, 18 Jan 2023 14:07:46 +0000
Importance: Normal
Attachments: unnamed
Inline-Images: image001.png

We look forward to seeing you,
The CTC Faculty and Staff

Event: CTC Town Hall
Start Date: 2023-01-31 21:30:00 +0000
End Date: 2023-01-31 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-03-07 03:52:35 +0000
Date Modified: 2023-03-07 03:52:35 +0000
Priority: 5
DTSTAMP: 2023-01-18 14:07:37 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670
We look forward to seeing you,
The CTC Faculty and Staff

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>

Subject: CTC Town Hall
Date: Tue, 15 Nov 2022 17:34:20 +0000
Importance: Normal
Attachments: unnamed; Great_American_Smokeout.jpg
Inline-Images: image001.jpg

Hello All,
There will be NO Town Hall today for all students, but Dr. Nicole would like to meet with the CTC Student
Representatives at this time. Student Representative please come to our office (Ronson 125).
CTC students if you are available ,please support the Rams for Recovery Smokeout event in Kanbar Performance Space
at 3:00 pm.

Best,
Sheryl

Event: CTC Town Hall
Start Date: 2022-11-15 21:30:00 +0000
End Date: 2022-11-15 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-02-04 09:24:38 +0000
Date Modified: 2023-02-04 09:24:38 +0000
Priority: 5
DTSTAMP: 2022-11-15 17:33:37 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder
Hello All,
There will be NO Town Hall today for all students, but Dr. Nicole would like to meet with the CTC Student
Representatives at this time. Student Representative please come to our office (Ronson 125).
CTC students if you are available ,please support the Rams for Recovery Smokeout event in Kanbar Performance Space
at 3:00 pm.

cid:image001.jpg@01D8F8EE.7A034850
Best,
Sheryl

Event: CTC Town Hall
Start Date: 2023-03-21 20:30:00 +0000
End Date: 2023-03-21 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-04-04 16:02:10 +0000
Date Modified: 2023-04-04 16:02:10 +0000
Priority: 5
DTSTAMP: 2023-03-20 15:12:24 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
Attach: image001.png
We look forward to seeing you,
Here is the zoom link information
Topic: CTC Town Hall
Time: Feb 28, 2023 04:30 PM Eastern Time (US and Canada)
Join Zoom Meeting
https://Jefferson.zoom.us/j/91572280879
Meeting ID: 915 7228 0879
The CTC Faculty and Staff
cid:image003.png@01D8C2B2.FAE77670

Event: FW: JCPH DE&I Monthly Meeting
Start Date: 2023-10-09 15:00:00 +0000
End Date: 2023-10-09 16:00:00 +0000
Organizer: Mitchell Kaminski <Mitchell.Kaminski@jefferson.edu>
Location: Zoom link below
Date Created: 2024-01-25 07:52:33 +0000
Date Modified: 2024-01-25 07:52:33 +0000
Attendee: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Richard Hass
<Richard.Hass@jefferson.edu>; Rosie Frasso <Rosie.Frasso@jefferson.edu>; Katie DiSantis
<Katie.DiSantis@jefferson.edu>; JCPH DE&I Committee
<JCPHDEICommittee@tjuv.onmicrosoft.com>; Byron Scott <Byron.Scott@jefferson.edu>; Megan
K Reed <Megan.K.Reed@jefferson.edu>; Denine Crittendon <Denine.Crittendon@jefferson.edu>;
Rose Milani <Rose.Milani@jefferson.edu>; Jose L Gonzalez <josgonza1@me.com>; Jose Gonzalez
<Jose.Gonzalez@jefferson.edu>

-----Original Appointment----From: Mitchell Kaminski
Sent: Wednesday, August 23, 2023 7:28 AM
To: Mitchell Kaminski; JCPH DE&I Committee; Jeanne Felter
Cc: Richard Hass; Rosie Frasso; Katie DiSantis; Byron Scott; Megan K Reed; Denine Crittendon; Rose Milani; Jose L
Gonzalez; Jose Gonzalez
Subject: JCPH DE&I Monthly Meeting
When: Monday, October 9, 2023 11:00 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Zoom link below
Please update your Calendars!
Mitch

Mitchell Kaminski
Jefferson College of Population Health
Account No. 553385
Personal Meeting ID

430-958-1135

https://Jefferson.zoom.us/j/4309581135
mak024@jefferson.edu
Global Dial-In Numbers 800 239 1922 (Puerto Rico Toll Free)
+1 346 248 7799 (US Toll)
+1 646 876 9923 (US Toll)
+1 669 900 6833 (US Toll)

  +1 253 215 8782 (US Toll)
+1 301 715 8592 (US Toll)
+1 312 626 6799 (US Toll)
Edit
Conference ID 430-958-1135

_____

Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting
Meeting ID: 299 553 920 984
Passcode: rsFxNn

Download Teams | Join on the web
Or call in (audio only)
+1 267-428-1091,,865578639# United States, Philadelphia
Phone Conference ID: 865 578 639#
Find a local number | Reset PIN
Learn More | Meeting options

Mission, Vision, and Values
The vision statement and mission statement are often confused, and many organizations use the terms interchangeably. However, they each have a different purpose. The vision statement describes where the organization wants to be in the future; the mission statement describes what the organization needs to do now to achieve the vision. The vision and mission statements must support each other, but the mission statement is more specific. It defines how the organization will be different from other organizations in its industry. The values statement, also called the code of ethics, differs from both the vision and mission statements. They direct the efforts of people in the organization toward common goals. The values statement defines what the organization believes in and how people in the organization are expected to behave— with each other, with customers and suppliers, and with other stakeholders. It provides a moral direction for the organization that guides decision making and establishes a standard for assessing actions. It also provides a standard for employees to judge violations.

Jefferson College of Population Health's Diversity, Equity, and Inclusion Committee
Mission
To develop and promote initiatives that further incorporate the principles of diversity, equity, and inclusion in all our educational, research, and service activities.
With the ultimate goal of developing, maintain, and continuously improving an inclusive environment among the faculty, students, and staff of the College, the Committee will:

- 

- 
- 

- 

Promote and guide initiatives to incorporate the principles of diversity, equity, and inclusion in all areas of the College that contribute to a work environment and student experience that upholds the University and College values.
Collaborate with committees to ensure diversity, equity, and inclusion priorities and outcomes are aligned with program and college goals, actions, and policies.
Foster and model a culture of dialogue that encourages understanding and acceptance and builds capacity for embracing the value & dignity of human difference and inclusion throughout all college activities (teaching, research, and service).
Advocate for the elimination of any actions or policies that result in alienation or exclusion from full engagement in the college, university, and broader community.
Vision:

Values:

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Ronson 122
Class: X-PERSONAL
Date Created: 2023-04-03 15:34:49 +0000
Date Modified: 2023-04-03 15:34:49 +0000
Priority: 5
DTSTAMP: 2023-02-28 11:36:32 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

   <John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
Attach: image001.png

cid:image003.png@01D8C2B2.FAE77670

We look forward to seeing you,

  Here is the zoom link information

Sheryl Cooley is inviting you to a scheduled Zoom meeting.

Topic: CTC Town Hall
Time: Feb 28, 2023 04:30 PM Eastern Time (US and Canada)

Join Zoom Meeting

https://Jefferson.zoom.us/j/91572280879

Meeting ID: 915 7228 0879

The CTC Faculty and Staff

Event: CTC Town Hall -Last one for Spring Semester
Start Date: 2023-04-18 20:30:00 +0000
End Date: 2023-04-18 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2023-05-07 09:48:01 +0000
Date Modified: 2023-05-07 09:48:01 +0000
Priority: 5
DTSTAMP: 2023-04-07 14:57:46 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

Event: CTC Town Hall - Clinical
Start Date: 2022-02-07 23:00:00 +0000
End Date: 2022-02-08 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-19 23:26:10 +0000
Date Modified: 2022-08-19 23:26:10 +0000
Priority: 5
DTSTAMP: 2022-01-25 17:50:33 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

For CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Host:
CTC PD + Faculty
CTC PD + Faculty

    Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

--

Event: CTC First Fall Semester Town Hall Meeting
Start Date: 2021-09-13 22:00:00 +0000
End Date: 2021-09-13 23:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-19 08:34:12 +0000
Date Modified: 2022-08-19 08:34:12 +0000
Priority: 5
DTSTAMP: 2021-09-09 21:02:40 +0000
Attendee: Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)

<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)

<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)

<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder
REMINDER: First CTC Town Hall Meeting of the semester will be on 9/13/21 at 6PM (next Monday!) We will be
answering any questions about the handbook and have some exciting announcements to make at that time!
Town Hall Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: TBD
Class: X-PERSONAL
Date Created: 2023-03-15 07:19:04 +0000
Date Modified: 2023-03-15 07:19:04 +0000
Priority: 5
DTSTAMP: 2023-02-22 19:01:28 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress
<Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>; Amanda Arcomano (Student)
<Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; 'Madison Hickey'
<Madison.Hickey@students.jefferson.edu>; Faith Higgins
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis
<Teagan.Lewis@students.jefferson.edu>; Makeiah.Milbourne@students.jefferson.edu
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz <Sarah.Oltz@students.jefferson.edu>;
Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

  <Rachel.Woerner@students.jefferson.edu>; William Wraith
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps <Brianna.Phelps@students.jefferson.edu>;
Naya Rivera <Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)

   <Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate <Sarah.Slate@students.jefferson.edu>;

Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker <Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student) <DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman' <Amanda.Helman@jefferson.edu>; Alaina Marshall (Student) <Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Laura Dawson-Fend <Laura.Dawson-Fend@jefferson.edu>

Attach: image001.png

cid:image003.png@01D8C2B2.FAE77670

We look forward to seeing you,

The CTC Faculty and Staff

Event: CTC Town Hall
Start Date: 2022-02-28 23:00:00 +0000
End Date: 2022-03-01 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-19 23:26:11 +0000
Date Modified: 2022-08-19 23:26:11 +0000
Priority: 5
DTSTAMP: 2022-01-25 22:22:43 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

For CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Host:
CTC PD + Faculty
CTC PD + Faculty

  Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022
April 25, 2022

Day:
Monday
Monday
Monday

Time:
6:00 PM
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

--

Event: CTC Town Hall - Clinical
Start Date: 2021-12-13 23:00:00 +0000
End Date: 2021-12-14 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-19 23:25:20 +0000
Date Modified: 2022-08-19 23:25:20 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:50:31 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>
Attach: image001.png; image002.png; image001.png

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C671.D8CEE200

--

Event: CTC Town Hall
Start Date: 2021-12-06 23:00:00 +0000
End Date: 2021-12-07 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-19 23:26:07 +0000
Date Modified: 2022-08-19 23:26:07 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:47:27 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>
Attach: image001.png; image002.png; image001.png

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical
meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C671.6B486670

Event: CTC Town Hall Meeting
Start Date: 2021-11-08 23:00:00 +0000
End Date: 2021-11-09 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-19 13:27:30 +0000
Date Modified: 2022-08-19 13:27:31 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:39:46 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

&lt;Elizabeth.Weiss@students.jefferson.edu&gt;; Julia Smith 2 &lt;Julia.Smith3@jefferson.edu&gt;;
Mackenzie Stocum &lt;Mackenzie.Stocum@students.jefferson.edu&gt;; Nicole G. Johnson
&lt;Nicole.G.Johnson@jefferson.edu&gt;
Attach: image001.png; image002.png; image001.png
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C670.58A03490

Event: Healing Centered Engagement training from the RYSE Center
Start Date: 2022-03-23 16:00:00 +0000
End Date: 2022-03-23 17:00:00 +0000
Organizer: Amy Page <Amy.Page@jefferson.edu>
Location: Amy's Zoom: https://Jefferson.zoom.us/j/7190594047
Class: X-PERSONAL
Date Created: 2022-08-20 05:13:46 +0000
Date Modified: 2024-08-18 04:37:36 +0000
Priority: 5
DTSTAMP: 2022-03-08 16:21:33 +0000
Attendee: Amy Page <Amy.Page@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Kanwarpal Dhaliwal <kanwarpal@rysecenter.org>; Sheryl
Cooley <Sheryl.Cooley@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>;
Neil Andress <Neil.Andress@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Stephen DiDonato <Stephen.DiDonato@jefferson.edu>;
Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)

<Samara.Perez@students.jefferson.edu>; Lexie Puls <Alexandra.Puls@students.jefferson.edu>;
Anastasia Reale (Student) <Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky
(Student) <Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie.Stocum@jefferson.edu
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@students.jefferson.edu>; geraldine.pena@cctckids.org
<geraldine.pena@cctckids.org>; xwang@uarts.edu <xwang@uarts.edu>;

ricky@philachildrensalliance.org <ricky@philachildrensalliance.org>; sbaptista@merakey.org <sbaptista@merakey.org>; THIGPENJ@chop.edu <THIGPENJ@chop.edu>; tpostell@drwes.org <tpostell@drwes.org>; Jeffrey.Alpart@uhsinc.com <Jeffrey.Alpart@uhsinc.com>; MENAPACEC@chop.edu <MENAPACEC@chop.edu>; laura.dupiton@cctckids.org <laura.dupiton@cctckids.org>; rachelchandler@mainlinecc.com <rachelchandler@mainlinecc.com>; rzenkert@soarinc.com <rzenkert@soarinc.com>; Brittany Kurdewan <bkurdewan@councilforrelationships.org>; Courtney Parker <cparker@crefeld.org>; dscott@crefeld.org <dscott@crefeld.org>; Ricky Schermond <rschermond@philachildrensalliance.org>; Glavin, Caroline M <glavinc@chop.edu>
Recurs: Weekly on WE until 2022-03-30
Attach: 404.ics
Alarm: Display the following message 15m before start
Reminder

Please join us for a 2-part training series presented via Zoom by Kanwarpal Dhaliwal of the RYSE Center in California. A brief description is below.

â€œAs you enter positions of trust and power, dream a little before you think." - Toni Morrison
As we engage in our academic training, praxes, and scholarship, and prepare to enter into organizations, institutions, and systems with increased positional power, it is important to take time to reflect, reckon, and dream. This 2-part series will be held as moments to do such. Key questions we will engage with include:
How do we discern our own and each otherâ€™s worth from our work?
How do we discern our individual success in these systems from our collective liberation?
For BIPOC kin, how do we affirm our resilience in these same systems that we now steward? How do we honor our own and each otherâ€™s fortitude and healing and protect against the internalization of white supremacy and capitalism?
For White kin, how will you disrupt the benefits and allowances of white supremacy and capitalism in these systems? How will you take on the responsibility of both explicating and decentering whiteness, which also means explicating and decentering yourselves?
For non-Black and non-Indigenous kin, who do we need to be and what do we need to do to disrupt anti-Blackness and anti-Indigeneity that is embedded and incessant in our systems, our communities, and our families. How do we call in our kin and colleagues?
These are lifelong questions and reflection. We hope this space will affirm, inspire, challenge, and incite the ongoing dreaming we all need and deserve.

---

Event: Healing Centered Engagement training from the RYSE Center
Start Date: 2022-03-23 16:00:00 +0000
End Date: 2022-03-23 17:00:00 +0000
Organizer: Amy Page <Amy.Page@jefferson.edu>
Location: Amy's Zoom: https://Jefferson.zoom.us/j/7190594047
Class: X-PERSONAL
Date Created: 2022-08-20 05:15:49 +0000
Date Modified: 2024-08-18 04:37:07 +0000
Priority: 5
DTSTAMP: 2022-03-08 16:21:33 +0000
Attendee: Amy Page <Amy.Page@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Kanwarpal Dhaliwal <kanwarpal@rysecenter.org>; Sheryl
Cooley <Sheryl.Cooley@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>;
Neil Andress <Neil.Andress@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Stephen DiDonato <Stephen.DiDonato@jefferson.edu>;
Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)

<Samara.Perez@students.jefferson.edu>; Lexie Puls <Alexandra.Puls@students.jefferson.edu>;
Anastasia Reale (Student) <Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky
(Student) <Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie.Stocum@jefferson.edu
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@students.jefferson.edu>; geraldine.pena@cctckids.org
<geraldine.pena@cctckids.org>; xwang@uarts.edu <xwang@uarts.edu>;

ricky@philachildrensalliance.org <ricky@philachildrensalliance.org>; sbaptista@merakey.org
<sbaptista@merakey.org>; THIGPENJ@chop.edu <THIGPENJ@chop.edu>; tpostell@drwes.org
<tpostell@drwes.org>; Jeffrey.Alpart@uhsinc.com <Jeffrey.Alpart@uhsinc.com>;
MENAPACEC@chop.edu <MENAPACEC@chop.edu>; laura.dupiton@cctckids.org
<laura.dupiton@cctckids.org>; rachelchandler@mainlinecc.com
<rachelchandler@mainlinecc.com>; rzenkert@soarinc.com <rzenkert@soarinc.com>; Brittany
Kurdewan <bkurdewan@councilforrelationships.org>; Courtney Parker <cparker@crefeld.org>;
dscott@crefeld.org <dscott@crefeld.org>; Ricky Schermond
<rschermond@philachildrensalliance.org>; Glavin, Caroline M <glavinc@chop.edu>
Recurs: Weekly on WE until 2022-03-30
Attach: 405.ics
Alarm: Display the following message 15m before start
Reminder

Please join us for a 2-part training series presented via Zoom by Kanwarpal Dhaliwal of the RYSE Center in
California. A brief description is below.

â€œAs you enter positions of trust and power, dream a little before you think." - Toni Morrison
As we engage in our academic training, praxes, and scholarship, and prepare to enter into organizations,
institutions, and systems with increased positional power, it is important to take time to reflect, reckon, and
dream. This 2-part series will be held as moments to do such. Key questions we will engage with include:
How do we discern our own and each otherâ€™s worth from our work?
How do we discern our individual success in these systems from our collective liberation?
For BIPOC kin, how do we affirm our resilience in these same systems that we now steward? How
do we honor our own and each otherâ€™s fortitude and healing and protect against the
internalization of white supremacy and capitalism?
For White kin, how will you disrupt the benefits and allowances of white supremacy and capitalism
in these systems? How will you take on the responsibility of both explicating and decentering
whiteness, which also means explicating and decentering yourselves?
For non-Black and non-Indigenous kin, who do we need to be and what do we need to do to
disrupt anti-Blackness and anti-Indigeneity that is embedded and incessant in our systems, our
communities, and our families. How do we call in our kin and colleagues?
These are lifelong questions and reflection. We hope this space will affirm, inspire, challenge, and incite the
ongoing dreaming we all need and deserve.

---

Event: CTC Clinical Town Hall-Reminder
Start Date: 2022-03-21 22:00:00 +0000
End Date: 2022-03-21 23:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom-https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-20 05:16:02 +0000
Date Modified: 2022-08-20 05:16:02 +0000
Priority: 5
DTSTAMP: 2022-03-21 13:50:40 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)

<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)

<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Amy Page
<Amy.Page@jefferson.edu>
Alarm: Display the following message 15m before start
Reminder

CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:
February 7, 2022
March 21, 2022

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

Host:
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

--

   April 25, 2022

Monday

6:00 PM

Dr. Johnson + Neil Andress

Event
Start Date: 2022-03-23 16:00:00 +0000
End Date: 2022-03-23 17:00:00 +0000
Date Created: 2022-08-20 05:16:56 +0000
Date Modified: 2022-08-20 05:16:56 +0000
Attendee: Amy Page <Amy.Page@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Kanwarpal Dhaliwal <kanwarpal@rysecenter.org>; Sheryl
Cooley <Sheryl.Cooley@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>;
Neil Andress <Neil.Andress@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Stephen DiDonato <Stephen.DiDonato@jefferson.edu>;
Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)

<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Melissa Paolercio (Student) <Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Lexie Puls <Alexandria.Puls@students.jefferson.edu>;
Anastasia Reale (Student) <Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky
(Student) <Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)

<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jie Bin Chen (Student)
<JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)

<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie.Stocum@jefferson.edu
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@students.jefferson.edu>; geraldine.pena@cctckids.org
<geraldine.pena@cctckids.org>; xwang@uarts.edu <xwang@uarts.edu>;
ricky@philachildrensalliance.org <ricky@philachildrensalliance.org>; sbaptista@merakey.org
<sbaptista@merakey.org>; THIGPENJ@chop.edu <THIGPENJ@chop.edu>; tpostell@drwes.org
<tpostell@drwes.org>; Jeffrey.Alpart@uhsinc.com <Jeffrey.Alpart@uhsinc.com>;
MENAPACEC@chop.edu <MENAPACEC@chop.edu>; laura.dupiton@cctckids.org
<laura.dupiton@cctckids.org>; rachelchandler@mainlinecc.com
<rachelchandler@mainlinecc.com>; rzenkert@soarinc.com <rzenkert@soarinc.com>; Brittany

Kurdewan <bkurdewan@councilforrelationships.org>; Courtney Parker <cparker@crefeld.org>;
dscott@crefeld.org <dscott@crefeld.org>; Ricky Schermond
<rschermond@philachildrensalliance.org>; Glavin, Caroline M <glavinc@chop.edu>; Jessica Lopez
<Jessica.Lopez3@jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>; Christy Osborne
<Christy.Osborne@students.jefferson.edu>

Event

Start Date: 2022-03-30 16:00:00 +0000

End Date: 2022-03-30 17:00:00 +0000

Date Created: 2022-08-20 05:16:05 +0000

Date Modified: 2022-08-20 05:16:05 +0000

Attendee: Amy Page <Amy.Page@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Angelle Richardson <Angelle.Richardson@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Stephen DiDonato <Stephen.DiDonato@jefferson.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Elvira Babenko (Student) <Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student) <Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student) <Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>; Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark <Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student) <Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino <Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student) <Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student) <Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student) <Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student) <Danielle.Figueroa@students.jefferson.edu>; Spring Gass <Spring.Gass@students.jefferson.edu>; Patricia Gilbert <Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student) <Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>; Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student) <Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student) <Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student) <Emily.Karras@students.jefferson.edu>; Maren Kirk (Student) <Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student) <Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student) <Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student) <Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student) <Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)

<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student) <Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student) <Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>; Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student) <Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student) <Samara.Perez@students.jefferson.edu>; Lexie Puls <Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student) <Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student) <Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student) <Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>; Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik <Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)

<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)

  <Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie.Stocum@jefferson.edu
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@students.jefferson.edu>; geraldine.pena@cctckids.org
<geraldine.pena@cctckids.org>; xwang@uarts.edu <xwang@uarts.edu>;
ricky@philachildrensalliance.org <ricky@philachildrensalliance.org>; sbaptista@merakey.org
<sbaptista@merakey.org>; THIGPENJ@chop.edu <THIGPENJ@chop.edu>; tpostell@drwes.org
<tpostell@drwes.org>; MENAPACEC@chop.edu <MENAPACEC@chop.edu>;
laura.dupiton@cctckids.org <laura.dupiton@cctckids.org>; rachelchandler@mainlinecc.com
<rachelchandler@mainlinecc.com>; rzenkert@soarinc.com <rzenkert@soarinc.com>; Brittany
Kurdewan <bkurdewan@councilforrelationships.org>; Courtney Parker <cparker@crefeld.org>;

dscott@crefeld.org <dscott@crefeld.org>; Ricky Schermond
<rschermond@philachildrensalliance.org>; Kanwarpal Dhaliwal <kanwarpal@rysecenter.org>;
Jeffrey.Alpart@uhsinc.com <Jeffrey.Alpart@uhsinc.com>; Glavin, Caroline M <glavinc@chop.edu>

Event: CTC Town Hall
Start Date: 2022-09-08 20:30:00 +0000
End Date: 2022-09-08 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2022-10-18 10:41:10 +0000
Date Modified: 2022-10-18 10:41:10 +0000
Priority: 5
DTSTAMP: 2022-09-07 16:11:38 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; 'Madison Hickey'
<Madison.Hickey@students.jefferson.edu>; Faith Higgins
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis
<Teagan.Lewis@students.jefferson.edu>; Makeiah.Milbourne@students.jefferson.edu
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz <Sarah.Oltz@students.jefferson.edu>;
Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

<Rachel.Woerner@students.jefferson.edu>; William Wraith
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps <Brianna.Phelps@students.jefferson.edu>;
Naya Rivera <Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)

   <Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate <Sarah.Slate@students.jefferson.edu>;

Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Myashia
Walker <Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Recurs: Every 2 weeks on TH until 2022-12-08
Attach: image003.png
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670

Event: CTC Town Hall - Clinical
Start Date: 2021-12-13 23:00:00 +0000
End Date: 2021-12-14 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2022-08-19 13:25:56 +0000
Date Modified: 2022-08-19 13:25:57 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:50:31 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Attach: image001.png; image002.png; image001.png
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C671.D8CEE200


--

Event: CTC Town Hall Meeting
Start Date: 2021-11-08 23:00:00 +0000
End Date: 2021-11-09 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-19 13:25:51 +0000
Date Modified: 2022-08-19 13:25:51 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:39:46 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Sabrina
Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino (Student)
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Veronica Harvey (Student)

<Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz (Student)
<Jenna.Loz@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale (Student)
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)

<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>
Attach: image001.png; image002.png; image001.png
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

cid:image002.png@01D7C670.58A03490

Event: CTC Town Hall
Start Date: 2022-09-08 20:30:00 +0000
End Date: 2022-09-08 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2022-10-18 10:41:14 +0000
Date Modified: 2024-08-18 04:04:45 +0000
Priority: 5
DTSTAMP: 2022-09-07 16:11:38 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; 'Madison Hickey'
<Madison.Hickey@students.jefferson.edu>; Faith Higgins
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis
<Teagan.Lewis@students.jefferson.edu>; Makeiah.Milbourne@students.jefferson.edu
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz <Sarah.Oltz@students.jefferson.edu>;
Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

    <Rachel.Woerner@students.jefferson.edu>; William Wraith
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps <Brianna.Phelps@students.jefferson.edu>;
Naya Rivera <Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)

   <Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate <Sarah.Slate@students.jefferson.edu>;

Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Myashia
Walker <Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Recurs: Every 2 weeks on TH until 2022-12-08
Attach: image003.png; 403.ics
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670

Event
Start Date: 2022-10-04 20:35:00 +0000
End Date: 2022-10-04 21:35:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Date Created: 2022-10-18 10:41:14 +0000
Date Modified: 2022-10-18 10:41:14 +0000
DTSTAMP: 2022-10-03 18:04:25 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou

  Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)

<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)

   <Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)

<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Attach: image003.png; image002.png; image001.png; image002.png
cid:image003.png@01D8C2B2.FAE77670
Location for Tuesday, October 4, 2022 -Kanbar 306

Event
Start Date: 2022-10-04 20:35:00 +0000
End Date: 2022-10-04 21:35:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Date Created: 2022-11-02 17:06:53 +0000
Date Modified: 2022-11-02 17:06:54 +0000
DTSTAMP: 2022-10-03 18:04:25 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress
<Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>; Amanda Arcomano (Student)
<Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; 'Madison Hickey'
<Madison.Hickey@students.jefferson.edu>; Faith Higgins
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis
<Teagan.Lewis@students.jefferson.edu>; Makeiah.Milbourne@students.jefferson.edu
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz <Sarah.Oltz@students.jefferson.edu>;
Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)

    <Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)

<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps <Brianna.Phelps@students.jefferson.edu>;
Naya Rivera <Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)

<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate <Sarah.Slate@students.jefferson.edu>;
Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Myashia
Walker <Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'

<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Attach: image003.png; image002.png; image001.png; image002.png
cid:image003.png@01D8C2B2.FAE77670
Location for Tuesday, October 4, 2022 -Kanbar 306

