IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXIA STIPA,<br><br>       *Plaintiff,*<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY d/b/a THOMAS JEFFERSON UNIVERSITY HOSPITAL,<br><br>       *Defendant.* | CIVIL ACTION<br><br>NO. 24-5431 |

## ORDER

**AND NOW**, this 7th day of November 2025, upon consideration of Plaintiff's Motion to Vacate Dismissal, (Dkt. No. 30), Jefferson's Plaintiff's Response (Dkt. No. 32), and Plaintiff's Motion for Leave to File a Corrected Exhibit Index and Re-Submit Exhibits, (Dkt. No. 33), it is hereby **ORDERED** that:

1. The Motion for Leave to File a Corrected Exhibit Index and Re-Submit Exhibits, (Dkt. No. 33), is **GRANTED**.

2. The Motion to Vacate Dismissal, (Dkt. No. 30), is **DENIED**.

                                              BY THE COURT:

                                              ***/s/ Gerald J. Pappert***
                                              GERALD J. PAPPERT, J.