Event: CTC Town Hall
Start Date: 2023-02-28 21:30:00 +0000
End Date: 2023-02-28 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: TBD
Class: X-PERSONAL
Date Created: 2023-03-10 05:16:35 +0000
Date Modified: 2023-03-10 05:16:35 +0000
Priority: 5
DTSTAMP: 2023-02-22 19:01:28 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

  <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>
Attach: image001.png
cid:image003.png@01D8C2B2.FAE77670
We look forward to seeing you,
The CTC Faculty and Staff

Event: CTC Town Hall
Start Date: 2022-09-20 20:30:00 +0000
End Date: 2022-09-20 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2022-11-30 05:09:44 +0000
Date Modified: 2024-08-18 04:01:55 +0000
Priority: 5
DTSTAMP: 2022-10-19 15:29:32 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; 'Madison Hickey'
<Madison.Hickey@students.jefferson.edu>; Faith Higgins
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis
<Teagan.Lewis@students.jefferson.edu>; Makeiah.Milbourne@students.jefferson.edu
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz <Sarah.Oltz@students.jefferson.edu>;
Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

  <Rachel.Woerner@students.jefferson.edu>; William Wraith
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps <Brianna.Phelps@students.jefferson.edu>;
Naya Rivera <Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)

    <Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate <Sarah.Slate@students.jefferson.edu>;

Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker <Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student) <DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman' <Amanda.Helman@jefferson.edu>; Alaina Marshall (Student) <Alaina.Marshall@students.jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Recurs: Every 2 weeks on TU until 2022-12-08
Attach: 401.ics; image003.png; 403.ics
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670

Event
Start Date: 2022-10-04 20:35:00 +0000
End Date: 2022-10-04 21:35:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Date Created: 2022-11-30 05:09:44 +0000
Date Modified: 2022-11-30 05:09:44 +0000
DTSTAMP: 2022-10-03 18:04:25 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress
<Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>; Amanda Arcomano (Student)
<Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; 'Madison Hickey'
<Madison.Hickey@students.jefferson.edu>; Faith Higgins
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis
<Teagan.Lewis@students.jefferson.edu>; Makeiah.Milbourne@students.jefferson.edu
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz <Sarah.Oltz@students.jefferson.edu>;
Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)

  <Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)

<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps <Brianna.Phelps@students.jefferson.edu>;
Naya Rivera <Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)

<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate <Sarah.Slate@students.jefferson.edu>;
Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Myashia
Walker <Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'

<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Attach: image003.png; image002.png; image001.png; image002.png
cid:image003.png@01D8C2B2.FAE77670
Location for Tuesday, October 4, 2022 -Kanbar 306

Event: CTC Town Hall
Start Date: 2022-09-20 20:30:00 +0000
End Date: 2022-09-20 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2022-11-03 17:31:23 +0000
Date Modified: 2024-08-18 04:03:41 +0000
Priority: 5
DTSTAMP: 2022-10-19 15:29:32 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

   <John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Recurs: Every 2 weeks on TU until 2022-12-08
Attach: 402.ics; image003.png; 404.ics
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670

Event
Start Date: 2022-10-04 20:35:00 +0000
End Date: 2022-10-04 21:35:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Date Created: 2022-11-03 17:31:24 +0000
Date Modified: 2022-11-03 17:31:24 +0000
DTSTAMP: 2022-10-03 18:04:25 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K
<brandoffr@philau.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Johnson, Nicole G
<johnsonn@philau.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress
<Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>; Amanda Arcomano (Student)
<Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; 'Madison Hickey'
<Madison.Hickey@students.jefferson.edu>; Faith Higgins
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis
<Teagan.Lewis@students.jefferson.edu>; Makeiah.Milbourne@students.jefferson.edu
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz <Sarah.Oltz@students.jefferson.edu>;
Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)

    <Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)

<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps <Brianna.Phelps@students.jefferson.edu>;
Naya Rivera <Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)

<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate <Sarah.Slate@students.jefferson.edu>;
Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Myashia
Walker <Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'

<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Attach: image003.png; image002.png; image001.png; image002.png
cid:image003.png@01D8C2B2.FAE77670
Location for Tuesday, October 4, 2022 -Kanbar 306

Event: CTC Town Hall
Start Date: 2022-09-20 20:30:00 +0000
End Date: 2022-09-20 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2022-11-02 17:06:54 +0000
Date Modified: 2024-08-18 04:03:45 +0000
Priority: 5
DTSTAMP: 2022-10-19 15:29:32 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

    <John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Recurs: Every 2 weeks on TU until 2022-12-08
Attach: 402.ics; image003.png; 404.ics
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670

Event

Start Date: 2022-11-01 20:30:00 +0000

End Date: 2022-11-01 21:30:00 +0000

Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>

Location: Downs Hall Auditorium

Date Created: 2022-11-02 17:06:55 +0000

Date Modified: 2022-11-02 17:06:55 +0000

DTSTAMP: 2022-10-19 15:34:16 +0000

Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student) <Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student) <Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student) <Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student) <Caroline.Deas@students.jefferson.edu>; Paula Edge (Student) <Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student) <Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student) <Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student) <Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student) <Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student) <Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student) <William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student) <Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student) <Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student) <Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student) <Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student) <Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student) <Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student) <Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student) <Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student) <Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student) <Lauren.Strailey@students.jefferson.edu>; John Valitski (Student) <John.Valitski@students.jefferson.edu>; Rachel Woerner (Student) <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student) <William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)

  <SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student) <Talia.Jones@students.jefferson.edu>; Mary Kasper (Student) <Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student) <Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student) <Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student) <Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student) <Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student) <Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student) <Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student) <Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student) <Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)

<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)

  <Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)

<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Attach: image003.png; image002.png; image001.png; image002.png
cid:image003.png@01D8C2B2.FAE77670

Event: CTC Town Hall
Start Date: 2021-12-06 23:00:00 +0000
End Date: 2021-12-07 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2022-08-19 13:27:27 +0000
Date Modified: 2022-08-19 13:27:27 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:47:27 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Attach: image001.png; image002.png; image001.png
Alarm: Display the following message 15m before start
Reminder

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C671.6B486670

Event
Start Date: 2022-11-15 21:30:00 +0000
End Date: 2022-11-15 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Date Created: 2022-12-14 11:45:55 +0000
Date Modified: 2022-12-14 11:45:55 +0000
DTSTAMP: 2022-11-15 17:33:37 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou

   Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)

<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)


   <Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)

<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Attach: Great American Smokeout.jpg; image001.jpg
Hello All,
There will be NO Town Hall today for all students, but Dr. Nicole would like to meet with the CTC Student
Representatives at this time. Student Representative please come to our office (Ronson 125).
CTC students if you are available ,please support the Rams for Recovery Smokeout event in Kanbar Performance Space
at 3:00 pm.

cid:image001.jpg@01D8F8EE.7A034850
Best,
Sheryl

Event
Start Date: 2022-11-01 20:30:00 +0000
End Date: 2022-11-01 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Downs Hall Auditorium
Date Created: 2023-02-02 08:21:52 +0000
Date Modified: 2023-02-02 08:21:52 +0000
DTSTAMP: 2022-10-19 15:34:16 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)

    <SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)

<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)

    <Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)

<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Attach: image003.png; image002.png; image001.png; image002.png
cid:image003.png@01D8C2B2.FAE77670

Event: CTC Town Hall
Start Date: 2022-11-29 21:30:00 +0000
End Date: 2022-11-29 22:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Downs Hall Aditorium
Date Created: 2023-02-02 08:21:53 +0000
Date Modified: 2023-02-02 08:21:53 +0000
DTSTAMP: 2022-11-29 17:43:39 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Neil
Andress <Neil.Andress@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>; Amanda Arcomano (Student)
<Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student) <Gunveen.Kaur@students.jefferson.edu>;
William Kiriloff (Student) <William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student) <Eboni.Parks@students.jefferson.edu>;
Savannah Patterson (Student) <Savannah.Patterson@students.jefferson.edu>; Peyton Payne
(Student) <Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou Diakhite
(Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student) <Mary.Kasper@students.jefferson.edu>;
Jessica Legg (Student) <Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)

  <Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)

<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student) <Maren.Kirk@students.jefferson.edu>;
Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>; Alexa
Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student) <Sarah.Slate@students.jefferson.edu>;
Annaliese Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker
(Student) <Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; 'Amanda Helman'

<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Attach: image001.jpg; image003.jpg; image002.jpg; image001.jpg

Event: Town Hall Meeting-Clinical
Start Date: 2021-10-25 22:00:00 +0000
End Date: 2021-10-25 23:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Zoom: https://Jefferson.zoom.us/j/96103904996?
pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2024-10-26 11:29:24 +0000
Date Modified: 2024-10-26 11:29:24 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:36:44 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)

<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum

<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)

<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker

<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>
Attach: image001.png; image002.png; image001.png

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C66F.EB904890

Event: CTC Town Hall Meeting
Start Date: 2021-11-08 23:00:00 +0000
End Date: 2021-11-09 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/402 3689245
Class: X-PERSONAL
Date Created: 2024-11-08 02:54:43 +0000
Date Modified: 2024-11-08 02:54:43 +0000
Priority: 5
DTSTAMP: 2021-10-21 15:39:46 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>
Attach: image001.png; image002.png; image001.png

For town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

For Clinical Office hours â€" We will use Nicoleâ€™s (Nicole, please confirm correct Zoom, I pulled it from clinical meeting
invite)
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
cid:image002.png@01D7C670.58A03490

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: "Alexandra Roberts (Student)" <Alexandra.Roberts@students.jefferson.edu>, "Annaliese Berkenstock (Student)" <Annaliese.Berkenstock@students.jefferson.edu>, "Breyana Chavis (Student)" <Breyana.Chavis@students.jefferson.edu>, "Brianna Cooley (Student)" <Brianna.Cooley@students.jefferson.edu>, "Caitlin Gross (Student)" <Caitlin.Gross@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)" <DeAnna.Meckling-Peruto@students.jefferson.edu>, "Devon Woosnam (Student)" <Devon.Woosnam@students.jefferson.edu>, "Jackie Massuda (Student)" <Jackie.Massuda@students.jefferson.edu>, "Jean Bastian (Student)" <Jean.Bastian@students.jefferson.edu>, Jessica Lopez <Jessica.Lopez3@jefferson.edu>, "Jie Bin Chen (Student)" <JieBin.Chen@students.jefferson.edu>, "Julia Smith (Student)" <Julia.Smith@students.jefferson.edu>, "Leila Safford (Student)" <Leila.Safford@students.jefferson.edu>, "Madelene Pierre (Student)" <Madelene.Pierre@students.jefferson.edu>, "Nicole Gregorovic (Student)" <Nicole.Gregorovic@students.jefferson.edu>, "Xavier Vele (Student)" <Xavier.Vele@students.jefferson.edu>, "Alexandra Warren (Student)" <Alexandra.Warren@students.jefferson.edu>, "Andrew McCarty (Student)" <Andrew.McCarty@students.jefferson.edu>, "Danielle Bookheimer (Student)" <Danielle.Bookheimer@students.jefferson.edu>, "Elizabeth Sussman (Student)" <Elizabeth.Sussman@students.jefferson.edu>, Erica Patel <Erica.Patel@jefferson.edu>, "Hope Gofton (Student)" <Hope.Gofton@students.jefferson.edu>, "Linda Math (Student)" <Linda.Math@students.jefferson.edu>, "Makenna Sacco (Student)" <Makenna.Sacco@students.jefferson.edu>, "Megan Bolger (Student)" <Megan.Bolger@students.jefferson.edu>, "Nicholas Spadaro (Student)" <Nicholas.Spadaro@students.jefferson.edu>, "Rhea Beera (Student)" <Rhea.Beera@students.jefferson.edu>, "Sarah Slate (Student)" <Sarah.Slate@students.jefferson.edu>, "Allyson Caputa (Student)" <Allyson.Caputa@students.jefferson.edu>, "Angeline Gwein (Student)" <Angeline.Gwein@students.jefferson.edu>, "Annaya Ahmand (Student)" <Annaya.Ahmand@students.jefferson.edu>, "Corrie Billig (Student)" <Corrie.Billig@students.jefferson.edu>, "Emily McGuigan (Student)" <Emily.McGuigan@students.jefferson.edu>, "Evan Tate (Student)" <Evan.Tate@students.jefferson.edu>, "Jacqueline Huynh (Student)" <Jacqueline.Huynh@students.jefferson.edu>, "Kelsey Mccone (Student)" <Kelsey.Mccone@students.jefferson.edu>, "Kelsey Paparo (Student)" <Kelsey.Paparo@students.jefferson.edu>, Mackenzie Stocum <Mackenzie.Stocum@jefferson.edu>, "Maya Hansell (Student)" <Maya.Hansell@students.jefferson.edu>, "Meghan Kirk (Student)" <Meghan.Kirk@students.jefferson.edu>, "Mirabela Montell (Student)" <Mirabela.Montell@students.jefferson.edu>, "Preya John (Student)" <Preya.John@students.jefferson.edu>, "Sarah Hill (Student)" <Sarah.Hill@students.jefferson.edu>, "Sophia Bullard (Student)" <Sophia.Bullard@students.jefferson.edu>, "Stephanie Paley (Student)" <Stephanie.Paley@students.jefferson.edu>, "Alaina Marshall (Student)" <Alaina.Marshall@students.jefferson.edu>, "Amanda Helman (Student)" <Amanda.Helman@students.jefferson.edu>, "Darrell Williams (Student)" <Darrell.Williams@students.jefferson.edu>, "Maria Harley (Student)" <Maria.Harley@students.jefferson.edu>, "Tyerra Griffin (Student)" <Tyerra.Griffin@students.jefferson.edu>, "Elvira Babenko (Student)" <Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)" <Nicole.Barlow@students.jefferson.edu>, "Alexandria Barth (Student)" <Alexandria.Barth@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Sabrina Bounader (Student)"

    &lt;Sabrina.Bounader@students.jefferson.edu&gt;, "Colleen Boyle (Student)"
&lt;Colleen.Boyle@students.jefferson.edu&gt;, "Shannon Clark (Student)"
&lt;Shannon.Clark@students.jefferson.edu&gt;, "Evan Coder (Student)"
&lt;Evan.Coder@students.jefferson.edu&gt;, "Yasmeen Collins (Student)"
&lt;Yasmeen.Collins@students.jefferson.edu&gt;, "Julia Czmar (Student)"
&lt;Julia.Czmar@students.jefferson.edu&gt;, "Michelle DiLullo (Student)"
&lt;Michelle.DiLullo@students.jefferson.edu&gt;, "Alexa Dimino (Student)"
&lt;Alexa.Dimino@students.jefferson.edu&gt;, "Amy Dugan (Student)"
&lt;Amy.Dugan@students.jefferson.edu&gt;, "Christine Eisenberg (Student)"
&lt;Christine.Eisenberg@students.jefferson.edu&gt;, "Amanda Farese 2 (Student)"
&lt;Amanda.Farese2@students.jefferson.edu&gt;, "Danielle Figueroa (Student)"
&lt;Danielle.Figueroa@students.jefferson.edu&gt;, "Spring Gass (Student)"
&lt;Spring.Gass@students.jefferson.edu&gt;, "Patricia Gilbert (Student)"
&lt;Patricia.Gilbert@students.jefferson.edu&gt;, "Ryan Gilchrist (Student)"
&lt;Ryan.Gilchrist@students.jefferson.edu&gt;, "Renae Gross (Student)"
&lt;Renae.Gross@students.jefferson.edu&gt;, "Veronica Harvey (Student)"
&lt;Veronica.Harvey@students.jefferson.edu&gt;, "Samantha Hovatter (Student)"
&lt;Samantha.Hovatter@students.jefferson.edu&gt;, "Theophilus Ijeboi (Student)"
&lt;Theophilus.Ijeboi@students.jefferson.edu&gt;, "Emily Karras (Student)"
&lt;Emily.Karras@students.jefferson.edu&gt;, "Maren Kirk (Student)"
&lt;Maren.Kirk@students.jefferson.edu&gt;, "Caroline Kuzoian (Student)"
&lt;Caroline.Kuzoian@students.jefferson.edu&gt;, "Elisabeth Legge (Student)"
&lt;Elisabeth.Legge@students.jefferson.edu&gt;, "Jenna Loz (Student)"
&lt;Jenna.Loz@students.jefferson.edu&gt;, "Jacey Ludlam (Student)"
&lt;Jacey.Ludlam@students.jefferson.edu&gt;, "Julianna MacGregor (Student)"
&lt;Julianna.MacGregor@students.jefferson.edu&gt;, "Tanya Moore (Student)"
&lt;Tanya.Moore@students.jefferson.edu&gt;, "Jaclyn Mulvihill (Student)"
&lt;Jaclyn.Mulvihill@students.jefferson.edu&gt;, "Glory Munthali (Student)"
&lt;Glory.Munthali@students.jefferson.edu&gt;, "Angela Navarreto (Student)"
&lt;Angela.Navarreto@students.jefferson.edu&gt;, "Zumana Noor (Student)"
&lt;Zumana.Noor@students.jefferson.edu&gt;, "Ada Opara (Student)"
&lt;Ada.Opara@students.jefferson.edu&gt;, "Christy Osborne (Student)"
&lt;Christy.Osborne@students.jefferson.edu&gt;, "Melissa Paolercio (Student)"
&lt;Melissa.Paolercio@students.jefferson.edu&gt;, "Samara Perez (Student)"
&lt;Samara.Perez@students.jefferson.edu&gt;, "Alexandria Puls (Student)"
&lt;Alexandria.Puls@students.jefferson.edu&gt;, "Anastasia Reale (Student)"
&lt;Anastasia.Reale@students.jefferson.edu&gt;, "Benjamin Solensky (Student)"
&lt;Benjamin.Solensky@students.jefferson.edu&gt;, "Alexia Stipa (Student)"
&lt;Alexia.Stipa@students.jefferson.edu&gt;, "Abigail Taylor (Student)"
&lt;Abigail.Taylor@students.jefferson.edu&gt;, "Mira Treatman (Student)"
&lt;Mira.Treatman@students.jefferson.edu&gt;, "Michelle Tulik (Student)"
&lt;Michelle.Tulik@students.jefferson.edu&gt;, "Elizabeth Tutolo (Student)"
&lt;Elizabeth.Tutolo@students.jefferson.edu&gt;, "Myashia Walker (Student)"
&lt;Myashia.Walker@students.jefferson.edu&gt;, "Elizabeth Weiss (Student)"
&lt;Elizabeth.Weiss@students.jefferson.edu&gt;, Angelle Richardson
&lt;Angelle.Richardson@jefferson.edu&gt;, "Brandoff, Rachel K" &lt;brandoffr@philau.edu&gt;,
Jeanne Felter &lt;Jeanne.Felter@jefferson.edu&gt;, "Johnson, Nicole G" &lt;johnsonn@philau.edu&gt;,
Katharine Sperandio &lt;Katharine.Sperandio@jefferson.edu&gt;, Katharine Wenocur
&lt;Katharine.Wenocur@jefferson.edu&gt;, Kirby Wycoff &lt;Kirby.Wycoff@jefferson.edu&gt;, Neil
Andress &lt;Neil.Andress@jefferson.edu&gt;, Warren Young &lt;Warren.Young@jefferson.edu&gt;,
Yoon suh Moh &lt;Yoonsuh.Moh@jefferson.edu&gt;
Subject: CTC First Fall Semester Town Hall Meeting
Date: Thu, 09 Sep 2021 21:02:43 +0000

Importance: Normal
Attachments: unnamed

REMINDER: First CTC Town Hall Meeting of the semester will be on 9/13/21 at 6PM (next Monday!) We will be answering any questions about the handbook and have some exciting announcements to make at that time!
Town Hall Meeting Zoom ID:
https://Jefferson.zoom.us/j/402 3689245

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Date: Mon, 20 Dec 2021 15:21:07 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg; image003.png

Hi,
Sorry, I was out of the office on Thursday/Friday. I'm happy to discuss next steps and can relay information
to Meg Grugan. If she
is not cleared before the spring she may not be able to attend.
Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, December 15, 2021 5:11 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Importance: High
  i Jenny and Zoe,
H
Thank you for the update. What you have reported here, are consistent with my concerns (and the concerns
that my faculty has).
Is there any chance the three of us can set up a meeting and discuss further. I would like to share the most
up to date information
from my faculty regarding this student and ensure we have an appropriate plan in place for next steps. I am
cc:ing Jeanne here to
keep her in the loop as well. My outlook calendar is up to date and I would love to get even 30 minutes on
the calendar for a
check-in / problem solving about this student. Do we need to bring health services in on this conversation? I
have had no
communication from Health Services indicating that this student is not able to be on campus.
Thank you in advance,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490

Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff

Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Tuesday, December 14, 2021 at 5:11 PM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Thanks Zoe. She is not understanding the policy correctly so we will need to clarify with her or tweak the policy to indicate it is for
acute illness. This 'loophole' doesn't mean she can attend school remotely. How did you leave it with her?

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Sent: Tuesday, December 14, 2021 2:45 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hello,
I spoke to Alexia yesterday regarding her situation. She stated that the syllabus permits students to attend class via Zoom, if they
have an illness and/or have not been cleared by Health Services To date, she states that she has not been cleared by Health
Services to attend in-person class. I explained that attendance is generally required, due to the nature of the course/program, but
she stated that she has the understanding that if a student is sick and working with Health Services, she is permitted to attend
class via Zoom. I further explained that absences are not accommodations, but she is not requesting accommodations, she states
that she is following policy / syllabus.
With respect to Spring 2022, she intends to follow the same policy, if not cleared from Health Services and/or develops symptoms
that prevent her from attending in-class.

Zoe
From: Kirby Wycoff
Sent: Friday, December 10, 2021 2:56 PM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Sounds good – one quick additional note that I thought I had sent yesterday, but I just found in my draft box...

My primary concern related to A.S. is the same concern we had for student K.P, which is that the curriculum is not
designed to be delivered in the fully online format. Student A.S had not been on campus since October 5,

which means
she was in the classroom for just the first four weeks of the semester. We denied that same accommodation to KP, and
she instead took a leave. When Jenny and I were working on the KP situation at the beginning of the semester we
discussed that one very important aspect of our training program, is the peer to peer student learning that happens when
students are together, in the live classroom. The interpersonal aspects of counselor training requires that we have
students in the same space to teach, coach and provide mentorship around Should we have starfish updates about her
status? Or confirmation she is not allowed on campus at this time? I look forward to learning more.
Best,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Date: Friday, December 10, 2021 at 11:15 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Alexia and I are in contact, so let's wait until we meet and then I'll be in touch.
Zoe
From: Kirby Wycoff
Sent: Friday, December 10, 2021 10:33 AM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hey there Zoe,
I am happy to meet if you think it would be helpful. I am also comfortable if you think its best to move forward with Alexia first,
and then let me know where things are at. Happy to take your lead
Best,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu

Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Date: Thursday, December 9, 2021 at 10:20 AM

To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Kirby,
I plan on reaching out to Alexia regarding the accommodation process for next semester. Please let me know if you would like to
discuss and we can set up a meeting.
Best,

Zoe
Zoe Gingold

Director, The Office of Student Accessibility Services
Jefferson
East Falls Campus
ZoeAnn.Gingold@Jefferson.edu

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person
named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the
original message.

From: Kirby Wycoff
Sent: Thursday, December 9, 2021 7:37 AM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>

Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa

Thank you. The most recent report that she volunteered to one of her faculty members is that she may have appendicitis.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals

Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Sent: Wednesday, December 8, 2021 4:42 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Kirby,
It does seem she has some ongoing medical issues so Zoe or I will reach out to discuss the spring and potential accommodation.

Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs

Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, December 8, 2021 1:45 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Jenny and Tim,
No, she has not returned to class since that time. The faculty has been very mindful not to ask her questions about her health care
status or related PHI, but they are confused and have asked me what is going on. They have noted that the student volunteered
that she did not have COVID, but that the health center had not yet cleared her to return due to a respiratory infection and they
told her that she couldn't be in class until she could speak without coughing. I have no idea if any of that is accurate. We haven't
gotten any updates from starfish indicating that she is able to / cleared to return to campus. As an aside, this student engaged in a
very interesting pattern of triangulating with the health center and one of her professors (relaying incorrect information,
presenting things in an inaccurate way) back in October. The professor and the health center (Megan G) then spoke directly, and
had a very collaborative, helpful discussion, that resolved the confusion. But I am now scratching my head again and confused as
to why the student hasn't been cleared to return, of if she has, but hasn't reported it truthfully. I think my team has been wanting
to be very supportive, and stay in their lane around health care info, but are also wondering about her attendance. She has
attended class virtually and has engaged in the content, but still not coming to campus. Any help in better understanding the
situation would be most appreciated. Happy to jump on a phone call too if that's easier! I am heading into my 2-4 faculty meeting,
and will be in another meeting from 4-4:30 and again from 7-9, but can speak in between those if you want to check in.
Thanks again Jenny and Tim!
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff

Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, December 8, 2021 at 9:13 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Kirby,
Did the student ever return to classes? I copied Tim Butler above as he can likely update if she took a leave
or something similar.

Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, December 7, 2021 1:13 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Subject: FW: [Starfish] Urgent Notification: Health: Alexia Stipa
Hey Jenny,
I hope all is well! I am wondering if you might have any updates on the student noted here. There is some
more back story here,
but would love any additional insights and/or suggestions on where I could learn more.
Thanks in advance,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Tuesday, December 7, 2021 at 1:11 PM
To: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Nicole,
Thank you for sharing this update. I was aware that we had an early notification about her, but also knew
that it wasn't very clear
what the issue was (unclear if COVID related or not?) and unclear the length of time / impact. I am going to
reach out to Jenny

Fogarty and see if I can get some additional insights.
Best,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department

Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
Date: Tuesday, December 7, 2021 at 12:16 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>
Subject: FW: [Starfish] Urgent Notification: Health: Alexia Stipa
Good morning Kirby and Jeanne,
I hope you are well. Kat and I have a concern with AS. We received a Starfish notification on this student October 5th and since
then we have not received an update and/or information on the student's possible return. Have you received an update?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Assistant Professor/Associate Program Director & Coordinator of Clinical Development
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Community & Trauma Counseling Program
College of Health Professions
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125M
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not
the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: notices@starfishsolutions.com <notices@starfishsolutions.com>
Sent: Tuesday, October 5, 2021 10:10 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa

WARNING: External Email - This email originated outside of Jefferson.

DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 10/5/2021
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.
I
mag

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>,
"Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Date: Mon, 20 Dec 2021 18:09:33 +0000
Importance: High
Attachments: COVID_specific_language_from_Syllabus_Template_CTC_Program_Fall_2021.docx
Inline-Images: image001.jpg; image002.jpg; image003.png

No worries Jenny, welcome back!
Any chance could meet tomorrow between 11AM - 1PM for a 30 minute consult? I am attaching the specific language
related to COVID here. This was written and vetted, and includes the college level language as requested. Jeanne and I
worked closely with our faculty to develop language that made it clear we would be flexible, when possible, that the
program was not an online one and that students must be communication with health center and follow all relevant
guidelines. We had another student who requested fully online learning in the Fall due to a medical injury and we denied
it, and instead they took a medical leave. This student has essentially done the same thing, without going through the
proper avenues (i.e. not on campus since October 5). I believe this student is intentionally manipulating the policy and
working multiple angles to do so. This is consistent with data observed throughout the semester. My goal in meeting is to
ensure clear messaging to students, discuss ways to improve / strengthen our language so students do not take advantage
of the flexibility, and identify clear action steps for working with this student.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Sent: Monday, December 20, 2021 10:21 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi,
Sorry, I was out of the office on Thursday/Friday. I'm happy to discuss next steps and can relay information to Meg Grugan. If she
is not cleared before the spring she may not be able to attend.

Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, December 15, 2021 5:11 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Importance: High
  i Jenny and Zoe,
H
Thank you for the update. What you have reported here, are consistent with my concerns (and the concerns that my faculty has).
Is there any chance the three of us can set up a meeting and discuss further. I would like to share the most up to date information
from my faculty regarding this student and ensure we have an appropriate plan in place for next steps. I am cc:ing Jeanne here to
keep her in the loop as well. My outlook calendar is up to date and I would love to get even 30 minutes on the calendar for a
check-in / problem solving about this student. Do we need to bring health services in on this conversation? I have had no
communication from Health Services indicating that this student is not able to be on campus.
Thank you in advance,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Tuesday, December 14, 2021 at 5:11 PM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Thanks Zoe. She is not understanding the policy correctly so we will need to clarify with her or tweak the policy to indicate it is for
acute illness. This 'loophole' doesn't mean she can attend school remotely. How did you leave it with her?

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building

18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Sent: Tuesday, December 14, 2021 2:45 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hello,
I spoke to Alexia yesterday regarding her situation. She stated that the syllabus permits students to attend class via Zoom, if they
have an illness and/or have not been cleared by Health Services To date, she states that she has not been cleared by Health
Services to attend in-person class. I explained that attendance is generally required, due to the nature of the course/program, but
she stated that she has the understanding that if a student is sick and working with Health Services, she is permitted to attend
class via Zoom. I further explained that absences are not accommodations, but she is not requesting accommodations, she states
that she is following policy / syllabus.
With respect to Spring 2022, she intends to follow the same policy, if not cleared from Health Services and/or develops symptoms
that prevent her from attending in-class.

Zoe
From: Kirby Wycoff
Sent: Friday, December 10, 2021 2:56 PM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Sounds good – one quick additional note that I thought I had sent yesterday, but I just found in my draft box…

My primary concern related to A.S. is the same concern we had for student K.P, which is that the curriculum is not
designed to be delivered in the fully online format. Student A.S had not been on campus since October 5, which means
she was in the classroom for just the first four weeks of the semester. We denied that same accommodation to KP, and
she instead took a leave. When Jenny and I were working on the KP situation at the beginning of the semester we
discussed that one very important aspect of our training program, is the peer to peer student learning that happens when
students are together, in the live classroom. The interpersonal aspects of counselor training requires that we have
students in the same space to teach, coach and provide mentorship around Should we have starfish updates about her
status? Or confirmation she is not allowed on campus at this time? I look forward to learning more.
Best,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)

Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Date: Friday, December 10, 2021 at 11:15 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Alexia and I are in contact, so let's wait until we meet and then I'll be in touch.
Zoe
From: Kirby Wycoff
Sent: Friday, December 10, 2021 10:33 AM
To: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hey there Zoe,
I am happy to meet if you think it would be helpful. I am also comfortable if you think its best to move forward with Alexia first,
and then let me know where things are at. Happy to take your lead
Best,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Date: Thursday, December 9, 2021 at 10:20 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa

Kirby,

I plan on reaching out to Alexia regarding the accommodation process for next semester. Please let me know if you would like to
discuss and we can set up a meeting.
Best,

Zoe
Zoe Gingold

Director, The Office of Student Accessibility Services
Jefferson
East Falls Campus

ZoeAnn.Gingold@Jefferson.edu

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person
named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the
original message.

From: Kirby Wycoff
Sent: Thursday, December 9, 2021 7:37 AM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa

Thank you. The most recent report that she volunteered to one of her faculty members is that she may have appendicitis.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu

Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Sent: Wednesday, December 8, 2021 4:42 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>; Zoe A Gingold <ZoeAnn.gingold@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Kirby,
It does seem she has some ongoing medical issues so Zoe or I will reach out to discuss the spring and potential accommodation.
Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, December 8, 2021 1:45 PM

To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Jenny and Tim,
No, she has not returned to class since that time. The faculty has been very mindful not to ask her questions about her health care
status or related PHI, but they are confused and have asked me what is going on. They have noted that the student volunteered
that she did not have COVID, but that the health center had not yet cleared her to return due to a respiratory infection and they
told her that she couldn't be in class until she could speak without coughing. I have no idea if any of that is accurate. We haven't
gotten any updates from starfish indicating that she is able to / cleared to return to campus. As an aside, this student engaged in a
very interesting pattern of triangulating with the health center and one of her professors (relaying incorrect information,
presenting things in an inaccurate way) back in October. The professor and the health center (Megan G) then spoke directly, and
had a very collaborative, helpful discussion, that resolved the confusion. But I am now scratching my head again and confused as
to why the student hasn't been cleared to return, of if she has, but hasn't reported it truthfully. I think my team has been wanting
to be very supportive, and stay in their lane around health care info, but are also wondering about her attendance. She has
attended class virtually and has engaged in the content, but still not coming to campus. Any help in better understanding the
situation would be most appreciated. Happy to jump on a phone call too if that's easier! I am heading into my 2-4 faculty meeting,
and will be in another meeting from 4-4:30 and again from 7-9, but can speak in between those if you want to check in.
Thanks again Jenny and Tim!
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, December 8, 2021 at 9:13 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Kirby,
Did the student ever return to classes? I copied Tim Butler above as he can likely update if she took a leave or something similar.
Jenny

Jennifer Fogerty, MSEd
Associate Provost, Student Affairs
Thomas Jefferson University

Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, December 7, 2021 1:13 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Subject: FW: [Starfish] Urgent Notification: Health: Alexia Stipa
Hey Jenny,
I hope all is well! I am wondering if you might have any updates on the student noted here. There is some more back story here,
but would love any additional insights and/or suggestions on where I could learn more.
Thanks in advance,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals

Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Tuesday, December 7, 2021 at 1:11 PM
To: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>
Subject: Re: [Starfish] Urgent Notification: Health: Alexia Stipa
Hi Nicole,
Thank you for sharing this update. I was aware that we had an early notification about her, but also knew that it wasn't very clear
what the issue was (unclear if COVID related or not?) and unclear the length of time / impact. I am going to reach out to Jenny
Fogarty and see if I can get some additional insights.
Best,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
Date: Tuesday, December 7, 2021 at 12:16 PM

To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>
Subject: FW: [Starfish] Urgent Notification: Health: Alexia Stipa
Good morning Kirby and Jeanne,
I hope you are well. Kat and I have a concern with AS. We received a Starfish notification on this student October 5th and since
then we have not received an update and/or information on the student's possible return. Have you received an update?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Assistant Professor/Associate Program Director & Coordinator of Clinical Development
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Community & Trauma Counseling Program
College of Health Professions
Thomas Jefferson University
East Falls Campus

4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125M
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not
the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original message. CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: notices@starfishsolutions.com <notices@starfishsolutions.com>
Sent: Tuesday, October 5, 2021 10:10 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Subject: [Starfish] Urgent Notification: Health: Alexia Stipa

WARNING: External Email - This email originated outside of Jefferson.
DO NOT CLICK links or attachments unless you recognize the sender and are expecting the email.
The Urgent Notification: Health flag has been raised by Timothy Butler for Alexia Stipa.
Flag Details
Student: Alexia Stipa
Flag Name: Urgent Notification: Health
Category: Academic
Description: Notification of health related concern to faculty and advisors
Raised By: Timothy Butler
Raised On: 10/5/2021
Raise Notes: Alexia may not return to campus until cleared by Student Health Services.
This email is a service of Starfish. Click here to change your notification preferences.
I
mag

COVID-19 Procedures + Process for CTC Students
o Students who feel ill, and believe they have COVID-19 symptoms and /or think that they
have been exposed to COVID-19, are required to do the following:
o Students who feel unwell, sick or have symptoms that are consistent with COVID-19
symptoms or infectious disease symptoms, are also required to do the following:
STEP 1: Email your professor and let them know that you believe you are ill and are taking the
appropriate next steps (i.e steps #2-#8.) In that email, let you professor know if and when you
have contacted the COVID hotline, and/or when you plan on doing so.
STEP 2: Read "Section 15: COVID-Related Policies and Procedures) page 50 from your
Student Handbook. (Copied below for ease of reference)

1

STEP 3: CLICK ON THIS LINK: https://www.jefferson.edu/coronavirus/information-forstudents.html and then
call the COVID-19 HOTLINE PHONE NUMBER BELOW and or
sign up for a tele-health session as directed on the website below.
WHAT DOES THIS WEBSITE LOOK LIKE?(This is where you will land when you click
the link).

KEEP SCROLLING….

2

SCROLL DOWN, THEN STOP HERE + CLICK TO OPEN

READ THIS + FOLLOW THESE STEPS:

NOTE:

o Any student who believes that they are having COVID related symptoms, or
believe they have been exposed, must contact the COVID hotline. This is
not optional.
o Any student who is feeling unwell, and are not sure if you have a cold,
allergy symptoms, other symptoms that could mimic COVID systems, or
actual COVID symptoms, you are also expected to contact the COVID-19
hotline.
o The COVID-19 hotline health care providers will work to help you assess if
you have a COVID-19 related risk, or other infectious disease risk that
requires missing the live class session, or if your symptoms are such that do
not require missing the live class session.
STEP 4: Email your professor back and let them know that you have taken the steps to contact
the COVID-19 hotline. Skip this step, if you had already contacted the COVID-19 hotline, and
reported that to your professor in your first email. (AGAIN: Contacting the COVID-19 hotline is
required.)
STEP 5: Follow the guidance of the health care team at the COVID-19 hotline. If there is a
COVID-19 related concern, or the COVID-19 hotline medical providers believe you are a
COVID-19 risk, they will instruct you not to come to class. They will also notify your professors
and program director, that you are not to come to campus until further notice.

3

STEP 6: Communicate with your professor about whether you are able to / cleared to come to
campus for class, or if you need a one time-Zoom Room Access Code for that specific class day.
This would only be the case if you have been instructed by the COVID-19 hotline, not to come
to class and/or you are awaiting test results and have not been cleared to come to campus. You
and your professors will be notified when you are cleared to return to campus.

STEP 7: If you are ill and unable to attend to class in person or virtually, you are expected to communicate with your professor. Your professor will work with you to ensure you are able to remain caught up with class materials that you missed from that specific class session.

STEP 8: If you are ill for an extended period of time and unable to attend classes virtually or in person for an extended period of time, the program will work with you to pursue a medical leave of absence.

ADDITIONAL CLARITY REGARDING EXPECTATIONS:

- Unless a student is experiencing COVID-19 related symptoms, or other infectious disease related symptoms, students are expected to attend live class classes. (Please see page 50 in student handbook)

- If a student believes they are ill and will need to go through the process listed above, they should not be emailing the professor right before class to communicate about this.

- Students should aim to communicate with professors (and start the process above) the day before their class, or no later than 2-3 hours before class. The COVID-19 hotline is busy, and you may need to wait for a call back before getting in contact with a health care provider.

4

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>, Henry
Humphreys <Henry.Humphreys@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Date: Wed, 12 Jan 2022 21:05:18 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg

Hi Kirby,
I would send an email to the student reminding her she has to be cleared to return on Feb 1 and asking her to contact
SHS and get back to you.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 3:22 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
[Student Removed from Thread]
Hi Jeanne and Team,
I wanted to loop back around on student Alexia Stipa. Can we get a status update on whether this student has been
cleared for a return to campus? This is the student that we discussed right before Christmas break. Our discussion /
plan at that time was that id student wasn't able to be on campus with her peers on Feb. 1 (when CTC proram returns
to on ground learning) that we support her in taking a medical leave of absence. See below for the communication
from Jeanne to the student and students response, in late December.
Thanks in advance,
Kirby

--

Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120

Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM
To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring semester, I would much
rather be on campus and I am eager to return. I am also almost positive that student health will clear me in
time
to start the new semester. If you need anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,
I am aware that you have not been on campus since early October because you have not been cleared by
Student

Health. I am also aware that you have requested to be granted the ability to be online for the spring semester or until
you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health Professions
are unable to grant a long-term accommodation of online learning. Students in ground-based programs like the CTC
program are expected to attend class in-person. The information you have received from the CTC program has been
clear and consistent- only short-term accommodations will be made. Extended absences from in-person learning
interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated high rates of
COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-person
learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and University
practice when students have a medical reason that prevents them from coming to campus for classes over an extended
timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim Butler, Associate
Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also support you on
a plan to return to the CTC program when you are physically ready to do so.
I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I hope you
have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)

Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Date: Thu, 13 Jan 2022 14:42:10 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg; image003.jpg

Keep me posted and I can check in with Meg Grugan as needed.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 5:09 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Great, done. I replied to her on that same email thread that you started. We will see what we learn back
from her.
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:35 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>,
Timothy

Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
I'd like you to connect with her as PD. Thanks.

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions

Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:09 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Thanks Jenny! Will do. When/ how should we re-connect ourselves with SHS to see what the verdict /
outcome is?
Jeanne, do you want to follow-up and send an email to Alexia and cc: me, or would you like me to?
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC

Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:05 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, Timothy
Butler
<Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Hi Kirby,
I would send an email to the student reminding her she has to be cleared to return on Feb 1 and asking her
to contact
SHS and get back to you.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 3:22 PM

To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
[Student Removed from Thread]
Hi Jeanne and Team,
I wanted to loop back around on student Alexia Stipa. Can we get a status update on whether this student has been
cleared for a return to campus? This is the student that we discussed right before Christmas break. Our discussion /
plan at that time was that id student wasn't able to be on campus with her peers on Feb. 1 (when CTC proram returns
to on ground learning) that we support her in taking a medical leave of absence. See below for the communication
from Jeanne to the student and students response, in late December.
Thanks in advance,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department

Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM

To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>

Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring semester, I would much rather be on campus and I am eager to return. I am also almost positive that student health will clear me in time
to start the new semester. If you need anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,
I am aware that you have not been on campus since early October because you have not been cleared by Student
Health. I am also aware that you have requested to be granted the ability to be online for the spring semester or until
you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health Professions
are unable to grant a long-term accommodation of online learning. Students in ground-based programs like the CTC
program are expected to attend class in-person. The information you have received from the CTC program has been
clear and consistent- only short-term accommodations will be made. Extended absences from in-person learning
interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated high rates of
COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-person
learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and University
practice when students have a medical reason that prevents them from coming to campus for classes over an extended
timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim Butler, Associate
Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also support you on
a plan to return to the CTC program when you are physically ready to do so.
I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I hope you
have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC

(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor

Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>
Subject: Re: Request for online learning in CTC
Date: Wed, 12 Jan 2022 22:08:28 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg

Hi Alexia and Jeanne,
Happy New Year to you both! I am just looping back around on our earlier conversation regarding the Spring semester.
A lexia, I just wanted to send a quick reminder that you will need to be cleared by student health services by February 1
so that you can join us all in returning to on-ground learning. Please be sure to connect with the folks at student health
services and follow-up with Jeanne and I to ensure that you are all set for February 1. I hope you had a great first week
of classes!
Best,
Dr. Wycoff
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu

East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM
To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring semester, I would much
rather be on campus and I am eager to return. I am also almost positive that student health will clear me in time
to start the new semester. If you need anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,
I am aware that you have not been on campus since early October because you have not been cleared by Student
Health. I am also aware that you have requested to be granted the ability to be online for the spring semester or until
you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health Professions
are unable to grant a long-term accommodation of online learning. Students in ground-based programs like the CTC
program are expected to attend class in-person. The information you have received from the CTC program has been

clear and consistent- only short-term accommodations will be made. Extended absences from in-person learning
interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated high rates of
COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-person
learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and University
practice when students have a medical reason that prevents them from coming to campus for classes over an extended
timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim Butler, Associate
Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also support you on
a plan to return to the CTC program when you are physically ready to do so.
I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I hope you
have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, Angelle
Richardson <Angelle.Richardson@jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>,
Warren Young <Warren.Young@jefferson.edu>, Sheryl Cooley
<Sheryl.Cooley@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: RE: Student: A.S
Date: Tue, 25 Jan 2022 20:11:03 +0000
Importance: Normal

Hi all,
Alexia has been in attendance but her camera has been turned off for both classes and she has not participated in any
discussions. I hope her involvement and participation have been stronger in other classes.
Katharine Sperandio, Ph.D., LPC, ACS, NCC (she/her/hers)
Assistant Professor, Community and Trauma Counseling Program
Trauma, Addictions, and Recovery Concentration Coordinator
Thomas Jefferson University
Katharine.sperandio@jefferson.edu
East Falls Campus Office:
Ronson Building, 125R
4201 Henry Avenue
Philadelphia, PA 19144
Phone: 215-951-0271
Website:
https://www.jefferson.edu/university/health-professions/departments/counseling-
behavioralhealth/programs/community-trauma-counseling.html
From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, January 25, 2022 3:03 PM
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Angelle
Richardson <Angelle.Richardson@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Neil Andress
<Neil.Andress@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Student: A.S
Hi Team,
Hope all is well! Happy Tuesday. Just a quick check-in. I want to confirm that student Alexia Stipa has been in
attendance for her classes thus far this semester? We are working with the Deanâ€™s office to ensure that Alexia is
prepared to come back to campus next week with the rest of her peers. If she reaches out to any faculty (or her
advisor) requesting a Zoom link for classes next week, or indicating that she is not able to be on campus, please let me
know and send her my way. Jeanne and I have had multiple conversations with her regarding this, and most recently,
have not received confirmation of her intention to be on campus next week. We want to be sure we are consistent in
our messaging and processes with this student and others.
Thanks all,

   Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH,â€‹NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120

Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program â€‹

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>, Jennifer Fogerty
<Jennifer.Fogerty@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>, Henry
Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Date: Wed, 12 Jan 2022 20:22:03 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg

[Student Removed from Thread]
Hi Jeanne and Team,
I wanted to loop back around on student Alexia Stipa. Can we get a status update on whether this student
has been
cleared for a return to campus? This is the student that we discussed right before Christmas break. Our
discussion /
plan at that time was that id student wasn't able to be on campus with her peers on Feb. 1 (when CTC
proram returns
to on ground learning) that we support her in taking a medical leave of absence. See below for the
communication
from Jeanne to the student and students response, in late December.
Thanks in advance,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)

Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:

130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM
To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring semester, I would much rather be on campus and I am eager to return. I am also almost positive that student health will clear me in time
to start the new semester. If you need anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,

I am aware that you have not been on campus since early October because you have not been cleared by Student
Health. I am also aware that you have requested to be granted the ability to be online for the spring semester or until
you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health Professions
are unable to grant a long-term accommodation of online learning. Students in ground-based programs like the CTC
program are expected to attend class in-person. The information you have received from the CTC program has been
clear and consistent- only short-term accommodations will be made. Extended absences from in-person learning
interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated high rates of
COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-person
learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and University
practice when students have a medical reason that prevents them from coming to campus for classes over an extended
timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim Butler, Associate
Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also support you on
a plan to return to the CTC program when you are physically ready to do so.
I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I

hope you
have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>, Angelle Richardson <Angelle.Richardson@jefferson.edu>,
"Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>, Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>, Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Sheryl
Cooley <Sheryl.Cooley@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Jeanne
Felter <Jeanne.Felter@jefferson.edu>
Subject: Student: A.S
Date: Tue, 25 Jan 2022 20:02:46 +0000
Importance: Normal

Hi Team,
Hope all is well! Happy Tuesday. Just a quick check-in. I want to confirm that student Alexia Stipa has been in
attendance for her classes thus far this semester? We are working with the Deanâ€™s office to ensure that Alexia is
prepared to come back to campus next week with the rest of her peers. If she reaches out to any faculty (or her
advisor) requesting a Zoom link for classes next week, or indicating that she is not able to be on campus, please let me
know and send her my way. Jeanne and I have had multiple conversations with her regarding this, and most recently,
have not received confirmation of her intention to be on campus next week. We want to be sure we are consistent in
our messaging and processes with this student and others.
Thanks all,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH,â€‹NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program â€‹

M.S. Community and Trauma Counseling
CTC FACULTY & STAFF MEETING AGENDA
Wednesday, January 12th , 2022
AY 2021-2022
1. Community Meeting
Vision Reflection
CTC Shout Out Board
2. NEW BUSINESS
Happy New Year!
Spring Course Registration
Student Concerns /Needs
Michelle D.
Anastasia R.
Alaina M.
Alexia S.
Tanya M.
Linda M.
Angela N
Student Evaluation Process/Review & Discussion
Data +Evaluation Check-in/Needs
Planning Ahead- NCE Prep

- 
- 
- 

- 
- 
- 

3. UPDATES -Committees and Departments
- 
- 
- 
- 
- 
- 
- 

Clinical Updates- Nicole, Neil
Faculty Affairs- Rachel
CACREP- ALL Faculty
Department – Jeanne
Admissions / Marketing- Kirby, Neil, Sheryl
DSM- Yoon Suh and Nicole
Diversity and Inclusion Committee- Angelle

Fall Program Calendar

-Classes Begin week of January 10th, 2022
-January 16th, 2022 Last Day to Add
-January 17th, 2022- MLK Day (University Closed)
-January 19th, 2022-Last Day for Course withdrawal
-January 24th, 20221-NCE Prep Class
-

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Date: Tue, 25 Jan 2022 19:54:33 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg; image003.jpg

Hi,
Any update on Alexia Stipa?
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Thursday, January 13, 2022 9:42 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Keep me posted and I can check in with Meg Grugan as needed.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 5:09 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Great, done. I replied to her on that same email thread that you started. We will see what we learn back
from her.
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu

Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:35 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, Timothy
Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
I'd like you to connect with her as PD. Thanks.

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:09 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Thanks Jenny! Will do. When/ how should we re-connect ourselves with SHS to see what the verdict /
outcome is?
Jeanne, do you want to follow-up and send an email to Alexia and cc: me, or would you like me to?
-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:05 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, Timothy
Butler
<Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Hi Kirby,
I would send an email to the student reminding her she has to be cleared to return on Feb 1 and asking her

to contact
SHS and get back to you.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 3:22 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
[Student Removed from Thread]
Hi Jeanne and Team,
I wanted to loop back around on student Alexia Stipa. Can we get a status update on whether this student has been
cleared for a return to campus? This is the student that we discussed right before Christmas break. Our discussion /
plan at that time was that id student wasn't able to be on campus with her peers on Feb. 1 (when CTC proram returns
to on ground learning) that we support her in taking a medical leave of absence. See below for the communication
from Jeanne to the student and students response, in late December.
Thanks in advance,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network

Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM
To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring semester, I would much
rather be on campus and I am eager to return. I am also almost positive that student health will clear me in
time
to start the new semester. If you need anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,
I am aware that you have not been on campus since early October because you have not been cleared by
Student
Health. I am also aware that you have requested to be granted the ability to be online for the spring
semester or until

you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health
Professions
are unable to grant a long-term accommodation of online learning. Students in ground-based programs like
the CTC
program are expected to attend class in-person. The information you have received from the CTC program
has been
clear and consistent- only short-term accommodations will be made. Extended absences from in-person
learning
interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated

high rates of
COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-person
learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and University
practice when students have a medical reason that prevents them from coming to campus for classes over an extended
timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim Butler, Associate
Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also support you on
a plan to return to the CTC program when you are physically ready to do so.
I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I hope you
have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>, Kirby Wycoff <Kirby.Wycoff@jefferson.edu>,
Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Student: A.S
Date: Tue, 25 Jan 2022 20:47:16 +0000
Importance: Normal
Inline-Images: image001.jpg; Outlook-1534559271.jpg

Hi all,
Same as Kat and Angelle, Alexia has been in attendance, but her camera has been turned off for the past two weeks.
She is communicative in an individual meeting with me too before class begins generally speaking although her
participation during class seems limited.
I will have her in class this evening.
In wellness,
Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH
Assistant Professor | Program Evaluation and Accreditation Coordinator (PEAC) |
Co-Chapter Faculty Advisor (CFA) of DSM, CSI
Community and Trauma Counseling (CTC) Program
Jefferson College of Health Professions (JCHP)
Thomas Jefferson University
East Falls campus,
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144
T: 215-951-2561
E: yoonsuh.moh@jefferson.edu
W: https://www.jefferson.edu/university/health-professions/departments/programs/community-trauma-counseling.html
W: www.yoonsuhmoh.com

From: Angelle Richardson <Angelle.Richardson@jefferson.edu>
Sent: Tuesday, January 25, 2022 3:41 PM

To: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Kirby Wycoff <Kirby.Wycoff@jefferson.edu>;
Rachel
Brandoff <Rachel.Brandoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Neil Andress
<Neil.Andress@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Student: A.S
Hello Everyone,
The student was in class today and stayed after to speak to me about a family emergency that she is currently
experiencing.
Thank you,
Angelle
Thank you,
Angelle E. Richardson, Ph.D., LPC
(she/her/hers)
Assistant Professor | Community and Trauma Counseling Program
Coordinator of Diversity and Cultural Literacy Education

Chair, JCHP Diversity, Equity, and Inclusion Committee
College of Health Professions
Thomas Jefferson University
East Falls Campus
Ronson Science Building, Suite 125
215-951-0922
Angelle.Richardson@jefferson.edu
Jefferson.edu

From: Katharine Sperandio <Katharine.Sperandio@jefferson.edu>
Date: Tuesday, January 25, 2022 at 3:11 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, Angelle Richardson <Angelle.Richardson@jefferson.edu>, Nicole Johnson <Nicole.G.Johnson@jefferson.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Student: A.S
Hi all,
Alexia has been in attendance but her camera has been turned off for both classes and she has not participated in any discussions. I hope her involvement and participation have been stronger in other classes.

Katharine Sperandio, Ph.D., LPC, ACS, NCC (she/her/hers)
Assistant Professor, Community and Trauma Counseling Program
Trauma, Addictions, and Recovery Concentration Coordinator
Thomas Jefferson University
Katharine.sperandio@jefferson.edu
East Falls Campus Office:
Ronson Building, 125R
4201 Henry Avenue
Philadelphia, PA 19144
Phone: 215-951-0271
Website:
https://www.jefferson.edu/university/health-professions/departments/counseling-behavioralhealth/programs/community-trauma-counseling.html
From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, January 25, 2022 3:03 PM
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Angelle Richardson <Angelle.Richardson@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Katharine Sperandio <Katharine.Sperandio@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Student: A.S
Hi Team,
Hope all is well! Happy Tuesday. Just a quick check-in. I want to confirm that student Alexia Stipa has been in attendance for her classes thus far this semester? We are working with the Dean's office to ensure that Alexia is prepared to come back to campus next week with the rest of her peers. If she reaches out to any faculty (or her advisor) requesting a Zoom link for classes next week, or indicating that she is not able to be on campus, please let me know and send her my way. Jeanne and I have had multiple conversations with her regarding this, and most recently, have not received confirmation of her intention to be on campus next week. We want to be sure we are consistent in our messaging and processes with this student and others.
Thanks all,
Kirby
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling

Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program â€‹

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Date: Fri, 28 Jan 2022 18:59:13 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg; image003.jpg

Hi Team,
Just checked my email again to see if there were any emails from her, and she has not emailed me back. I do
not believe she reached out to Jeanne either. Thoughts on next steps?
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Sent: Friday, January 28, 2022 12:53 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Alexia has not yet reached out. Did you hear back from her?

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107

215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Thursday, January 27, 2022 3:02 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
 Great, thank you!
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu

Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Thursday, January 27, 2022 at 1:53 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Just checked in with meg, will keep you posted.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Thursday, January 27, 2022 12:06 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S

Hi team,
Just looping back on this. I reached out to A.S on Tuesday, and have not yet gotten a response. Jeanne, has she
emailed you? Jenny, can you possibly check-in with Meg Grugran and see if she has been in communication
with Meg? Unless we have communication to the contrary, I would expect that we would see her on campus
next Tuesday, with her peers, when we return to fully on ground learning. I have asked her faculty and advisor
to keep me apprised if she reaches out to them. Thanks all!
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Tuesday, January 25, 2022 2:57 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Gosh, you must have ESP Jenny! I was literally just thinking about you. I have not heard back from this

student yet. I
reached out to her on Jan 12, with no response. I was just thinking about sending a follow-up email to her. I am
guessing she hasn't reached out to your office or the accommodations office either. While I do another outreach, do
you want to perhaps check in with Meg Grugan and see if she has any updates on her end? I'll let you know as soon as I
hear anything back.
Thanks for checking in,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu

Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Tuesday, January 25, 2022 at 2:54 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Hi,
Any update on Alexia Stipa?
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Jennifer Fogerty
Sent: Thursday, January 13, 2022 9:42 AM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Keep me posted and I can check in with Meg Grugan as needed.

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107

215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 5:09 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Great, done. I replied to her on that same email thread that you started. We will see what we learn back
from her.
-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:35 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>,
Timothy
Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
I'd like you to connect with her as PD. Thanks.

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:09 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Thanks Jenny! Will do. When/ how should we re-connect ourselves with SHS to see what the verdict /
outcome is?
Jeanne, do you want to follow-up and send an email to Alexia and cc: me, or would you like me to?

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:05 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, Timothy Butler
<Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Hi Kirby,
I would send an email to the student reminding her she has to be cleared to return on Feb 1 and asking her to contact
SHS and get back to you.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University

Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 3:22 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
[Student Removed from Thread]
Hi Jeanne and Team,
I wanted to loop back around on student Alexia Stipa. Can we get a status update on whether this student has been
cleared for a return to campus? This is the student that we discussed right before Christmas break. Our discussion /
plan at that time was that id student wasn't able to be on campus with her peers on Feb. 1 (when CTC proram returns
to on ground learning) that we support her in taking a medical leave of absence. See below for the communication
from Jeanne to the student and students response, in late December.
Thanks in advance,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH, NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM
To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring semester, I would much
rather be on campus and I am eager to return. I am also almost positive that student health will clear me in
time
to start the new semester. If you need anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM

To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>

Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,
I am aware that you have not been on campus since early October because you have not been cleared by Student
Health. I am also aware that you have requested to be granted the ability to be online for the spring semester or until
you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health Professions
are unable to grant a long-term accommodation of online learning. Students in ground-based programs like the CTC
program are expected to attend class in-person. The information you have received from the CTC program has been
clear and consistent- only short-term accommodations will be made. Extended absences from in-person learning
interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated high rates of
COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-person
learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and University
practice when students have a medical reason that prevents them from coming to campus for classes over an extended
timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim Butler, Associate
Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also support you on
a plan to return to the CTC program when you are physically ready to do so.
I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I hope you
have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is

strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

General Infectious Disease Advisory Statement

Students who have any symptoms that are associated with infectious diseases (e.g., cold, flu or viral infection) should not attend in-person classes, clinical experiences or other activities that put them in close contact with other students, faculty, staff or patients. These symptoms can include but are not limited to sneezing, coughing, fever, gastrointestinal pain, and diarrhea. Students with these types of symptoms should contact Student Health Services (East Falls campus) if these symptoms are present, before participating in any classroom, clinical, lab, or studio sessions, or any activities in which other students, faculty, staff or patients are present. Students who have these symptoms are responsible for notifying their instructors, program or college using the usual mechanisms before missing any scheduled course/clinical education activity, for staying current with course/clinical requirements, and for complying with any other course/clinical attendance policies. Students may be asked to provide documentation that they are under the care of a medical provider (without disclosure of any medical condition).

Section 6: COVID Related Policies and Procedures

Fall 2021 Semester: COVID Related Course Attendance Policy for the CTC Program

Jefferson and its educational leaders recognize the importance of regular class attendance and the benefits to student learning. Students recognize the importance of attendance and make every effort to be present for classes and participate fully.

In response to the COVID-19 pandemic and in accordance with guidance from the CDC, the Commonwealth of Pennsylvania's Department of Education, and the City of Philadelphia's Department of Public Health, the CTC program is adopting a more flexible approach to student absenteeism and attendance for the Fall Semester 2021. In order to protect the health and safety of our community while ensuring continuity of learning, in-person classes shall adhere to the following directives during the Fall 2021 Semester:

-

-

-

Students who are symptomatic (e.g., fever, cough, shortness of breath, loss of taste or smell), who believe they have had recent possible exposure to COVID-19, or who have a confirmed diagnosis of COVID-19 should not come to class in person. Those students should contact Student Health in East Falls or the for guidance on steps to take. Accommodations will be made (e.g., extended due dates, electronic submission of assignments), when possible, for individuals who may be temporarily unable to attend class due to possible exposure or illness from COVID-19. Students should make every attempt to stay current on their work during this time. Faculty will allow students to attend classes remotely in these instances whenever possible. [i.e. Hyflex as needed, see below]

If a student is unable to attend class, they must engage in active and regular communication with the instructor. This includes informing the instructor in advance of class about the need to be absent and ensuring regular ongoing communication should absences continue.

-

-

-

-

Faculty and students should follow the process established by Student Health Services and regarding potential exposure or illness from COVID-19 for both classroom and

clinical attendance.

Faculty will be flexible about in-person attendance to the greatest extent possible in order to maximize adherence to Jefferson health and safety guidelines. To that end, faculty will utilize Canvas and other technologies to the greatest extent practicable to post course materials and other relevant information, to enable students who may be required to be absent to continue with coursework.

Faculty and students should be aware that a certain level of absenteeism will disrupt continuity of teaching, learning, and research and should consult other policies, such as Medical Leave of Absence or Incompletes as needed.

Faculty and students should practice social distancing, mask wearing, and hand hygiene as directed in the guidelines.

Fall 2021 Semester: COVID Related Course Delivery Format

CTC courses were designed to be offered in the face-to-face, on-ground format, with some online learning. The online learning can be synchronous, asynchronous or a combination of both. This is referred to as "hybrid" learning.

During the Fall of 2021, faculty will also provide "hyflex" learning opportunities when appropriate, necessary, and/or possible. This means that when needed, faculty will also work to offer class sessions and/or learning activities in-person, synchronously online and/or asynchronously online.

In order to support students transition back to full, on-ground learning after the COVID19 disruption, the CTC faculty will be utilizing "Hybrid Courses" with elements of a

"Hyflex Course" when possible, during the Fall 2021 semester. In coordination with the program and department leadership, faculty will be identifying opportunities for when specific class sessions or activities be "flexed" to meet student needs. For example, a professor may offer a class session or learning activity in the synchronous, online format (i.e. Zoom) in order to support students transition back to on-ground learning during the Fall 2021 semester. These decisions will be based on pedagogy and student learning outcomes.

Course instructors will work with students throughout the semester to identify appropriate learning opportunities that may occur in the virtual format. All faculty members will communicate directly with their students about any possible course sessions that are pedagogically appropriate for the virtual format and will notify students in advance of these instances

From: Jeanne Felter <jmf032@jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jennifer Fogerty
<Jennifer.Fogerty@jefferson.edu>, Timothy Butler <Timothy.Butler@jefferson.edu>, Henry
Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Date: Wed, 12 Jan 2022 21:35:47 +0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg; image003.jpg

I'd like you to connect with her as PD. Thanks.

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:09 PM
To: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>, "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
Thanks Jenny! Will do. When/ how should we re-connect ourselves with SHS to see what the verdict /
outcome is?
Jeanne, do you want to follow-up and send an email to Alexia and cc: me, or would you like me to?
--

Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Date: Wednesday, January 12, 2022 at 4:05 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, Timothy
Butler
<Timothy.Butler@jefferson.edu>, Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: RE: Request for online learning in CTC - Student A.S
Hi Kirby,
I would send an email to the student reminding her she has to be cleared to return on Feb 1 and asking her

to contact
SHS and get back to you.
Jenny

Jennifer Fogerty, MSEd
Vice Chancellor for Center City Campus
Associate Provost of Student Affairs
Thomas Jefferson University
Edison Building
18th Floor, Room 1810G
Philadelphia, PA 19107
215-503-6335
jennifer.fogerty@jefferson.edu
www.jefferson.edu/studentsuccess

Donate to the Ramily Market to Fuel Student Success: tgt.gifts/ramilycctday

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Wednesday, January 12, 2022 3:22 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Timothy Butler
<Timothy.Butler@jefferson.edu>; Henry Humphreys <Henry.Humphreys@jefferson.edu>
Subject: Re: Request for online learning in CTC - Student A.S
[Student Removed from Thread]
Hi Jeanne and Team,
I wanted to loop back around on student Alexia Stipa. Can we get a status update on whether this student has been
cleared for a return to campus? This is the student that we discussed right before Christmas break. Our discussion /
plan at that time was that id student wasn't able to be on campus with her peers on Feb. 1 (when CTC proram returns

to on ground learning) that we support her in taking a medical leave of absence. See below for the communication
from Jeanne to the student and students response, in late December.
Thanks in advance,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:20 PM
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
That's great news. Thanks for the reply. We look forward to you rejoining our community.
Take care,
Jeanne

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: Tuesday, December 21, 2021 at 2:18 PM
To: "Felter, Jeanne" <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Re: Request for online learning in CTC
Hello!
Thank you for reaching out. I don't remember requesting to be online for the spring semester, I would much
rather be on campus and I am eager to return. I am also almost positive that student health will clear me in
time
to start the new semester. If you need anymore information from me for anything, please let me know.
Thank you, and I hope you have a great holiday!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Tuesday, December 21, 2021 2:10:28 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Subject: Request for online learning in CTC
Hello Alexia,
I am aware that you have not been on campus since early October because you have not been cleared by
Student
Health. I am also aware that you have requested to be granted the ability to be online for the spring
semester or until
you are cleared to return. The Department of Counseling and Behavioral Health and the College of Health
Professions
are unable to grant a long-term accommodation of online learning. Students in ground-based programs like
the CTC
program are expected to attend class in-person. The information you have received from the CTC program
has been
clear and consistent- only short-term accommodations will be made. Extended absences from in-person
learning
interferes with a student's ability to meet CTC learning outcomes.
The CTC program has made the decision to move online for the month of January due to the anticipated
high rates of

COVID infection post-holiday and in an effort to protect our community. If you are unable to return to in-person
learning in February, we will support you to take a medical leave of absence. This is a consistent CTC and University
practice when students have a medical reason that prevents them from coming to campus for classes over an extended
timeframe. To request a leave you should contact Dean of Students, Dr. Henry Humphreys, and/or Tim Butler, Associate
Dean of Students. We are happy to help you navigate this process. Dr. Wycoff and your advisor can also support you on
a plan to return to the CTC program when you are physically ready to do so.

I am happy to speak with you about this decision and process via zoom if a conversation would be helpful. I hope you
have a restful holiday break.
Best,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

Event: CTC Town Hall -Last one for Spring Semester
Start Date: 2023-04-18 20:30:00 +0000
End Date: 2023-04-18 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306 or zoom https://jefferson.zoom.us/j/91572280879
Class: X-PERSONAL
Date Created: 2023-04-18 16:33:09 +0000
Date Modified: 2023-04-19 15:05:12 +0000
Priority: 5
DTSTAMP: 2023-04-18 16:32:59 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

  <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>;
wraithrw@gmail.com <wraithrw@gmail.com>
https://jefferson.zoom.us/j/91572280879

Event: CTC Town Hall - Clinical
Start Date: 2022-02-07 23:00:00 +0000
End Date: 2022-02-08 00:00:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09
Class: X-PERSONAL
Date Created: 2021-10-21 15:50:49 +0000
Date Modified: 2022-01-30 15:40:19 +0000
Priority: 5
DTSTAMP: 2022-01-25 17:50:33 +0000
Attendee: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Brandoff, Rachel K <brandoffr@philau.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Johnson, Nicole G <johnsonn@philau.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Katharine Wenocur <Katharine.Wenocur@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren
Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Alexandra Roberts (Student) <Alexandra.Roberts@students.jefferson.edu>; Annaliese
Berkenstock (Student) <Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis
(Student) <Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)

<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)
<Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)

<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Amanda Helman (Student)
<Amanda.Helman@students.jefferson.edu>; Darrell Williams (Student)
<Darrell.Williams@students.jefferson.edu>; Maria Harley (Student)
<Maria.Harley@students.jefferson.edu>; Tyerra Griffin (Student)
<Tyerra.Griffin@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)

<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Anastasia Reale
<Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker
<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)

<Elizabeth.Weiss@students.jefferson.edu>; Julia Smith 2 <Julia.Smith3@jefferson.edu>;
Mackenzie Stocum <Mackenzie.Stocum@students.jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Amy
Page <Amy.Page@jefferson.edu>

For CTC Town hall meetings, we can use my Zoom: Meeting Zoom ID:
https://Jefferson.zoom.us/402 3689245

Spring Term â€" Town Hall Meeting Schedule
Date:
February 28, 2022
April 4, 2021

Day:
Monday
Monday

Time:
6:00 PM
6:00 PM

Host:
CTC PD + Faculty
CTC PD + Faculty

For CTC Clinical Town Hall:
Join Zoom Meeting
https://Jefferson.zoom.us/j/96103904996?pwd=YVBBWEkrL1U3Y3hYVzlVeEJVekR6Zz09

Spring Term â€" Clinical Open Office Hours - Meeting Schedule
Date:

Day:

Time:

Host:

   February 7, 2022
March 21, 2022
April 25, 2022

Monday
Monday
Monday

6:00 PM
6:00 PM
6:00 PM

Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress
Dr. Johnson + Neil Andress

--

Event
Start Date: 2022-03-30 16:00:00 +0000
End Date: 2022-03-30 17:00:00 +0000
Date Created: 2022-03-09 21:48:59 +0000
Date Modified: 2022-10-18 07:05:45 +0000
Attendee: Amy Page <Amy.Page@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>;
Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Angelle Richardson
<Angelle.Richardson@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>; Stephen DiDonato
<Stephen.DiDonato@jefferson.edu>; Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>; Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Yoon
suh Moh <Yoonsuh.Moh@jefferson.edu>; Warren Young <Warren.Young@jefferson.edu>; Elvira
Babenko (Student) <Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Liz-El Black <Liz-El.Black@students.jefferson.edu>;
Sabrina Bounader (Student) <Sabrina.Bounader@students.jefferson.edu>; Colleen Boyle
(Student) <Colleen.Boyle@students.jefferson.edu>; Shannon Clark
<Shannon.Clark@students.jefferson.edu>; Evan Coder <Evan.Coder@students.jefferson.edu>;
Yasmeen Collins (Student) <Yasmeen.Collins@students.jefferson.edu>; Julia Czmar (Student)
<Julia.Czmar@students.jefferson.edu>; Michelle DiLullo (Student)
<Michelle.DiLullo@students.jefferson.edu>; Alexa Dimino
<Alexa.Dimino@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Spring Gass
<Spring.Gass@students.jefferson.edu>; Patricia Gilbert
<Patricia.Gilbert@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Renae Gross <Renae.Gross@students.jefferson.edu>;
Veronica Harvey <Veronica.Harvey@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Jenna Loz <Jenna.Loz@students.jefferson.edu>; Jacey
Ludlam (Student) <Jacey.Ludlam@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Tanya Moore (Student)
<Tanya.Moore@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Glory Munthali (Student)

   <Glory.Munthali@students.jefferson.edu>; Angela Navarreto (Student)
<Angela.Navarreto@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Ada Opara <Ada.Opara@students.jefferson.edu>;
Melissa Paolercio (Student) <Melissa.Paolercio@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Lexie Puls <Alexandria.Puls@students.jefferson.edu>;
Anastasia Reale (Student) <Anastasia.Reale@students.jefferson.edu>; Benjamin Solensky
(Student) <Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Abigail Taylor <Abigail.Taylor@students.jefferson.edu>;
Mira Treatman <Mira.Treatman@students.jefferson.edu>; Michelle Tulik
<Michelle.Tulik@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Myashia Walker

<Myashia.Walker@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Alexandra Roberts (Student)
<Alexandra.Roberts@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Breyana Chavis (Student)
<Breyana.Chavis@students.jefferson.edu>; Brianna Cooley (Student)
<Brianna.Cooley@students.jefferson.edu>; Caitlin Gross (Student)
<Caitlin.Gross@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.MecklingPeruto@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Jackie Massuda (Student)
<Jackie.Massuda@students.jefferson.edu>; Jessica Lopez <Jessica.Lopez3@jefferson.edu>; Jie Bin
Chen (Student) <JieBin.Chen@students.jefferson.edu>; Julia Smith (Student)
<Julia.Smith@students.jefferson.edu>; Leila Safford (Student)
<Leila.Safford@students.jefferson.edu>; Madelene Pierre (Student)
<Madelene.Pierre@students.jefferson.edu>; Nicole Gregorovic (Student)
<Nicole.Gregorovic@students.jefferson.edu>; Xavier Vele (Student)
<Xavier.Vele@students.jefferson.edu>; Alexandra Warren (Student)
<Alexandra.Warren@students.jefferson.edu>; Andrew McCarty (Student)
<Andrew.McCarty@students.jefferson.edu>; Danielle Bookheimer (Student)
<Danielle.Bookheimer@students.jefferson.edu>; Elizabeth Sussman (Student)
<Elizabeth.Sussman@students.jefferson.edu>; Erica Patel <Erica.Patel@jefferson.edu>; Hope
Gofton (Student) <Hope.Gofton@students.jefferson.edu>; Jean Bastian (Student)
<Jean.Bastian@students.jefferson.edu>; Linda Math (Student)
<Linda.Math@students.jefferson.edu>; Makenna Sacco (Student)
<Makenna.Sacco@students.jefferson.edu>; Megan Bolger (Student)
<Megan.Bolger@students.jefferson.edu>; Nicholas Spadaro (Student)
<Nicholas.Spadaro@students.jefferson.edu>; Rhea Beera (Student)
<Rhea.Beera@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Allyson Caputa (Student)
<Allyson.Caputa@students.jefferson.edu>; Angeline Gwein (Student)
<Angeline.Gwein@students.jefferson.edu>; Annaya Ahmand (Student)
<Annaya.Ahmand@students.jefferson.edu>; Corrie Billig (Student)
<Corrie.Billig@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Evan Tate (Student)

   <Evan.Tate@students.jefferson.edu>; Jacqueline Huynh (Student)
<Jacqueline.Huynh@students.jefferson.edu>; Kelsey Mccone (Student)
<Kelsey.Mccone@students.jefferson.edu>; Kelsey Paparo (Student)
<Kelsey.Paparo@students.jefferson.edu>; Mackenzie.Stocum@jefferson.edu
<Mackenzie.Stocum@jefferson.edu>; Maya Hansell (Student)
<Maya.Hansell@students.jefferson.edu>; Meghan Kirk (Student)
<Meghan.Kirk@students.jefferson.edu>; Mirabela Montell (Student)
<Mirabela.Montell@students.jefferson.edu>; Preya John (Student)
<Preya.John@students.jefferson.edu>; Sarah Hill (Student) <Sarah.Hill@students.jefferson.edu>;
Sophia Bullard (Student) <Sophia.Bullard@students.jefferson.edu>; Stephanie Paley (Student)
<Stephanie.Paley@students.jefferson.edu>; Mackenzie Stocum
<Mackenzie.Stocum@students.jefferson.edu>; geraldine.pena@cctckids.org
<geraldine.pena@cctckids.org>; xwang@uarts.edu <xwang@uarts.edu>;
ricky@philachildrensalliance.org <ricky@philachildrensalliance.org>; sbaptista@merakey.org
<sbaptista@merakey.org>; THIGPENJ@chop.edu <THIGPENJ@chop.edu>; tpostell@drwes.org
<tpostell@drwes.org>; MENAPACEC@chop.edu <MENAPACEC@chop.edu>;
laura.dupiton@cctckids.org <laura.dupiton@cctckids.org>; rachelchandler@mainlinecc.com
<rachelchandler@mainlinecc.com>; rzenkert@soarinc.com <rzenkert@soarinc.com>; Brittany
Kurdewan <bkurdewan@councilforrelationships.org>; Courtney Parker <cparker@crefeld.org>;
dscott@crefeld.org <dscott@crefeld.org>; Ricky Schermond

<rschermond@philachildrensalliance.org>; Kanwarpal Dhaliwal <kanwarpal@rysecenter.org>;
Jeffrey.Alpart@uhsinc.com <Jeffrey.Alpart@uhsinc.com>; Glavin, Caroline M <glavinc@chop.edu>;
Christy Osborne <Christy.Osborne@students.jefferson.edu>

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil
Andress <Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Subject: CTC Town Hall

  Date: Mon, 03 Oct 2022 18:04:32 +0000
Importance: Normal
Attachments: unnamed
Inline-Images: image003.png; image002.png; image001.png; image002(1).png

Location for Tuesday, October 4, 2022 -Kanbar 306

Event: CTC Town Hall
Start Date: 2022-10-04 20:35:00 +0000
End Date: 2022-10-04 21:35:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306
Class: X-PERSONAL
Date Created: 2022-10-03 18:04:36 +0000
Date Modified: 2022-10-03 18:04:42 +0000
Priority: 5
DTSTAMP: 2022-10-03 18:04:25 +0000
Attendee: Angelle Richardson <Angelle.Richardson@jefferson.edu>; Rachel Brandoff
<Rachel.Brandoff@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G.
Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine Wenocur
<Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>; Warren Young
<Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Amanda
Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck (Student)
<Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)

<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)
<Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)

<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)
<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <Liz-

El.Black@students.jefferson.edu>; Julia Czmar (Student) <Julia.Czmar@students.jefferson.edu>;
Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)

<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)
<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>
Alarm: Display the following message 15m before start
Reminder
cid:image003.png@01D8C2B2.FAE77670
Location for Tuesday, October 4, 2022 -Kanbar 306

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
To: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: RE: CTC STudent A.S.
Date: Tue, 08 Nov 2022 16:00:16 +0000
Importance: Normal
Inline-Images: image002.png; image004.jpg; image005.jpg; image001.png

Hi Nicole,
That sounds like a great plan! I hope she recovers soon.
Julianna
****************************************

Julianna Despinos, JD.
Director of Academic Success and the Learning Experience
Office of the Dean/Sidney Kimmel Medical College
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
***********************************************

***********************************************
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Monday, November 7, 2022 8:04 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Julianna Despinos <Julianna.Despinos@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: RE: CTC STudent A.S.
Good evening,
I hope you are well. I am glad that AS followed through with the medical leave. During our phone call, I shared the
process to return. She was thinking about coming back in the Spring but did not have a definite answer given her
medical conditions (which she did not name but referred to them as life threatening).
I will send an email to acknowledge the medical leave and provide information concerning her return.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH

Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Monday, November 7, 2022 1:54 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Re: CTC STudent A.S.
Thanks Julianna. I've copied Sheryl to keep our records up to date. Nicole- please take the lead on the outreach to
Alexia.

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Note: My work hours may not align with your own. Please respond when it is best for you.
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
O: 215-951-0434
East Falls Campus Office: Ronson Suite 125
Center City Campus Office: Edison Building 960-C

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Date: Monday, November 7, 2022 at 1:38 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: FW: CTC STudent A.S.
Hi Nicole and Jeanne,
I know we previously discussed Alexia Stipa's hospitalization about a week ago. She has officially been approved for a
Medical Leave. I'm not sure when she plans to return, but she will have to seek medical clearance before returning. It
also may be good to send her an email letting her know to reach out to someone within the program prior to her
return to help with facilitating a smooth return process. Please let me know if you have any questions.
Thank you,
Julianna
**************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Timothy Butler <Timothy.Butler@jefferson.edu>
Sent: Monday, November 7, 2022 12:14 PM
To: Julianna Despinos <Julianna.Despinos@jefferson.edu>
Cc: Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: CTC STudent A.S.
Julia,
CTC student Alexia Stipa has been approved for Medical Leave.

Sincerely,
Timothy J. Butler
(He/Him/His)
Associate Dean of Students
Thomas Jefferson University
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
T 215-951-2599
F 215-951-0154
Timothy.Butler@Jefferson.edu
Jefferson.edu
Communication / Developer / Woo / Strategic / Relator

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Julianna Despinos <Julianna.Despinos@jefferson.edu>,
Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: RE: Return from Medical Leave
Date: Wed, 30 Nov 2022 16:04:50 +0000
Importance: Normal
Inline-Images: image001.png

Good morning again Alexia,
In addition, you will need to contact Timothy Butler's office (who approved the medical leave) to discuss your return
before moving forward.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole G. Johnson
Sent: Wednesday, November 30, 2022 10:49 AM
To: Alexia Stipa (Student) <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Sheryl Cooley
<Sheryl.Cooley@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Julianna Despinos
<Julianna.Despinos@jefferson.edu>; Timothy Butler <Timothy.Butler@jefferson.edu>
Subject: Return from Medical Leave
Good morning Alexia,
I hope you are well. Thank you for meeting with John and I concerning your return from medical leave. Below is a recap
of our meeting:
1. SPRING 2023 REGISTRATION- For the Spring 2023 semester you will register for CTC 651 (Neurobiology of Trauma), CTC 672 (Neurobiology & Psychopharmacology of Addictions), CTC 671 (Ethical Treatment &

Intervention). You will also register for CTC 793- Internship I extension. We will contact you concerning the Internship course and how you will register for this course.

2. FALL 2022 COURSES- In accordance to your medical leave, you are scheduled to complete the FL22 courses in FL23. Any updates on your request to submit the completed work this semester will be provided once this is explored.

If you have any additional questions, please feel free to let us know.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Rachel Brandoff
<brandoffr@philau.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<johnsonn@philau.edu>, Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.IntocciaBuzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>, "Oumou
Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones (Student)"
<Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"

  <Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>

Cc: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
Subject: Reminder: CTC Town Hall
Date: Tue, 29 Nov 2022 17:43:46 +0000
Importance: Normal

Attachments: unnamed
Inline-Images: image001.jpg; image003.jpg; image002.jpg; image001(1).jpg

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>, Sheryl Cooley <Sheryl.Cooley@jefferson.edu>,
Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: FL 2022 Medical Leave
Date: Wed, 01 Feb 2023 12:36:04 +0000
Importance: Normal
Inline-Images: image001.png

Good morning Alexia,
I hope you are well. As previously shared concerning your medical leave in FL22, you will re-take your fall classes (CTC
652, 653, 791 and 670 (Addictions concentration) again in FL23. Once they have been re-taken and successfully
completed, you transcript will be updated. If you have any additional questions, please let me know.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Angelle Richardson <Angelle.Richardson@jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>, Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Re: Student A.S - Follow-Up
Date: Mon, 31 Jan 2022 18:57:24 +0000
Importance: Normal
Inline-Images: image001.jpg

Hello Everyone,
I have not heard anything else from her.
Thank you,
Angelle E. Richardson, Ph.D., LPC
(she/her/hers)
Assistant Professor | Community and Trauma Counseling Program
Coordinator of Diversity and Cultural Literacy Education
Chair, JCHP Diversity, Equity, and Inclusion Committee
College of Health Professions
Thomas Jefferson University
East Falls Campus
Ronson Science Building, Suite 125
215-951-0922
Angelle.Richardson@jefferson.edu
Jefferson.edu

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Monday, January 31, 2022 at 1:14 PM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, Angelle Richardson <Angelle.Richardson@jefferson.edu>,
Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Nicole Johnson <Nicole.G.Johnson@jefferson.edu>,
Nicole Johnson <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Student A.S - Follow-Up

Hi Team,
Hope all is well! Just checking in again to see if student Alexa Stipa has been in touch with any of you directly
regarding classes this week? I know that as of last week, she had not. The expectation is that she returns to onground
learning with her peers starting tomorrow, but she has not replied to our programmatic outreach
confirming her understanding of this expectation or plans to adhere. Jeanne is working on another follow-up
right now. Angelle, I know we spoke last week, and she had spoken to you after class, but had not asked for
Zoom access for this week. Please let me know if she asks any of you for Zoom access for classes this week and
please direct her to respond to the messages from Jeanne and I as a follow-up.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,â€‹NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals

Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120

Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program â€‹

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>, Julianna Despinos
<Julianna.Despinos@jefferson.edu>
Subject: Faculty Contact
Date: Thu, 02 Mar 2023 21:16:32 +0000
Importance: Normal
Inline-Images: image001.png

Good afternoon Alexia,
I hope you are well. Faculty members have informed me of your correspondence requesting information about your
FL22 grades for a possible grievance you may file. Please work with and defer to Julianna concerning collecting any
information from your previous instructors from the FL22 semester.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Laura Dawson-Fend <Laura.Dawson-Fend@jefferson.edu>, Laura Vega
<Laura.Vega@jefferson.edu>, Tori Kline <Tori.Kline@jefferson.edu>, John Hale
<John.Hale@jefferson.edu>, Stephen DiDonato <Stephen.DiDonato@jefferson.edu>, Kati
Fosselius <Kati.Fosselius@jefferson.edu>, Rachel Brandoff <brandoffr@philau.edu>,
Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <johnsonn@philau.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>, Warren
Young <Warren.Young@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
Meghan Morley <Meghan.Morley@jefferson.edu>, Meghan O'Meara
<Meghan.O'Meara@jefferson.edu>, Craig Strickland <Craig.Strickland@jefferson.edu>,
Christopher W Brown <cwb015@jefferson.edu>, Romell Parham
<Romell.Parham@jefferson.edu>, Heather McGonigle
<Heather.McGonigle@jefferson.edu>, Katie Durr <Katie.Durr@jefferson.edu>, Kirby
Wycoff <Kirby.Wycoff@jefferson.edu>, Jacqueline Johnson 4
<Jacqueline.Johnson2@jefferson.edu>, Sarah LeBoon <Sarah.LeBoon@jefferson.edu>
Cc: Bethanne Frazer <Bethanne.Frazer@jefferson.edu>, "BECKER, CASEY"
<becker0013@mail.philau.edu>, Erica Stein <Erica.Stein@jefferson.edu>, Gabrielle Slifkin
<Gabrielle.Slifkin@jefferson.edu>, Hillary Englebert <Hillary.Englebert@jefferson.edu>,
Jada Fields <Jada.Fields@jefferson.edu>, Jillian Reid <Jillian.Reid@jefferson.edu>, Julie
Hillhouse <Julie.Hillhouse@jefferson.edu>, Laura Finestone
<Laura.Finestone@jefferson.edu>, Madison Oskowiak
<Madison.Oskowiak@jefferson.edu>, Maria Delgado <Maria.Delgado@jefferson.edu>,
Seth Lambing <Seth.Lambing@jefferson.edu>, Sydney Sherman
<Sydney.Sherman@jefferson.edu>, Alexandria Arthur-Lowry <ALEXANDRIA.ARTHURLOWRY@jefferson.edu>,
Amber Davis 2 <Amber.Davis2@jefferson.edu>, Ayoola
Oguntuase <Ayoola.Oguntuase@jefferson.edu>, Carson Eckard
<Carson.Eckard@jefferson.edu>, Ella Gluckman <Ella.Gluckman@jefferson.edu>, Erin C
Sullivan <Erin.Sullivan2@jefferson.edu>, Gabriela Medeiros
<Gabriela.Medeiros@jefferson.edu>, Iman Ross <Iman.Ross@jefferson.edu>, "Jane
Bernard" <Jane.Bernard@jefferson.edu>, Jessica Gumienny
<Jessica.Gumienny@jefferson.edu>, Justine Adams <Justine.Adams@jefferson.edu>, Kelly
Abramowitz <Kelly.Abramowitz@jefferson.edu>, Kelly Clement
<Kelly.Clement@jefferson.edu>, Ricquel Rolle <Ricquel.Rolle@jefferson.edu>, Shea
Andrews <Shea.Andrews@jefferson.edu>, Sophia Cuzzupe
<Sophia.Cuzzupe@jefferson.edu>, Aimee Page <Aimee.Page@jefferson.edu>, "Andrew
Capone" <Andrew.Capone@jefferson.edu>, Dana Urso <Dana.Urso@jefferson.edu>,
Elizabeth Coda <Elizabeth.Coda@jefferson.edu>, Emily Bentz
<Emily.Bentz@jefferson.edu>, Hannah McMinn <Hannah.McMinn@jefferson.edu>, Jamila
Saleh <Jamila.Saleh@jefferson.edu>, Jarrett Miller <Jarrett.Miller@jefferson.edu>, Krista
Schmidt <Krista.Schmidt@jefferson.edu>, Maxwell Stjohn
<Maxwell.StJohn@jefferson.edu>, Meilinda Ko <Meilinda.Ko@jefferson.edu>, Michelle
Matthews <Michelle.Matthews@jefferson.edu>, Nicole Cionci
<Nicole.Cionci@jefferson.edu>, Stacey Rettew-Young <Stacey.RettewYoung@jefferson.edu>, Suzannah McNamara
<Suzannah.McNamara@jefferson.edu>, Teal
Winstead <Teal.Winstead@jefferson.edu>, Valerie Ashley <Valerie.Ashley@jefferson.edu>,
Yolanda Quintana <Yolanda.Quintana@jefferson.edu>, Alyssa Shilkitus
<Alyssa.Shilkitus@jefferson.edu>, Ayana Starks <Ayana.Starks@jefferson.edu>, Caroline
Springhorn <Caroline.Springhorn@jefferson.edu>, Chris Calder
<Chris.Calder@jefferson.edu>, Darcie Howard <Darcie.Howard@jefferson.edu>, Diamond
Harper <Diamond.Harper@jefferson.edu>, Faith Niemcewicz
<Faith.Niemcewicz@jefferson.edu>, Julia Honigfeld <Julia.Honigfeld@jefferson.edu>,
Kaitlyn Farrelly <Kaitlyn.Farrelly@jefferson.edu>, Katy Baker

<Kathleen.Baker2@jefferson.edu>, Lena Buccigrossi <Lena.Buccigrossi@jefferson.edu>, Madeline Juchniewicz <Madeline.Juchniewicz@jefferson.edu>, Marisol Richards <Marisol.Richards@jefferson.edu>, Olga Cerda <Olga.Cerda@jefferson.edu>, Patrick Farrell <Patrick.Farrell@jefferson.edu>, Stephanie Taboada <Stephanie.Taboada@jefferson.edu>, Tristan Shannon <Tristan.Shannon@jefferson.edu>, Alexandria Eliff <Alexandria.Eliff@jefferson.edu>, Amanda Helman <Amanda.Helman@jefferson.edu>, Angela Pote <Angela.Pote@jefferson.edu>, Deborah Morkun <Deborah.Morkun@jefferson.edu>, Devona Melton <Devona.Melton@jefferson.edu>, Kaitlin Reynolds <Kaitlin.Reynolds@jefferson.edu>, Maria Harley <Maria.Harley@jefferson.edu>, Nicole Dupree <Nicole.Dupree@jefferson.edu>, Rebekah Phillips <Rebekah.Phillips@jefferson.edu>, "'RUSSELL, DARLEEN'" <russell8658@students.philau.edu>, "'SACHKO, VOLHA'" <sachko3982@students.philau.edu>, Shaquwana Duncan <Shaquwana.Duncan@jefferson.edu>, "'SHEPPARD, JAIMEE'" <sheppard8729@students.philau.edu>, Veronica Coker <Veronica.Coker@jefferson.edu>, Veronica Hamilton <Veronica.Hamilton@jefferson.edu>, "'WILLIAMS, DEBBIE'" <williams47416@students.philau.edu>, Alaina Marshall <Alaina.Marshall@jefferson.edu>, Ana Mancilla <Ana.Mancilla@jefferson.edu>, Cdelois Rivers <Cdelois.Rivers@jefferson.edu>, Devon Bowman <Devon.Bowman@jefferson.edu>, Jamie Walleisa <Jamie.Walleisa@jefferson.edu>, Jasmine Harlan <Jasmine.Harlan@jefferson.edu>, Khadija Abdullahi <Khadija.Abdullahi@jefferson.edu>, Nahdera Woods <Nahdera.Woods@jefferson.edu>, Ruth Schneeberg <Ruth.Schneeberg@jefferson.edu>, Tarajee Pinkney <Tarajee.Pinkney@jefferson.edu>, Tyerra Griffin <Tyerra.Griffin@jefferson.edu>, Unal Dogan <Unal.Dogan@jefferson.edu>, Valarie Meiser <Valarie.Meiser@jefferson.edu>, Vianca Vargas <Vianca.Vargas@jefferson.edu>, Allison Clifford <Allison.Clifford@jefferson.edu>, Caroline Unger <Caroline.Unger@jefferson.edu>, Darrell S Williams <Darrell.Williams@jefferson.edu>, Desheika Bowie <Desheika.Bowie@jefferson.edu>, Irina Syrnikova <Irina.Syrnikova@jefferson.edu>, Jacqueline Johnson 4 <Jacqueline.Johnson2@jefferson.edu>, Jessica Wilson <Jessica.Wilson@jefferson.edu>, Kayla McCauley <Kayla.McCauley@jefferson.edu>, Kevin Hart <Kevin.Hart@jefferson.edu>, "Nafis Johnson" <Nafis.Johnson@jefferson.edu>, Talitha Cottle <Talitha.Cottle@jefferson.edu>, Tia Roberts <Tia.Roberts@jefferson.edu>, Yuching Hsu <Yuching.Hsu@jefferson.edu>, "'amstaehs@yahoo.com'" <'amstaehs@yahoo.com'>, "'annie06s@aol.com'" <'annie06s@aol.com'>, "'ashleykorkidis@gmail.com'" <'ashleykorkidis@gmail.com'>, "'berdman5@gmail.com'" <'berdman5@gmail.com'>, "'bowen3874@alumni.philau.edu'" <'bowen3874@alumni.philau.edu'>, "'bridget.carango@gmail.com'" <'bridget.carango@gmail.com'>, "'byoung@nphs.com'" <'byoung@nphs.com'>, "'c4tk3lly@gmail.com'" <'c4tk3lly@gmail.com'>, "'carsween91@gmail.com'" <'carsween91@gmail.com'>, "'cdavis1007@gmail.com'" <'cdavis1007@gmail.com'>, "'chelseythornhill@gmail.com'" <'chelseythornhill@gmail.com'>, "'ciarajporter@gmail.com'" <'ciarajporter@gmail.com'>, "'cpage1209@gmail.com'" <'cpage1209@gmail.com'>, "'dbailey@nphs.com'" <'dbailey@nphs.com'>, "'deforgesl@gmail.com'" <'deforgesl@gmail.com'>, "'epayne5789@gmail.com'" <'epayne5789@gmail.com'>, "'erbalissa@gmail.com'" <'erbalissa@gmail.com'>, "'francescasutera@me.com'" <'francescasutera@me.com'>, "'georgeglov@msn.com'" <'georgeglov@msn.com'>, "'haylee.fry@gmail.com'" <'haylee.fry@gmail.com'>, "'indeafloyd112@msn.com'" <'indeafloyd112@msn.com'>, "'jamilabutler46@gmail.com'" <'jamilabutler46@gmail.com'>, "'jlglauser@gmail.com'" <'jlglauser@gmail.com'>, "'jrfrancar@gmail.com'" <'jrfrancar@gmail.com'>, "'karabuchan@gmail.com'" <'karabuchan@gmail.com'>, "'kase2856@alumni.philau.edu'" <'kase2856@alumni.philau.edu'>, "'kjbalasc@coastal.edu'" <'kjbalasc@coastal.edu'>, "'latoyamary98@gmail.com'" <'latoyamary98@gmail.com'>, "'Lauren.toepel@gmail.com'"

<'Lauren.toepel@gmail.com'>, "'Leonardisd17@Gmail.com'"

<'Leonardisd17@Gmail.com'>, "'LindsayGallagher@gmail.com'"
<'LindsayGallagher@gmail.com'>, "'linhaasis@gmail.com'" <'linhaasis@gmail.com'>,
"'madisonwgregory@gmail.com'" <'madisonwgregory@gmail.com'>,
"'malessi0515@yahoo.com'" <'malessi0515@yahoo.com'>,
"'margarettsmolina@gmail.com'" <'margarettsmolina@gmail.com'>,
"'mariad.hoang@gmail.com'" <'mariad.hoang@gmail.com'>,
"'marlenenorton11@gmail.com'" <'marlenenorton11@gmail.com'>,
"'martinez1870@alumni.philau.edu'" <'martinez1870@alumni.philau.edu'>,
"'matusow6650@alumni.philau.edu'" <'matusow6650@alumni.philau.edu'>,
"'mcgonigleheather@gmail.com'" <'mcgonigleheather@gmail.com'>,
"'md22little@aol.com'" <'md22little@aol.com'>, "'miller1488@alumni.philau.edu'"
<'miller1488@alumni.philau.edu'>, "'mjreyes0806@yahoo.com'"
<'mjreyes0806@yahoo.com'>, "'morgan.webb@cctckids.org'"
<'morgan.webb@cctckids.org'>, "'mrafine1218@gmail.com'" <'mrafine1218@gmail.com'>,
"'nmmarcano@gmail.com'" <'nmmarcano@gmail.com'>, "'nrl5044@psu.edu'"
<'nrl5044@psu.edu'>, "'RachelKarduna@gmail.com'" <'RachelKarduna@gmail.com'>,
"'rowe.winden@gmail.com'" <'rowe.winden@gmail.com'>,
"'schwartz8422@alumni.philau.edu'" <'schwartz8422@alumni.philau.edu'>,
"'seleme2001@yahoo.com'" <'seleme2001@yahoo.com'>, "'sgerstein@verizon.net'"
<'sgerstein@verizon.net'>, "'shalaragregory@yahoo.com'" <'shalaragregory@yahoo.com'>,
"'skwasniuk@yahoo.com'" <'skwasniuk@yahoo.com'>, "'slsyvick@yahoo.com'"
<'slsyvick@yahoo.com'>, "'smessner17@gmail.com'" <'smessner17@gmail.com'>,
"'tallarida8429@alumni.philau.edu'" <'tallarida8429@alumni.philau.edu'>,
"'tasallard@gmail.com'" <'tasallard@gmail.com'>, "'tfenn125@gmail.com'"
<'tfenn125@gmail.com'>, "'tud17021@temple.edu'" <'tud17021@temple.edu'>,
"'twims85@gmail.com'" <'twims85@gmail.com'>, "'venkat0721@alumni.philau.edu'"
<'venkat0721@alumni.philau.edu'>, "'vlaverty@humblerc.com'"
<'vlaverty@humblerc.com'>, "'yates1921@gmail.com'" <'yates1921@gmail.com'>,
"'BASILOVECCHIOJR, ANTHONY'" <basilovecchiojr1532@students.philau.edu>,
"'CABALHIN, DAISY G'" <cabalhin2313@students.philau.edu>, "'CAUTILLI, TIFFANY'"
<cautilli1197@students.philau.edu>, "'DEBLEYE, YAHMEMATO'"
<debleye6498@students.philau.edu>, "'ELMORE, JALYN'"
<elmore8586@students.philau.edu>, "'GIBSON, ALYSSA'"
<gibson2828@students.philau.edu>, "'INSERRA, ALEXA L'"
<inserra3386@students.philau.edu>, "'JEFFERS, JENNIFER'"
<jeffers6946@students.philau.edu>, "'JONES, KELSEY L'"
<jones6295@students.philau.edu>, Victoria Lowers <lowers7380@students.philau.edu>,
"'MAUGER, JONATHAN E'" <mauger9166@students.philau.edu>, "'MORKUN,
DEBORAH'" <morkun6054@students.philau.edu>, "'MUHAMMAD, MUNIYRA'"
<muhammad7382@students.philau.edu>, "'PUTMAN, JESSICA'"
<putman2969@students.philau.edu>, "'SCHAFFER, JESSICA'"
<schaffer3805@students.philau.edu>, "'SCHUHL, AMANDA'"
<schuhl0635@students.philau.edu>, "'SEITZINGER, ELIZABETH'"
<seitzinger3391@students.philau.edu>, "'SHEPPHERD, ALEXUS'"
<sheppherd8190@students.philau.edu>, "'WILLARD, MELISSA'"
<willard6795@students.philau.edu>, "'WILLIAMS, ANNAMARIE'"
<williams3640@students.philau.edu>, "'WYNICK, RASHEL'"
<wynick1369@students.philau.edu>, "'BEILER, CAITLIN'"
<beiler3448@students.philau.edu>, "'BOWIE, DESHEIKA'"
<bowie2186@students.philau.edu>, "'BROWN, NAKISHA'"
<brown4373@students.philau.edu>, "'CONTEE, MIYOSHI'"
<contee7144@students.philau.edu>, "'COTTLE, TALITHA'"

<cottle3852@students.philau.edu>, "'DUVAL-HALL, KASHE'"
<duvalhall3148@students.philau.edu>, "'EGLER, ANNE'"

<egler7671@students.philau.edu>, "'JERIN, MINU'" <jerin2847@students.philau.edu>,
"'JOHNSON, NAFIS'" <johnson2479@students.philau.edu>, "'MACK, TONI'"
<mack4331@students.philau.edu>, "'MCBRIDE, EBONY'"
<mcbride1616@students.philau.edu>, "'PALMER, ASHLEY'"
<palmer2616@students.philau.edu>, "'PHILLIPS, REBEKAH'"
<phillips0386@students.philau.edu>, "'RIDDICK, MONAQUE'"
<riddick4228@students.philau.edu>, "'ROBERTS, TIA'"
<roberts1133@students.philau.edu>, "'SULLIVAN, TIFFANY'"
<sullivan1757@students.philau.edu>, "'SYRNIKOVA, IRINA'"
<syrnikova1510@students.philau.edu>, "'UNGER, CAROLINE'"
<unger3602@students.philau.edu>, "'WILLIAMS, JEN'"
<williams1803@students.philau.edu>, "'WILSON, JESSICA'"
<wilson1617@students.philau.edu>, "'WRIGHT, KAMILAH'"
<wright2225@students.philau.edu>, "'ANTHONY, SHERAY'"
<anthony4612@students.philau.edu>, "'BAILEY, LAMONICA'"
<bailey6034@students.philau.edu>, "'BARNES, JORDAN'"
<barnes0192@students.philau.edu>, "veronicacoker@yahoo.com"
<veronicacoker@yahoo.com>, "shaquwana.aduncan@gmail.com"
<shaquwana.aduncan@gmail.com>, "kaitreynolds5@gmail.com"
<kaitreynolds5@gmail.com>, "drlnrachell@gmail.com" <drlnrachell@gmail.com>,
"volhasachko@gmail.com" <volhasachko@gmail.com>, "Casey.becker5413@gmail.com"
<Casey.becker5413@gmail.com>, "maria.1543@live.com" <maria.1543@live.com>,
"henglebert8@gmail.com" <henglebert8@gmail.com>, "fields7134@gmail.com"
<fields7134@gmail.com>, "Julie.hillhouse@comcast.net" <Julie.hillhouse@comcast.net>,
"Geslifkin@gmail.com" <Geslifkin@gmail.com>, "Erica.swirsky@gmail.com"
<Erica.swirsky@gmail.com>, "valeriehashley@gmail.com" <valeriehashley@gmail.com>,
"emilynbentz@gmail.com" <emilynbentz@gmail.com>, "Nicolecionci@gmail.com"
<Nicolecionci@gmail.com>, "elizabethleecoda@gmail.com"
<elizabethleecoda@gmail.com>, "meilindako@gmail.com" <meilindako@gmail.com>,
"michelle.matthews1545@gmail.com" <michelle.matthews1545@gmail.com>,
"Hannah.mcminn712@gmail.com" <Hannah.mcminn712@gmail.com>,
"suzannahmcnamara@gmail.com" <suzannahmcnamara@gmail.com>,
"jarrett.w.miller@gmail.com" <jarrett.w.miller@gmail.com>, "Aimeepage16@gmail.com"
<Aimeepage16@gmail.com>, "yolandaquintana_1421@hotmail.com"
<yolandaquintana_1421@hotmail.com>, "Rachel Brandoff" <brandoffr@philau.edu>,
Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <johnsonn@philau.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"

<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"

<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"
<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"

<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <Liz-

El.Black@students.jefferson.edu>, "Julia Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>,
"Jamilasaleh14@gmail.com" <Jamilasaleh14@gmail.com>,
"Kristaschmidt.24@gmail.com" <Kristaschmidt.24@gmail.com>,
"maxwellsaintjohn@gmail.com" <maxwellsaintjohn@gmail.com>,
"Tealwinstead@gmail.com" <Tealwinstead@gmail.com>, Laura Dawson-Fend
<Laura.Dawson-Fend@jefferson.edu>, Laura Vega <Laura.Vega@jefferson.edu>, Tori Kline
<Tori.Kline@jefferson.edu>, John Hale <John.Hale@jefferson.edu>, Stephen DiDonato
<Stephen.DiDonato@jefferson.edu>, Kati Fosselius <Kati.Fosselius@jefferson.edu>
Subject: Reminder: Invitation to CTC Faculty Candidate Zoom Teaching Demonstration-Dr. Chaya
Abrams-Today
Date: Wed, 01 Mar 2023 16:21:22 +0000
Importance: High
Inline-Images: image001.png

Good Afternoon CTC Community,
We are excited to host the CTC Assistant Professor faculty candidate, Dr. Chaya Abrams Ph.D. , LPC, LAC has been
invited for a zoom teaching demonstration on Wednesday, March 1st, 2023 at 3:00 pm. This is an important step in
our hiring process to join our faculty team.. You are welcome to participate using this Zoom link:
https://jefferson.zoom.us/j/95860472635 if available. We will send a survey after the presentation for you to

complete. We appreciate your attendance and participation.

   Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Julianna Despinos <Julianna.Despinos@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>
Subject: RE: Faculty Contact
Date: Fri, 03 Mar 2023 19:53:33 +0000
Importance: Normal
Inline-Images: image002.png; image004.png

Hello Alexia,
The Student Grievance Procedure is a formal process used only if a student believes or is concerned that they have not been treated in a manner consistent with course, program, college, or university policies or standards of conduct. However, the process is not intended for grade appeals so faculty will not meet with you to discuss coursework or grades. Therefore, to avoid any issues with miscommunications and misunderstandings, faculty and staff will not be able to meet with you to discuss your past coursework and attendance without you initiating a formal grievance process regarding your concerns. It's important that the program faculty and staff do not engage in an informal and improper grievance/review process. You will need to make a decision about whether you want to participate in the formal grievance. If you decide to do so, then please let me know so I can communicate this request with your faculty. You will also need to prepare a formal written grievance request so the program faculty and staff understand what your concerns are and what solutions you are hoping to achieve. Please let me know if you want to schedule a meeting to further discuss the student grievance procedures and better understand the process and what to expect.
Thank you,
Julianna
*************************************

Julianna Despinos, J.D.
Director of Academic Success and the Learning Experience
Office of the Dean – JCHP and SKMC
Thomas Jefferson University
901 Walnut Street; 1101-C
Philadelphia PA, 19107
Tel: 215.955-8975
Julianna.Despinos@Jefferson.edu
https://www.Jefferson.edu/JCHP
*********************************************

*********************************************
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Thursday, March 2, 2023 4:34 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Re: Faculty Contact

  Hello,
I'm a bit confused. My intentions were to meet with them to discuss my coursework and ultimately decide for myself if a grievance was worth the process.
Is that not something I should do? Or should I do it with the Dean present?
I would appreciate any advice you could offer on those questions.
Thank you,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023

Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Thursday, March 2, 2023 4:16:32 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Julianna Despinos <Julianna.Despinos@jefferson.edu>
Subject: Faculty Contact
This message was sent securely using ZixÂ®

Good afternoon Alexia,
I hope you are well. Faculty members have informed me of your correspondence requesting information about your
FL22 grades for a possible grievance you may file. Please work with and defer to Julianna concerning collecting any
information from your previous instructors from the FL22 semester.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

   The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

This message was secured by ZixÂ®.

From: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
To: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>,
Katharine Wenocur <Katharine.Wenocur@jefferson.edu>, Neil Andress
<Neil.Andress@jefferson.edu>, Warren Young <Warren.Young@jefferson.edu>, Yoon suh
Moh <Yoonsuh.Moh@jefferson.edu>, "Amanda Arcomano (Student)"
<Amanda.Arcomano@students.jefferson.edu>, "Hannah Beck (Student)"
<Hannah.Beck@students.jefferson.edu>, "Marcia Briggs (Student)"
<Marcia.Briggs@students.jefferson.edu>, "Celia Christenson (Student)"
<Celia.Christenson@students.jefferson.edu>, "Eleanor Collins (Student)"
<Eleanor.Collins@students.jefferson.edu>, "Caroline Deas (Student)"
<Caroline.Deas@students.jefferson.edu>, "Paula Edge (Student)"
<Paula.Edge@students.jefferson.edu>, "Daniella Emmer (Student)"
<Daniella.Emmer@students.jefferson.edu>, "Madison Hickey (Student)"
<Madison.Hickey@students.jefferson.edu>, "Faith Higgins (Student)"
<Faith.Higgins@students.jefferson.edu>, "Joseph Intoccia-Buzad (Student)"
<Joseph.Intoccia-Buzad@students.jefferson.edu>, "Gunveen Kaur (Student)"
<Gunveen.Kaur@students.jefferson.edu>, "William Kiriloff (Student)"
<William.Kiriloff@students.jefferson.edu>, "Nicole Leopold (Student)"
<Nicole.Leopold@students.jefferson.edu>, "Teagan Lewis (Student)"
<Teagan.Lewis@students.jefferson.edu>, "Makeiah Milbourne (Student)"
<Makeiah.Milbourne@students.jefferson.edu>, "Sarah Oltz (Student)"
<Sarah.Oltz@students.jefferson.edu>, "Eboni Parks (Student)"
<Eboni.Parks@students.jefferson.edu>, "Savannah Patterson (Student)"
<Savannah.Patterson@students.jefferson.edu>, "Peyton Payne (Student)"
<Peyton.Payne@students.jefferson.edu>, "Ayesha Siddiqui (Student)"
<Ayesha.Siddiqui@students.jefferson.edu>, "Thomas Smith (Student)"
<Thomas.Smith@students.jefferson.edu>, "Anagha Srikanth (Student)"
<Anagha.Srikanth@students.jefferson.edu>, "Lauren Strailey (Student)"
<Lauren.Strailey@students.jefferson.edu>, "John Valitski (Student)"
<John.Valitski@students.jefferson.edu>, "Rachel Woerner (Student)"
<Rachel.Woerner@students.jefferson.edu>, "William Wraith (Student)"
<William.Wraith@students.jefferson.edu>, "Seung Min Yi (Student)"
<SeungMin.Yi@students.jefferson.edu>, Ashley Fritz <Ashley.Fritz@jefferson.edu>,
"Oumou Diakhite (Student)" <Oumou.Diakhite@students.jefferson.edu>, "Talia Jones
(Student)" <Talia.Jones@students.jefferson.edu>, "Mary Kasper (Student)"
<Mary.Kasper@students.jefferson.edu>, "Jessica Legg (Student)"
<Jessica.Legg@students.jefferson.edu>, "Selina Lockwood (Student)"
<Selina.Lockwood@students.jefferson.edu>, "Kelsey Mcsweeney (Student)"
<Kelsey.Mcsweeney@students.jefferson.edu>, "Marialena Rago (Student)"
<Marialena.Rago@students.jefferson.edu>, "Kira Rentas (Student)"
<Kira.Rentas@students.jefferson.edu>, "Syanne Seth (Student)"
<Syanne.Seth@students.jefferson.edu>, "Gabriela Thomas (Student)"
<Gabriela.Thomas@students.jefferson.edu>, "Kristen Treude (Student)"
<Kristen.Treude@students.jefferson.edu>, "Manuela Tripepi (Student)"
<Manuela.Tripepi@students.jefferson.edu>, "Destiny Webb (Student)"
<Destiny.Webb@students.jefferson.edu>, "Roberto Wingfield (Student)"
<Roberto.Wingfield@students.jefferson.edu>, "Lance Wright (Student)"
<Lance.Wright@students.jefferson.edu>, "Raffaela Gualtieri (Student)"
<Raffaela.Gualtieri@students.jefferson.edu>, "dcm018@students.jefferson.edu"
<dcm018@students.jefferson.edu>, "Brianna Phelps (Student)"
<Brianna.Phelps@students.jefferson.edu>, "Naya Rivera (Student)"
<Naya.Rivera@students.jefferson.edu>, "Colleen Boyle (Student)"

<Colleen.Boyle@students.jefferson.edu>, "Ryan Gilchrist (Student)"
<Ryan.Gilchrist@students.jefferson.edu>, "Veronica Harvey (Student)"
<Veronica.Harvey@students.jefferson.edu>, "Julianna MacGregor (Student)"
<Julianna.MacGregor@students.jefferson.edu>, "Shannon Clark (Student)"
<Shannon.Clark@students.jefferson.edu>, "Yasmeen Collins (Student)"
<Yasmeen.Collins@students.jefferson.edu>, "Patricia Gilbert (Student)"
<Patricia.Gilbert@students.jefferson.edu>, "Christine Eisenberg (Student)"
<Christine.Eisenberg@students.jefferson.edu>, "Spring Gass (Student)"
<Spring.Gass@students.jefferson.edu>, "Maren Kirk (Student)"
<Maren.Kirk@students.jefferson.edu>, "Jenna Loz (Student)"
<Jenna.Loz@students.jefferson.edu>, "Tanya Moore (Student)"
<Tanya.Moore@students.jefferson.edu>, "Benjamin Solensky (Student)"
<Benjamin.Solensky@students.jefferson.edu>, "Alexia Stipa (Student)"
<Alexia.Stipa@students.jefferson.edu>, "Devon Woosnam (Student)"
<Devon.Woosnam@students.jefferson.edu>, "Sabrina Bounader (Student)"
<Sabrina.Bounader@students.jefferson.edu>, "Renae Gross (Student)"
<Renae.Gross@students.jefferson.edu>, "Samantha Hovatter (Student)"
<Samantha.Hovatter@students.jefferson.edu>, "Theophilus Ijeboi (Student)"
<Theophilus.Ijeboi@students.jefferson.edu>, "Zumana Noor (Student)"
<Zumana.Noor@students.jefferson.edu>, "Samara Perez (Student)"
<Samara.Perez@students.jefferson.edu>, "Glory Munthali (Student)"
<Glory.Munthali@students.jefferson.edu>, "Liz-El Black (Student)" <LizEl.Black@students.jefferson.edu>, "Julia
Czmar (Student)"
<Julia.Czmar@students.jefferson.edu>, "Alexa Dimino (Student)"
<Alexa.Dimino@students.jefferson.edu>, "Jaclyn Mulvihill (Student)"
<Jaclyn.Mulvihill@students.jefferson.edu>, "Mira Treatman (Student)"
<Mira.Treatman@students.jefferson.edu>, "Michelle Tulik (Student)"
<Michelle.Tulik@students.jefferson.edu>, "Alexandria Barth (Student)"
<Alexandria.Barth@students.jefferson.edu>, "Amanda Farese 2 (Student)"
<Amanda.Farese2@students.jefferson.edu>, "Jacey Ludlam (Student)"
<Jacey.Ludlam@students.jefferson.edu>, "Melissa Paolercio (Student)"
<Melissa.Paolercio@students.jefferson.edu>, "Alexandria Puls (Student)"
<Alexandria.Puls@students.jefferson.edu>, "Elizabeth Weiss (Student)"
<Elizabeth.Weiss@students.jefferson.edu>, "Elvira Babenko (Student)"
<Elvira.Babenko@students.jefferson.edu>, "Nicole Barlow (Student)"
<Nicole.Barlow@students.jefferson.edu>, "Evan Coder (Student)"
<Evan.Coder@students.jefferson.edu>, "Emily Karras (Student)"
<Emily.Karras@students.jefferson.edu>, "Elisabeth Legge (Student)"
<Elisabeth.Legge@students.jefferson.edu>, "Emily McGuigan (Student)"
<Emily.McGuigan@students.jefferson.edu>, "Elizabeth Tutolo (Student)"
<Elizabeth.Tutolo@students.jefferson.edu>, "Amy Dugan (Student)"
<Amy.Dugan@students.jefferson.edu>, "Danielle Figueroa (Student)"
<Danielle.Figueroa@students.jefferson.edu>, "Caroline Kuzoian (Student)"
<Caroline.Kuzoian@students.jefferson.edu>, "Ada Opara (Student)"
<Ada.Opara@students.jefferson.edu>, "Christy Osborne (Student)"
<Christy.Osborne@students.jefferson.edu>, "Abigail Taylor (Student)"
<Abigail.Taylor@students.jefferson.edu>, "Sarah Slate (Student)"
<Sarah.Slate@students.jefferson.edu>, "Annaliese Berkenstock (Student)"
<Annaliese.Berkenstock@students.jefferson.edu>, "Myashia Walker (Student)"
<Myashia.Walker@students.jefferson.edu>, "DeAnna Meckling-Peruto (Student)"
<DeAnna.Meckling-Peruto@students.jefferson.edu>, Amanda Helman
<Amanda.Helman@jefferson.edu>, "Alaina Marshall (Student)"
<Alaina.Marshall@students.jefferson.edu>, Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>

Cc: "wraithrw@gmail.com" <wraithrw@gmail.com>
Subject: CTC Town Hall -Last one for Spring Semester
Date: Tue, 18 Apr 2023 16:33:04 +0000
Importance: Normal
Attachments: unnamed

https://jefferson.zoom.us/j/91572280879

Event: CTC Town Hall -Last one for Spring Semester
Start Date: 2023-04-18 20:30:00 +0000
End Date: 2023-04-18 21:30:00 +0000
Organizer: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Location: Kanbar 306 or zoom https://jefferson.zoom.us/j/91572280879
Class: X-PERSONAL
Date Created: 2023-04-18 16:33:09 +0000
Date Modified: 2023-04-18 16:33:20 +0000
Priority: 5
DTSTAMP: 2023-04-18 16:32:59 +0000
Attendee: Rachel Brandoff <Rachel.Brandoff@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Katharine
Wenocur <Katharine.Wenocur@jefferson.edu>; Neil Andress <Neil.Andress@jefferson.edu>;
Warren Young <Warren.Young@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
Amanda Arcomano (Student) <Amanda.Arcomano@students.jefferson.edu>; Hannah Beck
(Student) <Hannah.Beck@students.jefferson.edu>; Marcia Briggs (Student)
<Marcia.Briggs@students.jefferson.edu>; Celia Christenson (Student)
<Celia.Christenson@students.jefferson.edu>; Eleanor Collins (Student)
<Eleanor.Collins@students.jefferson.edu>; Caroline Deas (Student)
<Caroline.Deas@students.jefferson.edu>; Paula Edge (Student)
<Paula.Edge@students.jefferson.edu>; Daniella Emmer (Student)
<Daniella.Emmer@students.jefferson.edu>; Madison Hickey (Student)
<Madison.Hickey@students.jefferson.edu>; Faith Higgins (Student)
<Faith.Higgins@students.jefferson.edu>; Joseph Intoccia-Buzad (Student)
<Joseph.IntocciaBuzad@students.jefferson.edu>; Gunveen Kaur (Student)
<Gunveen.Kaur@students.jefferson.edu>; William Kiriloff (Student)
<William.Kiriloff@students.jefferson.edu>; Nicole Leopold (Student)
<Nicole.Leopold@students.jefferson.edu>; Teagan Lewis (Student)
<Teagan.Lewis@students.jefferson.edu>; Makeiah Milbourne (Student)
<Makeiah.Milbourne@students.jefferson.edu>; Sarah Oltz (Student)
<Sarah.Oltz@students.jefferson.edu>; Eboni Parks (Student)
<Eboni.Parks@students.jefferson.edu>; Savannah Patterson (Student)
<Savannah.Patterson@students.jefferson.edu>; Peyton Payne (Student)
<Peyton.Payne@students.jefferson.edu>; Ayesha Siddiqui (Student)
<Ayesha.Siddiqui@students.jefferson.edu>; Thomas Smith (Student)
<Thomas.Smith@students.jefferson.edu>; Anagha Srikanth (Student)
<Anagha.Srikanth@students.jefferson.edu>; Lauren Strailey (Student)
<Lauren.Strailey@students.jefferson.edu>; John Valitski (Student)
<John.Valitski@students.jefferson.edu>; Rachel Woerner (Student)

   <Rachel.Woerner@students.jefferson.edu>; William Wraith (Student)
<William.Wraith@students.jefferson.edu>; Seung Min Yi (Student)
<SeungMin.Yi@students.jefferson.edu>; Ashley Fritz <Ashley.Fritz@jefferson.edu>; Oumou
Diakhite (Student) <Oumou.Diakhite@students.jefferson.edu>; Talia Jones (Student)
<Talia.Jones@students.jefferson.edu>; Mary Kasper (Student)
<Mary.Kasper@students.jefferson.edu>; Jessica Legg (Student)
<Jessica.Legg@students.jefferson.edu>; Selina Lockwood (Student)
<Selina.Lockwood@students.jefferson.edu>; Kelsey Mcsweeney (Student)
<Kelsey.Mcsweeney@students.jefferson.edu>; Marialena Rago (Student)
<Marialena.Rago@students.jefferson.edu>; Kira Rentas (Student)
<Kira.Rentas@students.jefferson.edu>; Syanne Seth (Student)
<Syanne.Seth@students.jefferson.edu>; Gabriela Thomas (Student)
<Gabriela.Thomas@students.jefferson.edu>; Kristen Treude (Student)

<Kristen.Treude@students.jefferson.edu>; Manuela Tripepi (Student)
<Manuela.Tripepi@students.jefferson.edu>; Destiny Webb (Student)
<Destiny.Webb@students.jefferson.edu>; Roberto Wingfield (Student)
<Roberto.Wingfield@students.jefferson.edu>; Lance Wright (Student)
<Lance.Wright@students.jefferson.edu>; Raffaela Gualtieri (Student)
<Raffaela.Gualtieri@students.jefferson.edu>; dcm018@students.jefferson.edu
<dcm018@students.jefferson.edu>; Brianna Phelps (Student)
<Brianna.Phelps@students.jefferson.edu>; Naya Rivera (Student)
<Naya.Rivera@students.jefferson.edu>; Colleen Boyle (Student)
<Colleen.Boyle@students.jefferson.edu>; Ryan Gilchrist (Student)
<Ryan.Gilchrist@students.jefferson.edu>; Veronica Harvey (Student)
<Veronica.Harvey@students.jefferson.edu>; Julianna MacGregor (Student)
<Julianna.MacGregor@students.jefferson.edu>; Shannon Clark (Student)
<Shannon.Clark@students.jefferson.edu>; Yasmeen Collins (Student)
<Yasmeen.Collins@students.jefferson.edu>; Patricia Gilbert (Student)
<Patricia.Gilbert@students.jefferson.edu>; Christine Eisenberg (Student)
<Christine.Eisenberg@students.jefferson.edu>; Spring Gass (Student)
<Spring.Gass@students.jefferson.edu>; Maren Kirk (Student)
<Maren.Kirk@students.jefferson.edu>; Jenna Loz (Student) <Jenna.Loz@students.jefferson.edu>;
Tanya Moore (Student) <Tanya.Moore@students.jefferson.edu>; Benjamin Solensky (Student)
<Benjamin.Solensky@students.jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>; Devon Woosnam (Student)
<Devon.Woosnam@students.jefferson.edu>; Sabrina Bounader (Student)
<Sabrina.Bounader@students.jefferson.edu>; Renae Gross (Student)
<Renae.Gross@students.jefferson.edu>; Samantha Hovatter (Student)
<Samantha.Hovatter@students.jefferson.edu>; Theophilus Ijeboi (Student)
<Theophilus.Ijeboi@students.jefferson.edu>; Zumana Noor (Student)
<Zumana.Noor@students.jefferson.edu>; Samara Perez (Student)
<Samara.Perez@students.jefferson.edu>; Glory Munthali (Student)
<Glory.Munthali@students.jefferson.edu>; Liz-El Black (Student) <LizEl.Black@students.jefferson.edu>; Julia Czmar
(Student) <Julia.Czmar@students.jefferson.edu>;

Alexa Dimino (Student) <Alexa.Dimino@students.jefferson.edu>; Jaclyn Mulvihill (Student)
<Jaclyn.Mulvihill@students.jefferson.edu>; Mira Treatman (Student)
<Mira.Treatman@students.jefferson.edu>; Michelle Tulik (Student)
<Michelle.Tulik@students.jefferson.edu>; Alexandria Barth (Student)
<Alexandria.Barth@students.jefferson.edu>; Amanda Farese 2 (Student)
<Amanda.Farese2@students.jefferson.edu>; Jacey Ludlam (Student)
<Jacey.Ludlam@students.jefferson.edu>; Melissa Paolercio (Student)
<Melissa.Paolercio@students.jefferson.edu>; Alexandria Puls (Student)
<Alexandria.Puls@students.jefferson.edu>; Elizabeth Weiss (Student)
<Elizabeth.Weiss@students.jefferson.edu>; Elvira Babenko (Student)
<Elvira.Babenko@students.jefferson.edu>; Nicole Barlow (Student)
<Nicole.Barlow@students.jefferson.edu>; Evan Coder (Student)
<Evan.Coder@students.jefferson.edu>; Emily Karras (Student)
<Emily.Karras@students.jefferson.edu>; Elisabeth Legge (Student)
<Elisabeth.Legge@students.jefferson.edu>; Emily McGuigan (Student)
<Emily.McGuigan@students.jefferson.edu>; Elizabeth Tutolo (Student)
<Elizabeth.Tutolo@students.jefferson.edu>; Amy Dugan (Student)
<Amy.Dugan@students.jefferson.edu>; Danielle Figueroa (Student)
<Danielle.Figueroa@students.jefferson.edu>; Caroline Kuzoian (Student)
<Caroline.Kuzoian@students.jefferson.edu>; Ada Opara (Student)
<Ada.Opara@students.jefferson.edu>; Christy Osborne (Student)
<Christy.Osborne@students.jefferson.edu>; Abigail Taylor (Student)

<Abigail.Taylor@students.jefferson.edu>; Sarah Slate (Student)
<Sarah.Slate@students.jefferson.edu>; Annaliese Berkenstock (Student)
<Annaliese.Berkenstock@students.jefferson.edu>; Myashia Walker (Student)
<Myashia.Walker@students.jefferson.edu>; DeAnna Meckling-Peruto (Student)
<DeAnna.Meckling-Peruto@students.jefferson.edu>; Amanda Helman
<Amanda.Helman@jefferson.edu>; Alaina Marshall (Student)
<Alaina.Marshall@students.jefferson.edu>; Laura Dawson-Fend <Laura.DawsonFend@jefferson.edu>;
wraithrw@gmail.com <wraithrw@gmail.com>
Alarm: Display the following message 15m before start
Reminder
https://jefferson.zoom.us/j/91572280879

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, John Hale <John.Hale@jefferson.edu>,
Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Date: Wed, 19 Apr 2023 19:43:34 +0000
Importance: Normal
Inline-Images: image002.png

Good afternoon Alexia,
I hope you are well. Thank you for meeting with us to evaluate the number of Internship hours you have completed. I
have just checked your box.com folder and I still do not see the unsigned logs from Fairmount from your time there
over the summer semester 2022. Please upload these ASAP. As shared in our meeting, there is no guarantee that these
hours will be accepted.
We are completing a review of the hour logs which are in the box folder. As discussed in our meeting held on 4/18/23,
we will count the hours (direct and indirect) in accordance to our clinical manual (limits of 25 hours/week). We will
determine these hours including time spent in direct contact, weekly required supervision, documentation completion
and other required clinical tasks.
In our first meeting, held on 4/11/23, you shared being under doctorâ€™s care. In this past meeting you shared that you
were hospitalized and you were considering going back to the hospital. We want to provide you with some resources
which are available to you as a student if needed.
Student Health Services East Falls Campus- https://www.jefferson.edu/east-falls/student-health-services.html
Student Counseling Center East Falls Campus- https://www.jefferson.edu/east-falls/student-counseling-center.html
As mentioned above, please submit the remaining logs to your box.com folder by the end of today (4/19/23). If we do
not have these logs by the end of today, we will need to reschedule our meet set for 4/20/23. Please confirm the
receipt of this email and respond as soon as possible.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

     The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:59 PM

To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>
Subject: Re: Meeting
Hello,
I have uploaded the remaining logs for September-March, there is still an issue with summer as I have emailed though. I have class at 530, but can be at the office for 5 if 4 no longer works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, April 18, 2023 12:55:24 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using ZixÂ®

Good afternoon Alexia,
I hope you are well. May we check in after the town hall. I do not believe it will take the entire time. Also, have you uploaded the remaining logs? Our meeting today was to review the total hours reflected on the logs so we might discuss.

Best,

  Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:52 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale

<John.Hale@jefferson.edu>
Subject: Meeting
Hello,
Are we still having a check in today at 4? I saw the town hall and just wanted to make sure.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

This message was secured by ZixÂ®.

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, John Hale <John.Hale@jefferson.edu>,
Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Date: Fri, 28 Apr 2023 11:00:26 +0000
Importance: Normal
Inline-Images: image002.png

Good morning Alexia,
I hope you are well. I will not be in the office on Monday. Would you be available Tuesday (morning) or Wednesday,
Thursday? Please advise.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for
the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies
of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Thursday, April 27, 2023 12:38 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
The only in person availability that I have would be Monday at 11am or 12pm.
Let me know if either of those work, thank you.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,

Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Thursday, April 27, 2023 12:15:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. I apologize, however, I need to cancel our meeting for today. Can you please send me some availability you have for next week?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu

   Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole G. Johnson
Sent: Wednesday, April 19, 2023 3:44 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Good afternoon Alexia,
I hope you are well. Thank you for meeting with us to evaluate the number of Internship hours you have completed. I have just checked your box.com folder and I still do not see the unsigned logs from Fairmount from your time there over the summer semester 2022. Please upload these ASAP. As shared in our meeting, there is no guarantee that these hours will be accepted.
We are completing a review of the hour logs which are in the box folder. As discussed in our meeting held on 4/18/23, we will count the hours (direct and indirect) in accordance to our clinical manual (limits of 25 hours/week). We will determine these hours including time spent in direct contact, weekly required supervision, documentation completion and other required clinical tasks.
In our first meeting, held on 4/11/23, you shared being under doctor's care. In this past meeting you shared that you

were hospitalized and you were considering going back to the hospital. We want to provide you with some resources which are available to you as a student if needed.
Student Health Services East Falls Campus- https://www.jefferson.edu/east-falls/student-health-services.html
Student Counseling Center East Falls Campus- https://www.jefferson.edu/east-falls/student-counseling-center.html
As mentioned above, please submit the remaining logs to your box.com folder by the end of today (4/19/23). If we do not have these logs by the end of today, we will need to reschedule our meet set for 4/20/23. Please confirm the receipt of this email and respond as soon as possible.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program

  Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:59 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>
Subject: Re: Meeting
Hello,
I have uploaded the remaining logs for September-March, there is still an issue with summer as I have emailed though. I have class at 530, but can be at the office for 5 if 4 no longer works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, April 18, 2023 12:55:24 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale

  <John.Hale@jefferson.edu>

Subject: RE: Meeting
This message was sent securely using ZixÂ®

Good afternoon Alexia,
I hope you are well. May we check in after the town hall. I do not believe it will take the entire time. Also, have you uploaded the remaining logs? Our meeting today was to review the total hours reflected on the logs so we might discuss.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:52 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>
Subject: Meeting
Hello,

   Are we still having a check in today at 4? I saw the town hall and just wanted to make sure.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

This message was secured by ZixÂ®.

This message was secured by ZixÂ®.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
To: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, John Hale <John.Hale@jefferson.edu>,
Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Date: Mon, 01 May 2023 14:16:42 +0000
Importance: Normal
Inline-Images: image002.png

Hello,
Unfortunately, the only time I am available in person was last Thursday and Today. If we can connect virtually
for the audit I can meet tomorrow or Thursday.
Thanks,
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Friday, April 28, 2023 7:00:26 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. I will not be in the office on Monday. Would you be available Tuesday (morning) or Wednesday,
Thursday? Please advise.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue

Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy

all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Thursday, April 27, 2023 12:38 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
The only in person availability that I have would be Monday at 11am or 12pm.
Let me know if either of those work, thank you.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Thursday, April 27, 2023 12:15:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting

This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. I apologize, however, I need to cancel our meeting for today. Can you please send me some
availability you have for next week?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole G. Johnson
Sent: Wednesday, April 19, 2023 3:44 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Good afternoon Alexia,
I hope you are well. Thank you for meeting with us to evaluate the number of Internship hours you have completed. I
have just checked your box.com folder and I still do not see the unsigned logs from Fairmount from your time there

over the summer semester 2022. Please upload these ASAP. As shared in our meeting, there is no guarantee that these
hours will be accepted.
We are completing a review of the hour logs which are in the box folder. As discussed in our meeting held on 4/18/23,
we will count the hours (direct and indirect) in accordance to our clinical manual (limits of 25 hours/week). We will
determine these hours including time spent in direct contact, weekly required supervision, documentation completion
and other required clinical tasks.
In our first meeting, held on 4/11/23, you shared being under doctor's care. In this past meeting you shared that you
were hospitalized and you were considering going back to the hospital. We want to provide you with some resources
which are available to you as a student if needed.
Student Health Services East Falls Campus- https://www.jefferson.edu/east-falls/student-health-services.html
Student Counseling Center East Falls Campus- https://www.jefferson.edu/east-falls/student-counseling-center.html
As mentioned above, please submit the remaining logs to your box.com folder by the end of today (4/19/23). If we do
not have these logs by the end of today, we will need to reschedule our meet set for 4/20/23. Please confirm the
receipt of this email and respond as soon as possible.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended

only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy
all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care
matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:59 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
John Hale
<John.Hale@jefferson.edu>
Subject: Re: Meeting
Hello,
I have uploaded the remaining logs for September-March, there is still an issue with summer as I have
emailed though.
I have class at 530, but can be at the office for 5 if 4 no longer works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, April 18, 2023 12:55:24 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
John Hale
<John.Hale@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. May we check in after the town hall. I do not believe it will take the entire time. Also,
have you
uploaded the remaining logs? Our meeting today was to review the total hours reflected on the logs so we
might
discuss.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:52 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: Meeting
Hello,
Are we still having a check in today at 4? I saw the town hall and just wanted to make sure.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
To: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>, Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Date: Tue, 02 May 2023 15:31:50 +0000
Importance: Normal
Inline-Images: image003.png

Hello,
As I have mentioned, I cannot attend a meeting in person this week. Now that the semester is over, my son's
nurse is no longer contracted again on Tuesday/Thursday until classes resume.
(His insurance only pays for his nurse during confirmed school or work hours).
Next Thursday the 11th I will be in Philadelphia with him at an appointment and could meet (with him with me)
at 10am only if that works.
Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, May 2, 2023 11:07:41 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. As discussed in our previous meeting, we would meet in person so we all might add signed
confirmation to the logs after review.
Please let us know if you might be available to come into the office on Thursday morning or early afternoon?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)

Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended
only for the use of the person named

above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Monday, May 1, 2023 10:30 AM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Meeting
Tomorrow I can meet at 1pm or later and Thursday I have open availability.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Sent: Monday, May 1, 2023 10:28:07 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>

Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Meeting
This message was sent securely using Zix®

Hi Alexia,
I hope that you had a good weekend.
I know that Dr. Nicole will confirm her availability when she returns to the office tomorrow. In the meantime, please let
us know if there are time slots for tomorrow or Thursday that you know will not work for you for sure.
In wellness,

Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH, BCN
Assistant Director | Assistant Professor
Chapter Faculty Advisor, Delta Sigma Mu, Chi Sigma Iota
Community and Trauma Counseling Program
Jefferson College of Health Professions

Faculty Lead, The Rams for Recovery, Collegiate Recovery Program
Thomas Jefferson University
East Falls campus,
Note: My work hours may not align with your own. Please respond when it is best for you.
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144
T: 215-951-2561
E: yoonsuh.moh@jefferson.edu
W: Faculty Profile

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>

Sent: Monday, May 1, 2023 10:16 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,

Unfortunately, the only time I am available in person was last Thursday and Today. If we can connect virtually for the
audit I can meet tomorrow or Thursday.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Friday, April 28, 2023 7:00:26 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. I will not be in the office on Monday. Would you be available Tuesday (morning) or Wednesday,
Thursday? Please advise.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Thursday, April 27, 2023 12:38 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
The only in person availability that I have would be Monday at 11am or 12pm.
Let me know if either of those work, thank you.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Thursday, April 27, 2023 12:15:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting

This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. I apologize, however, I need to cancel our meeting for today. Can you please send me some
availability you have for next week?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole G. Johnson

Sent: Wednesday, April 19, 2023 3:44 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Good afternoon Alexia,
I hope you are well. Thank you for meeting with us to evaluate the number of Internship hours you have completed. I
have just checked your box.com folder and I still do not see the unsigned logs from Fairmount from your time there

over the summer semester 2022. Please upload these ASAP. As shared in our meeting, there is no guarantee that these
hours will be accepted.
We are completing a review of the hour logs which are in the box folder. As discussed in our meeting held on 4/18/23,
we will count the hours (direct and indirect) in accordance to our clinical manual (limits of 25 hours/week). We will
determine these hours including time spent in direct contact, weekly required supervision, documentation completion
and other required clinical tasks.
In our first meeting, held on 4/11/23, you shared being under doctor's care. In this past meeting you shared that you
were hospitalized and you were considering going back to the hospital. We want to provide you with some resources
which are available to you as a student if needed.
Student Health Services East Falls Campus- https://www.jefferson.edu/east-falls/student-health-services.html
Student Counseling Center East Falls Campus- https://www.jefferson.edu/east-falls/student-counseling-center.html
As mentioned above, please submit the remaining logs to your box.com folder by the end of today (4/19/23). If we do
not have these logs by the end of today, we will need to reschedule our meet set for 4/20/23. Please confirm the
receipt of this email and respond as soon as possible.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy

all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:59 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: Re: Meeting
Hello,
I have uploaded the remaining logs for September-March, there is still an issue with summer as I have emailed though.
I have class at 530, but can be at the office for 5 if 4 no longer works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, April 18, 2023 12:55:24 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. May we check in after the town hall. I do not believe it will take the entire time. Also, have you
uploaded the remaining logs? Our meeting today was to review the total hours reflected on the logs so we might
discuss.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553

Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination,

distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:52 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: Meeting
Hello,
Are we still having a check in today at 4? I saw the town hall and just wanted to make sure.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
To: "Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>, "Yoon suh Moh"
<Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Date: Thu, 04 May 2023 00:32:41 +0000
Importance: Normal
Inline-Images: image002.png

Good evening Alexia,
I hope you are well. Thank you for your response. Next Thursday, May 11th is graduation, therefore, we will not be in
the office. Can you share when you might be able to meet in person over the next two weeks? As discussed and agreed
in our last meeting, we would meet in person to all review and sign the logs to confirm the hours which will count. We
would like to confirm your hours as soon as we have a meeting date set.
We look forward to meeting as soon as we can.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, May 2, 2023 11:32 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
As I have mentioned, I cannot attend a meeting in person this week. Now that the semester is over, my son's nurse is
no longer contracted again on Tuesday/Thursday until classes resume.
(His insurance only pays for his nurse during confirmed school or work hours).
Next Thursday the 11th I will be in Philadelphia with him at an appointment and could meet (with him with me) at

10am only if that works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, May 2, 2023 11:07:41 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. As discussed in our previous meeting, we would meet in person so we all might add signed
confirmation to the logs after review.
Please let us know if you might be available to come into the office on Thursday morning or early afternoon?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144

Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended
only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Monday, May 1, 2023 10:30 AM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Meeting
Tomorrow I can meet at 1pm or later and Thursday I have open availability.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Sent: Monday, May 1, 2023 10:28:07 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Meeting
This message was sent securely using Zix®

Hi Alexia,
I hope that you had a good weekend.
I know that Dr. Nicole will confirm her availability when she returns to the office tomorrow. In the meantime, please let
us know if there are time slots for tomorrow or Thursday that you know will not work for you for sure.
In wellness,

Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH, BCN
Assistant Director | Assistant Professor
Chapter Faculty Advisor, Delta Sigma Mu, Chi Sigma Iota
Community and Trauma Counseling Program
Jefferson College of Health Professions

Faculty Lead, The Rams for Recovery, Collegiate Recovery Program
Thomas Jefferson University
East Falls campus,
Note: My work hours may not align with your own. Please respond when it is best for you.
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144
T: 215-951-2561
E: yoonsuh.moh@jefferson.edu
W: Faculty Profile

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Monday, May 1, 2023 10:16 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
Unfortunately, the only time I am available in person was last Thursday and Today. If we can connect virtually for the
audit I can meet tomorrow or Thursday.
Thanks,

Alexia Stipa (she/they)

Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu

Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Friday, April 28, 2023 7:00:26 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. I will not be in the office on Monday. Would you be available Tuesday (morning) or Wednesday,
Thursday? Please advise.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Thursday, April 27, 2023 12:38 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
The only in person availability that I have would be Monday at 11am or 12pm.
Let me know if either of those work, thank you.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,

Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Thursday, April 27, 2023 12:15:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. I apologize, however, I need to cancel our meeting for today. Can you please send me some
availability you have for next week?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH

Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole G. Johnson
Sent: Wednesday, April 19, 2023 3:44 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Good afternoon Alexia,
I hope you are well. Thank you for meeting with us to evaluate the number of Internship hours you have completed. I
have just checked your box.com folder and I still do not see the unsigned logs from Fairmount from your time there
over the summer semester 2022. Please upload these ASAP. As shared in our meeting, there is no guarantee that these
hours will be accepted.
We are completing a review of the hour logs which are in the box folder. As discussed in our meeting held on 4/18/23,
we will count the hours (direct and indirect) in accordance to our clinical manual (limits of 25 hours/week).

We will
determine these hours including time spent in direct contact, weekly required supervision, documentation completion
and other required clinical tasks.
In our first meeting, held on 4/11/23, you shared being under doctor's care. In this past meeting you shared that you
were hospitalized and you were considering going back to the hospital. We want to provide you with some resources
which are available to you as a student if needed.

Student Health Services East Falls Campus- https://www.jefferson.edu/east-falls/student-health-services.html
Student Counseling Center East Falls Campus- https://www.jefferson.edu/east-falls/student-counseling-center.html
As mentioned above, please submit the remaining logs to your box.com folder by the end of today (4/19/23). If we do
not have these logs by the end of today, we will need to reschedule our meet set for 4/20/23. Please confirm the
receipt of this email and respond as soon as possible.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:59 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: Re: Meeting
Hello,
I have uploaded the remaining logs for September-March, there is still an issue with summer as I have emailed though.
I have class at 530, but can be at the office for 5 if 4 no longer works.

Alexia Stipa (she/they)

Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, April 18, 2023 12:55:24 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
John Hale
<John.Hale@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. May we check in after the town hall. I do not believe it will take the entire time. Also, have you
uploaded the remaining logs? Our meeting today was to review the total hours reflected on the logs so we might
discuss.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:52 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
John Hale
<John.Hale@jefferson.edu>
Subject: Meeting
Hello,
Are we still having a check in today at 4? I saw the town hall and just wanted to make sure.
Thanks,

Alexia Stipa (she/they)

Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
To: John Hale <John.Hale@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Date: Wed, 10 May 2023 18:54:45 +0000
Importance: Normal
Inline-Images: image002.png

Good afternoon everyone,
I hope you are well. We will be meeting (in person) in my office on Friday, May 12th at 12 noon.

Thanks,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: John Hale <John.Hale@jefferson.edu>
Sent: Monday, May 8, 2023 11:00 AM

To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Alexia Stipa
(Student) <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting

"Hello" all and thank you. I will avail myself for Friday May 12th, 2023, at 12:00 noon.
From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Sent: Monday, May 8, 2023 7:47 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Good morning all,
Alexia, thank you for your email.
I will make myself available 12-1:30PM on Friday.

Have a good day!
In wellness,

Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH, BCN
Assistant Director | Assistant Professor
Chapter Faculty Advisor, Delta Sigma Mu, Chi Sigma Iota
Community and Trauma Counseling Program
Jefferson College of Health Professions

Faculty Lead, The Rams for Recovery, Collegiate Recovery Program
Thomas Jefferson University
East Falls campus,
Note: My work hours may not align with your own. Please respond when it is best for you.
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144
T: 215-951-2561
E: yoonsuh.moh@jefferson.edu
W: Faculty Profile

From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Monday, May 8, 2023 7:27 AM
To: Alexia Stipa (Student) <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>

Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Good morning Alexia,
I hope you are well. I would like schedule for Friday, May 12th as I am not in the office today.
Dr. Moh and Mr. Hale, are you available on Friday?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Saturday, May 6, 2023 11:12 AM

To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
I was able to get either Monday 12-2 or Friday 12-130 approved by my son's nurse. Let me know if either of those
work.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Wednesday, May 3, 2023 8:32:41 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good evening Alexia,
I hope you are well. Thank you for your response. Next Thursday, May 11th is graduation, therefore, we will not be in
the office. Can you share when you might be able to meet in person over the next two weeks? As discussed and agreed
in our last meeting, we would meet in person to all review and sign the logs to confirm the hours which will count. We
would like to confirm your hours as soon as we have a meeting date set.
We look forward to meeting as soon as we can.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, May 2, 2023 11:32 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
As I have mentioned, I cannot attend a meeting in person this week. Now that the semester is over, my son's nurse is
no longer contracted again on Tuesday/Thursday until classes resume.
(His insurance only pays for his nurse during confirmed school or work hours).
Next Thursday the 11th I will be in Philadelphia with him at an appointment and could meet (with him with me) at
10am only if that works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, May 2, 2023 11:07:41 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. As discussed in our previous meeting, we would meet in person so we all might add signed
confirmation to the logs after review.
Please let us know if you might be available to come into the office on Thursday morning or early afternoon?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care

matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Monday, May 1, 2023 10:30 AM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Meeting
Tomorrow I can meet at 1pm or later and Thursday I have open availability.

Alexia Stipa (she/they)

Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Sent: Monday, May 1, 2023 10:28:07 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Meeting
This message was sent securely using Zix®

Hi Alexia,
I hope that you had a good weekend.
I know that Dr. Nicole will confirm her availability when she returns to the office tomorrow. In the meantime, please let
us know if there are time slots for tomorrow or Thursday that you know will not work for you for sure.
In wellness,

Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH, BCN
Assistant Director | Assistant Professor
Chapter Faculty Advisor, Delta Sigma Mu, Chi Sigma Iota
Community and Trauma Counseling Program
Jefferson College of Health Professions

Faculty Lead, The Rams for Recovery, Collegiate Recovery Program
Thomas Jefferson University
East Falls campus,
Note: My work hours may not align with your own. Please respond when it is best for you.
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144
T: 215-951-2561

E: yoonsuh.moh@jefferson.edu
W: Faculty Profile

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Monday, May 1, 2023 10:16 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>

Subject: Re: Meeting
Hello,
Unfortunately, the only time I am available in person was last Thursday and Today. If we can connect virtually for the
audit I can meet tomorrow or Thursday.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Friday, April 28, 2023 7:00:26 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. I will not be in the office on Monday. Would you be available Tuesday (morning) or Wednesday,
Thursday? Please advise.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions

East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Thursday, April 27, 2023 12:38 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter

<Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
The only in person availability that I have would be Monday at 11am or 12pm.
Let me know if either of those work, thank you.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,

Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Thursday, April 27, 2023 12:15:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. I apologize, however, I need to cancel our meeting for today. Can you please send me
some
availability you have for next week?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended
only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy
all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care
matters.

From: Nicole G. Johnson
Sent: Wednesday, April 19, 2023 3:44 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>

Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter

&lt;Jeanne.Felter@jefferson.edu&gt;
Subject: RE: Meeting
Good afternoon Alexia,
I hope you are well. Thank you for meeting with us to evaluate the number of Internship hours you have completed. I
have just checked your box.com folder and I still do not see the unsigned logs from Fairmount from your time there
over the summer semester 2022. Please upload these ASAP. As shared in our meeting, there is no guarantee that these
hours will be accepted.
We are completing a review of the hour logs which are in the box folder. As discussed in our meeting held on 4/18/23,
we will count the hours (direct and indirect) in accordance to our clinical manual (limits of 25 hours/week). We will
determine these hours including time spent in direct contact, weekly required supervision, documentation completion
and other required clinical tasks.
In our first meeting, held on 4/11/23, you shared being under doctor's care. In this past meeting you shared that you
were hospitalized and you were considering going back to the hospital. We want to provide you with some resources
which are available to you as a student if needed.
Student Health Services East Falls Campus- https://www.jefferson.edu/east-falls/student-health-services.html
Student Counseling Center East Falls Campus- https://www.jefferson.edu/east-falls/student-counseling-center.html
As mentioned above, please submit the remaining logs to your box.com folder by the end of today (4/19/23). If we do
not have these logs by the end of today, we will need to reschedule our meet set for 4/20/23. Please confirm the
receipt of this email and respond as soon as possible.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is

strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:59 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
John Hale
<John.Hale@jefferson.edu>
Subject: Re: Meeting
Hello,
I have uploaded the remaining logs for September-March, there is still an issue with summer as I have
emailed though.
I have class at 530, but can be at the office for 5 if 4 no longer works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, April 18, 2023 12:55:24 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>;
John Hale
<John.Hale@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. May we check in after the town hall. I do not believe it will take the entire time. Also,
have you
uploaded the remaining logs? Our meeting today was to review the total hours reflected on the logs so we
might
discuss.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)

Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended
only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy
all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:52 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: Meeting
Hello,
Are we still having a check in today at 4? I saw the town hall and just wanted to make sure.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

From: "Nicole G. Johnson" <Nicole.G.Johnson@jefferson.edu>
To: John Hale <John.Hale@jefferson.edu>, Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>,
"Alexia Stipa (Student)" <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>, Neil Andress <Neil.Andress@jefferson.edu>
Subject: RE: Meeting
Date: Mon, 15 May 2023 17:11:02 +0000
Importance: Normal
Inline-Images: image001.png

Good afternoon Alexia,
I hope you are well. I wanted to thank you for meeting with us Friday, May 12th to review your Internship
Logs. We will
convene a final meeting to finalize the total hours you have accumulated during your Internship which are in
the
guidelines outlined in the CTC Clinical Manual of 25 hours/week. Once Neil, manager of clinical sites is in the
office, we
will gather available times to meet.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended
only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy
all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care
matters.

From: John Hale <John.Hale@jefferson.edu>
Sent: Monday, May 8, 2023 11:00 AM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>;
Alexia Stipa
(Student) <Alexia.Stipa@students.jefferson.edu>
Cc: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting

"Hello" all and thank you. I will avail myself for Friday May 12th, 2023, at 12:00 noon.
From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Sent: Monday, May 8, 2023 7:47 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Alexia Stipa (Student)
<Alexia.Stipa@students.jefferson.edu>

Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Good morning all,
Alexia, thank you for your email.
I will make myself available 12-1:30PM on Friday.
Have a good day!
In wellness,

Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH, BCN
Assistant Director | Assistant Professor
Chapter Faculty Advisor, Delta Sigma Mu, Chi Sigma Iota
Community and Trauma Counseling Program
Jefferson College of Health Professions

Faculty Lead, The Rams for Recovery, Collegiate Recovery Program
Thomas Jefferson University
East Falls campus,
Note: My work hours may not align with your own. Please respond when it is best for you.
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144
T: 215-951-2561
E: yoonsuh.moh@jefferson.edu
W: Faculty Profile

From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Monday, May 8, 2023 7:27 AM
To: Alexia Stipa (Student) <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh
<Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Good morning Alexia,
I hope you are well. I would like schedule for Friday, May 12th as I am not in the office today.
Dr. Moh and Mr. Hale, are you available on Friday?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care

matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Saturday, May 6, 2023 11:12 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,

I was able to get either Monday 12-2 or Friday 12-130 approved by my son's nurse. Let me know if either of those
work.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Wednesday, May 3, 2023 8:32:41 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good evening Alexia,
I hope you are well. Thank you for your response. Next Thursday, May 11th is graduation, therefore, we will not be in
the office. Can you share when you might be able to meet in person over the next two weeks? As discussed and agreed
in our last meeting, we would meet in person to all review and sign the logs to confirm the hours which will count. We
would like to confirm your hours as soon as we have a meeting date set.
We look forward to meeting as soon as we can.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is

strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, May 2, 2023 11:32 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
As I have mentioned, I cannot attend a meeting in person this week. Now that the semester is over, my son's nurse is
no longer contracted again on Tuesday/Thursday until classes resume.
(His insurance only pays for his nurse during confirmed school or work hours).
Next Thursday the 11th I will be in Philadelphia with him at an appointment and could meet (with him with me) at
10am only if that works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, May 2, 2023 11:07:41 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. As discussed in our previous meeting, we would meet in person so we all might add signed
confirmation to the logs after review.
Please let us know if you might be available to come into the office on Thursday morning or early afternoon?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named

above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Monday, May 1, 2023 10:30 AM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Meeting
Tomorrow I can meet at 1pm or later and Thursday I have open availability.

Alexia Stipa (she/they)

Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
Sent: Monday, May 1, 2023 10:28:07 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>; Nicole G. Johnson
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Meeting
This message was sent securely using Zix®

Hi Alexia,
I hope that you had a good weekend.
I know that Dr. Nicole will confirm her availability when she returns to the office tomorrow. In the meantime, please let
us know if there are time slots for tomorrow or Thursday that you know will not work for you for sure.
In wellness,

Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH, BCN
Assistant Director | Assistant Professor
Chapter Faculty Advisor, Delta Sigma Mu, Chi Sigma Iota
Community and Trauma Counseling Program
Jefferson College of Health Professions

Faculty Lead, The Rams for Recovery, Collegiate Recovery Program
Thomas Jefferson University
East Falls campus,
Note: My work hours may not align with your own. Please respond when it is best for you.
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144
T: 215-951-2561

E: yoonsuh.moh@jefferson.edu
W: Faculty Profile

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Monday, May 1, 2023 10:16 AM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
Unfortunately, the only time I am available in person was last Thursday and Today. If we can connect virtually for the
audit I can meet tomorrow or Thursday.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Friday, April 28, 2023 7:00:26 AM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good morning Alexia,
I hope you are well. I will not be in the office on Monday. Would you be available Tuesday (morning) or Wednesday,
Thursday? Please advise.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions

East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Thursday, April 27, 2023 12:38 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: Re: Meeting
Hello,
The only in person availability that I have would be Monday at 11am or 12pm.
Let me know if either of those work, thank you.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,

Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Thursday, April 27, 2023 12:15:05 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. I apologize, however, I need to cancel our meeting for today. Can you please send me some
availability you have for next week?

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Nicole G. Johnson
Sent: Wednesday, April 19, 2023 3:44 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>

Cc: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale <John.Hale@jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Subject: RE: Meeting
Good afternoon Alexia,
I hope you are well. Thank you for meeting with us to evaluate the number of Internship hours you have completed. I
have just checked your box.com folder and I still do not see the unsigned logs from Fairmount from your time there
over the summer semester 2022. Please upload these ASAP. As shared in our meeting, there is no guarantee that these
hours will be accepted.
We are completing a review of the hour logs which are in the box folder. As discussed in our meeting held on 4/18/23,
we will count the hours (direct and indirect) in accordance to our clinical manual (limits of 25 hours/week). We will
determine these hours including time spent in direct contact, weekly required supervision, documentation completion
and other required clinical tasks.
In our first meeting, held on 4/11/23, you shared being under doctor's care. In this past meeting you shared that you
were hospitalized and you were considering going back to the hospital. We want to provide you with some resources
which are available to you as a student if needed.
Student Health Services East Falls Campus- https://www.jefferson.edu/east-falls/student-health-services.html
Student Counseling Center East Falls Campus- https://www.jefferson.edu/east-falls/student-counseling-center.html
As mentioned above, please submit the remaining logs to your box.com folder by the end of today (4/19/23). If we do
not have these logs by the end of today, we will need to reschedule our meet set for 4/20/23. Please confirm the
receipt of this email and respond as soon as possible.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)
Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is

strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:59 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: Re: Meeting
Hello,
I have uploaded the remaining logs for September-March, there is still an issue with summer as I have emailed though.
I have class at 530, but can be at the office for 5 if 4 no longer works.

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>
Sent: Tuesday, April 18, 2023 12:55:24 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: RE: Meeting
This message was sent securely using Zix®

Good afternoon Alexia,
I hope you are well. May we check in after the town hall. I do not believe it will take the entire time. Also, have you
uploaded the remaining logs? Our meeting today was to review the total hours reflected on the logs so we might
discuss.

Best,
Nicole G. Johnson, Ph.D., LPC, ACS, CAADC, CCDP-D, BC-TMH
Program Director | Community and Trauma Counseling Program
Assistant Professor | Counseling and Behavioral Health Department
Faculty Advisor- Delta Sigma Mu Chapter (Chi Sigma Iota)
Greater Philadelphia Area Counseling Association (GPACA) Past-President (2020-2021)

Thomas Jefferson University, College of Health Professions
East Falls Campus
4201 Henry Avenue
Philadelphia, PA 19144
Ronson Hall Room 125L
P. 215.951.2553
Email: Nicole.G.Johnson@jefferson.edu
Website: www..edu/Jefferson.eduMSTraumaCounseling
Twitter: @PhilaU_CTC

The information contained in this transmission contains privileged and confidential information. It is intended

only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Tuesday, April 18, 2023 12:52 PM
To: Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; John Hale
<John.Hale@jefferson.edu>
Subject: Meeting
Hello,
Are we still having a check in today at 4? I saw the town hall and just wanted to make sure.
Thanks,

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

This message was secured by Zix®.

AS
AS ABSENCES
COURSE
CTC 670
CTC 792
CTC 652
CTC 653
ADDITIONAL ABSENCES (HOSPITALIZATION)

ABSCENCES PRIOR TO HOSPITALIZATION
9/1, 9/15, 9/29, 10/6 (4 TOTAL)
2 TOTAL
1 ½ TOTAL
?
WEEKS OF 10/18 & 10/25

MEDICAL LEAVE APPROVED 11/7
WEEKS REMAINING IN THE FALL SEMESTER
•

11/8, 11/15, 11/19 (INTERPROFESSIONAL EXPERIENCE), 11/29, 12/6 (5 TOTAL)

COURSE ASSIGNMENTS AFTER DATE OF HOSPITALIZATION AND MEDICAL LEAVE
COURSE
CTC 652

ASSIGNMENTS
HISOTRICAL TRAUMA
Asy 1
SMALL GROUP PROJECT

POINTS
25
5
30

DUE DATE
10/20/22
11/3/22
12/8/22

CTC 653

SAG2
SAG2DB
SAG3
INFORMED CONSENT

5
5
25

10/17/22
10/22/22
11/14/22
END OF SEMESTER

CTC 670

DB#4
DB#5
CLINICAL CASE PROJECT
CASE PRESENTAITON

5
5
20
20

11/10
12/1
11/17
12/8-15

CTC 792

DAP NOTE
SPE EXPERIENCE
THEORETICAL ORIENTATION
SCALE
IPE QUIZ DUE
IPE
DAP NOTE

1
20

10/18
10/26
11/1

20
1

11/8
11/19
11/29

Student Internship
All students complete a 600 hours internship (at least 240 hours must be direct service) over two semesters or longer. Students may complete up to 25 hours/week unless they submit a written request to complete more hours.
Details concerning AS' Internship Hours
1.
2.
3.
4.
5.

AS began Internship in May 2022 (continued at Practicum site)
AS stopped Internship in June 2022 due to supervisor's Illness and returning in the Fall 2022.
AS logs showed 175 obtained in Internship hours as of WE 10/16/2022.
January 2023- AS returned to accruing Internship hours.
March 2023- AS shared completing hours in March and wanted to terminate site.

• AS shared that she believed she completed all of the required hours and did not feel mentally able to return into a clinical site.

• An audit of hours revealed an excess number of hours completed over the 25 hour/week limit.

• Student did not follow policy and request additional hours for Internship.

• Student was informed that any hours over 25 hours will not be counted.

• Student was informed that hours obtained while starfish leave (May 2022) and on medical leave (December 2023) will not be counted.

6. Student was informed 6/1/2023 of the number of hours which will count toward internship

• 207.75 (total direct hours/ 32.25 remaining)

• 131.75 (total indirect hours/228.25 remaining)

• Student will need to return to clinical site in order to complete hours.

Philadelphia Trauma Training Conference
Virtual Event
July 10-11, 2023 final
Time
Session
Monday, July 10, 2023
8:30-9:00
Login
8:55-9:00
Introduce day
9:00-12:00
Storiez: Trauma Narratives with Urban Youth
9:00-12:00

Faith Communities
Hopeworks

12:00-12:15
12:15-12:30
12:30-1:30
1:30-1:45
1:45-3:15

Break
Welcome
Keynote: Advancing Trauma-Informed Care for
the 21st Century Challenges
Break
Using Narrative Therapy for Intergenerational
Trauma in Adoptive Families
Why We Should Care About Aging: A TraumaInformed Approach for Aging Well
Supporting Autistic Children and Caregivers in a
Family Court System
The Stress-Less InitiativeÂ©: A Group Model to
Bolster Staff Resilience
Just call me nobody: Disassociation and Human
Trafficking
Best Practices with LGBTQIA+ Youth Impacted
by Community Violence
Trauma is Political: Politicized Somatics and
Narrative Therapy in Treatment

3:15-3:30
3:30-4:15

Break
The Impact of Compassion in Medical Care
Attachment in Social-Ecological Context:
Family Based Approach Post Trauma
Mindfulness Based Parenting for Women in
Recovery

Speaker

Jeanne Felter
Meagan Corrado, DSW, LCSW
Nicole Johnson, Ph.D., LPC,
ACS, CAADC, CCDP-D, BC-TMH
Jase Elan
Jeanne Felter
Cirecie West-Olatunji
Angelle Richardson, PhD, LPC
Carly Bruski, MSW, LSW,
Brenda Edelman, MSW, LSW,
Steve Zakusilo, MSW, LSW
Jane Tobias, DNP, CRNP,
CPNP-PC, Wendy Ross, MD,
FAAP, Sabra Townsend, BSIE
Obenewa Ankoma-Darko, Paige
Lombard, MPH, Laura Vega,
DSW, LCSW, Michelle Jackson,
MBA, MS.Ed, MEd
Laura Dawson-Fend, LPC, NCC,
Jenna Loz
Kirsten Lyons, LSW, MSW,
M.Ed, Bridget Horan, LSW,
MSW, MEd
Erin Hipple, Ph.D., LCSW

Ivan Haskell, Ph.D., LPC
Sean Snyder, DPA, MSW, LCSW,
Latasha Crawford, MSW, LSW,
Diane Abatemarco, PhD,
Meghan Gannon, PhD, Kimberly

Ignite 3:303:45

Untangling Trauma through the Lenses of
Trauma-Informed Care

McLaughlin, PhD, Hannah
North,
Sheila D. Boynton, LSW, MSW,
Mdiv.

Digital Presentation of trauma: Rumination
with social media

Cayetana Calderon-Smith,
Jacob Lui

Ignite 3:45Trauma Informed and Responsive Leadership in
4:00
Supporting Treatment Teams
Ignite 4:00Caregiver Involvement in Childhood Trauma: A
4:15
Qualitative Dissertation
Tuesday, July 11, 2023

8:30-9:00
Login
8:55-9:00
Introduce day
"Roads to Resiliency: the 4 R's to a Trauma9:00-10:30
informed Approach"
Creating a Sustainable Inner-City Trauma
Sensitive School Culture
Empowering Survivors to Understand the
Impact of Childhood Trauma
Using Trauma Conscious Yoga in Psychotherapy
Supporting Parents/Caregivers with Unresolved
Complex Trauma
Building an HVIP for Communities and Hospitals

10:30-10:45
10:45-11:30

Dr. Erika M. Dawkins, Alexis
Clarke, Lashira Council
Caroline M. Glavin,

Steve DiDonato
Michelle McDyre, Kala Fell, MA,
LMFT
Brandon R. Brown, Nili
Gleaton, MS
Jane Straub
Tiffany Hall
Christopher Brown, MS, LPC,
DAAETS, Mai Spann-Wilson,
MSW, LSW
Lashira Council, MS, LPC,
CAADC, Alexia Clark, MPH,
Edward Mack

Break
Nutrition's Impacts on Trauma in IDD

Nicholas DeMarco, PhD, LPC,
Christine Sides, MA, LPC,

Preparing Preservice Educators in Self Care for
Secondary Trauma

Jean Boyer, Ph.D.,

Secondary Traumatic Stress: Policy and
Practice
An Adapted Mindfulness Program for Women
who Live in Low Income Housing

Laura Vega, Ph.D., DSW,
Carolyn Smith-Brown, Vic

Compher, MA, LCSW, Leslie
Lieberman, MSW
Sheila Linz, PhD, PMHNP-BC,
RN, Kathleen Jackson,

 11:30-11:45
11:45-1:15

Break
Applying a Culture-Centered Framework to
Trauma-informed Care when Working with
Culturally Diverse Clients
Actionable Wellness & Stress Management
Strategies: an experiential session
Caring for Caregivers: A Trauma-Informed
Approach
Embodiment (Somatic Counseling) Practices for
a Healthy Mind and Body
Creating Trauma-Informed Juvenile and
Criminal justice Systems in Pennsylvania
Using Measurement Based Care in Clinical
Practice

1:15-1:30
1:30-3:00
3:00

Break
Activism and Advocacy
Closing remarks

Cirecie West-Olatunji
Amy Edelstein
Chou Hallegra, MA, Victoria
Schiano, Sue Tuckerman
Erica Rhoads, Lisa Sosin, PhD,,
Ana Barend, MA, LMHC, RI,
NCC, Daniel Kimonyi, MA, Erica
Gray, MA,
Robert K. Reed
Susan Baptista, MSW, LSW,
Charlotte Splendido, BA

Meagan Corrado

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>, Nicole Johnson 7
<Nicole.G.Johnson@jefferson.edu>
Subject: Re: Return to campus?
Date: Mon, 31 Jan 2022 19:59:13 +0000
Importance: Normal
Inline-Images: image001.jpg; image.png; image(1).png

Hello!
I am so sorry! I will reach out to the help desk immediately. That's so strange that I didn't receive them. As for
my classes, it appears that I'm enrolled in only Tuesday classes already. I've been attending only Tuesday
classes since the semester started as well. Is there something I'm missing?
I appreciate your response and I can't wait to be back tomorrow!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Sent: Monday, January 31, 2022 2:42:50 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>; Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>; Nicole Johnson 7 <Nicole.G.Johnson@jefferson.edu>
Subject: Re: Return to campus?

Hi Alexia,
Happy New Year! I am so glad to hear from you. I was worried when I didn't hear back after my two earlier
emails this month. We are so excited to see you back on campus tomorrow! It sounds like those earlier emails
didn't come through in your inbox. I have included screenshots with times/dates below (see yellow highlights)
to see if that might help you troubleshoot. If you reach out to the Help Desk (helpdesk@philau.edu) and share
images and times/date stamps, they can usually help figure things out. You'll want to be sure that there are no
issues with your Jefferson student email account and that all email communications are coming through.
The late drop/add period has now passed (Wed. Jan 19), and a number of our class sections are now at
capacity. At this late date, we have less flexibility, but I will see if there are any adjustments I can make. Can you
please list the specific class numbers/sections/times you want to drop (move out of) and which you want to
add (move in to). I am taking a guess at which I think they might be, but please review and confirm. Sheryl, Dr.
Johnson, and I will work on exploring options
Drop:
CTC 610 - Thursday 4:30 - 6:30

CTC 701 - Thursday 2:30 - 4:30
Add:
CTC 610 - Tuesday 5:30 - 7:30
CTC 710 - Tuesday 7:30 - 9:30
Best,
Dr. Wycoff

Email sent 1/25/21 at 2:59PM - Same thread as earlier communications

Email sent 1/12/21 at 5:08PM - Same thread as earlier communications

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Sent: Monday, January 31, 2022 1:34 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Re: Return to campus?
Hello!
I'm not sure why I haven't received those emails so my apologies for not responding. I went and checked once I
saw this and they haven't reached me.

I spoke with the covid line this weekend and the person said she didn't see anything in my file that wouldn't
allow me back but reached out to Ms. Grugan to make sure.
As for class, I know I have class tomorrow but are you able to help me with what classes I have Thursday? My
schedule should only be on Tuesday.
Thank you!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University
From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Monday, January 31, 2022 1:16:34 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Return to campus?
Hi Alexia,
Recently, Dr. Wycoff reached out to you about your return to campus this week when the CTC program
resumes inperson instruction. I don't believe we've received a response to date, other than your email on
December 21 where
you indicated you would be cleared and ready.
You are scheduled to have in-person classes Tuesday and Thursday this week. If you haven't already done
so, please
take the needed steps to be cleared prior to coming to class. As noted, the CTC program will not be
providing online
instruction on or after Feb 1. We aim to hold in-person classes for the remainder of the Spring semester,
subject to
change based on University guidance and mandates.
Thank you,

Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the
person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

Philadelphia Trauma Training Conference
Virtual Event
July 10-11, 2023 final
Time
Session
Monday, July 10, 2023
8:30-9:00
Login
8:55-9:00
Introduce day
9:00-12:00
Storiez: Trauma Narratives with Urban Youth
9:00-12:00

Faith Communities
Hopeworks

12:00-12:15
12:15-12:30
12:30-1:30
1:30-1:45
1:45-3:15

Break
Welcome
Keynote: Advancing Trauma-Informed Care for
the 21st Century Challenges
Break
Using Narrative Therapy for Intergenerational
Trauma in Adoptive Families
Why We Should Care About Aging: A TraumaInformed Approach for Aging Well
Supporting Autistic Children and Caregivers in a
Family Court System
The Stress-Less InitiativeÂ©: A Group Model to
Bolster Staff Resilience
Just call me nobody: Disassociation and Human
Trafficking
Best Practices with LGBTQIA+ Youth Impacted
by Community Violence
Trauma is Political: Politicized Somatics and
Narrative Therapy in Treatment

3:15-3:30
3:30-4:15

Break
The Impact of Compassion in Medical Care
Attachment in Social-Ecological Context:
Family Based Approach Post Trauma
Mindfulness Based Parenting for Women in
Recovery

Speaker

Jeanne Felter
Meagan Corrado, DSW, LCSW
Nicole Johnson, Ph.D., LPC,
ACS, CAADC, CCDP-D, BC-TMH
Jase Elan
Jeanne Felter
Cirecie West-Olatunji
Angelle Richardson, PhD, LPC
Carly Bruski, MSW, LSW,
Brenda Edelman, MSW, LSW,
Steve Zakusilo, MSW, LSW
Jane Tobias, DNP, CRNP,
CPNP-PC, Wendy Ross, MD,
FAAP, Sabra Townsend, BSIE
Obenewa Ankoma-Darko, Paige
Lombard, MPH, Laura Vega,
DSW, LCSW, Michelle Jackson,
MBA, MS.Ed, MEd
Laura Dawson-Fend, LPC, NCC,
Jenna Loz
Kirsten Lyons, LSW, MSW,
M.Ed, Bridget Horan, LSW,
MSW, MEd
Erin Hipple, Ph.D., LCSW

Ivan Haskell, Ph.D., LPC
Sean Snyder, DPA, MSW, LCSW,
Lashanda Crawford, MSW, LSW,
Diane Abatemarco, PhD,
Meghan Gannon, PhD, Kimberly

  Ignite 3:303:45

Untangling Trauma through the Lenses of
Trauma-Informed Care

McLaughlin, PhD, Hannah
North,
Sheila D. Boynton, LSW, MSW,
Mdiv.

Digital Presentation of trauma: Rumination
with social media

Cayetana Calderon-Smith,
Jacob Lui

Ignite 3:45Trauma Informed and Responsive Leadership in
4:00
Supporting Treatment Teams
Ignite 4:00Caregiver Involvement in Childhood Trauma: A
4:15
Qualitative Dissertation
Tuesday, July 11, 2023

8:30-9:00
Login
8:55-9:00
Introduce day
"Roads to Resiliency: the 4 R's to a Trauma9:00-10:30
informed Approach"
Creating a Sustainable Inner-City Trauma
Sensitive School Culture
Empowering Survivors to Understand the
Impact of Childhood Trauma
Using Trauma Conscious Yoga in Psychotherapy
Supporting Parents/Caregivers with Unresolved
Complex Trauma
Building an HVIP for Communities and Hospitals

10:30-10:45
10:45-11:30

Dr. Erika M. Dawkins, Alexis
Clarke, Lashira Council
Caroline M. Glavin,

Steve DiDonato
Michelle McDyre, Kala Fell, MA,
LMFT
Brandon R. Brown, Nili
Gleaton, MS
Jane Straub
Tiffany Hall
Christopher Brown, MS, LPC,
DAAETS, Mai Spann-Wilson,
MSW, LSW
Lashira Council, MS, LPC,
CAADC, Alexia Clark, MPH,
Edward Mack

Break
Nutrition's Impacts on Trauma in IDD

Nicholas DeMarco, PhD, LPC,
Christine Sides, MA, LPC,

Preparing Preservice Educators in Self Care for
Secondary Trauma

Jean Boyer, Ph.D.,

Secondary Traumatic Stress: Policy and
Practice
An Adapted Mindfulness Program for Women
who Live in Low Income Housing

Laura Vega, Ph.D., DSW,
Carolyn Smith-Brown, Vic

Compher, MA, LCSW, Leslie
Lieberman, MSW
Sheila Linz, PhD, PMHNP-BC,
RN, Kathleen Jackson,

 11:30-11:45
11:45-1:15

Break
Applying a Culture-Centered Framework to
Trauma-informed Care when Working with
Culturally Diverse Clients
Actionable Wellness & Stress Management
Strategies: an experiential session
Caring for Caregivers: A Trauma-Informed
Approach
Embodiment (Somatic Counseling) Practices for
a Healthy Mind and Body
Creating Trauma-Informed Juvenile and
Criminal justice Systems in Pennsylvania
Using Measurement Based Care in Clinical
Practice

1:15-1:30
1:30-3:00
3:00

Break
Activism and Advocacy
Closing remarks

Cirecie West-Olatunji
Amy Edelstein
Chou Hallegra, MA, Victoria
Schiano, Sue Tuckerman
Erica Rhoads, Lisa Sosin, PhD,,
Ana Barend, MA, LMHC, RI,
NCC, Daniel Kimonyi, MA, Erica
Gray, MA,
Robert K. Reed
Susan Baptista, MSW, LSW,
Charlotte Splendido, BA

Meagan Corrado

Clinical Fieldwork
Training Manual
Community and Trauma Counseling
Program
Master of Science Degree (60 credits) in Community
and Trauma Counseling
Specialty Practice Area: Clinical Mental Health Counseling

With additional training opportunities in the following concentrations:
MS in CTC + Art Therapy Concentration
MS in CTC + Child Trauma and Play Therapy Concentration
MS in CTC + Trauma, Addictions and Recovery Concentration

ACADEMIC YEAR
2022-2023

Table of Contents

SECTION 1: INTRODUCTION
.................................................................................................................... 5
Purpose of the Clinical Fieldwork Training Manual
.................................................................................5
Accreditation
...........................................................................................................................................5
CTC Program Mission Statement
...........................................................................................................5
SECTION 2: OVERVIEW OF FIELDWORK TRAINING
................................................................... 6
Fieldwork Training: What is Clinical Instruction?
...................................................................................6
Practicum and Internship
........................................................................................................................6
Practicum Fieldwork
Experience........................................................................................................6
Internship Fieldwork Experience
...........................................................................................................6
Clinical Fieldwork: Terms and Language
...............................................................................................7
Additional Fieldwork Requirements for Concentration
Students...............................................7
SECTION 3: GENERAL POLICIES FOR ALL CLINICAL FIELDWORK
...................................... 8
Progression + Evaluation in Clinical Fieldwork
.....................................................................................8
Evaluation of Competencies in Clinical Fieldwork
................................................................................8
Student Endorsement + Letters of
Reference.......................................................................................8
Professional Behaviors and Standards during Clinical Fieldwork
......................................................9
Conflict Resolution Process for Clinical Fieldwork
...............................................................................9
Checklists for Managing Requirements and Responsibilities During Fieldwork
.......................9
Before Fieldwork Checklist
....................................................................................................................9
During Fieldwork Checklist

........................................................................................................11
General Logistics related to Clinical Fieldwork
............................................................................12
Attendance Policy for Clinical Fieldwork and Clinical Course
.........................................................................12
Transportation, Travel and Parking related to Clinical Fieldwork Sites
.................................................12
Student Identification During Clinical Fieldwork
..........................................................................13
Telemental Health and Clinical Fieldwork
..........................................................................13
Clinical Fieldwork Site + Supervisor Expectations
..........................................................................13
Clinical Fieldwork Site Eligibility
..........................................................................................13
Clinical Fieldwork Site Supervisor Requirements: Counselor Identity
.........................................14
Clinical Fieldwork Site Supervisor Application
..........................................................................14
Clinical Fieldwork Site Supervisor Training in Counseling Supervision
.........................................14
Required Site Visits during Practicum +
Internship....................................................................14
Clinical Fieldwork Site Matching
Process.............................................................................. 15
Completion of Clinical Hours at Place of Employment
............................................................... 15
Clearances, Malpractice Insurance + Professional
Membership.......................................... 16
Pennsylvania Specific Requirements
........................................................................... 16
Students Meeting Clinical Fieldwork Agency
Requirements........................................... 17
Professional Counseling Organization Membership & Malpractice Insurance
........................... 18
Recordkeeping and
Documentation.................................................................................... 18
Student Responsibility
........................................................................................ 18
Electronic Recordkeeping and Information Sharing
............................................................ 18
Students Clinical Fieldwork Tracking Logs
................................................................ 18

2
Revised 12/8/2022

Weekly Limits on Accrued Hours
............................................................................ 19
Supervision + Fieldwork Extension (Winter Term and Summer
Semester)............................................................ 20
Winter Term: Fieldwork + Supervision
...................................................................... 20
Summer Term: Fieldwork + Supervision
...................................................................... 20
Additional Fieldwork Training
Requirements................................................................ 21

Standardized Patient Experience & Actual Client Experience Assignment
........................................................... 21
Actual Client Experience Assignment
.............................................................................................. 22
Facilitation or Co-facilitation of a Counseling or Psychoeducational Group
.............................. 23
SECTION 4: PRACTICUM FIELDWORK EXPERIENCE + PLACEMENT
................................................... 24
Practicum
Overview.......................................................................................................................
24
Required Practicum Activities
........................................................................... 24
Practicum
Courses..........................................................................................................
25
CTC 602: Pre-Practicum
................................................................................. 25
CTC 701: Practicum
I.................................................................................. 26
Pre-Requisites for Practicum
Courses............................................................. 26
Registering for Practicum Courses
..................................................................... 26
Practicum Placement Process + Procedures
.......................................................... 26
The 5-Step Placement Process
............................................................................ 26
Practicum Student Action Items + Timeline
.............................................................. 27
Additional Guidelines for Track-Up Students
.......................................................... 28
SECTION 5: INTERNSHIP FIELDWORK EXPERIENCE + PLACEMENT
.................................. 29
Internship Overview
.................................................................................................................. 29
Required Internship Activities
.............................................................................. 29
Internship Courses
.................................................................................................................. 30
CTC 791: Internship
I.................................................................................. 30
CTC 792: Internship
II................................................................................. 30
Pre-Requisites for Internship Courses
.........................................................................30
Registering for Internship Courses
.........................................................................30
Internship Placement Process + Procedures
.........................................................................30
The 5-Step Internship Placement Process
.........................................................................31
Intern Students Action Items + Timeline
.........................................................................32
SECTION 6: POST-GRADUATION CONSIDERATIONS
.........................................................................32
Licensure Considerations

.......................................................................................................................................33
Post-Masters Professional Practice
.......................................................................................................................................33
Recommendation Letters for Graduates and Alumni
..............................................................................................34
Appendix A: Forms and
Documents.............................................................................................................35
Appendix B: Clinical Competencies & Rubrics
...........................................................................37
Attestation Form
.......................................................................................................................................48

3
Revised 12/8/2022

practicum/internship class. Completed hour logs must be submitted within two class sessions of when they are completed.

•

Students must maintain copies for their records.

•

If there is a question regarding student hours, and the student cannot provide their own copies of backup paperwork, hours will not be counted toward the placement total.

•

Logs should list and describe total hours and direct hours. Students must also keep a running log of cumulative hours across their internship.
o 40(practicum)/240(internship) of these hours must be direct service hours.
o One hour of individual and/or triadic supervision (one supervisor with two students) must be documented weekly.
o If a student fails to meet with their site supervisor or the secondary supervisor noted in their contract on any given week, then the practicum/internship hours for that week will not be counted, unless the student makes arrangements to make-up the lost hour of supervision.
o If you have questions about which tasks are direct versus nondirect service, ask your site supervisor or university clinical supervisor.

Clinical Folders: Secure Cloud Storage
The CTC program will use box.com to maintain all clinical documentation for students. Students will be provided a link to upload clinical forms and hours log sheets.
Exxat Electronic Recordkeeping System
Students will also log all hours, using the same descriptions as the log sheets, in Exxat- an online hour tracking system. Students will continue to use the Excel logs, in addition to Exxat.
Required Forms
To complete the required CTC Practicum/Internship Contract, please access here. If you have any questions or concerns, please feel free to contact Neil Andress, Manager of Clinical Sites and Community Relations: Neil.Andress@Jefferson.edu.
Weekly Limits on Accrued Hours
Given the load of academic and clinical work of the CTC program and to facilitate an environment of self-care, students are limited to a maximum of 10 hours/week of clinical experience during practicum placements.

19
Revised 12/8/2022

Students are limited to a maximum of 25 hours/week of clinical experience during internship placements. Requests to complete hours over these amounts should be made, in writing, to the university clinical supervisor for initial approval and will be reviewed on a case-by-case basis. These limits do not apply to certificate program students.

Supervision + Fieldwork Extension (Winter Term and Summer Semester)
Students will work with site supervisors to discuss completing fieldwork during winter term and the summer term. With the consent and agreement from supervisors during these time periods, students will complete a petition in the site agreement. This petition will be reviewed and approved by the Manager of Clinical Placements. Only students with approved petitions may continue fieldwork during winter term and/or during the summer term.

Winter Term: Fieldwork + Supervision
Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the winter term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during winter term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted by (November 30th)
• Students who are approved will be required to register for CTC 790-Winter Semester Internship course.
• Students are only allowed at their field sites with an approved petition and enrollment in CTC 790 Winter Semester Internship course and the University is formally in session.
• No students can perform clinical duties or be present at a placement between during winter break when the University is closed (December 24th – January 3rd).
• *Please note, students may accrue additional costs associated to enrolling in Winter Semester Internship.

Summer Term: Fieldwork + Supervision
Practicum and Internship students can petition (on their clinical fieldwork application) to continue at their clinical fieldwork placement during the summer term. Students must meet the requirements listed below:
• Petitions to remain at clinical sites during summer term will be approved by the Manager of Clinical Sites.
• Petitions must be submitted before the Spring break, prior to the intended summer term. Petitions can be found on the students' clinical fieldwork contract.
• Students who are approved will be required to register for CTC 790-Summer Semester Practicum or Internship course.
• Students are only allowed at their field sites when the University is formally in session.
• No students can be at a placement during the end of the Spring semester and the beginning of the Summer semester (when classes are not in session).
• *Please note, students may accrue additional costs associated to enrolling in Summer Semester Internship.

20
Revised 12/8/2022

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
To: Megan Grugan <Megan.Grugan@jefferson.edu>, Jeanne Felter
<Jeanne.Felter@jefferson.edu>, Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>
Subject: Re: Return to campus?
Date: Mon, 31 Jan 2022 20:06:27 +0000
Importance: Normal
Inline-Images: image001.jpg

Excellent, thank you so much! Really appreciate it.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals
Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program

From: Megan Grugan <Megan.Grugan@jefferson.edu>
Sent: Monday, January 31, 2022 3:04 PM
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>;
Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>
Subject: RE: Return to campus?
I have one of my staff calling her.
Need more information about the University's COVID-19 policies and procedures? Visit
Jefferson.edu/coronavirus for Student FAQs and other
details. Faculty and Staff should refer to the University Playbook (must log in to MyJeffHub to view) or reach
out to their supervisor or HR Business
Partner.
TAKE GOOD CARE OF YOURSELF AND OTHERS: wash your hands, eat well, get sleep, and drink plenty of
fluids. Wear a mask and
practice social distancing when appropriate/mandated or if you are unsure.

Meg

Megan Grugan, MSN, CRNP, BFA
She/Her/Hers
Director, Student Health Services

Instructor, Art History, Kanbar College
Jefferson (Philadelphia University + Thomas Jefferson University)
East Falls Campus
4201 Henry Avenue, Philadelphia, PA 19144

COVID19 phone line 215-951-0168 (leave your full name and call back number)
COVID19 email EF.COVID19@jefferson.edu
OPEN 24/7 to all Jefferson University Students; All calls returned within 24-48 hours
Office 215-951-2986
Fax 215-951-6867
megan.grugan@jefferson.edu

Jefferson.edu
Please be aware that email is not a secure means of communication. Confidentiality is not assured. If you are not the intended recipient, please
reply to the sender that you have received this message in error, and then delete it. Thank you for helping to maintain privacy.
Our staff does not maintain 24-hour access to email accounts and may only check email infrequently, and not at all on weekends or holidays. If this is
an emergency please call Public Safety at 215-951-2999 or 911.


From: Jeanne Felter
Sent: Monday, January 31, 2022 2:44 PM
To: Megan Grugan <Megan.Grugan@jefferson.edu>; Jennifer Fogerty <Jennifer.Fogerty@jefferson.edu>; Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>
Subject: Fwd: Return to campus?
See her response below. Kirby is following up regarding her scheduling question.


Begin forwarded message:
From: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Date: January 31, 2022 at 1:34:20 PM EST
To: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>, Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Re: Return to campus?
Hello!
I'm not sure why I haven't received those emails so my apologies for not responding. I went and checked once
I saw this and they haven't reached me.
I spoke with the covid line this weekend and the person said she didn't see anything in my file that wouldn't allow me back but reached out to Ms. Grugan to make sure.
As for class, I know I have class tomorrow but are you able to help me with what classes I have Thursday? My
schedule should only be on Tuesday.
Thank you!

Alexia Stipa (she/they)
Master of Science Student, Community & Trauma Counseling Program
Trauma, Addictions & Recovery Concentration
Class of 2023
Alexia.stipa@students.jefferson.edu
Department of Counseling and Behavioral Health,
Thomas Jefferson University

From: Jeanne Felter <Jeanne.Felter@jefferson.edu>
Sent: Monday, January 31, 2022 1:16:34 PM
To: Alexia Stipa <Alexia.Stipa@students.jefferson.edu>
Cc: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Return to campus?
Hi Alexia,
Recently, Dr. Wycoff reached out to you about your return to campus this week when the CTC program resumes inperson instruction. I don't believe we've received a response to date, other than your email on December 21 where
you indicated you would be cleared and ready.
You are scheduled to have in-person classes Tuesday and Thursday this week. If you haven't already done so, please
take the needed steps to be cleared prior to coming to class. As noted, the CTC program will not be providing online
instruction on or after Feb 1. We aim to hold in-person classes for the remainder of the Spring semester,

subject to
change based on University guidance and mandates.
Thank you,
Jeanne Felter

Jeanne M. Felter, PhD, LPC
(she/ her/ hers)
Chair, Counseling and Behavioral Health Department
Director, Jefferson Trauma Education Network
Associate Professor
Jefferson College of Health Professions
Jeanne.Felter@Jefferson.edu
East Falls Campus Office:
4201 Henry Avenue, Ronson Suite 125
Philadelphia, PA 19144
O: 215-951-0434
Center City Campus Office:
130 South 9th Street, Edison Building 960-C
Philadelphia, PA 19107
Twitter: https://twitter.com/Jefferson_CTC

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is
strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

From: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>
To: Angelle Richardson <Angelle.Richardson@jefferson.edu>, Kirby Wycoff
<Kirby.Wycoff@jefferson.edu>, Katharine Sperandio
<Katharine.Sperandio@jefferson.edu>, "Nicole G. Johnson"
<Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Re: Student A.S - Follow-Up
Date: Mon, 31 Jan 2022 21:32:48 +0000
Importance: Normal
Inline-Images: image001.jpg; Outlook-1534559271.jpg

Hi everyone,
Likewise! I am expecting her to have attend class in person tomorrow in the evening.
In wellness,
Yoon Suh Moh (she/her) Ph.D., LPC (DC, PA), NCC, CRC, BC-TMH
Assistant Professor | Program Evaluation and Accreditation Coordinator (PEAC) |
Co-Chapter Faculty Advisor (CFA) of DSM, CSI
Community and Trauma Counseling (CTC) Program
Jefferson College of Health Professions (JCHP)
Thomas Jefferson University
East Falls campus,
4201 Henry Avenue, Ronson Science Center 125Q
Philadelphia, PA, 19144
T: 215-951-2561
E: yoonsuh.moh@jefferson.edu
W: https://www.jefferson.edu/university/health-professions/departments/programs/community-trauma-counseling.html
W: www.yoonsuhmoh.com

From: Angelle Richardson <Angelle.Richardson@jefferson.edu>
Sent: Monday, January 31, 2022 1:57 PM
To: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>; Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>; Katharine
Sperandio
<Katharine.Sperandio@jefferson.edu>; Nicole G. Johnson <Nicole.G.Johnson@jefferson.edu>; Jeanne Felter
<Jeanne.Felter@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Re: Student A.S - Follow-Up

Hello Everyone,
I have not heard anything else from her.
Thank you,
Angelle E. Richardson, Ph.D., LPC
(she/her/hers)
Assistant Professor | Community and Trauma Counseling Program
Coordinator of Diversity and Cultural Literacy Education
Chair, JCHP Diversity, Equity, and Inclusion Committee
College of Health Professions
Thomas Jefferson University
East Falls Campus
Ronson Science Building, Suite 125
215-951-0922
Angelle.Richardson@jefferson.edu
Jefferson.edu

From: Kirby Wycoff <Kirby.Wycoff@jefferson.edu>
Date: Monday, January 31, 2022 at 1:14 PM
To: Yoon suh Moh <Yoonsuh.Moh@jefferson.edu>, Angelle Richardson <Angelle.Richardson@jefferson.edu>,
Katharine Sperandio <Katharine.Sperandio@jefferson.edu>, Nicole Johnson <Nicole.G.Johnson@jefferson.edu>,
Nicole Johnson <Nicole.G.Johnson@jefferson.edu>, Jeanne Felter <Jeanne.Felter@jefferson.edu>
Cc: Sheryl Cooley <Sheryl.Cooley@jefferson.edu>
Subject: Student A.S - Follow-Up
Hi Team,
Hope all is well! Just checking in again to see if student Alexa Stipa has been in touch with any of you directly
regarding classes this week? I know that as of last week, she had not. The expectation is that she returns to onground
learning with her peers starting tomorrow, but she has not replied to our programmatic outreach
confirming her understanding of this expectation or plans to adhere. Jeanne is working on another follow-up
right now. Angelle, I know we spoke last week, and she had spoken to you after class, but had not asked for
Zoom access for this week. Please let me know if she asks any of you for Zoom access for classes this week and
please direct her to respond to the messages from Jeanne and I as a follow-up.
Best,
Kirby

-Kirby L. Wycoff, PsyD, EdM, MPH,â€‹NCSP | (she / her /hers)
Program Director | Community and Trauma Counseling
Associate Professor | Counseling and Behavioral Health Department
Thomas Jefferson University, College of Health Professionals

Email: kirby.wycoff@jefferson.edu
Office: Ronson Science Center Suite 120
Phone: (484)-746-3490
Name Pronunciation: https://www.name-coach.com/dr-kirby-wycoff
Twitter: @Jefferson_CTC
Website: Community and Trauma Counseling Program â€‹